ALLMTN,APPEAL,TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:13–cv–01300–MSK–MJW

| | |
|---|---|
| Colorado Outfitters Association et al v. Hickenlooper | Date Filed: 05/17/2013 |
| Assigned to: Chief Judge Marcia S. Krieger | Date Terminated: 06/26/2014 |
| Referred to: Magistrate Judge Michael J. Watanabe | Jury Demand: None |
| Case in other court:  USCA, 14–01290 | Nature of Suit: 950 Constitutional – State Statute |
| USCA, 14–01292 | Jurisdiction: Federal Question |
| Cause: 28:1331 Federal Question: Other Civil Rights | |

**Defendant**

| | | |
|---|---|---|
| **Mesa County, Board of County Commissioners** | represented by | **David Robert Frankel** |
| | | Mesa County Attorney's Office |
| | | P.O. Box 20000 |
| | | 544 Rood Avenue |
| | | 2nd Floor Annex |
| | | Grand Junction, CO 81502–5004 |
| | | 970–244–1612 |
| | | Fax: 970–255–7196 |
| | | Email: david.frankel@mesacounty.us |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Colorado Outfitters Association** | represented by | **Peter J. Krumholz** |
| | | Hale Westfall, LLP |
| | | 1600 Stout Street |
| | | Suite 500 |
| | | Denver, CO 80202 |
| | | 720–904–6007 |
| | | Fax: 720–904–6006 |
| | | Email: pkrumholz@halewestfall.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Richard A. Westfall** |
| | | Hale Westfall, LLP |
| | | 1600 Stout Street |
| | | Suite 500 |
| | | Denver, CO 80202 |
| | | 720–904–6010 |
| | | Fax: 720–904–6020 |
| | | Email: rwestfall@halewestfall.com |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Colorado Farm Bureau** | represented by | **Peter J. Krumholz** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

1814

**Richard A. Westfall**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**National Shooting Sports Foundation**    represented by    **Jonathan Michael Anderson**
Holland &Hart, LLP–Denver
P.O. Box 8749
555 17th Street
Suite 3200
Denver, CO 80201–8749
303–295–8566
Fax: 303–672–6508
Email: jmanderson@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas L. Abbott**
Holland &Hart, LLP–Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201–8749
303–295–8000
Fax: 295–8261
Email: dabbott@hollandhart.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Magpul Industries**    represented by    **Jonathan Michael Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas L. Abbott**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Colorado Youth Outdoors**    represented by    **Peter J. Krumholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**USA Liberty Arms**    represented by    **Jonathon Michael Watson**
Sherman &Howard, L.L.C.–Denver
633 17th Street
Suite 3000
Denver, CO 80202–3622

303–297–2900
Fax: 303–298–0940
Email: jwatson@shermanhoward.com
*TERMINATED: 02/12/2014*

**Marc F. Colin**
Bruno Colin &Lowe, P.C.
1999 Broadway
Suite 3100
Denver, CO 80202
303–831–1099
Fax: 303–831–1088
Email: mcolin@brunolawyers.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Outdoor Buddies, Inc.**          represented by   **Peter J. Krumholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Women for Concealed Carry**          represented by   **Peter J. Krumholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colorado State Shooting Association**          represented by   **Anthony John Fabian**
Anthony J. Fabian, P.C.
510 Wilcox Street
# C
Castle Rock, CO 80104
303–663–9339
Email: fabianlaw@qwestoffice.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hamilton Family Enterprises, Inc.**          represented by   **Anthony John Fabian**
*doing business as*          (See above for address)
Family Shooting Center at Cherry Creek          *ATTORNEY TO BE NOTICED*
State Park

**Plaintiff**

1816

| | | |
|---|---|---|
| **David Strumillo** | represented by | **David Benjamin Kopel** |
| | | Independence Institute |
| | | 727 East 16th Avenue |
| | | Denver, CO 80203 |
| | | 303–279–6536 |
| | | Fax: 303–279–4176 |
| | | Email: david@i2i.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Bayne** | represented by | **Peter J. Krumholz** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Richard A. Westfall** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dylan Harrell** | represented by | **Peter J. Krumholz** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Richard A. Westfall** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rocky Mountain Shooters Supply** | represented by | **Jonathon Michael Watson** |
| | | (See above for address) |
| | | *TERMINATED: 02/12/2014* |
| | | |
| | | **Marc F. Colin** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **2nd Amendment Gunsmith &Shooter Supply, LLC** | represented by | **Jonathon Michael Watson** |
| | | (See above for address) |
| | | *TERMINATED: 02/12/2014* |
| | | |
| | | **Marc F. Colin** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Burrud Arms Inc.** | represented by | **Jonathon Michael Watson** |
| *doing business as* | | (See above for address) |
| Jensen Arms | | *TERMINATED: 02/12/2014* |

1817

**Marc F. Colin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Mountain Guns**                  represented by    **Jonathon Michael Watson**
(See above for address)
*TERMINATED: 02/12/2014*

**Marc F. Colin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry's Outdoor Sports**               represented by    **Jonathon Michael Watson**
(See above for address)
*TERMINATED: 02/12/2014*

**Marc F. Colin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Specialty Sports &Supply**             represented by    **Jonathon Michael Watson**
(See above for address)
*TERMINATED: 02/12/2014*

**Marc F. Colin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Goods for the Woods**                  represented by    **Jonathon Michael Watson**
(See above for address)
*TERMINATED: 02/12/2014*

**Marc F. Colin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John B. Cooke**                        represented by    **David Benjamin Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ken Putnam**                           represented by    **David Benjamin Kopel**
(See above for address)

1818

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Faull**                                         represented by   **David Benjamin Kopel**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Kuntz**                                         represented by   **David Benjamin Kopel**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred Jobe**                                           represented by   **David Benjamin Kopel**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Krueger**                                      represented by   **David Benjamin Kopel**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stan Hilkey**                                         represented by   **David Benjamin Kopel**
*TERMINATED: 05/08/2014*                                                 (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dave Stong**                                          represented by   **David Benjamin Kopel**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Gonzalez**                                      represented by   **David Benjamin Kopel**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sue Kurtz**                                           represented by   **David Benjamin Kopel**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas N. Darr**                                     represented by   **David Benjamin Kopel**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John W. Hickenlooper**                    represented by    **Daniel D. Domenico**
*Govenor of the State of Colorado*                            Colorado Attorney General's Office
                                                             Ralph L. Carr Colorado Judicial Center
                                                             1300 Broadway
                                                             Denver, CO 80203
                                                             720–508–6000
                                                             Fax: 720–508–6032
                                                             Email: dan.domenico@state.co.us
                                                             *ATTORNEY TO BE NOTICED*

                                                             **David Christopher Blake**
                                                             Colorado Attorney General's Office
                                                             Ralph L. Carr Colorado Judicial Center
                                                             1300 Broadway
                                                             Denver, CO 80203
                                                             720–508–6000
                                                             Fax: 720–508–6032
                                                             Email: david.blake@state.co.us
                                                             *ATTORNEY TO BE NOTICED*

                                                             **John Tien Yau Lee**
                                                             Colorado Attorney General's Office
                                                             Ralph L. Carr Colorado Judicial Center
                                                             1300 Broadway
                                                             Denver, CO 80203
                                                             720–508–6000
                                                             Fax: 720–508–6032
                                                             Email: jtlee@state.co.us
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jonathan Patrick Fero**
                                                             Colorado Attorney General's Office
                                                             Ralph L. Carr Colorado Judicial Center
                                                             1300 Broadway
                                                             Denver, CO 80203
                                                             720–508–6000
                                                             Fax: 720–508–6032
                                                             Email: jon.fero@state.co.us
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kathleen L. Spalding**
                                                             Colorado Attorney General's Office
                                                             Ralph L. Carr Colorado Judicial Center
                                                             1300 Broadway
                                                             Denver, CO 80203
                                                             720–508–6000
                                                             Fax: 720–508–6032
                                                             Email: kit.spalding@state.co.us

*ATTORNEY TO BE NOTICED*

**LeeAnn Morrill**
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720–508–6000
Fax: 720–508–6032
Email: leeann.morrill@state.co.us
*ATTORNEY TO BE NOTICED*

**Matthew David Grove**
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720–508–6000
Fax: 720–508–6032
Email: matt.grove@state.co.us
*ATTORNEY TO BE NOTICED*

**Molly Allen Moats**
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720–508–6000
Fax: 720–508–6032
Email: molly.moats@state.co.us
*ATTORNEY TO BE NOTICED*

**Stephanie Lindquist Scoville**
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720–508–6000
Fax: 720–508–6032
Email: stephanie.scoville@state.co.us
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Board of County Commissioners for
Mesa County Colorado**

represented by **David Robert Frankel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maurice L. Dechant**
Maurice L. Dechant, Attorney at Law
1940 10 Road
Mack, CO 81525
970–216–0941

Email: lyledechant@gmail.com
*TERMINATED: 03/03/2014*

**Plaintiff**

**John B. Cooke**                                      represented by   **David Benjamin Kopel**
*Sheriff of Weld County, Colordo*                                       (See above for address)
*TERMINATED: 11/27/2013*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry Maketa**                                      represented by   **David Benjamin Kopel**
*Sheriff of El Paso County, Colorado*                                   (See above for address)
*TERMINATED: 11/27/2013*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Smith**                                      represented by   **David Benjamin Kopel**
*Sheriff of Larimer County, Colorado*                                  (See above for address)
*TERMINATED: 11/27/2013*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David A. Weaver**                                   represented by   **David Benjamin Kopel**
*Sheriff of Douglas County, Colorado*                                  (See above for address)
*TERMINATED: 11/27/2013*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce W. Hartman**                                  represented by   **David Benjamin Kopel**
*Sheriff of Gilpin County, Colorado*                                   (See above for address)
*TERMINATED: 11/27/2013*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Spruell**                                    represented by   **David Benjamin Kopel**
*Sheriff of Montezuma County, Colorado*                                (See above for address)
*TERMINATED: 11/27/2013*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tim Jantz**                                         represented by   **David Benjamin Kopel**
*Sheriff of Moffat County, Colorado*                                   (See above for address)
*TERMINATED: 11/27/2013*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Martin**                                      represented by   **David Benjamin Kopel**
*Sheriff of Dolores County, Colorado*                                  (See above for address)

*TERMINATED: 11/27/2013*                                    *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Ensminger**                    represented by   **David Benjamin Kopel**
*Sheriff of Teller County, Colorado*                   (See above for address)
*TERMINATED: 11/27/2013*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shayne Heap**                       represented by   **David Benjamin Kopel**
*Sheriff of Elbert County, Colorado*                   (See above for address)
*TERMINATED: 11/27/2013*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad Day**                          represented by   **David Benjamin Kopel**
*Sheriff of Yuma County, Colorado*                     (See above for address)
*TERMINATED: 11/27/2013*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred D. McKee**                     represented by   **David Benjamin Kopel**
*Sheriff of Delta County, Colorado*                    (See above for address)
*TERMINATED: 11/27/2013*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lou Vallario**                      represented by   **David Benjamin Kopel**
*Sheriff of Garfield County, Colorado*                 (See above for address)
*TERMINATED: 11/27/2013*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred Hosselkus**                    represented by   **David Benjamin Kopel**
*Sheriff of Mineral County, Colorado*                  (See above for address)
*TERMINATED: 11/27/2013*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brett L. Powell**                   represented by   **David Benjamin Kopel**
*Sheriff of Logan County, Colorado*                    (See above for address)
*TERMINATED: 11/27/2013*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian E. Norton**                   represented by   **David Benjamin Kopel**
*Sheriff of Rio Grande County, Colorado*               (See above for address)

*TERMINATED: 11/27/2013*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Duke Schirar**                     represented by   **David Benjamin Kopel**
*Sheriff of La Plata County, Colorado*                (See above for address)
*TERMINATED: 11/27/2013*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jim Beicker**                      represented by   **David Benjamin Kopel**
*Sheriff of Fremont County, Colorado*                 (See above for address)
*TERMINATED: 11/27/2013*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Bruce**                     represented by   **David Benjamin Kopel**
*Sheriff of Hinsdale County, Colorado*                (See above for address)
*TERMINATED: 11/27/2013*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris S. Johnson**                 represented by   **David Benjamin Kopel**
*Sheriff of Otero County, Colorado*                   (See above for address)
*TERMINATED: 11/27/2013*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Crone**                      represented by   **David Benjamin Kopel**
*Sheriff of Morgan County, Colorado*                  (See above for address)
*TERMINATED: 11/27/2013*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Si Woodruff**                      represented by   **David Benjamin Kopel**
*Sheriff of Rio Blanco County, Colorado*              (See above for address)
*TERMINATED: 11/27/2013*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom Ridnour**                      represented by   **David Benjamin Kopel**
*Sheriff of Kit Carson County, Colorado*              (See above for address)
*TERMINATED: 11/27/2013*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom Nestor**                       represented by   **David Benjamin Kopel**
*Sheriff of Lincoln County, Colorado*                 (See above for address)

*TERMINATED: 11/27/2013*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Forrest Frazee**                              represented by   **David Benjamin Kopel**
*Sheriff of Kiowa County, Colorado*                             (See above for address)
*TERMINATED: 11/27/2013*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rick Dunlap**                                 represented by   **David Benjamin Kopel**
*Sheriff of Montrose County, Colorado*                          (See above for address)
*TERMINATED: 11/27/2013*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ted B. Mink**                                 represented by   **David Benjamin Kopel**
*Sheriff of Jefferson County, Colorado*                         (See above for address)
*TERMINATED: 11/27/2013*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred Wegener**                                represented by   **David Benjamin Kopel**
*Sheriff of Park County, Colorado*                              (See above for address)
*TERMINATED: 11/27/2013*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Newman**                                represented by   **David Benjamin Kopel**
*Sheriff of Huerfano County, Colorado*                          (See above for address)
*TERMINATED: 11/27/2013*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randy Peck**                                  represented by   **David Benjamin Kopel**
*Sheriff of Sedgwick County, Colorado*                          (See above for address)
*TERMINATED: 11/27/2013*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominic Mattivi, Jr.**                        represented by   **David Benjamin Kopel**
*Sheriff of Ouray County, Colorado*                             (See above for address)
*TERMINATED: 11/27/2013*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Minor**                                  represented by   **David Benjamin Kopel**
*Sheriff of Summit County, Colorado*                            (See above for address)

1825

*TERMINATED: 11/27/2013*                                    *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Fischer**                          represented by   **David Benjamin Kopel**
*Sheriff of Jackson County, Colorado*                      (See above for address)
*TERMINATED: 11/27/2013*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rick Besecker**                          represented by   **David Benjamin Kopel**
*Sheriff of Gunnison County, Colorado*                     (See above for address)
*TERMINATED: 11/27/2013*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles "Rob" Urbach**                   represented by   **David Benjamin Kopel**
*Sheriff of Phillips County, Colorado*                     (See above for address)
*TERMINATED: 11/27/2013*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rod Fenske**                             represented by   **David Benjamin Kopel**
*Sheriff of Lake County, Colorado*                         (See above for address)
*TERMINATED: 11/27/2013*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grayson Robinson**                       represented by   **David Benjamin Kopel**
*Sheriff of Arapahoe County, Colorado*                     (See above for address)
*TERMINATED: 11/27/2013*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Campbell**                         represented by   **David Benjamin Kopel**
*Sheriff of Baca County, Colorado*                         (See above for address)
*TERMINATED: 11/27/2013*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Norris**                            represented by   **David Benjamin Kopel**
*Sheriff of Saguache County, Colorado*                     (See above for address)
*TERMINATED: 11/27/2013*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amos Medina**                            represented by   **David Benjamin Kopel**
*Sheriff of Costilla County, Colorado*                     (See above for address)

*TERMINATED: 11/27/2013*                                   *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miles Clark**                          represented by   **David Benjamin Kopel**
*Sheriff of Crowley County, Colorado*                     (See above for address)
*TERMINATED: 11/27/2013*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Encinias**                       represented by   **David Benjamin Kopel**
*Sheriff of Bent County, Colorado*                        (See above for address)
*TERMINATED: 11/27/2013*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James (Jim) Casias**                   represented by   **David Benjamin Kopel**
*Sheriff of Las Animas County, Colorado*                  (See above for address)
*TERMINATED: 11/27/2013*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garrett Wiggins**                      represented by   **David Benjamin Kopel**
*Sheriff of Routt County, Colorado*                       (See above for address)
*TERMINATED: 11/27/2013*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grand Prix Guns**                      represented by   **Jonathon Michael Watson**
*TERMINATED: 12/23/2013*                                  (See above for address)
                                                          *TERMINATED: 02/12/2014*

                                                          **Marc F. Colin**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Johnson**                       represented by   **David Benjamin Kopel**
*Sheriff of Grand County, Colorado*                       (See above for address)
*TERMINATED: 12/12/2013*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/06/2014 | <u>176</u> | 19 | TRANSCRIPT of Motion for Preliminary Injunction held on 7/10/13 before Chief Judge Krieger. Pages: 1–20. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic** |

| | | | |
|---|---|---|---|
| | | | **transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | <u>177</u> | 21 | TRANSCRIPT of Law and Motion Hearing held on 12/19/13 before Chief Judge Krieger. Pages: 1–35. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | <u>178</u> | 23 | TRANSCRIPT of Final Pretrial Conference held on 2/20/14 before Chief Judge Krieger. Pages: 1–21. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | <u>179</u> | 25 | TRANSCRIPT of Trial to Court – Day 1 held on 3/31/14 before Chief Judge Krieger. Pages: 1–239. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | <u>180</u> | 27 | TRANSCRIPT of Trial to Court – Day 2 held on 4/01/14 before Chief Judge Krieger. Pages: 240–476. <br> **NOTICE – REDACTION OF** |

1828

| | | | |
|---|---|---|---|
| | | | **TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | 181 | 29 | TRANSCRIPT of Trial to Court – Day 3 held on 4/2/14 before Chief Judge Krieger. Pages: 477–676. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | 182 | 31 | TRANSCRIPT of Trial to Court – Day 4 held on 4/3/14 before Chief Judge Krieger. Pages: 677–928. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | 183 | 33 | TRANSCRIPT of Trial to Court – Day 5 held on 4/4/14 before Chief Judge Krieger. Pages: 929–1157. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |

| 10/06/2014 | 184 | 35 | TRANSCRIPT of Trial to Court – Day 6 held on 4/7/14 before Chief Judge Krieger. Pages: 1158–1379. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | 185 | 37 | TRANSCRIPT of Trial to Court – Day 7 held on 4/8/14 before Chief Judge Krieger. Pages: 1380–1597. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/06/2014 | 186 | 39 | TRANSCRIPT of Trial to Court – Day 8 held on 4/9/14 before Chief Judge Krieger. Pages: 1598–1825. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/06/2014) |
| 10/07/2014 | 187 | 41 | TRANSCRIPT of Trial to Court – Day 9 held on 4/10/14 before Chief Judge Krieger. Pages: 1826–1987. <br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on |

| | | | PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, ) (Entered: 10/07/2014) |

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705558@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

## U.S. District Court

## District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2014 at 4:17 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13–cv–01300–MSK–MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 176

**Docket Text:**

 TRANSCRIPT of Motion for Preliminary Injunction held on 7/10/13 before Chief Judge Krieger. Pages: 1–20. <br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin    mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding    kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall    rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel    david@i2i.org

Douglas L. Abbott    dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel    david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz    pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705572@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

## U.S. District Court

## District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/6/2014 at 4:19 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13–cv–01300–MSK–MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 177

**Docket Text:**
**TRANSCRIPT of Law and Motion Hearing held on 12/19/13 before Chief Judge Krieger.
Pages: 1–35. <br>** <span style="color:red">**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of
this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the
party's intent to redact personal identifiers from the electronic transcript of the court
proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript
will be made electronically available after 90 days. Please see the Notice of Electronic
Availability of Transcripts document at www.cod.uscourts.gov.<br>**</span> Transcript may only be
viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day
deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin     mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com,
slarson@brunolawyers.com

Kathleen L. Spalding     kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall     rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel     david@i2i.org

Douglas L. Abbott     dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com,
mmarrow@hollandhart.com

David Robert Frankel     david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz     pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1835

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705578@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

## U.S. District Court

## District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2014 at 4:21 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13–cv–01300–MSK–MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 178

**Docket Text:**
**TRANSCRIPT of Final Pretrial Conference held on 2/20/14 before Chief Judge Krieger. Pages: 1–21. <br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin   mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding   kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall   rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel   david@i2i.org

Douglas L. Abbott   dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel   david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz   pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1837

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705590@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

## U.S. District Court

## District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2014 at 4:22 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13–cv–01300–MSK–MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 179

**Docket Text:**
**TRANSCRIPT of Trial to Court – Day 1 held on 3/31/14 before Chief Judge Krieger. Pages: 1–239. <br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin    mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding    kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall    rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel    david@i2i.org

Douglas L. Abbott    dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel    david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz    pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura−jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura−jane.weimer@state.co.us

**1:13−cv−01300−MSK−MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1839

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705609@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content−Type: text/html

### U.S. District Court

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2014 at 4:24 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13−cv−01300−MSK−MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 180

**Docket Text:**

<span style="color:blue">**TRANSCRIPT of Trial to Court – Day 2 held on 4/01/14 before Chief Judge Krieger. Pages: 240–476. <br>**</span> <span style="color:red">**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**</span> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13−cv−01300−MSK−MJW Notice has been electronically mailed to:**

Marc F. Colin    mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding    kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall    rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel    david@i2i.org

Douglas L. Abbott    dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel    david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz    pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1841

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circ10.dcn
Message-Id:4705624@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

## U.S. District Court

## District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/6/2014 at 4:26 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13–cv–01300–MSK–MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 181

**Docket Text:**
**TRANSCRIPT of Trial to Court – Day 3 held on 4/2/14 before Chief Judge Krieger. Pages: 477–676. <br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin    mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding    kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall    rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel    david@i2i.org

Douglas L. Abbott    dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel    david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz    pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1843

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circ10.dcn
Message-Id:4705635@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

# U.S. District Court

## District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/6/2014 at 4:29 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | <u>1:13–cv–01300–MSK–MJW</u> |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** <u>182</u>

**Docket Text:**

**TRANSCRIPT of Trial to Court – Day 4 held on 4/3/14 before Chief Judge Krieger. Pages: 677–928. <br>** <span style="color:red">**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**</span> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin     mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding     kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall     rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel     david@i2i.org

Douglas L. Abbott     dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel     david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz     pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1845

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705658@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

### U.S. District Court

### District of Colorado

**Notice of Electronic Filing**


The following transaction was entered on 10/6/2014 at 4:32 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | <u>1:13–cv–01300–MSK–MJW</u> |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** <u>183</u>

**Docket Text:**
<span style="color:blue">**TRANSCRIPT of Trial to Court – Day 5 held on 4/4/14 before Chief Judge Krieger. Pages: 929–1157. <br>**</span> <span style="color:red">**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**</span> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )


**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin    mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding    kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall    rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel    david@i2i.org

Douglas L. Abbott    dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel    david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz    pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1847

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705670@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

## U.S. District Court

## District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2014 at 4:34 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13–cv–01300–MSK–MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 184

**Docket Text:**
**TRANSCRIPT of Trial to Court – Day 6 held on 4/7/14 before Chief Judge Krieger. Pages: 1158–1379. <br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin     mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding     kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall     rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel     david@i2i.org

Douglas L. Abbott     dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel     david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz     pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1849

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705679@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

## U.S. District Court

## District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2014 at 4:37 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | <u>1:13–cv–01300–MSK–MJW</u> |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** <u>185</u>

**Docket Text:**

<span style="color:blue">**TRANSCRIPT of Trial to Court – Day 7 held on 4/8/14 before Chief Judge Krieger. Pages: 1380–1597. <br>**</span> <span style="color:red">**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**</span> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin    mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding    kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall    rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel    david@i2i.org

Douglas L. Abbott    dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel    david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz    pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1851

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4705682@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

# U.S. District Court

## District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 10/6/2014 at 4:38 PM MDT and filed on 10/6/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13–cv–01300–MSK–MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 186

**Docket Text:**

 **TRANSCRIPT of Trial to Court – Day 8 held on 4/9/14 before Chief Judge Krieger. Pages: 1598–1825. <br>** NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )

**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin    mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding    kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall    rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel    david@i2i.org

Douglas L. Abbott    dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel    david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz    pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura–jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura–jane.weimer@state.co.us

**1:13–cv–01300–MSK–MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1853

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circl0.dcn
Message-Id:4706016@cod.uscourts.gov
Subject:Activity in Case 1:13-cv-01300-MSK-MJW Colorado Outfitters Association et al v.
Hickenlooper Transcript
```
Content–Type: text/html

## U.S. District Court

## District of Colorado

**Notice of Electronic Filing**


The following transaction was entered on 10/7/2014 at 0:05 AM MDT and filed on 10/7/2014

| | |
|---|---|
| **Case Name:** | Colorado Outfitters Association et al v. Hickenlooper |
| **Case Number:** | 1:13–cv–01300–MSK–MJW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/26/2014**

**Document Number:** 187

**Docket Text:**
 **TRANSCRIPT of Trial to Court – Day 9 held on 4/10/14 before Chief Judge Krieger. Pages: 1826–1987. <br>** NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/8/2015. (tlind, )


**1:13–cv–01300–MSK–MJW Notice has been electronically mailed to:**

Marc F. Colin     mcolin@brunolawyers.com, lmicucci@brunolawyers.com, mbrock@brunolawyers.com, slarson@brunolawyers.com

Kathleen L. Spalding     kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

Richard A. Westfall     rwestfall@halewestfall.com, blillis@halewestfall.com, cmcnicholas@halewestfall.com

David Benjamin Kopel     david@i2i.org

Douglas L. Abbott     dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

David Robert Frankel     david.frankel@mesacounty.us, deanna.gohn@mesacounty.us

Peter J. Krumholz     pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com

Anthony John Fabian    fabianlaw@qwestoffice.net

Stephanie Lindquist Scoville    stephanie.scoville@state.co.us, sally.ott@state.co.us

Molly Allen Moats    molly.moats@state.co.us

Jonathan Michael Anderson    jmanderson@hollandhart.com

Matthew David Grove    matt.grove@state.co.us, bernie.buescher@state.co.us, debbie.bendell@state.co.us, fred.yarger@state.co.us, leeann.morrill@state.co.us

Daniel D. Domenico    dan.domenico@state.co.us, laura−jane.weimer@state.co.us

Jonathan Patrick Fero    jon.fero@state.co.us, debbie.bendell@state.co.us

John Tien Yau Lee    jtlee@state.co.us, jtlee888@gmail.com

LeeAnn Morrill    leeann.morrill@state.co.us, debbie.bendell@state.co.us

David Christopher Blake    david.blake@state.co.us, carol.gall@state.co.us, laura−jane.weimer@state.co.us

**1:13−cv−01300−MSK−MJW Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

1855