Appellate Case: 14-1290    Document: 01019371769    Date Filed: 01/16/2015    Page: 1

# Family Shooting Center

### at Cherry Creek State Park

| Navigation |
|---|
| Home |
| Fees / Services |
| Boy Scout Pricing |
| Classes |
| Trap League |
| Machine Guns |
| Images |
| Calendar |
| FAQ |
| Directions |
| Contact |
| Links |
| Of Interest |
| Sheriffs' Lawsuit |
| Join the NRA |

Wednesday, October 09, 2013

Welcome to the

## Family Shooting Center

Yes!  We are open to the public!

We are a full service public outdoor range offering pistol shooting, rifle shooting at 50 yards and 100 yards, shotgun shooting and archery.  Our shotgun ranges include pedestal trap, American trap, and 5-stand sporting clays.  We also have a patterning board.

Open 7 days a week (some holidays excluded / weather permitting)
Our **current hours** are:  **10 am - 7 pm Mon - Fri,  9 am - 7 pm Sat, 9 am - 6 pm Sun**
Call the office - (303)-680-5401 - if the weather is questionable.

Available now!! – Youth pricing for auto trap.  Purchase a purple flight card of 20 rounds of trap for $80.  Price is $4 per round of trap.
Regular price is $7.  That is a $3 per round of trap savings!!

### Family Shooting Center
### July 1, 2013 Impact of new Colorado Restrictive Gun Laws

**The Family Shooting Center at Cherry Creek State Park wants you to know that the new firearms laws going into effect on July 1 do not impact our range operations.  You may bring any of your firearms to the range to shoot, following our normal range rules.  As well, you may rent any of our rifles, pistols and shotguns as you have always been able to do.  The Family Shooting Center is proud to stand with the County Sheriffs of Colorado in their battle for your Constitutional rights.**

**Visit Sheriffs' Lawsuit page for further information.**

## 54 Colorado County Sheriffs vs Governor John Hickenlooper

The **Family Shooting Center at Cherry Creek State Park** is proud to announce that we stand with the County Sheriffs of Colorado in their legal actions against Governor John Hickenlooper.  The Family Shooting Center is a named Plaintiff in the Sheriffs' complaint filed in United States District Court on May 17th.  Together, 24 business entities, individuals and 54 Colorado County Sheriffs are standing firm in the defense of the United States Constitution and against the outrageous abuse of power and poor judgment demonstrated by State Legislators and the office of the Governor in the last legislative session.

**- See Sheriffs' Lawsuit for more information -**

## !!! Hunting Season Notice !!!

**August 1st - November 30th ...**
**There is a 2 rifle limit per range fee.**
**Each additional rifle is an $8 charge.**

## This is what a "Leader Looks and Sounds Like" !!!
### (click HERE for video)

5262

GOV-04543

## HOT FOOD
### Now available at the range!
Open every day (weather dependent)

Our **Dogs Gun Wild** vendor has:

**hot dogs, brats, burgers, pulled pork, BBQ pork, chicken cheese steak**

On selected days (daily specials) gourmet brats are offered:
**buffalo, jalapeno cheddar, elk, pheasant, wild boar, jackalope**

We proudly serve gourmet meats from Continental Sausage.

---

Want to beat the wait list on weekends?
Join **Centennial State Shooting Club**
Members go to the **TOP** of the wait list!
For club information - click HERE (PDF format)

---

### Free **1 year** NRA membership
## with a **Centennial State Shooting Club** membership
$35 value - (new membership or renewal)
For club information - click HERE (PDF format)

---

### Need ammunition?
### We have most calibers available!
**Note:** Quantities may be limited for some popular rounds;
Centennial State Shooting Club members
may purchase larger quantities.

---

### Feel like shooting a machine gun?
### Now is your chance!!!
For more info and pics, CLICK HERE

Available selected Sundays, dependent on weather.
Check the calendar AND
call ahead that morning to verify the next shoot date.

(Bring plastic jugs for targets if you have any - we are running low.
1 gallon is best, but 2 liter bottles will work. )

### Next Scheduled Shoot Date:
-

---

**Yes!!!  We have a large selection of ammunition in stock!**
We have a large selection of most calibers of ammunition.

5263

GOV-04544

Family Shooting Center - Home Page

**Here's what we have to offer:  (and there's more to come...)**
- special events and corporate shoots available by appointment
- concealed carry training and proficiency certification
- shotgun - ATA automated trap
- shotgun - hand throw (pedestal) trap
- shotgun - 5-stand sporting clays
- pistol range
- rifle range - 50/100 yard
- archery range - 10 position, 50 yard
- handgun, rifle, and shotgun rentals
- firearms training classes
- police style and security training

**Please Note:**  Eye and ear protection is required at all times on the ranges and is available for sale if you don't have your own.

You must have your firearms **unloaded and cased** before entering the facility.
- Acceptable cases are:  hard cases, soft zippered cases, soft sleeves (not soft socks), and original shipping boxes
- Inexpensive cases and sleeves are available for purchase at the range.

5264

GOV-04545





EXHIBIT
Hewson    (Z)
Calderwood-Mackelprang
303 477 - 3500
10-16-13

Homepage | Log in here• October 15th, 2013

A 501(c)3 organization, Colorado Youth Outdoors is the natural connection between kids and their parents.

Help us to make a difference!

**DONATE NOW!**

Please visit our Funding Section to see how you can support CYO ...



click for more info ►

## CYO news & blogs

- CYO News & Announcements

## Categories

- Featured Stories
- From the Executive Director
- News
- Newsletter
- Our Sponsors

## Newsletter

First Name:

Last Name:

Email:

5265

Contact Lists:

-  Volunteer Opportunities
- CYO Newsletter
- Swift Ponds News
- Maverick News
- NE Current Parents
- NE Current Students
- SE Current Parent
- SE Current Student
- General Interest

Sign Up

## Contacts

Colorado Youth Outdoors

209 E 4th Street

Loveland, CO 80537


Phone: 970-663-0800

Fax: 970-669-2384

Email: info@coloradoyo.org

online contact form

- We believe relationships need time to grow.
- Learning happens best when we are having fun "doing" it so we attempt to be "hands-on" with our programming.
- We employ and train highly qualified and caring instructors.
- We require parents (or mentors) to participate with their students.
- We ask for only a minimal financial contribution from participants but a maximum commitment.



## · About CYO

5266

Appellate Case: 2014CA1307     Document: 01019371769     Date Filed: 01/16/2015     Page: 6 of 7

- Mission Statement
- Strategic/Vision
- Why CYO? Impacts and Benefits
- Facilities Based Programming
- Board and Staff

## Participants

- Program
  Registration
- Calendars
- Updates
- Testimonials
- Adventure Series
- Event Registration

## Swift Ponds

- Info/Description
- Calendar
- Reservation Request

## Support CYO

- Funding Plan
- Contribute
- Volunteer
- Fundraising Events

## Resources

- Image Gallery
- Media
- Files & Downloads
- Links
- CYO Local
  Business Alliance

## The Maverick

**2013 Fundraiser Shoot benefiting Colorado Youth Outdoors**

*May 3rd – May 5th, Sylvan Dale Guest Ranch*

5267

Appellate Case: 14-1290     Document: 01019371769     Date Filed: 01/16/2015     Page: 4 of 7



A Maverick is someone who takes an independent stand for something they believe in. **THE MAVERICK** is an event that stands for a cause that we can all support. The title of this event represents the uniqueness of this exciting three day shoot event held at **Sylvan Dale Guest Ranch from May 3rd to May 5th, 2013.** The title also represents the very spirit of **Colorado Youth Outdoors' mission to strengthen relationships between youth and their parents through traditional outdoor activities.**

Friday and Saturday participating team sponsors enjoy all the hospitality and fun the event has become so well known for. Saturday is the premier day of **The Maverick** and includes some fantastic opportunities to promote your organization, thank your clients, or simply enjoy a day of unmatched entertainment with friends, both old and new.

Sunday of The Maverick is for this year's participants in Colorado Youth Outdoors. Parents and youth enjoy the course and vie for the state flurry championship. They then help clean up the ranch bringing an end to a fantastic event that helps fund a cause worth taking a stand for: families!

**Friday Team Sponsor – May 3 … $2500.00**

*As a Friday Team Sponsor you will receive the opportunity to field a team of 4 for Friday's Shoot.*

**Sponsorship includes:**

- The use of a team golf cart
- 4 gift packages including Maverick garment with safety glasses and hearing protection
- 100 rounds ammunition for 12 or 20 gauge
- 100 rounds sporting clays
- On course lunch and beverages
- Team Flurry Shoot
- Post shoot Awards and Hors' d'evours'
- Opportunity to participate in Green Gambler

5268



**Friday Schedule:**
*9:00 am Registration & Continental Breakfast*
*10:00 am Shot Gun Start*
*4:30 pm Hors devours, Awards and Auction*
Friday Maverick Team Registration Form

### Saturday Team Sponsor – May 4... $5,000.00

**This is The Maverick's premier day!** As a Saturday Station Sponsor you will receive the opportunity to field a team of 4 for Saturdays Shoot.

**Sponsorship includes:**

- Use of Team Golf Cart with your name
- Course Banner with company name and logo
- 4 gift packages including event garment with
- glasses and hearing protection
- Rocky Mountain Shooters Supply Try-Me Station
- 100 rounds ammunition for 12 or 20 gauge
- 100 round sporting clays
- On course lunch and beverages
- Team Flurry Shoot
- Opportunity to participate in Green Gambler
- 8 Tickets to Saturday' social hour, dinner, raffle and live auction which includes many valuable items.
- Special Presentation by World Renowned Trick Shooter Tom Knapp

**Saturday Schedule:**
*9:00 am Registration & Continental Breakfast*
*10:00 am Shot Gun Start*
*5:30 pm Hors devours, Awards and Auction*
*6:30 pm Dinner & Auction*
Saturday Maverick Team Registration Form

**To resister for THE MAVERICK you can send your payment to Colorado Youth Outdoors as either a ...**

**Saturday Team Sponsor – $5000.00**

or

5269

**Friday Team Sponsor – $2500.00**

Sign ups & Payments can be mailed to:

**Colorado Youth Outdoors**

**209 E. 4th Street**

**Loveland, CO 80537**

or

**email it to: mavshoot@coloradoyo.org**

*Sign ups are first come, first serve.  We have a limited number of spots available so even if you choose not to register early send an r.s.v.p. to reserve your teams spot for Friday or Saturday now!  After you sign up you will receive additional information and registration forms.*

**For more information contact us at:**

**Email:   MavShoot@coloradoyo.org**

**Phone:   (970) 663-0800**

www.coloradoyo.org

Colorado Youth Outdoors is a 501 c3 charitable organization 84-1608608.

Several special events for our FRIENDS are planned during the year to celebrate this grassroots level of support.

find out more »

our Sporting Clays Shoot/Fundraiser
find out more »

see a list of our private and corporate sponsors.

find out more »

CYO believes in partnerships and is regularly looking for opportunities to connect with others who are passionate about families and the outdoors. For more information on how you can contribute to the mission and success of Colorado Youth Outdoors, please contact us at (970) 663-0800 or email Bob at bhewson@coloradoyo.org.

5270

The Maverick « Colorado Youth Outdoors

©2013 Colorado Youth Outdoors. Colorado Youth Outdoors is a 501(c)3 organization.All Rights Reserved. Site by RevosMedia. Terms of Use

5271



**Armed Resistance to Crime: The Prevalence and Nature of Self-Defense with a Gun**

Gary Kleck; Marc Gertz

*The Journal of Criminal Law and Criminology (1973-)*, Vol. 86, No. 1 (Autumn, 1995), 150-187.

Stable URL:
http://links.jstor.org/sici?sici=0091-4169%28199523%2986%3A1%3C150%3AARTCTP%3E2.0.CO%3B2-E

*The Journal of Criminal Law and Criminology (1973-)* is currently published by Northwestern University.

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at http://www.jstor.org/about/terms.html. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at http://www.jstor.org/journals/nwu.html.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed page of such transmission.

JSTOR is an independent not-for-profit organization dedicated to creating and preserving a digital archive of scholarly journals. For more information regarding JSTOR, please contact support@jstor.org.

5272

0091-4169/95/8601-0150
The Journal of Criminal Law & Criminology
Copyright © 1995 by Northwestern University, School of Law

Vol. 86, No. 1
*Printed in U.S.A.*

# ARMED RESISTANCE TO CRIME: THE PREVALENCE AND NATURE OF SELF-DEFENSE WITH A GUN*

**GARY KLECK**
**MARC GERTZ**

## I. Introduction

Crime victims used to be ignored by criminologists. Then, beginning slowly in the 1940s and more rapidly in the 1970s, interest in the victim's role in crime grew. Yet a tendency to treat the victim as either a passive target of another person's wrongdoing or as a virtual accomplice of the criminal limited this interest. The concept of the victim-precipitated homicide[1] highlighted the possibility that victims were not always blameless and passive targets, but that they sometimes initiated or contributed to the escalation of a violent interaction through their own actions, which they often claimed were defensive.

Perhaps due to an unduly narrow focus on lower-class male-on-male violence, scholars have shown little openness to the possibility that a good deal of "defensive" violence by persons claiming the moral status of a victim may be just that. Thus, many scholars routinely assumed that a large share of violent interactions are "mutual combat" involving two blameworthy parties who each may be regarded as both offender and victim. The notion that much violence is one-sided and that many victims of violence are largely blameless is dismissed as naive.

A few criminologists have rejected the simplistic mutual combat model of violence, though they sometimes limit its rejection to a few special subtypes of violence, especially family violence, rape, and, more generally, violence of men against women and of adults against

---

* The authors wish to thank David Bordua, Gary Mauser, Seymour Sudman, and James Wright for their help in designing the survey instrument. The authors also wish to thank the highly skilled staff responsible for the interviewing: Michael Trapp (Supervisor), David Antonacci, James Belcher, Robert Bunting, Melissa Cross, Sandy Hawker, Dana R. Jones, Harvey Langford, Jr., Susannah R. Maher, Nia Mastin-Walker, Brian Murray, Miranda Ross, Dale Sellers, Esty Zervigon, and for sampling work, Sandy Grguric.
[1] Marvin E. Wolfgang, Patterns in Criminal Homicide 245 (1958).

children.[2]  However, the more one looks, the more exceptions become evident, such as felony killings linked with robberies, burglaries, or sexual assaults, contract killings, mass killings, serial murders, and homicides where the violence is one-sided.  Indeed, it may be more accurate to see the mutual combat common among lower-class males to be the exception rather than the rule.  If this is so, then forceful actions taken by victims are easier to see as genuinely and largely defensive.

Once one turns to defensive actions taken by the victims of property crimes, it is even easier to take this view.  There are few robberies, burglaries, larcenies, or auto thefts where it is hard to distinguish offender from victim or to identify one of the parties as the clear initiator of a criminal action and another party as a relatively legitimate responder to those initiatives.  The traditional conceptualization of victims as either passive targets or active collaborators overlooks another possible victim role, that of the active resister who does not initiate or accelerate any illegitimate activity, but uses various means of resistance for legitimate purposes, such as avoiding injury or property loss.

Victim resistance can be passive or verbal, but much of it is active and forceful.  Potentially, the most consequential form of forceful resistance is armed resistance, especially resistance with a gun.  This form of resistance is worthy of special attention for many reasons, both policy-related and scientific.  The policy-related reasons are obvious: if self-protection with a gun is commonplace, it means that any form of gun control that disarms large numbers of prospective victims, either altogether, or only in certain times and places where victimization might occur, will carry significant social costs in terms of lost opportunities for self-protection.

On the other hand, the scientific reasons are likely to be familiar only to the relatively small community of scholars who study the consequences of victim self-protection: the defensive actions of crime victims have significant effects on the outcomes of crimes, and the effects of armed resistance differ from those of unarmed resistance.  Previous research has consistently indicated that victims who resist with a gun or other weapon are less likely than other victims to lose their property in robberies[3] and in burglaries.[4]  Consistently, research also has

---

[2] Richard A. Berk et al., *Mutual Combat and Other Family Violence Myths*, in THE DARK SIDE OF FAMILIES 197 (David Finkelhor et al. eds., 1983).

[3] *See generally* MICHAEL J. HINDELANG, CRIMINAL VICTIMIZATION IN EIGHT AMERICAN CITIES (1976); Gary Kleck, *Crime Control Through the Private Use of Armed Force*, 35 SOC. PROBS. 1 (1988); Gary Kleck & Miriam A. DeLone, *Victim Resistance and Offender Weapon Effects in Robbery*, 9 J. QUANTITATIVE CRIMINOLOGY 55 (1993); Eduard A. Ziegenhagen & Dolores

indicated that victims who resist by using guns or other weapons are less likely to be injured compared to victims who do not resist or to those who resist without weapons. This is true whether the research relied on victim surveys or on police records, and whether the data analysis consisted of simple cross-tabulations or more complex multivariate analyses. These findings have been obtained with respect to robberies[5] and to assaults.[6] Cook[7] offers his unsupported personal opinion concerning robbery victims that resisting with a gun is only prudent if the robber does not have a gun. The primary data source on which Cook relies flatly contradicts this opinion. National Crime Victimization Survey (NCVS) data indicate that even in the very disadvantageous situation where the robber has a gun, victims who resist with guns are still substantially less likely to be injured than those who resist in other ways, and even slightly less likely to be hurt than those who do not resist at all.[8]

With regard to studies of rape, although samples typically include too few cases of self-defense with a gun for separate analysis, McDermott,[9] Quinsey and Upfold,[10] Lizotte,[11] and Kleck and Sayles[12] all found that victims who resisted with some kind of weapon were less likely to have the rape attempt completed against them. Findings concerning the impact of armed resistance on whether rape victims suffer additional injuries beyond the rape itself are less clear, due to a lack of information on whether acts of resistance preceded or followed the rapist's attack. The only two rape studies with the necessary sequence information found that forceful resistance by rape victims usually follows, rather than precedes, rapist attacks inflicting additional injury, undercutting the proposition that victim resistance increases the likelihood that the victim will be hurt.[13] This is consistent with findings on robbery and assault.[14]

---

Brosnan, *Victim Responses to Robbery and Crime Control Policy*, 23 CRIMINOLOGY 675 (1985).

   [4] *See generally* Philip J. Cook, *The Technology of Personal Violence*, 14 CRIME & JUST.: ANN. REV. RES. 1, 57 (1991).

   [5] Ziegenhagen & Brosnan, *supra* note 3; Kleck *supra* note 3; Kleck & DeLone, *supra* note 3.

   [6] Kleck, *supra* note 3.

   [7] Cook, *supra* note 4, at 58.

   [8] Kleck & DeLone, *supra* note 3, at 75.

   [9] JOAN M. MCDERMOTT, RAPE VICTIMIZATION IN 26 AMERICAN CITIES (1979).

   [10] Quinsey & Upfold, *Rape Completion and Victim Injury as a Function of Female Resistance Strategy*, 17 CAN. J. BEHAV. SCI. 40 (1985).

   [11] Alan J. Lizotte, *Determinants of Completing Rape and Assault*, 2 J. QUANTITATIVE CRIMINOLOGY 203 (1986).

   [12] Gary Kleck & Susan Sayles, *Rape and Resistance*, 37 SOC. PROBS. 149 (1990).

   [13] Quinsey & Upfold, *supra* note 10, at 46-47. *See generally* Sarah E. Ullman & Raymond A. Knight, *Fighting Back: Women's Resistance to Rape*, 7 J. INTERPERSONAL VIOLENCE 31 (1992).

   [14] *See* Kleck, *supra* note 3, at 9.

## II. The Prevalence of Defensive Gun Use (DGU) in Previous Surveys

### A. the national crime victimization survey (ncvs)

However consistent the evidence may be concerning the effectiveness of armed victim resistance, there are some who minimize its significance by insisting that it is rare.[15] This assertion is invariably based entirely on a single source of information, the National Crime Victimization Survey (NCVS).

Data from the NCVS imply that each year there are only about 68,000 defensive uses of guns in connection with assaults and robberies,[16] or about 80,000 to 82,000 if one adds in uses linked with household burglaries.[17] These figures are less than one ninth of the estimates implied by the results of at least thirteen other surveys, summarized in Table 1, most of which have been previously reported.[18] The NCVS estimates imply that about 0.09 of 1% of U.S. households experience a defensive gun use (DGU) in any one year, compared to the Mauser survey's estimate of 3.79% of households over a five year period, or about 0.76% in any one year, assuming an even distribution over the five year period, and no repeat uses.[19]

The strongest evidence that a measurement is inaccurate is that it is inconsistent with many other independent measurements or observations of the same phenomenon; indeed, some would argue that this is ultimately the *only* way of knowing that a measurement is wrong. Therefore, one might suppose that the gross inconsistency of the NCVS-based estimates with all other known estimates, each derived from sources with no known flaws even remotely substantial enough to account for nine-to-one, or more, discrepancies, would be sufficient to persuade any serious scholar that the NCVS estimates are unreliable.

Apparently it is not, since the Bureau of Justice Statistics continues to disseminate their DGU estimates as if they were valid,[20] and scholars continue to cite the NCVS estimates as being at least as rea-

---

[15] Cook, *supra* note 4; David McDowall & Brian Wiersema, *The Incidence of Defensive Firearm Use by U.S. Crime Victims, 1987 Through 1990*, 84 Am. J. Pub. Health 1982 (1994); Understanding and Preventing Violence 265 (Albert J. Reiss & Jeffrey A. Roth eds., 1993).

[16] Kleck, *supra* note 3, at 8.

[17] Cook, *supra* note 4, at 56; Michael R. Rand, Bureau of Justice Statistics, Guns and Crime (Crime Data Brief) (1994).

[18] *See* Kleck, *supra* note 3, at 3; Gary Kleck, Point Blank: Guns and Violence in America 146 (1991).

[19] Gary A. Mauser, Firearms and Self-Defense: The Canadian Case, Presented at the Annual Meetings of the American Society of Criminology (Oct. 28, 1993).

[20] Rand, *supra* note 17.

sonable as those from the gun surveys.[21]  Similarly, the editors of a report on violence conducted for the prestigious National Academy of Sciences have uncritically accepted the validity of the NCVS estimate as being at least equal to that of all of the alternative estimates.[22]  In effect, even the National Academy of Sciences gives no more weight to estimates from numerous independent sources than to an estimate derived from a single source which is, as explained below, singularly ill-suited to the task of estimating DGU frequency.

This sort of bland and spurious even-handedness is misleading. For example, Reiss and Roth withheld from their readers that there were at least *nine* other estimates contradicting the NCVS-based estimate; instead they vaguely alluded only to "a number of surveys,"[23] as did Cook,[24] and they downplayed the estimates from the other surveys on the basis of flaws which they only speculated those surveys *might* have.  Even as speculations, these scholars' conjectures were conspicuously one-sided, focusing solely on possible flaws whose correction would bring the estimate down, while ignoring obvious flaws, such as respondents (Rs) forgetting or intentionally concealing DGUs, whose correction would push the estimate up.  Further, the speculations, even if true, would be wholly inadequate to account for more than a small share of the enormous nine-to-one or more discrepancy between the NCVS-based estimates and all other estimates.  For example, the effects of telescoping can be completely cancelled out by the effects of memory loss and other recall failure, and even if they are not, they cannot account for more than a tiny share of a discrepancy of nine-to-one or more.

Equally important, those who take the NCVS-based estimates seriously have consistently ignored the most pronounced limitations of the NCVS for estimating DGU frequency.  The NCVS is a nonanonymous national survey conducted by a branch of the federal government, the U.S. Bureau of the Census.  Interviewers identify themselves to Rs as federal government employees, even displaying, in face-to-face contacts, an identification card with a badge.  Rs are told that the interviews are being conducted on behalf of the U.S. Department of Justice, the law enforcement branch of the federal government.  As a preliminary to asking questions about crime victimization experiences, interviewers establish the address, telephone number, and full names of all occupants, age twelve and over, in each house-

---

[21]  Cook, *supra* note 4, at 56; McDowall & Wiersema, *supra* note 15.

[22]  UNDERSTANDING AND PREVENTING VIOLENCE, *supra* note 15, at 265-66.

[23]  *Id.* at 265.

[24]  Cook, *supra* note 4, at 54.

hold they contact.[25]  In short, it is made very clear to Rs that they are, in effect, speaking to a law enforcement arm of the federal government, whose employees know exactly who the Rs and their family members are, where they live, and how they can be recontacted.

Even under the best of circumstances, reporting the use of a gun for self-protection would be an extremely sensitive and legally controversial matter for either of two reasons.  As with other forms of forceful resistance, the defensive act itself, regardless of the characteristics of any weapon used, might constitute an unlawful assault or at least the R might believe that others, including either legal authorities or the researchers, could regard it that way.  Resistance with a gun also involves additional elements of sensitivity.  Because guns are legally regulated, a victim's possession of the weapon, either in general or at the time of the DGU, might itself be unlawful, either in fact or in the mind of a crime victim who used one.  More likely, lay persons with a limited knowledge of the extremely complicated law of either self-defense or firearms regulation are unlikely to know for sure whether their defensive actions or their gun possession was lawful.

It is not hard for gun-using victims interviewed in the NCVS to withhold information about their use of a gun, especially since they are *never directly asked whether they used a gun for self-protection.*  They are asked only general questions about whether they did anything to protect themselves.[26]  In short, Rs are merely given the opportunity to volunteer the information that they have used a gun defensively.  All it takes for an R to conceal a DGU is to simply refrain from mentioning it, i.e., to leave it out of what may be an otherwise accurate and complete account of the crime incident.

Further, Rs in the NCVS are not even asked the general self-protection question unless they already independently indicated that they had been a victim of a crime.  This means that any DGUs associated with crimes the Rs did not want to talk about would remain hidden.  It has been estimated that the NCVS may catch less than one-twelfth of spousal assaults and one-thirty-third of rapes,[27] thereby missing nearly all DGUs associated with such crimes.

In the context of a nonanonymous survey conducted by the fed-

---

[25] U.S. Bureau of the Census, National Crime Survey: Interviewer's Manual, NCS-550, Part D - How to Enumerate NCS (1986).

[26] U.S. Bureau of Justice Statistics, Criminal Victimization in the United States 1992, at 128 (1994).

[27] Colin Loftin & Ellen J. MacKenzie, Building National Estimates of Violent Victimization 21-23 (April 1-4, 1990) (unpublished background paper prepared for the Symposium on the Understanding and Control of Violent Behavior, sponsored by the National Research Council).

eral government, an R who reports a DGU may believe that he is plac-
ing himself in serious legal jeopardy. For example, consider the issue
of the location of crimes. For all but a handful of gun owners with a
permit to carry a weapon in public places (under 4% of the adult
population even in states like Florida, where carry permits are rela-
tively easy to get)[28], the mere possession of a gun in a place other than
their home, place of business, or in some states, their vehicle, is a
crime, often a felony. In at least ten states, it is punishable by a puni-
tively mandatory minimum prison sentence.[29] Yet, 88% of the violent
crimes which Rs reported to NCVS interviewers in 1992 were commit-
ted away from the victim's home,[30] i.e., in a location where it would
ordinarily be a crime for the victim to even possess a gun, never mind
use it defensively. Because the question about location is asked before
the self-protection questions,[31] the typical violent crime victim R has
already committed himself to having been victimized in a public place
before being asked what he or she did for self-protection. In short, Rs
usually could not mention their defensive use of a gun without, in
effect, confessing to a crime to a federal government employee.

Even for crimes that occurred in the victim's home, such as a
burglary, possession of a gun would still often be unlawful or of un-
known legal status; because the R had not complied with or could not
be sure he had complied with all legal requirements concerning regis-
tration of the gun's acquisition or possession, permits for purchase,
licensing of home possession, storage requirements, and so on. In
light of all these considerations, it may be unrealistic to assume that
more than a fraction of Rs who have used a gun defensively would be
willing to report it to NCVS interviewers.

The NCVS was not designed to estimate how often people resist
crime using a gun. It was designed primarily to estimate national vic-
timization levels; it incidentally happens to include a few self-protec-
tion questions which include response categories covering resistance
with a gun. Its survey instrument has been carefully refined and evalu-
ated over the years to do as good a job as possible in getting people to
report illegal things which *other* people have done *to* them. This is the
exact opposite of the task which faces anyone trying to get good DGU
estimates—to get people to admit controversial and possibly illegal

---

[28] Patrick Blackman, Carrying Handguns for Personal Protection 31 (1985) (unpub-
lished paper presented at the annual meetings of the American Society of Criminology)
(Nov. 13-16, 1985); KLECK, *supra* note 18, at 412.

[29] Kent M. Ronhovde & Gloria P. Sugars, *Survey of Select State Firearm Control Laws, in*
FEDERAL REGULATION OF FIREARMS 204-05 (H. Hogan ed., 1982) (report prepared for the
U.S. Senate Judiciary Committee by the Congressional Research Service).

[30] U.S. BUREAU OF JUSTICE STATISTICS, *supra* note 26, at 75.

[31] *Id.* at 124, 128.

things which the *Rs themselves have done.* Therefore, it is neither surprising, nor a reflection on the survey's designers, to note that the NCVS is singularly ill-suited for estimating the prevalence or incidence of DGU. It is not credible to regard this survey as an acceptable basis for establishing, in even the roughest way, how often Americans use guns for self-protection.

B.  THE GUN SURVEYS

At least thirteen previous surveys have given a radically different picture of the frequency of DGUs. The surveys, summarized in Table 1, can be labelled the "gun surveys" because they were all, at least to some extent, concerned with the ownership and use of guns. Some were primarily devoted to this subject, while others were general purpose opinion surveys which happened to include some questions pertaining to guns. They are an extremely heterogeneous collection, some conducted by academic researchers for scholarly purposes, others by commercial polling firms. Moreover, their sponsors differed; some were sponsored by pro-gun control organizations (Cambridge Reports, Hart), others were sponsored by anti-control organizations (DMIa, DMIb), while still others were paid for by news media organizations, governments, or by research grants awarded to independent academics.

None of the surveys were meant as exclusive studies of DGU. Indeed, they each contained only one or two questions on the subject. Consequently, none of them are very thorough or satisfactory for estimating DGU frequency, even though they otherwise seem to have been conducted quite professionally. Some of the surveys were flawed by asking questions that used a lifetime recall period ("Have you ever . . .?"), making it impossible to estimate uses within any specified time span.[32] Some surveys limited coverage to registered voters, while others failed to exclude defensive uses against animals, or occupational uses by police officers, military personnel, or private security guards.[33] Some asked the key questions with reference only to the R, while others asked Rs to report on the experiences of all of the members of their households, relying on second-hand reports.[34] Methodological research on the NCVS indicates that substantially fewer crime incidents are reported when one household member reports for all household members than when each person is interviewed separately about their own experiences.[35] The same should also be true of those

---

[32] *See* Table 1, row labelled "Time Span of Use."
[33] *Id.* at row labelled "Excluded military, police uses."
[34] *Id.* at row labelled "Defensive question refers to."
[35] U.S. BUREAU OF JUSTICE STATISTICS, *supra* note 26, at 144.

crime incidents that involve victims using guns.

The least useful of the surveys did not even ask the defensive use question of all Rs, instead it asked it only of gun owners, or, even more narrowly, of just handgun owners or just those who owned handguns for protection purposes.[36] This procedure was apparently based on the dubious assumption that people who used a gun defensively no longer owned the gun by the time of the survey, or that the gun belonged to someone else, or that the R owned the gun for a reason other than protection or kept it outside the home.

Most importantly, the surveys did not ask enough questions to establish exactly what was done with the guns in reported defensive use incidents. At best, some of the surveys only established whether the gun was fired. The lack of such detail raises the possibility that the guns were not actually "used" in any meaningful way. Instead, Rs might be remembering occasions on which they merely carried a gun for protection "just in case" or investigated a suspicious noise in their backyard, only to find nothing.

Nevertheless, among these imperfect surveys, two were relatively good for present purposes. Both the Hart survey in 1981 and the Mauser survey in 1990 were national surveys which asked carefully worded questions directed at all Rs in their samples. Both surveys excluded uses against animals and occupational uses. The two also nicely complemented each other in that the Hart survey asked only about uses of handguns, while the Mauser survey asked about uses of all gun types. The Hart survey results implied a minimum of about 640,000 annual DGUs involving handguns, while the Mauser results implied about 700,000 involving any type of gun.[37] It should be stressed, contrary to the claims of Reiss and Roth,[38] that neither of these estimates entailed the use of "dubious adjustment procedures." The percent of sample households reporting a DGU was simply multiplied by the total number of U.S. households, resulting in an estimate of DGU-involved households. This figure, compiled for a five year period, was then divided by five to yield a per-year figure.

In effect, each of the surveys summarized in Table 1 was measuring something different; simple estimates derived from each of them is not comparable in any straight-forward way. The figures in the bottom row reflect adjustments designed to produce estimates which are

---

[36] Cambridge Reports, Inc., An Analysis of Public Attitudes Towards Handgun Control (1978); The Ohio Statistical Analysis Center, Ohio Citizen Attitudes Concerning Crime and Criminal Justice (1982); H. Quinley, Memorandum reporting results from Time/CNN Poll of Gun Owners, dated Feb. 6, 1990 (1990).

[37] Kleck, *supra* note 18, at 106-07.

[38] Understanding and Preventing Violence, *supra* note 15, at 266.

roughly comparable across surveys. The adjustments were based on a single standard, the Mauser survey. That is, all survey results were adjusted to approximate what they would have been had the surveys all been, like the Mauser survey, national surveys of noninstitutionalized U.S. adult residents in 1990, using the same question Mauser used. The question was addressed to all Rs; it concerned the experiences of all household members; it pertained to the use of any type of gun; and it excluded uses against animals. The full set of adjustments is explained in detail elsewhere.[39]

Eleven of the surveys permitted the computation of a reasonable adjusted estimate of DGU frequency. Two surveys for which estimates could not be produced were the Cambridge Reports and the Time/CNN. Neither asked the DGU question of all Rs; thus, it would be sheer speculation what the responses would have been among those Rs not asked the DGU question. All of the eleven surveys yielded results that implied over 700,000 uses per year. None of the surveys implied estimates even remotely like the 65,000 to 82,000 figures derived from the NCVS. To date, there has been no confirmation of even the most approximate sort of the NCVS estimates. Indeed, no survey has ever yielded an estimate which is of the same magnitude as those derived from the NCVS.

However, even the best of the gun surveys had serious problems. First, none of them established how many times Rs used a gun defensively within the recall period. It was necessary to conservatively assume that each DGU-involved person or household experienced only one DGU in the period, a figure which is likely to be an underestimation. Second, although the Mauser and Hart surveys were the best available surveys in other respects, they asked Rs to report for their entire households, rather than speaking only for themselves. Third, while these two surveys did use a specific recall period, it was five years, which encouraged a greater amount of both memory loss and telescoping. The longer the recall period, the more memory loss predominates over telescoping as a source of response error,[40] supporting the conclusion that a five year recall period probably produces a net underreporting of DGUs. Fourth, while the surveys all had acceptably large samples by the standards of ordinary national surveys, mostly in the 600 to 1500 range, they were still smaller than one would prefer for estimating a phenomenon which is fairly rare. While on average the sample size has no effect on the point estimate of DGU

[39] Gary Kleck, Guns and Self-Defense (1994) (unpublished manuscript on file with the School of Criminology and Criminal Justice, Florida State University, Tallahassee, FL).

[40] Seymour Sudman & Norman M. Bradburn, *Effects of Time and Memory Factors on Response in Surveys*, 68 J. Am. Stat. Ass'n 808 (1973).

frequency, it will affect the amount of sampling error. Finally, none of the surveys established exactly what Rs did with their guns in reported DGUs, making it impossible to be certain that they were actually used in any meaningful way. In sum, while the gun surveys are clearly far superior to the NCVS for estimating DGU frequency, they have significant shortcomings. These are discussed in greater detail elsewhere.[41]

It was the goal of the research reported here to remedy those flaws, to develop a credible estimate of DGU frequency, and to learn something about the nature of DGU incidents and the people who defend themselves with guns.

C.   THE NATIONAL SELF-DEFENSE SURVEY

### 1.   Methods

The present survey is the first survey ever devoted to the subject of armed self-defense. It was carefully designed to correct all of the known correctable or avoidable flaws of previous surveys which critics have identified. We use the most anonymous possible national survey format, the anonymous random digit dialed telephone survey. We did not know the identities of those who were interviewed, and made this fact clear to the Rs. We interviewed a large nationally representative sample covering all adults, age eighteen and over, in the lower forty-eight states and living in households with telephones.[42] We asked DGU questions of all Rs in our sample, asking them separately about both their own DGU experiences and those of other members of their households. We used both a five year recall period and a one year recall period. We inquired about uses of both handguns and other types of guns, and excluded occupational uses of guns and uses against animals. Finally, we asked a long series of detailed questions designed to establish exactly what Rs did with their guns; for example, if they had confronted other humans, and how had each DGU connected to a specific crime or crimes.

We consulted with North America's most experienced experts on gun-related surveys, David Bordua, James Wright, and Gary Mauser, along with survey expert Seymour Sudman, in order to craft a state-of-the-art survey instrument designed specifically to establish the frequency and nature of DGUs.[43] A professional telephone polling firm,

---

[41] Kleck, *supra* note 39.

[42] Completed interviews, n=4,977.

[43] *See, e.g.,* DAVID J. BORDUA ET AL., ILLINOIS LAW ENFORCEMENT COMMISSION, PATTERNS OF FIREARMS OWNERSHIP, REGULATION AND USE IN ILLINOIS (1979); SEYMORE SUDMAN & NORMAN BRADBURN, RESPONSE EFFECTS IN SURVEYS (1974); JAMES WRIGHT & PETER ROSSI, ARMED AND CONSIDERED DANGEROUS (1986); Alan J. Lizotte & David J. Bordua, *Firearms Ownership for Sport and Protection,* 46 AM. SOC. REV. 499 (1980); Gary Mauser, *A Comparison of Canadian*

Research Network of Tallahassee, Florida, carried out the sampling and interviewing. Only the firm's most experienced interviewers, who are listed in the acknowledgements, were used on the project. Interviews were monitored at random by survey supervisors. All interviews in which an alleged DGU was reported by the R were validated by supervisors with call-backs, along with a 20% random sample of all other interviews. Of all eligible residential telephone numbers called where a person rather than an answering machine answered, 61% resulted in a completed interview. Interviewing was carried out from February through April of 1993.

The quality of sampling procedures was well above the level common in national surveys. Our sample was not only large and nationally representative, but it was also stratified by state. That is, forty-eight independent samples of residential telephone numbers were drawn, one from each of the lower forty-eight states, providing forty-eight independent, albeit often small, state samples. Given the nature of randomly generated samples of telephone numbers, there was no clustering of cases or multistage sampling as there is in the NCVS;[44] consequently, there was no inflation of sampling error due to such procedures. To gain a larger raw number of sample DGU cases, we oversampled in the south and west regions, where previous surveys have indicated gun ownership is higher.[45] We also oversampled within contacted households for males, who are more likely to own guns and to be victims of crimes in which victims might use guns defensively.[46] Data were later weighted to adjust for oversampling.

Each interview began with a few general "throat-clearing" questions about problems facing the R's community and crime. The interviewers then asked the following question: "Within the past *five years*, have you yourself or another member of your household *used* a gun, even if it was not fired, for self-protection or for the protection of property at home, work, or elsewhere? Please do *not* include military service, police work, or work as a security guard." Rs who answered "yes" were then asked: "Was this to protect against an animal or a person?" Rs who reported a DGU against a person were asked: "How many incidents involving defensive uses of guns against persons happened to members of your household in the past five years?" and "Did this incident [any of these incidents] happen in the *past twelve*

---

and *American Attitudes Towards Firearms*, 32 Can. J. Criminology 573 (1990); Gary Mauser, *'Sorry, Wrong Number': Why Media Polls on Gun Control Are Often Unreliable*, 9 Pol. Comm. 69 (1992); Mauser, *supra* note 16.

[44] U.S. Bureau of Justice Statistics, *supra* note 26, at 141-42.

[45] Kleck, *supra* note 18, at 57.

[46] *Id.* at 56.

*months?*"  At this point, Rs were asked "Was it *you* who used a gun defensively, or did someone else in your household do this?"

All Rs reporting a DGU were asked a long, detailed series of questions establishing exactly what happened in the DGU incident.  Rs who reported having experienced more than one DGU in the previous five years were asked about their most recent experience.  When the original R was the one who had used a gun defensively, as was usually the case, interviewers obtained his or her firsthand account of the event.  When the original R indicated that some other member of the household was the one who had the experience, interviewers made every effort to speak directly to the involved person, either speaking to that person immediately or obtaining times and dates to call back.  Up to three call-backs were made to contact the DGU-involved person.  We anticipated that it would sometimes prove impossible to make contact with these persons, so interviewers were instructed to always obtain a proxy account of the DGU from the original R, on the assumption that a proxy account would be better than none at all.  It was rarely necessary to rely on these proxy accounts—only six sample cases of DGUs were reported through proxies, out of a total of 222 sample cases.

While all Rs reporting a DGU were given the full interview, only a one-third random sample of Rs not reporting a DGU were interviewed.  The rest were simply thanked for their help.  This procedure helped keep interviewing costs down.  In the end, there were 222 completed interviews with Rs reporting DGUs, another 1,610 Rs not reporting a DGU but going through the full interview by answering questions other than those pertaining to details of the DGUs.  There were a total of 1,832 cases with the full interview.  An additional 3,145 Rs answered only enough questions to establish that no one in their household had experienced a DGU against a human in the previous five years (unweighted totals).  These procedures effectively undersampled for non-DGU Rs or, equivalently, oversampled for DGU-involved Rs.  Data were also weighted to account for this oversampling.

Questions about the details of DGU incidents permitted us to establish whether a given DGU met all of the following qualifications for an incident to be treated as a genuine DGU: (1) the incident involved defensive action against a human rather than an animal, but not in connection with police, military, or security guard duties; (2) the incident involved actual contact with a person, rather than merely investigating suspicious circumstances, etc.; (3) the defender could state a specific crime which he thought was being committed at the time of the incident; (4) the gun was actually used in some way—at a minimum it had to be used as part of a threat against a person, either by

verbally referring to the gun (e.g., "get away—I've got a gun") or by pointing it at an adversary. We made no effort to assess either the lawfulness or morality of the Rs' defensive actions.

An additional step was taken to minimize the possibility of DGU frequency being overstated. The senior author went through interview sheets on every one of the interviews in which a DGU was reported, looking for any indication that the incident might not be genuine. A case would be coded as questionable if even just one of four problems appeared: (1) it was not clear whether the R actually confronted any adversary he saw; (2) the R was a police officer, member of the military or a security guard, and thus might have been reporting, despite instructions, an incident which occurred as part of his occupational duties; (3) the interviewer did not properly record exactly what the R had done with the gun, so it was possible that he had not used it in any meaningful way; or (4) the R did not state or the interviewer did not record a specific crime that the R thought was being committed against him at the time of the incident. There were a total of twenty-six cases where at least one of these problematic indications was present. It should be emphasized that we do not know that these cases were *not* genuine DGUs; we only mean to indicate that we do not have as high a degree of confidence on the matter as with the rest of the cases designated as DGUs. Estimates using all of the DGU cases are labelled herein as "*A*" estimates, while the more conservative estimates based only on cases devoid of any problematic indications are labelled "*B*" estimates.

### 2.  *Results*

Table 2 displays a large number of estimates of how often guns are used defensively. These estimates are not inconsistent with each other; they each measure different things in different ways. Some estimates are based only on incidents which Rs reported as occurring in the twelve months preceding the interview, while others are based on incidents reported for the preceding five years. Both telescoping and recall failure should be lower with a one year recall period, so estimates derived from this period should be superior to those based on the longer recall period. Some estimates are based only on incidents which Rs reported as involving themselves, (person-based estimates), while others were based on all incidents which Rs reported as involving anyone in their household (household-based estimates). The person-based estimates should be better because of its first-hand character. Finally, some of the figures pertain only to DGUs involving use of handguns, while others pertain to DGUs involving any type of gun.

The methods used to compute the Table 2 estimates are very simple and straight-forward. Prevalence ("% Used") figures were computed by dividing the weighted sample frequencies in the top two rows of numbers by the total weighted sample size of 4,977. The estimated number of persons or households who experienced a DGU, listed in the third and fourth rows, was then computed by multiplying these prevalence figures by the appropriate U.S. population base, age eighteen and over for person-based estimates, and the total number of households for household-based estimates. Finally, the estimated number of defensive uses was computed by multiplying the number of DGU-involved persons or households by the following estimates of the number of all-guns DGU incidents per DGU-involved person or household, using a past-five-years recall period: person-based, A—1.478; person-based, B—1.472; household-based, A—1.531; household-based, B—1.535. We did not establish how many DGUs occurred in the past year, and for past-five-years DGUs, we did not separately establish how many of the DGUs involved handguns and how many involved other types of guns. Therefore, for all past-year estimates, and for past-five-years handgun estimates, it was necessary to conservatively assume that there was only one DGU per DGU-involved person or household.

The most technically sound estimates presented in Table 2 are those based on the shorter one-year recall period that rely on Rs' first-hand accounts of their own experiences (person-based estimates). These estimates appear in the first two columns. They indicate that each year in the U.S. there are about 2.2 to 2.5 million DGUs of all types by civilians against humans, with about 1.5 to 1.9 million of the incidents involving use of handguns.

These estimates are larger than those derived from the best previous surveys, indicating that technical improvements in the measurement procedures have, contrary to the expectations of Cook,[47] Reiss and Roth,[48] and McDowall and Wiersema,[49] *increased* rather than decreased estimates of the frequency that DGUs occur. Defensive gun use is thus just another specific example of a commonplace pattern in criminological survey work, which includes victimization surveys, self-report surveys of delinquency, surveys of illicit drug use, etc.: the better the measurement procedures, the higher the estimates of controversial behaviors.[50]

The present estimates are higher than earlier ones primarily due

---

[47] Cook, *supra* note 4.
[48] UNDERSTANDING AND PREVENTING VIOLENCE, *supra* note 15.
[49] McDowall & Wiersema, *supra* note 15.
[50] *See, e.g.,* MICHAEL HINDELANG ET AL., MEASURING DELINQUENCY (1981).

to three significant improvements in the present survey: (1) a shorter recall period; (2) reliance on person-based information rather than just household-based information; and (3) information on how many household DGUs had been experienced in the recall period by those Rs reporting any such experiences. Using a shorter recall period undoubtedly reduced the effects of memory loss by reducing the artificial shrinkage to which earlier estimates were subject. Although telescoping was also undoubtedly reduced, and this would, by itself, tend to reduce estimates, the impact of reducing telescoping was apparently smaller than the impact of reducing case loss due to forgetting. Evidence internal to this survey directly indicates that a one year recall period yields larger estimates than a five year recall period; compare figures in the right half of Table 2 with their counterparts in the left half. This phenomenon, where less behavior is reported for a longer recall period than would be expected based on results obtained when using a shorter period, also has been observed in surveys of self-reported use of illicit drugs.[51]

Furthermore, basing estimates on Rs reports about DGUs in which they were personally involved also increases the estimates. One of the surprises of this survey was how few Rs were willing to report a DGU which involved some other member of their household. Eighty-five percent of the reports of DGUs we obtained involved the original R, the person with whom the interviewer first spoke. Given that most households contain more than one adult eligible to be interviewed, it was surprising that in a DGU-involved household the person who answered the phone would consistently turn out to be the individual who had been involved in the DGU. Our strong suspicion is that many Rs feel that it is not their place to tell total strangers that some other member of their household has used a gun for self-protection. Some of them are willing to tell strangers about an incident in which they were themselves involved, but apparently few are willing to "inform" on others in their household. Still others may not have been aware of DGUs involving other household members. Evidence internal to the present survey supports this speculation, since person-based estimates are 66 to 77% higher than household-based estimates; a figure that suggests that there was more complete reporting of DGUs involving the original respondent than those involving other household members.[52] For this reason, previous surveys including those which yielded only household-based estimates, four of the six gun surveys which yielded usable annual estimates, and all of those which

---

[51] *See* Jerald Bachman & Patrick O'Malley, *When Four Months Equal a Year: Inconsistencies in Student Reports of Drug Use*, 45 Pub. Opinion Q. 536, 539, 543 (1981).

[52] *See* Table 2.

were national in scope, probably substantially underestimated DGUs.

We also had information on the number of times that DGU-involved households had experienced DGUs during the five year recall period. While it was necessary in computing previous estimates to conservatively assume that each DGU-involved person or household had experienced only one DGU, our evidence indicates that repeat experiences were not uncommon, with 29.5% of DGU-involved households reporting more than one DGU within the previous five years. The average number of DGUs in this time span was 1.5 per DGU-involved household. This information alone could account for a roughly 50% increase in DGU incidence estimates based on the five year recall period.

Finally, our survey was superior to the NCVS in two additional ways: it was free of the taint of being conducted by, and on behalf of, employees of the federal government, and it was completely anonymous.

It would be incorrect to say that the present estimates are inconsistent with those derived from the earlier gun surveys. Avoiding apples-and-oranges comparisons, compare figures from Table 2 with earlier results summarized in Table 1. The household prevalence figures from the national Hart and Mauser surveys, which used a DGU question most similar to the one used in the present survey, indicate that in 1990, 3.8% of households reported a DGU involving a gun of any kind in the previous five years[53] and in 1981, 4% reported a DGU involving a handgun in the previous five years.[54] The past-five-years, household-based "% Used" figures in Table 2 indicate 3.9% for all guns, and 3.0% for handguns. Where directly comparable, the present results are within sampling error of the results of the best two previous surveys. Indeed, the consistency is remarkable given the substantial differences among the surveys and the twelve year difference between the Hart survey and the current one. Further, the only prior survey with person-based estimates and a *one* year recall period, the 1976 Field poll in California, yielded a 1.4% prevalence figure for handguns,[55] compared to 1.0% in the present survey.[56]

With a sample size of 4,977, random sampling error of the estimates is small. For example, the all-guns prevalence percent used *A* estimates, with a 95% confidence interval, are plus or minus 0.32% for past year, person; 0.35% for past year, household; 0.50% for past five

---

53 Mauser, *supra* note 19.
54 Peter D. Hart Research Associates, Inc., Questionnaire used in October 1981 Violence in America Survey, with marginal frequencies (1981).
55 *See* Table 1, note A.
56 *See* Table 2, second column.

years, person; and 0.54% for past five years, household. Given how small these are already, even increasing samples to the size of the enormous ones in the NCVS could produce only slight reductions in sampling error.

Are these estimates plausible? Could it really be true that Americans use guns for self-protection as often as 2.1 to 2.5 million times a year? The estimate may seem remarkable in comparison to expectations based on conventional wisdom, but it is not implausibly large in comparison to various gun-related phenomena. There are probably over 220 million guns in private hands in the U.S.,[57] implying that only about 1% of them are used for defensive purposes in any one year—not an impossibly high fraction. In a December 1993 Gallup survey, 49% of U.S. households reported owning a gun, and 31% of adults reported personally owning one.[58] These figures indicate that there are about 47.6 million households with a gun, with perhaps 93 million, or 49% of the adult U.S. population living in households with guns, and about 59.1 million adults personally owning a gun. Again, it hardly seems implausible that 3% (2.5 million/93 million) of the people with immediate access to a gun could have used one defensively in a given year.

Huge numbers of Americans not only have access to guns, but the overwhelming majority of gun owners, if one can believe their statements, are willing to use a gun defensively. In a December 1989 national survey, 78% of American gun owners stated that they would not only be willing to use a gun defensively in some way, but would be willing to *shoot* a burglar.[59] The percentage willing to use a gun defensively in *some* way, though not necessarily by shooting someone, would presumably be even higher than this.

Nevertheless, having access to a gun and being willing to use it against criminals is not the same as actually doing so. The latter requires experiencing a crime under circumstances in which the victim can get to, or already possesses, a gun. We do not know how many such opportunities for crime victims to use guns defensively occur each year. It would be useful to know how large a fraction of crimes with direct offender-victim contact result in a DGU. Unfortunately, a large share of the incidents covered by our survey are probably outside the scope of incidents that realistically are likely to be reported to either the NCVS or police. If the DGU incidents reported in the present survey are not entirely a subset within the pool of cases

---

[57] KLECK, *supra* note 18, at 50 (extrapolating up to 1994, from 1987 data).
[58] David W. Moore & Frank Newport, *Public Strongly Favors Stricter Gun Control Laws*, 340 THE GALLUP POLL MONTHLY 18 (1994).
[59] Quinley, *supra* note 36.

covered by the NCVS, one cannot meaningfully use NCVS data to estimate the share of crime incidents which result in a DGU. Nevertheless, in a ten state sample of incarcerated felons interviewed in 1982, 34% reported having been "scared off, shot at, wounded or captured by an armed victim."[60] From the criminals' standpoint, this experience was not rare.

How could such a serious thing happen so often without becoming common knowledge? This phenomenon, regardless of how widespread it really is, is largely an invisible one as far as governmental statistics are concerned. Neither the defender/victim nor the criminal ordinarily has much incentive to report this sort of event to the police, and either or both often have strong reasons *not* to do so. Consequently, many of these incidents never come to the attention of the police, while others may be reported but without victims mentioning their use of a gun. And even when a DGU is reported, it will not necessarily be recorded by the police, who ordinarily do not keep statistics on matters other than DGUs resulting in a death, since police record-keeping is largely confined to information helpful in apprehending perpetrators and making a legal case for convicting them. Because such statistics are not kept, we cannot even be certain that a large number of DGUs are *not* reported to the police.

The health system cannot shed much light on this phenomenon either, since very few of these incidents involve injuries.[61] In the rare case where someone is hurt, it is usually the criminal, who is unlikely to seek medical attention for any but the most life-threatening gunshot wounds, as this would ordinarily result in a police interrogation. Physicians in many states are required by law to report treatment of gunshot wounds to the police, making it necessary for medically treated criminals to explain to police how they received their wounds.

Finally, it is now clear that virtually none of the victims who use guns defensively tell interviewers about it in the NCVS. Our estimates imply that only about 3% of DGUs among NCVS Rs are reported to interviewers.[62] Based on other comparisons of alternative survey estimates of violent events with NCVS estimates, this high level of underreporting is eminently plausible. Loftin and Mackenzie reported that rapes might be thirty-three times as frequent as NCVS estimates indicate, while spousal violence could easily be twelve times as high.[63]

There is no inherent value to knowing the exact number of

---

[60] WRIGHT & ROSSI, *supra* note 43, at 155.
[61] *See* Table 3, Panels A, E.
[62] The 85,000 DGUs estimated from the NCVS, divided by the 2.5 million estimate derived from the presented survey equals .03.
[63] Loftin & MacKenzie, *supra* note 27, at 22-23.

DGUs any more than there is any value to knowing the exact number of crimes which are committed each year. The estimates in Table 2 are at best only rough approximations, which are probably too low. It is sufficient to conclude from these numbers that DGU is very common, far more common than has been recognized to date by criminologists or policy makers, and certainly far more common than one would think based on any official sources of information.

What does "very common" mean? One natural standard of comparison by which the magnitude of these numbers could be judged is the frequency with which guns are used for criminal purposes. The highest annual estimate of criminal gun use for the peak year of gun crime is the NCVS estimate for 1992, when there were an estimated 847,652 violent crime incidents in which, according to the victim, at least one offender possessed a gun.[64] This NCVS figure is not directly comparable with our DGU estimates because our DGU estimates are restricted only to incidents in which the gun was actually used by the defender, as opposed to incidents in which a victim merely possessed a gun. Many of the "gun crimes" in the NCVS, on the other hand, do not involve the gun actually being used by the criminal. Thus, the NCVS estimate of "gun crimes" overstates the number of crimes in which the offender actually used the gun. The only "gun crimes" reported in NCVS interviews that one can be confident involved offenders actually using guns are those in which they shot at a victim; but these were only 16.6% of "handgun crimes" reported in the NCVS from 1987 to 1992.[65]

Another 46.8% of the "handgun crimes" are labelled "weapon present" cases by the Bureau of Justice (BJS)[66] and an unknown fraction of these *could* involve actual use of a gun in a threat; but NCVS data do not permit us to know just how large a fraction. For these cases, the relevant NCVS interview items are ambiguous as to whether the gun was used to threaten a victim. Response category four of question fourteen ("How were you threatened?") of the NCVS Crime Incident Report reads: "Weapon present or threatened with weapon"[67]   When this category is recorded by the interviewer, it is impossible to determine whether the victim was actually threatened with a gun or merely reported that the offender possessed a gun. In the remaining 36.6% of the "handgun crimes,"[68] there is no indica-

---

[64] Computed from U.S. BUREAU OF JUSTICE STATISTICS, *supra* note 26, at 82-83.

[65] RAND, *supra* note 17, at 2.

[66] *Id.*

[67] U.S. BUREAU OF JUSTICE STATISTICS, *supra* note 26, at 126.

[68] 100%, minus the 16.6% where the victim was shot at, minus the 46.8% where the victim reported a "weapon present or threatened with a weapon" = 36.6%.

tion at all that the gun allegedly possessed by the offender was actually used.

Even the presence of a weapon is debatable, since victims are not asked why they thought the offender possessed a gun or if they saw a gun. This raises the possibility that some victims assumed that the offender had a gun, or inferred it from a bulge in the offender's clothing, or accepted the word of an offender who was bluffing about having a gun.

Thus, somewhere between 16.6% and 63.4%[69] of NCVS-defined "handgun crime" victimizations involve the gun actually being used in an attack or threat. Applying these figures to the estimates of 847,652 gun crime incidents and 689,652 handgun crime incidents, we can be confident that in 1992 there were at least 140,710 nonfatal crime incidents in which offenders used guns, 114,482 with handguns or about 157,000 total gun crime incidents, and 129,000 with handguns, when one includes gun homicides.[70] Or, generously assuming that all of the ambiguous "weapon present" cases involved guns being used to threaten the victim, estimates of 554,000 total, fatal and nonfatal, gun crime incidents and 451,000 handgun crime incidents are obtained.

All of these estimates are well short of even the most conservative estimates of DGUs in Table 2. The best estimates of DGUs (first two columns), even if compared to the more generous estimates of gun crimes, are 4.6 times higher than the crime counts for all guns, and 4.2 times higher for handguns, or 3.9 and 3.4, respectively, if the more conservative *B* estimates of DGU are used. In sum, DGUs are about three to five times as common as criminal uses, even using generous estimates of gun crimes.

There is good reason to believe that survey estimates of both criminal and defensive gun uses, including the DGU estimates presented here, are too low. Cook has shown that NCVS estimates of gunshot wounds are far too low.[71] Our estimates of DGUs are probably also too low, partly because, unlike the NCVS, our survey did not cover adolescents, the age group most frequently victimized in violence. Furthermore, our use of telephone surveying excludes the 5% of the nation's households without telephones, households which are disproportionately poor and/or rural. Low income persons are more likely to be crime victims,[72] while rural persons are more likely to own

---

[69] 16.6% plus the 46.8% in the ambiguous "weapon present" category.

[70] FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, CRIME IN THE UNITED STATES 1992—UNIFORM CRIME REPORTS 18, 58 (1993).

[71] Philip J. Cook, *The Case of the Missing Victims: Gunshot Woundings in the National Crime Survey*, 1 J. QUANTITATIVE CRIMINOLOGY 91 (1985).

[72] U.S. BUREAU OF JUSTICE STATISTICS, *supra* note 26, at 33.

guns and to be geographically distant from the nearest police officer.[73] Both groups therefore may have more opportunities to use guns for self-protection and excluding them from the sample could contribute to an underestimation of DGU.

Both parameters also are subject to underestimation due to intentional respondent underreporting. It is also probable that typical survey Rs are more reluctant to tell interviewers about questionable acts that they themselves have committed, such as threatening another person with a gun for purportedly defensive reasons, than they are to report criminal acts that other people have committed *against* them. Assuming this is correct, it would imply that DGUs, even in the best surveys, are underreported more than gun crime victimizations, and that correcting for underreporting would only increase the degree to which DGUs outnumber gun crimes.

The only known significant source of overestimation of DGUs in this survey is "telescoping," the tendency of Rs to report incidents which actually happened earlier than the recall period, such as reporting a six year old incident as having happened in the past five years. It is likely that telescoping effects are more than counterbalanced by Rs who actually experienced DGUs failing to report them. Nevertheless, it is worth discussing how much effect telescoping could have on these estimates. In evaluating the ability of crime victims to recall crime events in victim surveys, the U.S. Census Bureau selected a sample of crimes that were reported to the police, and then interviewed the victims of these known crime events. Using a twelve month recall period (the same as we used in the present survey), they surveyed victims who had been involved in crimes which had actually occurred *thirteen to fourteen* months before the interview, i.e., one or two months before the recall period. Of these ineligible crimes, 21% were telescoped forward—wrongly reported as having occurred in the twelve month recall period.[74]

Since the months just before the start of the recall period will show the highest rates of telescoping, the rate should be even smaller for crimes which occurred earlier. Nevertheless, even if it is assumed that the 21% rate applied to events that occurred as much as one year earlier, thirteen to twenty-four months before the interview, telescoping could inflate the DGU estimates for a one year recall period by only 21%. Adjusting the 2.5 million DGU estimate downward for telescoping effects of this magnitude would reduce it to about 2.1 mil-

---

[73] KLECK, *supra* note 18, at 57.
[74] Richard W. Dodge, *The Washington, D.C. Recall Study, in* 1 THE NATIONAL CRIME SURVEY: WORKING PAPERS: CURRENT AND HISTORICAL PERSPECTIVES 14 (Robert G. Lehnen & Wesley G. Skogan eds., 1981).

lion (2.5 million/1.21=2.1 million), an adjustment which would have no effect on any of our conclusions. Telescoping would inflate estimates based on the five year recall period even less, since the ratio of memory loss errors over telescoping errors increases as the recall period lengthens.[75]  Nevertheless, it should be stressed that this is just a numerical demonstration. There is no reason to believe that these modest telescoping effects outweigh the effects of Rs failing to report DGUs, and therefore, no reason to believe that these estimates are even slightly too high.

## III. The Nature of Defensive Gun Use

A total of 222 sample cases of DGUs against humans were obtained. For nine of these, the R broke off discussion of the incident before any significant amount of detail could be obtained, other than that the use was against a human. This left 213 cases with fairly complete information. Although this dataset constitutes the most detailed body of information available on DGU, the sample size is nevertheless fairly modest. While estimates of DGU frequency are reliable because they are based on a very large sample of 4,977 cases, results pertaining to the details of DGU incidents are based on 213 or fewer sample cases, and readers should treat these results with appropriate caution.

Apart from the sample size, the results of this survey also are affected by sample censoring. Beyond the incidents our interviewers were told about, there were almost certainly other DGUs which occurred within the recall period but which Rs did not mention to interviewers. In debriefings by the authors, almost all of our interviewers reported that they had experienced something like the following: they asked the key DGU question, which was followed by a long silence on the other end of the line, and/or the R asking something like "Who wants to know?" or "Why do you want to know?" or some similarly suspicious remark, followed by a "no" answer. In contrast, only one interviewer spoke with a person he thought was inventing a nonexistent incident. One obvious implication is that the true frequency of DGU is probably even higher than our estimates indicate. Another is that the incidents which were reported might differ from those that were not.

We believe that there are two rather different kinds of incidents that are especially likely to go unreported: (1) cases that Rs do not want to tell strangers on the phone, because the Rs deem them legally

75 Henry S. Woltman et al., *Recall Bias and Telescoping in the National Crime Survey*, in 2 The National Crime Survey: Working Papers: Methodological Studies 810 (Robert G. Lehnen & Wesley G. Skogan eds., 1984); Sudman & Bradburn, *supra* note 40.

or morally dubious or they think the interviewer would regard them that way; and (2) relatively minor cases that Rs honestly forget about or did not think were serious enough to qualify as relevant to our inquiries. Thus, in addition to the mostly legitimate and serious cases covered in our sample, there are still other, less legitimate or serious DGU incidents that this or any other survey are likely to miss. This supposition would imply two kinds of bias in our descriptive results: (1) our DGUs would look more consistently "legitimate" than the entire set of all DGUs actually are; and (2) our DGUs would look more serious, on average, than the entire set of DGUs really are. These possibilities should be kept in mind when considering the following descriptive information.

Table 3 summarizes what our sample DGU incidents were like. The data support a number of broad generalizations. First, much like the typical gun crime, many of these cases were relatively undramatic and minor compared to fictional portrayals of gun use. Only 24% of the gun defenders in the present study reported firing the gun, and only 8% report wounding an adversary.[76] This parallels the fact that only 17% of the gun crimes reported in the NCVS involve the offender shooting at the victim, and only 3% involve the victim suffering a gunshot wound.[77]

Low as it is, even an 8% wounding rate is probably too high, both because of the censoring of less serious cases, which in this context would be cases without a wounding, and because the survey did not establish how Rs knew they had wounded someone. We suspect that in incidents where the offender left without being captured, some Rs "remembered with favor" their marksmanship and assumed they had hit their adversaries. If 8.3% really hit their adversaries, and a total of 15.6% fired at their adversaries, this would imply a 53% (8.3/15.6) "incident hit rate," a level of combat marksmanship far exceeding that typically observed even among police officers. In a review of fifteen reports, police officers inflicted at least one gunshot wound on at least one adversary in 37% of the incidents in which they intentionally fired at someone.[78] A 53% hit rate would also be triple the 18% hit rate of criminals shooting at crime victims.[79] Therefore, we believe that even the rather modest 8.3% wounding rate we found is probably too high, and that typical DGUs are less serious or dramatic in their consequences than our data suggest. In any case, the 8.3% figure was pro-

---

[76] *See* Table 3, panel A.
[77] RAND, *supra* note 17.
[78] WILLIAM A. GELLER & MICHAEL S. SCOTT, POLICE EXECUTIVE RESEARCH FORUM, DEADLY FORCE: WHAT WE KNOW 100-106 (1993).
[79] RAND, *supra* note 17.

duced by just seventeen sample cases in which Rs reported that they wounded an offender.

About 37% of these incidents occurred in the defender's home, with another 36% near the defender's home.[80] This implies that the remaining 27% occurred in locations where the defender must have carried a gun through public spaces. Adding in the 36% which occurred *near* the defender's home and which may or may not have entailed public carrying, 36 to 63% of the DGUs entailed gun carrying.

Guns were most commonly used for defense against burglary, assault, and robbery.[81] Cases of "mutual combat," where it would be hard to tell who is the aggressor or where both parties are aggressors, would be a subset of the 30% of cases where assault was the crime involved. However, only 19% of all DGU cases involved *only* assault and no other crime where victim and offender could be more easily distinguished. Further, only 11% of all DGU cases involved only assault and a male defender—we had no information on gender of offenders—some subset of these could have been male-on-male fights. Thus, very few of these cases fit the classic mutual combat model of a fight between two males. This is not to say that such crimes where a gun-using combatant might claim that his use was defensive are rare, but rather that few of them are in this sample. Instead, cases where it is hard to say who is victim and who is aggressor apparently constitute an additional set of questionable DGUs lying largely outside of the universe of more one-sided events that our survey methods could effectively reach.

This survey did not attempt to compare the effectiveness of armed resistance with other forms of victim self-protection, since this sort of work has already been done and reviewed earlier in this paper. Panels D and E nevertheless confirm previous research on the effectiveness of self-defense with a gun—crime victims who use this form of self-protection rarely lose property and rarely provoke the offender into hurting them. In property crime incidents where burglary, robbery, or other thefts were attempted, victims lost property in just 11% of the cases. Gun defenders were injured in just 5.5% of all DGU incidents. Further, in 84% of the incidents where the defender was threatened or attacked, it was the offender who first threatened or used force. In *none* of the eleven sample cases where gun defenders were injured was the defender the first to use or to threaten force. The victim used a gun to threaten or attack the offender only *after* the offender had already attacked or threatened them and usually after

---

[80] *See* Table 3, Panel B.
[81] *Id.* at Panel C.

the offender had inflicted the injury. There is no support in this sample for the hypothesis that armed resistance provokes criminals into attacking victims; this confirms the findings of prior research.[82]

While only 14% of *all* violent crime victims face offenders armed with guns,[83] 18% of the gun-using victims in our sample faced adversaries with guns.[84] Although the gun defenders usually faced unarmed offenders or offenders with lesser weapons, they were more likely than other victims to face gun-armed criminals. This is consistent with the perception that more desperate circumstances call forth more desperate defensive measures. The findings undercut the view that victims are prone to use guns in "easy" circumstances which are likely to produce favorable outcomes for the victim regardless of their gun use.[85] Instead, gun defenders appear to face more difficult circumstances than other crime victims, not easier ones.

Nevertheless, one reason crime victims are willing to take the risks of forcefully resisting the offender is that most offenders faced by victims choosing such an action are unarmed, or armed only with less lethal weapons. Relatively few victims try to use a gun against adversaries who are themselves armed with guns. According to this survey, offenders were armed with some kind of weapon in 48% of DGU incidents but had guns in only 18% of them.[86]

The distribution of guns by type in DGUs is similar to that of guns used by criminals. NCVS and police-based data indicate that about 80% of guns used in crime are handguns,[87] and the present study indicates that 80% of the guns used by victims are handguns.[88]

Incidents where victims use a gun defensively are almost never gunfights where both parties shoot at one another. Only 24% of the incidents involved the defender firing their gun, and only 16% involved the defender shooting *at* their adversary.[89] In only 4.5% of the cases did the offender shoot at the defender.[90] Consequently, it is not surprising that only 3% of all the incidents involved both parties shooting at each other.

Among our sample cases, the offenders were strangers to the de-

---

[82] Kleck, *supra* note 3, at 7-9; Kleck & DeLone, *supra* note 3, at 75-77.
[83] U.S. Bureau of Justice Statistics, *supra* note 26, at 83.
[84] *See* Table 3, Panel F.
[85] For a related speculation, see Understanding and Preventing Violence, *supra* note 15, at 266.
[86] *Id.*
[87] U.S. Bureau of Justice Statistics, *supra* note 26, at 83; U.S. Federal Bureau of Investigation, *supra* note 70, at 18.
[88] *See* Table 3, Panel H.
[89] *Id.* at Panel A.
[90] *Id.* at Panel G.

fender in nearly three quarters of the incidents.[91] We suspect that this again reflects the effects of sample censoring. Just as the NCVS appears to detect less than a tenth of domestic violence incidents,[92] our survey is probably missing many cases of DGU against family members and other intimates.

While victims face multiple offenders in only about 24% of *all* violent crimes,[93] the victims in our sample who used guns faced multiple offenders in 53% of the incidents.[94] This mirrors the observation that criminals who use guns are also more likely than unarmed criminals to face multiple victims.[95] A gun allows either criminals or victims to handle a larger number of adversaries. Many victims facing multiple offenders probably would not resist at all if they were without a gun or some other weapon. Another possible interpretation is that some victims will resort to a defensive measure as serious as wielding a gun only if they face the most desperate circumstances. Again, this finding contradicts a view that gun defenders face easier circumstances than other crime victims.

Another way of assessing how serious these incidents appeared to the victims is to ask them how potentially fatal the encounter was. We asked Rs: "If you had *not* used a gun for protection in this incident, how likely do you think it is that you or someone else would have been *killed?* Would you say almost certainly *not*, probably not, might have, probably would have, or almost certainly would have been killed?" Panel K indicates that 15.7% of the Rs stated that they or someone else "almost certainly would have" been killed, with another 14.2% responding "probably would have" and 16.2% responding "might have."[96] Thus, nearly half claimed that they perceived some significant chance of someone being killed in the incident if they had not used a gun defensively.

It should be emphasized that these are just stated perceptions of participants, not objective assessments of actual probabilities. Some defenders might have been bolstering the justification for their actions by exaggerating the seriousness of the threat they faced. Our cautions about sample censoring should also be kept in mind—minor, less life-threatening events are likely to have been left out of this sample, either because Rs forgot them or because they did not think them important enough to qualify as relevant to our inquiries.

---

[91] *Id.* at Panel I.
[92] Loftin & MacKenzie, *supra* note 27, at 22-23.
[93] U.S. BUREAU OF JUSTICE STATISTICS, *supra* note 26, at 82.
[94] *See* Table 3, Panel J.
[95] Cook, *supra* note 4.
[96] *See* Table 3, Panel K.

*ARMED RESISTANCE TO CRIME*

If we consider only the 15.7% who believed someone almost certainly would have been killed had they not used a gun, and apply this figure to estimates in the first two columns of Table 2, it yields national annual estimates of 340,000 to 400,000 DGUs of any kind, and 240,000 to 300,000 uses of handguns, where defenders stated, if asked, that they believed they almost certainly had saved a life by using the gun. Just how many of these were truly life-saving gun uses is impossible to know. As a point of comparison, the largest number of deaths involving guns, including homicides, suicides, and accidental deaths in any one year in U.S. history was 38,323 in 1991.[97]

Finally, we asked if Rs had reported these incidents to the police, or if the police otherwise found out about them; 64% of the gun-using victims claimed that the incidents had become known to the police. This figure should be interpreted with caution, since victims presumably want to present their use of guns as legitimate and a willingness to report the incident to the police would help support an impression of legitimacy. Rs who had in fact not reported the incident to the police might have wondered whether a "no" reply might not lead to discomforting follow-up questions like "why not?" (as indeed it does in the NCVS). Further, it is likely that some Rs reported these incidents but did not mention their use of a gun.

IV. Who Is Involved in Defensive Gun Use?

Finally, this Article will consider what sorts of people use guns defensively, and how they might differ from other people. Table 4 presents comparisons of five groups: (1) "defenders," i.e., people who reported using a gun for defense; (2) people who personally own guns but did not report a DGU; (3) people who do not personally own a gun; (4) people who did not report a DGU, regardless of whether they own guns; and (5) all people who completed the full interview.

Some of the earlier gun surveys asked the DGU question only of Rs who reported owning a gun. The cost of this limitation is evident from the first two rows of Table 4. Nearly 40% of the people reporting a DGU did not report personally owning a gun at the time of the interview. They either used someone else's gun, got rid of the gun since the DGU incident, or inaccurately denied personally owning a gun. About a quarter of the defenders reported that they did not even have a gun in their household at the time of the interview. Another possibility is that many gun owners were falsely denying their ownership of the "incriminating evidence" of their DGU.

---

[97] National Safety Council, Accident Facts 11 (1994). This assumes that 95% of "legal intervention" deaths involved guns.

Many of the findings in Table 4 are unsurprising. Gun defenders are more likely to carry a gun for self-protection, consistent with the large share of DGUs which occurred away from the defender's home. Obviously, they were more likely to have been a victim of a burglary or robbery in the past year, a finding which is a tautology for those Rs whose DGU was in connection with a robbery or burglary committed against them in the preceding year. They were also more likely to have been a victim of an assault since becoming an adult.

Defenders are more likely to believe that a person must be prepared to defend their homes against crime and violence rather than letting the police take care of it compared to either gun owners without a DGU and nonowners. Whether this is cause or consequence of defenders' defensive actions is impossible to say with these data.

Some might suspect that DGUs were actually the aggressive acts of vengeful vigilantes intent on punishing criminals. If this were true of gun defenders as a group, one might expect them to be more supportive of punitive measures like the death penalty. In fact, those who reported a DGU were no more likely to support the death penalty than those without such an experience, and were somewhat *less* likely to do so compared with gun owners as a group. Similarly, gun defenders were no more likely than other people to endorse the view that the courts do not deal harshly enough with criminals.

Perhaps the most surprising finding of the survey was the large share of reported DGUs that involved women. Because of their lower victimization rates and lower gun ownership rates, one would expect women to account for far less than half of DGUs. Nevertheless, 46% of our sample DGUs involved women. This finding could be due to males reporting a lower fraction of actual DGUs than women. If a larger share of men's allegedly DGUs were partly aggressive actions, a larger share would be at the "illegitimate" end of the scale and thus less likely to be reported to interviewers. Further, women may be more likely than men to report their DGUs because they are less afraid of prosecution. Consequently, although there is no reason to doubt that women use guns defensively as often as this survey indicates, it is probable that males account for a larger number and share of DGUs than these data indicate.

A disproportionate share of defenders are African-American or Hispanic compared to the general population and especially compared to gun owners. Additionally, defenders are disproportionately likely to reside in big cities compared to other people, and particularly when compared to gun owners, who reside disproportionately in rural areas and small towns. Finally, defenders are disproportionately likely to be single. These patterns are all presumably due to the higher rates

of crime victimization among minorities, big city dwellers, and single persons.[98] On the other hand, defenders are not likely to be poor. The effect of higher victimization among poor people may be cancelled out by the lower gun ownership levels among the poor.[99]

One might suspect that, despite instructions not to report such events, some of the Rs reporting a DGU might have been describing an event which occurred as part of their occupational activities as a police officer, a member of the military, or a security guard. This could not have been true for more than a handful of our DGU cases, since only 2.4% (five sample cases) involved a person who had this type of occupation. Even these few cases may have occurred off-duty and thus would not necessarily be occupational DGUs. Gun defenders were in fact somewhat *less* likely to have a gun-related occupation than other gun owners.

## V.  CONCLUSION

If one were committed to rejecting the seemingly overwhelming survey evidence on the frequency of DGU, one could speculate, albeit without any empirical foundation whatsoever, that nearly all of the people reporting such experiences are simply making them up. We feel this is implausible. An R who had actually experienced a DGU would have no difficulty responding with a "no" answer to our DGU question because a "no" response was not followed up by further questioning. On the other hand, lying with a false "yes" answer required a good deal more imagination and energy. Since we asked as many as nineteen questions on the topic, this would entail spontaneously inventing as many as nineteen plausible and internally consistent bits of false information and doing so in a way that gave no hint to experienced interviewers that they were being deceived.

Suppose someone persisted in believing in the anomalous NCVS estimates of DGU frequency and wanted to use a "dishonest respondent" hypothesis to account for estimates from the present survey that are as much as thirty times higher. In order to do this, one would have to suppose that twenty-nine out of every thirty people reporting a DGU in the present survey were lying. There is no precedent in criminological survey research for such an enormous level of intentional and sustained falsification.

The banal and undramatic nature of the reported incidents also undercuts the dishonest respondent speculation. While all the incidents involved a crime, and usually a fairly serious one, only 8% of the

---

[98] U.S. BUREAU OF JUSTICE STATISTICS, *supra* note 26, at 25-26, 31, 38-39.
[99] KLECK, *supra* note 18, at 56.

alleged gun defenders claimed to have shot their adversaries, and only 24% claim to have fired their gun. If large numbers of Rs were inventing their accounts, one would think they would have created more exciting scenarios.

By this time there seems little legitimate scholarly reason to doubt that defensive gun use is very common in the U.S., and that it probably is substantially more common than criminal gun use. This should not come as a surprise, given that there are far more gun-owning crime victims than there are gun-owning criminals and that victimization is spread out over many different victims, while offending is more concentrated among a relatively small number of offenders.

There is little legitimate reason to continue accepting the NCVS estimates of DGU frequency as even approximately valid. The gross inconsistencies between the NCVS and all other sources of information make it reasonable to suppose that all but a handful of NCVS victims who had used a gun for protection in the reported incidents refrained from mentioning this gun use. In light of evidence on the injury-preventing effectiveness of victim gun use, in some cases where the absence of victim injury is credited to either nonresistance or some unarmed form of resistance, the absence of injury may have actually been due to resistance with a gun, which the victim failed to mention to the interviewer.

The policy implications of these results are straightforward. These findings do *not* imply anything about whether moderate regulatory measures such as background checks or purchase permits would be desirable. Regulatory measures which do not disarm large shares of the general population would not significantly reduce beneficial defensive uses of firearms by noncriminals. On the other hand, prohibitionist measures, whether aimed at all guns or just at handguns, are aimed at disarming criminals and noncriminals alike. They would therefore discourage and presumably decrease the frequency of DGU among noncriminal crime victims because even minimally effective gun bans would disarm at least some noncriminals. The same would be true of laws which ban gun carrying. In sum, measures that effectively reduce gun availability among the noncriminal majority also would reduce DGUs that otherwise would have saved lives, prevented injuries, thwarted rape attempts, driven off burglars, and helped victims retain their property.

Since as many as 400,000 people a year use guns in situations where the defenders claim that they "almost certainly" saved a life by doing so, this result cannot be dismissed as trivial. If even one-tenth of these people are accurate in their stated perceptions, the number of lives saved by victim use of guns would still exceed the total number

of lives taken with guns. It is not possible to know how many lives are actually saved this way, for the simple reason that no one can be certain how crime incidents would have turned out had the participants acted differently than they actually did. But surely this is too serious a matter to simply assume that practically everyone who says he believes he saved a life by using a gun was wrong.

This is also too serious a matter to base conclusions on silly statistics comparing the number of lives taken with guns with the number of criminals *killed* by victims.[100] Killing a criminal is not a benefit to the victim, but rather a nightmare to be suffered for years afterward. *Saving* a life through DGU would be a benefit, but this almost never involves killing the criminal; probably fewer than 3,000 criminals are lawfully killed by gun-wielding victims each year,[101] representing only about 1/1000 of the number of DGUs, and less than 1% of the number of purportedly life-saving DGUs. Therefore, the number of justifiable homicides cannot serve as even a rough index of life-saving gun uses. Since this comparison does not involve any measured benefit, it can shed no light on the benefits and costs of keeping guns in the home for protection.[102]

---

[100] Arthur L Kellermann & Donald T. Reay, *Protection or Peril?*, 314 NEW ENG. J. MED. 1557 (1986).

[101] KLECK, *supra* note 18, at 111-117.

[102] *See id.* at 127-129 for a more detailed critique of these "junk science" statistics. *See* UNDERSTANDING AND PREVENTING VIOLENCE, *supra* note 15, at 267 for an example of a prestigious source taking such numbers seriously.

**Table 1**

FREQUENCY OF DEFENSIVE GUN USE IN PREVIOUS SURVEYS[80]

| Survey: | Field | Bordua | Cambridge Reports | DMIa | DMIb | Hart | Ohio |
|---|---|---|---|---|---|---|---|
| Area: | California | Illinois | U.S. | U.S. | U.S. | U.S. | Ohio |
| Year of Interviews: | 1976 | 1977 | 1978 | 1978 | 1978 | 1981 | 1982 |
| Population covered: | Noninst. adults | Noninst. adults | Noninst. adults | Registered voters | Registered voters | Registered voters | "Residents" |
| Gun Type Covered: | Handguns | All guns | Handguns | All guns | All guns | Handguns | Handguns |
| Recall Period: | Ever/1,2 yrs. | Ever | Ever | Ever | Ever | 5 yrs. | Ever |
| Excluded Uses Against Animals? | No | No | No | No | Yes | Yes | No |
| Excluded Military, Police Uses? | Yes | No | No | Yes | Yes | Yes | No |
| Defensive question asked of: | All Rs | All Rs | Protection hgun owners | All Rs | All Rs | All Rs | Rs in hgun households |
| Defensive question refers to: | Respondent | Respondent | Respondent | Household | Household | Household | Respondent |
| % Who Used | 1.4/3/8.6[a] | 5.0 | 18 | 15 | 7 | 4 | 6.5 |
| % Who Fired Gun | 2.9 | n.a. | 12 | 6 | n.a. | n.a. | 2.6 |
| Implied number of def. gun uses[b] | 3,052,717 | 1,414,544 | n.a. | 2,141,512 | 1,098,409 | 1,797,461 | 771,043 |

[80] FIELD INSTITUTE, TABULATIONS OF THE FINDINGS OF A STUDY OF HANDGUN OWNERSHIP AND ACCESS AMONG A CROSS SECTION OF THE CALIFORNIA ADULT PUBLIC (1976); BORDUA ET AL., *supra* note 43; CAMBRIDGE REPORTS, *supra* note 36; DMI (DECISION/MAKING/INFORMATION), ATTITUDES OF THE AMERICAN ELECTORATE TOWARD GUN CONTROL (1979); Peter D. Hart Research Associates, Inc., *supra* note 54; Ohio, *supra* note 36; Quinley, *supra* note 36; Mauser, *supra* note 19; the Gallup polls of 1991 and 1993, L.A. Times poll, and Tarrance poll were taken from a search of the DIALOG Public Opinion online computer database.

## Table 1 (continued)
### FREQUENCY OF DEFENSIVE GUN USE IN PREVIOUS SURVEYS

| Survey: | Time/CNN | Mauser | Gallup | Gallup | L.A. Times | Tarrance |
|---|---|---|---|---|---|---|
| Area: | U.S. | U.S. | U.S. | U.S. | U.S. | U.S. |
| Year of Interviews: | 1989 | 1990 | 1991 | 1993 | 1994 | 1994 |
| Population covered: | "Firearm owners" | Residents | Noninst. Adults | Noninst. Adults | Noninst. Adults | Noninst. Adults |
| Gun Type Covered: | All guns | All guns | All guns | All guns | All guns | All guns |
| Recall Period: | Ever | 5 years | Ever | Ever | Ever | 5 years |
| Excluded Uses Against Animals? | No | Yes | No | No | No | Yes |
| Excluded Military, Police Uses? | Yes | Yes | No | Yes | Yes | Yes |
| Defensive question asked of: | Gun owners | All Rs | Rs in hgun hshlds | Gun owners | All | All |
| Defensive question refers to: | Respondent | Hshld. | Respondent | Respondent | Respondent | Respondent/ Household |
| % Who Used | n.a. | 3.79 | 8 | 11 | 8[c] | 1/2[d] |
| % Who Fired Gun | 9-16[e] | n.a. | n.a. | n.a. | n.a. | n.a. |
| Implied number of def. gun uses[b] | n.a. | 1,487,342 | 777,153 | 1,621,377 | 3,609,682 | 764,036 |

Notes:
a. 1.4% in past year, 3% in past two years, 8.6% ever.
b. Estimated annual number of defensive uses of guns of all types against humans, excluding uses connected with military or police duties, after any necessary adjustments were made, for U.S., 1993. Adjustments are explained in detail in Kleck (1994).
c. Covered only uses outside the home.
d. 1% of respondents, 2% of households.
e. 9% fired gun for self-protection, 7% used gun "to scare someone."
   An unknown share of the latter could be defensive uses not overlapping with the former.

**Table 2**

PREVALENCE AND INCIDENCE OF CIVILIAN DEFENSIVE GUN USE, U.S., 1988-1993[a]

| Recall Period: | | Past Year | | | | Past Five Years | | | |
|---|---|---|---|---|---|---|---|---|---|
| Base: | | Person | | Household | | Person | | Household | |
| Gun Types: | | All Guns | Handguns | All Guns | Handguns | All Guns | Handguns | All Guns | Handguns |
| Weighted | A:[c] | 66 | 49 | 79 | 55 | 165 | 132 | 194 | 148 |
| Sample Cases | B:[c] | 56 | 40 | 68 | 46 | 148 | 115 | 172 | 129 |
| % Used[b] | A: | 1.326 | 0.985 | 1.587 | 1.105 | 3.315 | 2.652 | 3.898 | 2.974 |
| | B: | 1.125 | 0.804 | 1.366 | 0.924 | 2.974 | 2.311 | 3.456 | 2.592 |
| Persons/ | A: | 2,549,862 | 1,893,079 | 1,540,405 | 1,072,434 | 6,374,655 | 5,099,724 | 3,782,767 | 2,885,822 |
| Households | B: | 2,163,519 | 1,545,371 | 1,325,918 | 896,945 | 5,717,872 | 4,442,941 | 3,353,794 | 2,515,345 |
| Annual Uses | A: | 2,549,862 | 1,893,079 | 1,540,405 | 1,072,434 | 1,884,348 | 1,442,941 | 1,158,283 | 515,345 |
| | B: | 2,163,519 | 1,545,371 | 1,325,918 | 896,945 | 1,683,342 | 888,588 | 1,029,615 | 505,069 |

*Population Bases:* Estimated resident population, age eighteen and over, U.S., April, 1993: 190,538,000; estimated households (assuming the 1992-1993 percentage increase was the same as the 1991-1992 increase): 97,045,525 (U.S. Bureau of the Census 1993, at 17, 55).

*Notes:*

a. Defensive uses of guns against humans by civilians (i.e. excluding uses by police officers, security guards or military personnel). All figures are based on weighted data (see text).

b. Percent of persons (households) with at least one defensive gun use during the five years (one year) preceding the interview.

c. *A* estimates are based on all reported defensive gun uses reported in the survey. *B* estimates are based on only cases with no indications that the case might not be a genuine defensive gun use.

## Table 3
### The Nature of Defensive Gun Use Incidents[a]

|  | % |
|---|---|
| **A.  What the Defender Did with the Gun[b]** | |
| Brandished or showed gun | 75.7 |
| Verbally referred to gun | 57.6 |
| Pointed gun at offender | 49.8 |
| Fired gun (including warning shots) | 23.9 |
| Fired gun at offender, trying to shoot him/her | 15.6 |
| Wounded or killed offender | 8.3 |
| **B.  Location of Incident** | |
| In defender's home | 37.3 |
| Near defender's home | 35.9 |
| At, in, near home of friend, relative, neighbor | 4.2 |
| Commercial place (bar, gas station, office, factory) | 7.5 |
| Parking lot, commercial garage | 4.5 |
| School (in building, on school property, playground) | 0.3 |
| Open area, on street or public transportation | 7.4 |
| Other locations | 2.3 |
| **C.  Type of Crime Defender Thought Was Being Committed[b]** | |
| Burglary | 33.8 |
| Robbery | 20.5 |
| Other theft | 6.2 |
| Trespassing | 14.8[c] |
| Rape, sexual assault | 8.2 |
| Other assault | 30.4 |
| Other crime | 9.5 |
| **D.  Did Offender Get Away with Money or Property?** | |
| % of property crimes with property loss: | 11.0 |
| **E.  Violence Directed at Defender** | |
| No threat or attack | 46.8 |
| Threatened only | 32.3 |
| Attacked but not injured | 15.3 |
| Attacked and injured | 5.5 |
| (In incidents where defender was threatened or attacked): Who was first to threaten or use force? | |
| Defender | 15.3 |
| Offender | 83.5 |
| Someone else | 1.3 |
| **F.  Offender's Weapons[b]** | |
| None (unarmed) | 51.9 |
| Weapon | 48.1 |
| Handgun | 13.4 |
| Other gun | 4.5 |
| Knife | 17.8 |
| Other sharp object | 2.0 |
| Blunt object | 9.9 |
| Other weapon | 5.9 |
| **G.  Shooting** | |
| Did offender shoot at defender? | |
| % of all incidents | 4.5 |
| % of incidents with offender armed with gun | 26.2 |
| Did both parties shoot? | |
| % of all incidents | 3.1 |
| **H.  Type of Gun Used by Defender** | |
| Revolver | 38.5 |
| Semi-automatic pistol | 40.1 |
| Other, unspecified handgun | 1.1 |
| Rifle | 6.4 |
| Shotgun | 13.9 |

186                              *KLECK & GERTZ*                        [Vol. 86

| I. | **Relationship of Offender to Defender** | |
|----|------|------|
| | Stranger | 73.4 |
| | Casual acquaintance | 8.3 |
| | Neighbor | 1.3 |
| | Boyfriend, girlfriend | 1.0 |
| | Other friend, coworker | 1.0 |
| | Brother, sister | 0.0 |
| | Son, daughter | 0.5 |
| | Husband, wife | 3.1 |
| | Other relationship | 4.2 |
| | Unknown | 7.3 |
| J. | **Number of Offenders** | |
| | 1 | 47.2 |
| | 2 | 26.1 |
| | 3-4 | 17.6 |
| | 5-6 | 4.0 |
| | 7 or more (includes 3 cases where defender could only say there was a very large number) | 5.0 |
| K. | **Defender's Perceived Likelihood that Someone Would Have Died Had Gun Not Been Used for Protection** | |
| | Almost certainly not | 20.8 |
| | Probably not | 19.3 |
| | Might Have | 16.2 |
| | Probably would have | 14.2 |
| | Almost certainly would have | 15.7 |
| | Could not say | 13.7 |
| L. | **Were Police Informed of Incident or Otherwise Find Out?** | 64.2 |

*Notes:*
a. Table covers only defensive uses against persons, and excludes nine cases where respondents refused to provide enough detail to confirm incidents as genuine defensive uses.
b. Percentages will sum to more than 100% because respondents could legitimately select or report more than one category.
c. Only 3.7% of incidents involved trespassing as *only* crime.

**Table 4**

COMPARISON OF DEFENDERS WITH OTHER PEOPLE

(WEIGHTED PERCENTAGES)

| | Defenders | Sample[a] | | | |
| | | No-DGU Gun owners | Non-owners | No DGU | All Persons |
|---|---|---|---|---|---|
| Personally owns gun | 59.5 | 100.0 | 0.0 | 23.9 | 25.5 |
| Gun in household | 79.0 | 100.0 | 16.3 | 36.3 | 37.9 |
| Carries gun for protection | 47.3 | 23.3 | 2.1 | 7.3 | 8.8 |
| Burglary victim, past year | 19.3 | 4.5 | 4.9 | 4.9 | 5.5 |
| Robbery victim, past year | 12.9 | 1.9 | 2.0 | 2.1 | 2.5 |
| Assault victim as adult | 46.8 | 29.3 | 18.3 | 21.5 | 22.5 |
| Nights away from home, monthly average | | | | | |
| 0 | 8.2 | 5.2 | 8.9 | 8.2 | 8.2 |
| 1-6 | 27.5 | 24.1 | 33.4 | 31.5 | 31.2 |
| 7-13 | 23.2 | 28.2 | 22.7 | 23.8 | 23.9 |
| 14+ | 42.0 | 42.5 | 35.0 | 36.8 | 36.6 |
| Must depend on self rather than cops | 77.0 | 69.7 | 50.0 | 55.0 | 55.8 |
| Supports death penalty | 72.4 | 85.2 | 65.8 | 70.5 | 70.6 |
| Courts not harsh enough | 75.2 | 78.9 | 71.5 | 74.0 | 74.0 |
| Gender (% male) | 53.7 | 75.4 | 37.1 | 46.4 | 46.7 |
| Age | | | | | |
| 18-24 | 25.7 | 10.2 | 14.3 | 13.1 | 13.5 |
| 25-34 | 36.9 | 21.6 | 22.6 | 22.1 | 22.6 |
| 35-44 | 20.6 | 26.8 | 25.2 | 25.5 | 25.4 |
| 45-64 | 14.2 | 30.6 | 25.9 | 27.3 | 26.8 |
| 65+ | 2.6 | 10.9 | 12.1 | 12.0 | 11.7 |
| Race | | | | | |
| White | 72.4 | 90.3 | 83.0 | 84.6 | 84.1 |
| Black | 16.8 | 5.1 | 9.7 | 8.6 | 8.9 |
| Hispanic | 8.0 | 3.2 | 4.9 | 4.6 | 4.8 |
| Other | 2.8 | 1.3 | 2.4 | 2.2 | 2.1 |
| Place of Residence | | | | | |
| Large City (over 500,000) | 32.5 | 14.7 | 24.7 | 22.2 | 22.6 |
| Small city | 29.8 | 32.2 | 27.7 | 29.4 | 29.3 |
| Suburb of large city | 25.5 | 28.1 | 32.6 | 31.3 | 31.1 |
| Rural area | 12.2 | 24.9 | 15.1 | 17.2 | 17.0 |
| Marital Status | | | | | |
| Married | 50.8 | 69.1 | 57.5 | 60.5 | 60.1 |
| Widowed | 0.6 | 2.2 | 6.5 | 6.2 | 6.0 |
| Divorced/Separated | 15.3 | 10.9 | 11.2 | 11.8 | 12.0 |
| Never married | 33.3 | 17.8 | 24.8 | 21.4 | 21.9 |
| Annual Household Income | | | | | |
| Under $15,000 | 12.3 | 7.4 | 15.3 | 13.6 | 13.5 |
| $15,000-29,999 | 30.1 | 23.2 | 27.9 | 26.9 | 27.2 |
| $30,000-44,999 | 22.2 | 30.3 | 23.0 | 24.5 | 24.4 |
| $45,000-59,999 | 18.6 | 17.8 | 20.0 | 19.2 | 19.2 |
| $60,000-79,999 | 7.9 | 12.1 | 8.0 | 8.9 | 8.9 |
| $80,000 or more | 8.8 | 9.2 | 5.8 | 6.8 | 6.9 |
| Gun-related Occupation | 2.4 | 4.9 | 2.0 | 3.2 | 3.1 |

*Notes:*

a. "Defenders" are persons who reported a defensive gun use against another person in the preceding five years, excluding uses in connection with military, police, or security guard duties. This sample includes nine cases where such a use was reported, but the respondent did not provide further details.

"No-DGU gun owners" are persons who report personally owning a gun but did not report a defensive gun use.

"Nonowners" are persons who did not report personally owning a gun and who did not report a defensive gun use. These persons may, however, live in a household where others own a gun.

"No DGU" are persons who did not report a defensive gun use, regardless of whether they reported owning a gun.

National Self-Defense Survey

Hello, my name is _____ with Florida State University.  We're conducting a national survey on important issues facing your community.  We are not selling anything and you will remain completely anonymous.

May I speak with the male head of household?  IF HE GETS ON PHONE, REPEAT INTRODUCTION, IF NOT CONTINUE INTERVIEW WITH PERSON ON PHONE IF OVER 18.

ANSWERS TO GENERAL QUESTIONS:

   How selected:  Your telephone number was selected randomly by
                  computer.
   What is the survey for:  It is for scholarly research.

REFER ALL OTHER QUESTIONS TO SUPERVISOR:

Q-1   What do you regard as the most important problem facing your
      community today?

                  1. Crime, violence, etc...
                  2. Other problem
                  9. No opinion, no answer

Q-2   Would you say crime in your neighborhood is much lower than
      the national average, somewhat lower, about average, somewhat
      above average, or much higher than average?

                  1. Much lower than average
                  2. Somewhat lower than average
                  3. About average
                  4. Somewhat above average
                  5. Much higher than average
                  9. Don't know, refused to say

Q-3   How about the area where you work or go to school?  Would you
      say that crime there is much lower than the national average,
      somewhat lower, about average, somewhat above average, or much
      higher than average?

                  1. Much lower than average
                  2. Somewhat lower than average
                  3. About average
                  4. Somewhat above average
                  5. Much higher than average
                  9. Don't know, refused to say

5311

Q-4  Within the past <u>five years</u>, have you yourself or another
     member of your household <u>used</u> a gun, even if it was not fired,
     for self-protection or for the protection of property at home,
     work, or elsewhere.  Please do <u>not</u> include military service,
     police work, or work as a security guard?

                    1. Yes
                    2. No (SKIP TO Q-17)
                    9. Don't know, refused to answer (SKIP TO Q-17)

     A.   Was this to protect against an animal or a person?

                    1. Animal only (SKIP TO Q-17)
                    2. Person only
                    3. Both animal and person

     B.   How many incidents involving defensive uses of guns
          against persons happened to members of your household in
          the past 5 years?

                    _____ time(s) in past 5 years

Q-5. Did this incident [any of these incidents] happen in the
     <u>past twelve months</u>?

                    1. Yes
                    2. No
                    9. Don't know, refused to answer


IF AT ANY POINT IN Q-5 THROUGH Q-16 THE R REFUSES TO SAY ANY MORE
ABOUT THE DEFENSIVE INCIDENT, INTERVIEWER SKIPS TO Q-17


Q-6  Was it <u>you</u> who used a gun defensively, or did someone else in
     your household do this?

                    1. Respondent only
                    2. Other member of household only (SKIP TO Q-17)
                    3. Both Respondent and other member of household
                       used guns
                    9. Refused to answer (SKIP TO Q-17)

Q-7  Please recall this [your most recent] defensive use of a gun – I would like to hear a little more about it. First of all, how many offenders were you defending against?

(ENCOURAGE R TO GUESS, IF NECESSARY)

WRITE NUMBER _____

WRITE 98 IF UNKNOWN BECAUSE THEY NEVER SAW ANYONE, ETC.
WRITE 99 IF LARGE NUMBER, BUT R CAN'T EVEN GUESS HOW MANY

Q-8  What did you do with the gun in this defensive incident? For example, did you fire at someone trying to shoot them, fire a warning shot, just point the gun at them, or what?

|  | Yes | No | DK | Rf |
|---|---|---|---|---|
| A. Verbally referred to gun ("I've got a gun," etc.) | 1 | 0 | 8 | 9 |
| B. Pointed gun at other person | 1 | 0 | 8 | 9 |
| C. Fired gun (incl. warning shots) | 1 | 0 | 8 | 9 |
| D. Fired at other person (i.e., tried to shoot them) | 1 | 0 | 8 | 9 |
| E  Wounded or killed other person | 1 | 0 | 8 | 9 |
| F  Brandished or showed gun | 1 | 0 | 8 | 9 |

INTERVIEWER MUST PROVIDE A CODE FOR ALL 6 OF THESE ITEMS; MULTIPLE YES ANSWERS ARE ACCEPTABLE. PROBE FOR DETAILS IF NECESSARY

Q-9  Where did this incident take place? (CRIMINAL'S LOCATION)

1. Actually in R's home or lodging (includes vacation home/second home, attached garage, hotel/motel room R was staying in)
2. Near R's home (incl. yard, carport, apt. hall, street adjacent to home, in detached garage, shed, barn, just outside house or apt. door or window)
3. At, in, or near a friend/relative/neighbor's home
4. Commercial place (bar, gas station, office, factory, etc.)
5. Parking lot, commercial garage
6. School (in school building, on school property, incl. playground, school parking lot)
7. Open areas, on street or public transportation
8. Other (specify)_____
9. Don't know

Q-10 What sort of crime did you believe was being committed against you when you used the gun defensively? For example, were you being attacked in some way, or robbed, or was someone trying to get into your home?

CIRCLE 1 OR 0 FOR EVERY ITEM!

Yes No

1. Rape, attempted rape, other sexual assault   1   0
2. Some other kind of attack or threat of violence 1   0
3. Burglary or theft at home   1   0
4 Robbery — someone took or tried to take   1   0
something with the threat or use of force
5. Some other kind of theft or attempted theft   1   0
6. Trespassing   1   0
7. Other - describe briefly: _____   1   0

8. No crime was involved that R could be sure of   1   0

A.  ASK IF 3, 4, OR 5 WAS YES: Did this other person get away with any money or other property?

1. Yes
2. No
9. Don't know, refused

Q-11 Did the offender [any of the offenders] threaten, attack or injure you?

CIRCLE ONE NUMBER ONLY

1. None of these  (SKIP TO Q12)
2. Threatened only
3. Attacked but did not injure
4. Attacked and injured
9. Don't know, refused, no answer (SKIP TO Q12)

A.  ASK IF 2,3 OR 4:  Who was the first to use or threaten to use physical force - you, the offender, or someone else?

1. Respondent
2. Offender(s)
3. Someone else
9. Don't know, refused, no answer

Q-12 Did the offender(s) have a weapon such as a gun or knife, or something to use as a weapon, such as a bottle or wrench?

      1. Yes
      2. No (SKIP TO Q-13)

A. What was the weapon? Anything else?

      BE SURE TO CIRCLE 1 OR 0 FOR EVERY ITEM!

|  | Yes | No |
|---|---|---|
| 1. Handgun (pistol, revolver, etc.) | 1 | 0 |
| 2. Other gun (rifle, shotgun, etc.) | 1 | 0 |
| 3. Knife | 1 | 0 |
| 4. Other sharp object (scissors, ice pick, etc.) | 1 | 0 |
| 5. Blunt object (rock, club, blackjack, etc.) | 1 | 0 |
| 6. Other weapon | 1 | 0 |

B. ASK ONLY IF 1 OR 2: Did the offender shoot at you or any other person?

      1. Yes
      2. No
      9. Don't know, refused, no answer

Q-13 How was the offender [were the offenders] related to you? For example, were they a stranger, member of the family, casual acquaintance, friend, or what?

      1. Stranger
      2. Casual acquaintance
      3. Neighbor
      4. Boyfriend or girlfriend
      5. Other friend, coworker
      6. Brother or sister
      7. Son or daughter
      8. Husband or wife
      9. Other relationship
     10. Unknown
     90. Refused

Q-14 What type of gun did you use defensively in this incident?

      1. Revolver
      2. Semiautomatic pistol
      3. Handgun (R doesn't know handgun type)
      4. Rifle
      5. Shotgun
      6. Longgun (R doesn't know longgun type)
      7. Other type of gun (Specify:_____)
      9. R doesn't know gun type used

PROBE FOR DETAILS NEEDED TO ESTABLISH GUN TYPE, IF NECESSARY

6

Q-15 If you had <u>not</u> used a gun for protection in this incident, how likely do you think it is that you or someone else would have been <u>killed</u>? Would you say almost certainly <u>not</u>, probably not, might have, probably would have, almost certainly would have been killed?

> 1. Almost certainly not
> 2. Probably not
> 3. Might have
> 4. Probably would have
> 5. Almost certainly would have
> 9. Could not say

Q-16 Were the police informed or did they find out about this incident in any way?

> 1. Yes
> 2. No
> 9. Don't know

Q-17 DID SOMEONE IN HOUSEHOLD USE GUN DEFENSIVELY AGAINST A HUMAN?

> IF YES, PROCEED TO Q-18
>
> IF NO, SEE CODE IN UPPER RIGHT OF ANSWER SHEET.
> > IF IT IS L, PROCEED TO Q-18
> > IF IT IS S, SKIP TO SEX1 ON PAGE 11.
>
> CIRCLE ONE:    1. DEFENSIVE GUN USE IN HOUSEHOLD
> >              2. NO DGU, CODE L
> >              3. NO DGU, CODE S

Q-18 Now I would like to ask you some other questions about your experiences. During the <u>last twelve months</u>, did anyone break into or somehow illegally get into your home?

> 1. Yes
> 2. No
> 9. Don't know, refused to answer

Q-19 During the last twelve months, did anyone take something directly from you by using force--such as a stickup, mugging, or threat?

> 1. Yes
> 2. No
> 9. Don't know, refused to answer

5316

7

Q-20 Since you became an adult, has anyone ever hit you, knocked you down or actually attacked you in any way?

      1. Yes
      2. No
      9. Don't know, refused to answer

Q-21 During the last twelve months, has anyone <u>you know</u> personally been the victim of a serious crime or felony?

      1. Yes
      2. No
      9. Don't know, refused to answer

Q-22 In the last <u>30 days</u>, about how many times would you say you went out at night away from your home, for entertainment, your job, or any other purpose?

      _____ day(s)  [ENCOURAGE R TO GUESS, IF NECESSARY]
          99 IF DN/RF (MAX IS 30)

Q-23 Do you think that people like yourself have to be prepared to defend their homes against crime and violence, or can the police take care of that?

      1. Have to defend home yourself
      2. Police can take care of it
      8. No opinion, undecided, shared responsibility
      9. Refused, no answer

Q-24 Do you favor or oppose the death penalty for persons convicted of murder?

      1. Favor
      2. Oppose
      8. No opinion, undecided
      9. Refused, no answer

Q-25 In general, do you think the courts in your area deal too harshly or not harshly enough with criminals?

      1. Too harshly
      2. Not harshly enough
      3. About right (volunteered)
      8. Don't know
      9. No answer

Now I would like to ask you a few questions about your background. First of all ...

Q-26 In what year were you born? _____ (WRITE YEAR)

5317

8

Q-27 Do you live in a large city, in the suburbs of a large
     city, in a small city, or in a rural area? (LARGE CITY=
     MORE THAN 500,000 PEOPLE. RURAL AREA = LESS THAN 10,000
     PEOPLE.)

             1. Large City
             2. Suburb of a large city
             3. Small city
             4. Rural area

Q-28 What kind of work do you usually do?  That is, what is your
     job called?

             1. Police officer, security guard, military
             2. Retired, doesn't usually have job, student,
                housewife, etc.
             3. Other (Specify: _____)
             9. Refused, no answer

Q-29 Are you currently married, divorced, separated, or have
     you never been married?

             1. Married
             2. Widowed
             3. Divorced
             4. Separated; married but living apart
             5. Never married
             9. Refused, No answer

9

Q-30 Do you happen to have in your home or garage any guns or revolvers?

        1. Yes
        2. No (SKIP TO Q-31)
        3. Don't know, refused to answer (SKIP TO Q-31)

A. Do any of these guns personally belong to you?

        1. Yes
        2. No (SKIP TO Q-30B)
        8. Refused (SKIP TO Q-30B)
        9. No answer (SKIP TO Q-30B)

PLACE A NUMBER ON EVERY LINE EVEN IF 0!

    IF YES:  How many of the guns that personally belong to you are ...

                                                        WRITE NUMBER
    1.  revolvers? ___
    2.  semiautomatic pistols? ___
    3.   WRITE NUMBER OF HANDGUNS OF UNKNOWN TYPE: ___
    4.  rifles? ___
    5.  shotguns? ___
    6.   WRITE NUMBER OF LONGGUNS OF UNKNOWN TYPE: ___
    7.  other types of guns? ___
       [SPECIFY TYPES: _____]
    8.   WRITE NUMBER OF GUNS OF UNKNOWN TYPE: ___

PLACE A NUMBER ON EVERY LINE EVEN IF 0!

B. How about the guns that belong to other members of the household?  How many of these guns are ...

    (IF REFUSE TO SAY, SKIP TO Q-31)
                                                        WRITE NUMBER
    1.  revolvers? ___
    2.  semiautomatic pistols? ___
    3.   WRITE NUMBER OF HANDGUNS OF UNKNOWN TYPE: ___
    4.  rifles? ___
    5.  shotguns? ___
    6.   WRITE NUMBER OF LONGGUNS OF UNKNOWN TYPE: ___
    7.  other types of guns? ___
        [SPECIFY TYPES: _____]
    8.   WRITE NUMBER OF GUNS OF UNKNOWN TYPE: ___

10

Q-31 <u>In the last twelve months</u>, have you ever <u>carried</u> a gun away from home, either on your person or in a vehicle, for protection against crime? Do not count carrying for recreation or in connection with duties in law enforcement, work as a security guard, or in the armed forces.

             1. Yes
             2. No [SKIP TO Q-34]
             9. Refused, no answer [SKIP TO Q-34]

   A. Was this carrying done on your person -- for example, in a pocket, holster, or bag -- or was it only in a motor vehicle?

             1. On person only
             2. In motor vehicle only [SKIP TO Q-33]
             3. Both on person and in motor vehicle
             9. Refused, no answer [SKIP TO Q-34]

Q-32 About how many days in the past 12 months did you carry a gun on your person for protection against crime?

        _____ days (0-365)

   ENCOURAGE R TO GUESS    (999 IF UNKNOWN)

Q-33 IF "MOTOR VEHICLE" OR "BOTH": About how many days in the past year did you carry a gun in a motor vehicle for protection against crime?

        _____ days (0-365)

   ENCOURAGE R TO GUESS    (999 IF UNKNOWN)

Q-34 Finally, I would like to ask you a few last questions about your background. First, what race do you consider yourself?

             1. White
             2. Black
             3. Hispanic, Latino, Mexican-American, etc.
             4. Asian, Pacific Islander
             5. American Indian, Eskimo, Aleut
             6. Other
             9. Refused, no answer

Q-35 Please tell me which category corresponds with your household's total annual income?

1. Less than $15,000
2. 15,001 to $30,000
3. 30,001 to $45,000
4. 45,001 to $60,000
5. 60,000 to $80,000
6. More than $80,000
9. Refused, don't know

Q-36A Could you please tell me what state you live in?

_____

Q-36B/C And what city and county do you live in.

_____     _____

NOTE RESPONDENT'S SEX:    1. Male
                          2. Female

IF ONLY DEFENSIVE GUN USER IN HOUSEHOLD WAS A PERSON OTHER THAN ORIGINAL RESPONDENT, SKIP TO Q-37.

Thank you very much for participating in this survey! We appreciate your help.

REMEMBER TO NOTE R's SEX!!!

* * * * * * * * * * * * * * * * * * * * * * * * *

12

Q-37 You said earlier that someone else in your household had used a gun defensively. May I speak to that person now?

NOTE HOW RESPONDENT REFERRED TO THIS OTHER HOUSEHOLD MEMBER (E.G., "MY HUSBAND," "MY ROOMMATE," ETC.): _____

IF YES:    Thank you for your help. (SKIP TO Q-37B)

IF NO:

A.    When is [other person] most likely to be available if I call back later?

_____
Day(s)          Time(s)

IF NEVER OR NOT IN NEXT TWO WEEKS, WRITE "NEVER"

Would you be able to tell me anything at all about this incident?

1. Yes (SKIP TO Q-38)
2. No  (SKIP TO THANK YOU)

B.    IF THIS OTHER HOUSEHOLD MEMBER DOES GET ON THE PHONE, REPEAT INTRODUCTORY STATEMENT NOW.

Hello, my name is _____ with Florida State University. We're conducting a national survey, and your opinion is very important to us. We're not selling anything, and you will remain completely anonymous.

Q-37B    I understand that, sometime in the past five years, you've used a gun for self-protection against another person. Is that correct?

1. Yes (SKIP TO Q-38)
2. No

Q-37C    Has anyone in your household done this in the past five years?

1. Yes (SKIP TO THANK YOU)
2. No  (SKIP TO THANK YOU)

13

Q-38 Please recall the most recent defensive use of a
gun - I would like to hear a little more about it.  First
of all, how many offenders were you [was the other household
member] defending against?

_____ (WRITE  NUMBER  -  ENCOURAGE  R  TO  GUESS,  IF
NECESSARY)

WRITE 98 IF UNKNOWN, THEY NEVER SAW ANYONE, ETC.
WRITE 99 IF LARGE NUMBER, BUT R CAN'T EVEN GUESS HOW
MANY

Q-39 What did you do with the gun in this defensive incident?
For example, did you fire at someone trying to shoot them,
fire a warning shot, just point the gun at them, or what?

|  | Yes | No | DK | Rf |
|---|---|---|---|---|
| A. Verbally referred to gun ("I've got a gun," etc.) | 1 | 0 | 8 | 9 |
| B. Pointed gun at other person | 1 | 0 | 8 | 9 |
| C. Fired gun (incl. warning shots) | 1 | 0 | 8 | 9 |
| D. Fired at other person (i.e., tried to shoot them) | 1 | 0 | 8 | 9 |
| E. Wounded or killed other person | 1 | 0 | 8 | 9 |
| F. Brandished or showed gun | 1 | 0 | 8 | 9 |

INTERVIEWER MUST PROVIDE A CODE FOR ALL 6 OF THESE ITEMS;
PROBE FOR DETAILS IF NECESSARY

Q-40 Where did this incident take place?  (criminals location)

1. Actually in R's home or lodging (includes
   vacation home/second home, attached garage,
   hotel/motel room R was staying in)
2. Near R's home (incl. yard, carport, apt. hall,
   street adjacent to home, in detached garage,
   shed, barn, just outside house or apt. door
   or window)
3. At, in, or near a friend/relative/neighbor's
   home
4. Commercial place (bar, gas station, office,
   factory, etc.)
5. Parking lot, garage
6. School (in school building, on school property,
   incl. playground, school parking lot)
7. Open areas, on street or public transportation
8. Other place
9. Don't know

Q-43 Did the offender(s) have a weapon such as a gun or knife, or something to use as a weapon, such as a bottle or wrench?

> 1. Yes
> 2. No (SKIP TO Q-44)
> 9. Don't know (SKIP TO Q-44)

A. What was the weapon? ...Anything else?

BE SURE TO CIRCLE 1 OR 0 FOR EVERY ITEM

|  | Yes | No |
|---|---|---|
| 1. Handgun (pistol, revolver, etc. ) | 1 | 0 |
| 2. Other gun (rifle, shotgun, etc. ) | 1 | 0 |
| 3. Knife | 1 | 0 |
| 4. Other sharp object (scissors, ice pick, etc. ) | 1 | 0 |
| 5. Blunt object (rock, club, blackjack, etc. ) | 1 | 0 |
| 6. Other weapon | 1 | 0 |

B. IF 1 OR 2: Did the offender shoot at you or any other person?

> 1. Yes
> 2. No
> 9. Don't know, refused, no answer

Q-44 How was the offender [were the offenders] related to you [the other household member]? For example, were they a stranger, casual acquaintance, friend, member of the family, or what?

> 1. Stranger
> 2. Casual acquaintance
> 3. Neighbor
> 4. Boyfriend or girlfriend
> 5. Other friend, coworker
> 6. Brother or sister
> 7. Son or daughter
> 8. Husband or wife
> 9. Other relationship
> 10. Unknown

16

Q-45 What type of gun did you [the other household member] use in this incident?

       1. Revolver
       2. Semiautomatic pistol
       3. Handgun (R doesn't know handgun type)
       4. Rifle
       5. Shotgun
       6. Longgun (R doesn't know longgun type)
       7. Other type of gun (Specify:_____)
       9. R doesn't know gun type used

PROBE FOR DETAILS NEEDED TO ESTABLISH GUN TYPE, IF NECESSARY

Q-46 If you [the other household member] had not used a gun for protection in this incident, how likely do you think it is that you [the other household member] or some other victim would have been killed? Would you say, almost certainly not, probably not, might have, probably would have, or almost certainly would have been killed?

       1. Almost certainly not
       2. Probably not
       3. Might have
       4. Probably would have
       5. Almost certainly would have
       9. Could not say

Q-47 Were the police informed or did they find out about this incident in any way?

       1. Yes
       2. No
       9. Don't know

THANK YOU FOR YOUR TIME. We appreciate your help. Goodbye.

NOTE SECOND RESPONDENT'S SEX:

       1. Second respondent was Male
       2. Second respondent was Female

INTERVIEW TYPE:
       1. No one in household used gun for defense
       2. Original R used gun for defense
       3. Original R did not use gun for defense, but someone else did and they were interviewed
       4. Someone besides original R used gun for defense; this person was not interviewed, but original R provided proxy account
       5. Same as 4, but original R did not provide proxy account
       6. Same as 4, but other person will not discuss incident--no call back possible

5325

## Appendix - Synopses of Mass Shootings, 1994-July 2013 Inclusive
(more than six victims shot fatally or nonfatally in a single incident)

## Mass Shootings in 1994

- The *Washington Post*: "5 Arrested in Shooting at Market; NE Men Charged with First Degree Murder," April 11, 1994
- Date: March 31, 1994
- Shooters: Unknown (Up to 4)
- Number of Guns Used: Unknown
- Types of Guns Used: Tec-9 semi-automatic (found but no confirmation it was used during the shooting)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 30+
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown
- Number Killed: 1
- Number Wounded: 9
- Notes:   This was a gang-related incident. Some reports indicate that other guns were found and there was more than one shooter but nothing was confirmed. The shooters had 5 specific targets, 4 of which they hit.

- The *New York Times*: "Gunman Kills 2 and Hurts 19 on Air Force Base," June 21, 1994
- Date: June 20, 1994.
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: AK style rifle, another "unspecified 'single shot' weapon" (unused)
- Number of Magazines: Unknown
- Capacity of Magazine(s): Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time From Start to End: Unknown
- How Gun Was Acquired: Unknown
- Number Killed: 4 (5 including gunman)
- Number Wounded: 19
- Notes:   Another New York Times article entitled "An Airman's Revenge: 5 Minutes of Terror" published on June 22, 1994 alters some of the above information. The count of those killed remains the same, but the injured was increased to 23 and states that the gunman was motivated to kill two specific people. His gun was also listed as a MAK-90 instead of an AK-47. The article also states that the gun was acquired from a federally licensed gun dealer legally for $400 and the 70 round magazine was acquired from another dealer legally.

- The *Washington Post*: "Gunman Kills 2, Wounds 5 in Attack on Abortion Clinics,"
    December 31, 1994
- Shooters: 1
- Number of Guns Used: 1 (A second was found at the scene but unused)
- Type of Gun Used: .22 caliber rifle, miscellaneous handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 2
- Number Wounded: 5
- Notes: This was a target on two abortion clinics with not specific target.

## Mass Shootings in 1995 - none

## Mass Shootings in 1996 – none

## Mass Shootings in 1997

- *CNN*: "Gunman Shoots 7, Kills Self at Empire State Building," February 24, 1997.
- Date: February 23, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: .380 caliber Beretta
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Purchased in Florida (Legality unknown)
- Number Killed: 1 (2 including gunman)
- Number Wounded: 6
- Notes:  None


- Police Magazine: "5 Gunfights That Changed Law Enforcement," May 4, 2011.
- Date: February 28, 1997.
- Shooters: 2
- Number of Guns Used: Unknown (At least 4)
- Types of Guns Used: Fully automatic AIM AK-47, Norinco Type 56 S-1, semi-
    automatic HK-91, and a Bushmaster XM15 E2S (modified)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown (at least 3,300 rounds in box and drum magazines)
- Number of Shots Fired: 1,101

- Did Offenders Reload: Yes
- Time from Start to End: 44 minutes
- How Guns were Acquired: Unknown
- Number Killed: 0 (2 including gunmen)
- Number Wounded: 18
- Notes: The shooters had an arsenal that the police could not compete with. Many of their weapons were fully automatic and the magazines were likely high capacity. Accounts differ on the number of shots fired.


- The *Associated Press*: "Man to be Executed Friday for Plant Shootings," October 30, 2005
- Date: September 15, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: semi-automatic pistol
- Number of Magazines: 4 empty
- Capacity of Magazines: 8 rounds
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 2.5 hours
- How Gun was Acquired: Unknown
- Number Killed: 4
- Number Wounded: 3
- Notes: The shooter was fired and sought revenge. By some accounts he had four other magazines for a total of 8 magazines with 8 rounds.


- *Reuters News*: "Six Charged in Mississippi High School Shooting," October 7, 1997
- Date: October 1, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: Rifle
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown (possibly from parents)
- Number Killed: 2 (3 if mother included in separate killing, no gun used)
- Number Wounded: 7
- Notes:  Six were charged, but with conspiracy. There was only one shooter and his target was an ex-girlfriend.


- The *New York Times*: "Gunfire Inside a School Kills 3 and Wounds 5," December 2,

1997
- Date: December 1, 1997
- Shooters: 1
- Number of Guns Used: 1 (shooter also had 4 other guns)
- Type of Guns Used: .22 caliber handgun (shooter also had two rifles and two shotguns)
- Number of Magazines: Unknown (shooter had extra ammunition so more than 1)
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: No
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 3
- Number Wounded: 5
- Notes:  According to a CNN article entitled "Kentucky School Shooter 'Guilty but Mentally Ill'," October 5, 1998, the shooter stole the guns from different homes. According to the St. Petersburg Times: "Programmed to Kill," December 1, 1997, the shooter shot 8 to 10 rounds. According to the New York Times: "Forgiveness, After 3 Die in Shootings in Kentucky," December 3, 1997, the shooter shot up to 12 rounds.


- The *New York Times* "Dismissed Worker Kills 4 and Then Is Slain," December 20, 1997.
- Date: December 18, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: AK-47
- Number of Magazines: Unknown
- Capacity of Magazine(s): Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown
- Number Killed: 4 (5 including gunman)
- Number Wounded: 3
- Notes:  Employer was dismissed from Caltrans and a subsequent job. He then returned to the work site and randomly shot employees. He battled with police as well, for at least a minute, before his was killed. A Los Angeles Times article titled "Aftermath of Killer's Fury" claims the gunman shot over 300 times and was armed with an AK-47, a shotgun and a handgun.


## Mass Shootings in 1998

- The *New York Times*: "From Wild Talk and Friendship to Five Deaths in a Schoolyard," March 29, 1998
- Date: March 24, 1998
- Shooters: 2
- Number of Guns Used: At least 4 (shooters had access to 10 guns and a crossbow)
- Type of Guns Used: Remington .30-60 hunting rifle, Ruger .44 Magnum rifle
- Number of Magazines: 3 .30 caliber magazines (19 .44 caliber rounds, 41 .357 rounds, 49 .380 rounds, 16 .30 special rounds, 26 .357 magnum rounds, 6 .30 caliber rounds)
- Capacity of Magazine(s): 30 round
- Number of Shots Fired: At least 26
- Did Offenders Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen From Parents
- Number Killed: 5
- Number Wounded: 11 (15 hit)
- Notes:  The History Channel has an article entitled "A School Shooting in Jonesboro, Arkansas, Kills Five." This article states that the two youths had "thirteen fully loaded guns including three semi automatic rifles, and 200 rounds of ammunition." The weapons were taken from the Golden family's home.

- The *New York Times*: "Sorrowful Town Honors Teen-Ager Killed in School Shooting," May 26, 1998.
   Location: Springfield, OR.
- Date: May 21, 1998
- Shooters: 1 (Kip Kinkel)
- Number of Guns Used: 2
- Type of Guns Used: .22 Caliber Rifle, Handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 51
- Did Offender Reload: Attempted to do so, tackled by bystanders
- Time from Start to End: Unknown
- How Guns were Acquired: From Parents
- Number Killed: 2 (4 including the parents who were killed the night before)
- Number Wounded: 22
- Notes:  According to PBS' Frontline (http://www.pbs.org/wgbh/pages/frontline/shows/kinkel/kip/cron.html) the shooter "carried 3 guns: a .22 caliber semi-automatic Ruger rifle, his father's 9mm Glock pistol and a .22 caliber Ruger semi-automatic pistol." The article states that he used a 50 round magazine and injured 25 students.

## Mass Shootings in 1999

- The *New York Times*: "3 are Killed and 5 Hurt in Shootout in Utah City," April 16, 1999
- Date: April 15, 1999
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: .22 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 1-2 hours
- How Gun Was Acquired: Unknown
- Number Killed: 2
- Number Wounded: 5
- Notes:   Numerous other sources list the wounded as 4 and not 5. According to the South Florida Sun-Sentenial: "Gun Sale Issues Raised After Salt Lake City Shooting," the shooter likely purchased the gun, a .22 caliber Ruger and had previously had a gun confiscated due to a misdemeanor gun offense.


- *CNN* Special: Using a copy of the Jefferson County Website with Details about the Columbine Massacre. (http://www.cnn.com/SPECIALS/2000/columbine.cd/Pages/EQUIPMENT_TEXT.htm)
- Date: April 20, 1999
- Shooters: 2
- Number of Guns Used: 4
- Types of Guns Used: Intratec TEC-DC-9 9mm semi-automatic handgun, Hi-Point 995 9mm carbine rifle, Savage-Springfield  67H 12 gauge pump action shot gun, Stevens 311D double barreled shot gun.
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 188
- Did Offenders Reload: Yes
- Time from Start to End: 49 minutes
- How Guns were Acquired: From Friends
- Number Killed: 13 (15 including shooters)
- Number Wounded: 21
- Notes:  This is obviously one of the most reported and well known mass shootings. Details are solidified through official reports by the Jefferson County Sheriff's Department and the FBI. Some of the above information was taken from additional published sources.

- *CNN*: "'Mental Breakdown' Defense Hinted in Georgia School Shooting," May 24, 1999
- Date: May 20, 1999

- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: .22 caliber rifle, .357 magnum handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 14
- Did Offender Reload: No
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen from parents
- Number Killed: 0
- Number Wounded: 6
- Notes:  None

- The *New York Times*: "Shootings in Atlanta: The Overview; Gunman in Atlanta Slays
    9, then Himself," July 30, 1999
- Date: July 29, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9mm semi-automatic pistol, .45 caliber handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 5.5 hours
- How Guns were Acquired: Unknown
- Number Killed: 9 (13 including family, but they were not shot, 14 including gunman
    who shot himself)
- Number Wounded: Unknown
- Notes:  CNN: "Shooter Lost $105,000 in Month, but Motive Still a Mystery," July 30, 1999
states that 13 were wounded. This same article claims there were a total of four guns in the car
with over 200 rounds of ammunition. There was a Glock 9mm handgun, a Colt .45 handgun, a
H&R .22 caliber revolver, and a Raven .24 caliber pistol. The H&R was legally purchased by the
shooter in a pawn shop in 1976 and someone else purchased the Raven from another pawn shop
in 1992. The Glock and Colt were used during the shootings but there is no information
regarding how they were obtained.

- *Time* Magazine: "Terror In The Sanctuary," September 20, 1999
- Date: September 15, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9mm semi-automatic handgun and a .380 caliber handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown

- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased (Unknown source)
- Number Killed: 7 (8 including the gunman)
- Number Wounded: 7
- Notes:  According to a Houston Press article entitled "Faith's Fusillade" from November 4, 1999, the gunman had purchased the guns seven years before the shooting in Grand Prairie. He took 10 magazines with him. They state that the 9mm gun was a Ruger and that the event lasted 10 minutes. According to the official Wedgwood Baptist Church website, the gunman fired over 100 rounds.

- The *New York Times*: "Man Opens Fire in Xerox Office, Killing 7," November 3, 1999.
- Date: November 2, 1999
- Shooters: 1
- Number of Guns Used: 1
- Types of Gun Used: 9mm pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Less than 30 minutes
- How Guns were Acquired: Legally Purchased and Registered 17 of the 18
- Number Killed: 7
- Number Wounded: 0
- Notes:  The shooter was a registered owner of 17 guns, but 18 were recovered from his home including 11 handguns, 5 rifles and 2 shotguns. According to the Honolulu Advertiser's article "No Closure Yet for Families Suing Uyesugi" published on November 1, 2004, the gun was a Glock. According to TruTV's Crime Library in an article entitled "Examining Workplace Homicide: The Xerox Murders," the shooter fired 10 rounds.

- The *New York Times*: "Gunman Kills 5 in Rampage Starting at Florida Hotel," December 31, 1999
- Date: December 30, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9mm semi-automatic handgun, .38 caliber handgun
- Number of Magazines: Unknown but more than one
- Capacity of Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns Were Acquired: Legally purchased at a flea market and a local store
- Number Killed: 5
- Number Wounded: 3

Notes: None

## Mass Shootings in 2000

- *The Baltimore Sun* "Police Arrest Teen Suspect in National Zoo Shooting," April 26, 2000
- Date: April 24, 2000
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm (Gun was never recovered, but 9mm shells were found on the scene along with a holster)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: According to a witness, 6 to 8 (See video here: http://www.c-spanvideo.org/program/156805-1)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown (Since the shooter was a minor it was likely illegally obtained)
- Number Killed: 0
- Number Wounded: 7
  - Notes: Two groups of teens had a fight early in the day and this event was believed to be related and some form of retaliation.


- *CNN* "Two Suspects in Wendy's Shootings Arrested," May 26, 2000
- Date: May 24, 2000
- Shooters: 2
- Number of Guns Used: 1
- Types of Guns Used: Bryco-Jennings .380 caliber semi-automatic pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown (Each victim was shot once in the head so likely 5)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Less than 1.5 hours
- How Gun was Acquired: Unknown
- Number Killed: 5
- Number Wounded: 2
  - Notes: This was connected to a robbery, but the shooters knew ahead of time that they would execute each of the employees.
- *The Washington Post* "Gay Shooting Said Linked to Jokes," September 27, 2000
- Date: September 22, 2000

- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm Ruger semi-automatic handgun
- Number of Magazines: 1
- Capacity of Magazines: Unknown but more than 9
- Number of Shots Fired: Unknown (Victims suffered wounds from at least 9 shots; see *Roanoke Times* "Grand Jury Indicts Suspect in Bar Shootings if Convicted on All Charges, He Could Face 180-Year Sentence," 2000).
- Did Offender Reload: No
- Time from Start to End: Less than 10 minutes
- How Gun was Acquired: Unknown
- Number Killed: 1
- Number Wounded: 6
  ◦ Notes: A Vietnam vet who suffered from post traumatic stress disorder who was unable to get medication hated that his last name was "Gay" and that people teased him for that.

- *The New York Times* "A Deadly Turn to a Normal Work Day," December 28, 2000, *Boston Herald* "Wakefield Massacre; Accused Shooter Amassed Arsenal at His Home, Work", December 28, 2000
- Date: December 26, 2000
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: AK-47 style rifle, a Winchester 12 gauge pump-action shotgun and a .32 caliber semi-automatic pistol
- Number of Magazines: 4+
- Capacity of Magazines: 30
- Number of Shots Fired: 37
- Did Offender Reload: Yes
- Time from Start to End: 5-8 minutes
- How Guns were Acquired: Unknown
- Number Killed: 7
- Number Wounded: 0
  ◦ Notes: The shooter claimed that he heard voices and that his victims were Nazis from the past. The jury didn't believe he was mentally ill and the prosecution showed he was intelligent and executed this plan targeting specific people and it was due to owing upwards of $5,000 in back taxes that were to be garnished from his wages.

## Mass Shootings in 2001

- *ABC News* "Ex-Employee Kills 4, Self in Rampage," February 6, 2001, *Chicago Tribune* "Navistar Gunman Got Past Cracks in Gun Law," February 7, 2001, *Chicago Tribune* "Weapon Used at Navistar Traced to Shorewood Man," March 1, 2001
- Date: February 5, 2001
- Shooters: 1
- Number of Guns Used: 1 (Carried 4 total)
- Types of Guns Used: SKS semi-automatic rifle, Remington shotgun, .30 caliber hunting rifle, .38 caliber revolver
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 25-30
- Did Offender Reload: Unknown
- Time from Start to End: 8-15 minutes
- How Guns were Acquired: The Remington shotgun and .30 caliber hunting rifle were purchased legally in 1993 from a dealer. The SKS rifle was transferred illegally.
- Number Killed: 4 (5 including shooter)
- Number Wounded: 4


- *ABC News* "Exclusive: Santana School Shooter," October 10, 2001
- Date: March 5, 2001
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: .22 caliber revolver
- Number of Magazines: N/A
- Capacity of Magazines: N/A
- Number of Shots Fired: ~24
- Did Offender Reload: Yes
- Time from Start to End: 6 minutes
- How Guns were Acquired: Stolen from shooter's father
- Number Killed: 2
- Number Wounded: 13
  Notes: The shooter was a 15 year old freshman who claimed he was bullied and wanted to prove that he was strong enough to fend for himself. He reloaded the revolver three times and had a total of 40 bullets with him at the time.

**Mass Shootings in 2002** – none

**Mass Shootings in 2003**

- *The New York Times* "Man Kills 5 Co-Workers at Plant and Himself," July 9, 2003, *The Clarion-Ledger* "Meridian Rampage: Investigation Winds Down," November 17, 2003
- Date: July 8, 2003
- Shooters: 1
- Number of Guns Used: 1 (Shooter had a total of 5, 3 in his car)
- Types of Guns Used: Winchester 12 gauge pump-action shotgun (did not fire but had a Mini-14 .223 semi-automatic; in the car he had a .22 Magnum derringer, a .45 caliber Ruger, and a .22 rifle)
- Number of Magazines: Unknown (He wore a bandolier to store ammunition)
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: ~10 minutes
- How Guns were Acquired: Unknown
- Number Killed: 5 (7 including a woman who died from her wounds a week later and the shooter)
- Number Wounded: 8
  Notes: This was a racially motivated work place shooting. The shooter was heavily armed but used only the pump-action shotgun during the shooting.

**Mass Shootings in 2004**

- *The Associated Press* "Suspect Says Hunters Shot at Him First," November 23, 2004, *Duluth News Tribune* "Timeline of Sunday's Shootings," November 23, 2004, *The Associated Press* "Murder Trial of Hmong Immigrant Accused of Killing Six Hunters Opens in U.S.," September 10, 2005
- Date: November 21, 2004
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: SKS 7.62mm semi-automatic rifle
- Number of Magazines: 1-2
- Capacity of Magazines: 10 rounds
- Number of Shots Fired: 20+
- Did Offender Reload: Yes
- Time from Start to End: Unknown (Captured four hours after the shooting)
- How Guns were Acquired: Unknown

- Number Killed: 6
- Number Wounded: 2
    Notes: Some accounts claim that the shooter had a 20 round magazine. However, the AP report states that prosecutors displayed a 10 round magazine in court and claimed that he shot at least 20 rounds.

## Mass Shootings in 2005

- *The New York Times* "Police Search for Answers in Wisconsin Shooting," March 13, 2005, *The New York Times* "After Shootings in Wisconsin, a Community Asks 'Why'," March 14, 2005
- Date: March 12, 2005
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm semi-automatic handgun
- Number of Magazines: 2
- Capacity of Magazines: Unknown (Based on shots fired, they must have been 11+)
- Number of Shots Fired: 22
- Did Offender Reload: Yes
- Time from Start to End: Less than a minute
- How Guns were Acquired: Unknown
- Number Killed: 7 (8 including shooter)
- Number Wounded: 4
    Notes: None.

- *CBS News* "Red Lake Massacre Took 3 Minutes," February 11, 2009
- Date: March 12, 2005, *CNN Anderson Cooper 360 Degrees*, Aired March 22, 2005
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Ruger .22 caliber semi-automatic handgun, Glock .40 caliber semi-automatic handgun, Remington 12 gauge shotgun (The brands were listed on Wikipedia but the articles only list the caliber and types)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 45 (13 more were used to kill his grandfather and his friend)
- Did Offender Reload: Unknown
- Time from Start to End: 9 minutes (This is for the school shooting. He killed his grandfather and his grandfather's friend that morning as well)
- How Guns were Acquired: Stolen from grandfather
- Number Killed: 7 (9 including grandfather and grandfather's friend, 10 including shooter)
- Number Wounded: 5
    Notes: Another school shooting by a troubled teen. He killed his grandfather by shooting him twice in the head and ten times in the chest with the .22. He then shot and killed his

grandfather's friend before going to the school.

## Mass Shootings in 2006

- *Panel Report on the Shooting* (See http://seattletimes.nwsource.com/ABPub/2006/07/17/2003133196.pdf)
- Date: March 25, 2006
- Shooters: 1
- Number of Guns Used: 2 (Others found in his car)
- Types of Guns Used: Winchester Defender pump-action 12 gauge shotgun, Ruger P-94 .40 caliber handgun (He had an AR-15 in his car)
- Number of Magazines: 2 bandoliers containing 15 rounds of 00 buckshot shotgun and 3 total magazines for the Ruger (Shotgun was reloaded twice with 8 rounds and the handgun was reloaded once)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 9+ from the shotgun (one to kill himself) 8+ from the Ruger
- Did Offender Reload: Yes
- Time from Start to End: ~5 minutes
- How Guns were Acquired: Purchased legally
- Number Killed: 7
- Number Wounded: 2
  Notes: Perhaps one of the most detailed shootings given the full report. The magazines seemed to hold less than 15 rounds given the number fired and when they were reloaded. Most of the damage was done with the shotgun, but the shooter did use both guns on victims who didn't die. It is unknown why he didn't use the AR-15 but carried ammunition for it.

- *The Washington Post* "Pa. Killer had Prepared for 'Long Siege,'" October 4, 2006, *Fox News* "Gunman Reportedly Bent on 'Revenge' Kills Girls, Self at Amish School," October 3, 2006, *Vancouver Sun* "Man Takes Own Life at End of Killing Spree," October 3, 2006
- Date: October 2, 2006
- Shooters: 1
- Number of Guns Used: 2 (3 reported by some accounts)
- Types of Guns Used: 9mm semi-automatic pistol, 12 gauge shotgun (*Vancouver Sun* and Wikipedia reported 3 guns and listed them as a Springfield semi-automatic pistol, a Ruger .30-06 bolt-action rifle and a Browning 12 gauge pump action shotgun)
- Number of Magazines: Unknown (Shooter had a bag with over 600 rounds)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 17-18 rounds (One coroner report lists at least 24 wounds in one child which differs from the police reports)
- Did Offender Reload: Unknown
- Time from Start to End: ~1 hour

- How Guns were Acquired: 9mm purchased legally, others unknown
- Number Killed: 3 (1 died later that night, and another died later that week for a total of 5 girls; he killed himself bringing the total to 6)
- Number Wounded: 5
    Notes: The shooter broke into the school, forced the boys and older women to leave and then made the remaining ten girls line up facing the chalkboard. He planned on molesting the girls, but attempted to execute them all instead.

## Mass Shootings in 2007

- *The New York Times* "After a Rampage, Trying to Grasp What Led a Son to Kill," February 20, 2007, *The Associated Press* "Agents Say Pistol had Changed Hands Many Times," March 29, 2007, *Desert Morning News* "Gun Dealer to Plead in Trolley Square Gun Case," November 20, 2007, *The Associated Press* "Man Pleads Guilty to Selling Handgun to Mall Shooter," October 25, 2007
- Date: February 12, 2007
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Maverick Arms Model 88 12 gauge shotgun, Smith and Wesson .38 caliber pistol
- Number of Magazines: N/A (Shooter had "backpack full of ammunition" and "bandolier of shotgun shells")
- Capacity of Magazines: N/A
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: 6 minutes
- How Guns were Acquired: Shotgun purchased legally, handgun stolen from a man's father to trade for drugs and eventually sold to shooter (Sources differ on the shotgun's legality.)
- Number Killed: 5 (6 including shooter)
- Number Wounded: 4
    ◦ Notes: The shooter went to Trolley Square and opened fire with no known motive. An off-duty police officer fired at him and stopped him from killing others until the SWAT team showed up and killed the shooter.

- *Virginia Tech Review Panel* (See http://www.governor.virginia.gov/TempContent/techPanelReport.cfm)
- Date: April 16, 2007
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Glock 19 9mm semi-automatic pistol, Walther P22 .22 caliber pistol

- Number of Magazines: 19
- Capacity of Magazines: 10 or 15 rounds
- Number of Shots Fired: c. 174
- Did Offender Reload: Yes
- Time from Start to End: 2 hours 36 minutes
- How Guns were Acquired: The Walther P22 was purchased online and picked up at a pawn shop, the Glock 19 was purchased at a gun shop.
- Number Killed: 32 (33 including shooter)
- Number Wounded: 23 (17 by gunfire)
    ◦ Notes: All the information here is taken from the official panel review. The panel review also states that if Cho had only used 10 round magazines, it was unlikely that the outcome would have been different.


- *CNN* "Computers May Yield Clues About Mall Shooter," December 7, 2007, *New York Times* "Details of Omaha Shooting Emerge," December 6, 2007
- Date: December 5, 2007
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: AK-47 style semi-automatic rifle
- Number of Magazines: 2 (Some reports indicate that the magazines were taped together "jungle style")
- Capacity of Magazines: 30 rounds
- Number of Shots Fired: ~30
- Did Offender Reload: Unknown but likely (Police report that the shooter likely shot more than 30 rounds)
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Stolen from father
- Number Killed: 8 (9 including shooter)
- Number Wounded: 5
    Notes:  A depressed and suicidal teen randomly picked this mall and opened fire. There was no clear motive.


- *7 News* "Ammo Shipped to P.O. Box Put Murray on Police Radar," December 12, 2007
- Date: December 9, 2007, *Denver Post* "Church Shooter Wanted to be Missionary," December 10, 2007
- Shooters: 1
- Number of Guns Used: 2 (2 others that were not used)
- Types of Guns Used: Bushmaster XM15 rifle (used), AK-47 style rifle (unused), Beretta .40 caliber semi-automatic handgun (unused), Springfield Armory 9mm semi-automatic handgun (used)
- Number of Magazines: Unknown (He had over 1,000 rounds)

- Capacity of Magazines: Unknown
- Number of Shots Fired: ~27
- Did Offender Reload: Unknown
- Time from Start to End: 12 hours (Shootings were in two different locations about 75 miles apart. Shooter posted threats online between shootings)
- How Guns were Acquired: The Bushmaster was purchased at Sportsman's Warehouse, the AK was purchased at Robert's Firearms, the Beretta was purchased at Sportsman's Warehouse, the Springfield Armory was purchased at Dave's Guns.
- Number Killed: 4 (5 including shooter)
- Number Wounded: 5
  Notes: None.


## Mass Shootings in 2008

- *St. Louis Dispatch* "Thornton Used Stolen Gun in Kirkwood Killings," February 28, 2008, *The Los Angeles Times* "Killer of Five Left Note: 'Truth will win' The Gunman had a Long-Running Feud with City Officials," February 9, 2008
- Date: February 7, 2008
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: .44 caliber revolver (article claims gun's make and model cannot be identified), Smith and Wesson .40 caliber semi-automatic pistol
- Number of Magazines: 1 (Based on the fact that shooter stole the gun from police officer)
- Capacity of Magazines: Unknown (15 would be likely)
- Number of Shots Fired: 15+
- Did Offender Reload: Unknown but unlikely
- Time from Start to End:
- How Guns were Acquired: .44 caliber revolver was stolen over ten years before the shooting (shooter may not have known it was stolen), the .40 caliber handgun was stolen from a police officer the shooter shot
- Number Killed: 6 (7 including shooter)
- Number Wounded: 1
  - Notes: The shooter used all six rounds in his gun, shooting a police officer and taking his gun. It is unknown exactly how many shots he fired from it, but he shot at least 15 total.


- *U.S. Fire Administration/Technical Report Series* (See here http://www.usfa.fema.gov/downloads/pdf/publications/tr_167.pdf) *Report of the February 14, 2008 Shootings at Northern Illinois University* (See http://www.niu.edu/feb14report/Feb14report.pdf)

- Date: February 14, 2008
- Shooters: 1
- Number of Guns Used: 2-4 (Reports indicate that he had 4 but may have only used two; the Remington and the Glock)
- Types of Guns Used: Sig Sauer P232 9mm semi-automatic pistol, HiPoint CF380 .380 caliber semi-automatic pistol, Glock 19 9mm pistol, Remington Sportsman 48 12 gauge shotgun
- Number of Magazines: Unknown (Shooter had at least 6 magazines)
- Capacity of Magazines: Unknown (Shooter had 2 15 round magazines and 2 33 round magazines for the Glock)
- Number of Shots Fired: 56 (6 rounds from the shotgun, 50 rounds from the Glock)
- Did Offender Reload: Yes
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased from gun store
- Number Killed: 5 (6 including shooter)
- Number Wounded: 21
- Notes
  - Both reports indicate that he fired with the Glock and Remington. Two fully loaded .380 magazines were found on the floor. The shooter was diagnosed with schizophrenia, depression, anxiety and had delusions. It is somewhat unclear what the motive for the killings was.


- *The Los Angeles Times* "Rampage Suspect Called Mentally Ill, the Mother of a Man Held in the Deaths of 6 in Washington Says he had Lived in the Woods," September 4, 2008, *The Seattle Times* "State Moves Killer Isaac Zamora from Mental Hospital to Prison, December 5, 2012, *The Associated Press* "Stolen Guns Used in Fatal Wash. Shooting Rampage," September 11, 2008
- Date: September 2, 2008
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: rifle, handgun
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen from neighbor
- Number Killed: 6
- Number Wounded: 4
  - Notes: Mentally ill individual broke into neighbors home, stole the two unidentified guns and went on a killing spree.

- *The Associated Press* "Santa Gunman Had Lost Job, Wife Before Gory Attack," December 27, 2008
- Date: December 24, 2008
- Shooters: 1
- Number of Guns Used: 4
- Types of Guns Used: semi-automatic handguns
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown (One news account stated that all four guns were emptied)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased (Unknown if legal or not)
- Number Killed: 9 (10 including shooter)
- Number Wounded: 2
  - Notes: There aren't any news reports indicating the brand or model of the guns or the size of the magazines.


## Mass Shootings in 2009

- *Mobile Press-Register,* "Gunman Kills 9, Himself in South Alabama Spree, March 11, 2009; *Opelika-Auburn News*, "DA Says Ala. Shooter had Revenge List,"
- March 11, 2009
- Location: Samson, Geneva County, AL
- Date: March 10, 2009
- Number of Guns Used: 4
- Types of Guns Used: Bushmaster AR-15, SKS rifle, shotgun, and .38 caliber pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of shots fired: "More than 200"
- Did Offender Reload: Unknown
- Time from Start to End: "About an hour"
- How Guns Were Acquired: Unknown
- Number Killed: 10
- Number Wounded: 0
- Notes: The killings occurred in four different locations, so this is more properly regarded as a series of spree killings than a single mass shooting. The shooter killed 5 people at one location, and one each at 5 other locations.


- *Fayetteville Observer,* "Carthage Killings: A Key Eyewitness Speaks," March 31, 2009.
- Carthage, NC
- Date: March 29, 2009

- Shooters: 1
- Number of Guns Used: 2+
- Types of Guns Used: Shotgun, at least one other gun
- Number Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 15 minutes?
- How Guns were Acquired: Unknown
- Number Killed: 8
- Number Wounded: 3


- Santa Clara, CA.
- Date: March 29, 2009
- Number of Guns Used: 2
- Types of Guns Used: .45 caliber semiautomatic pistols
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Did Offender Reload: Unknown
- Time From Start to End: Unknown
- How Guns Were Acquired: Legally purchased
- Number Killed: 5
- Number Wounded: 2

- *The New York Times* "Shooting in Binghamton, N.Y.," April 3, 2009, *Bloomberg* "Binghamton Killer Fired 99 Shots from Two Handguns, Police Say," April 8, 2009
- Date: April 3, 2009
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Beretta .45 caliber semi-automatic pistol, Beretta 9mm semi-automatic pistol
- Number of Magazines: 3+
- Capacity of Magazines: 30
- Number of Shots Fired: 99
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased (Shooter had a license for the two guns)
- Number Killed: 13 (14 including shooter)
- Number Wounded: 4
  ◦ Notes: A deranged individual who believed police were secretly harassing him entered the immigration office and started shooting. The motive is unclear due to his mental condition and rambling letter. The number of magazines isn't exact, but at least two 30 round magazines were discovered for the 9mm and only 11 shots were

fired from the .45.

- *ABC News* "Alleged Fort Hood Shooter Nidal Malik Hasan was 'Calm,' Methodical During Massacre," November 6, 2009, *The Dallas Morning News* "Investigators Detail Ammo Found at Fort Hood Shooting Scene," October 21, 2010 (Updated November 26, 2010)
- Date: November 5, 2009
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: FN Herstal 5.7 tactical pistol (Smith and Wesson .357 magnum was found but not used in the shooting)
- Number of Magazines: 15 (6 loaded with 177 rounds, 6 empty with 146 spent casings, 3 empty with 68 casings)
- Capacity of Magazines: 20-30
- Number of Shots Fired: 214
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased
- Number Killed: 13
- Number Wounded: 38
  ◦ Notes: The widely covered Fort Hood shooting.

## Mass Shootings in 2010

- *The Lynchburg News &* Advance, "Law Officers Maintained Dark Vigil to Wait Out Appomattox Shooting Suspect."
- Date: January 19, 2010
- Shooters: 1
- Number of Guns Used: Unknown
- Types of Guns Used: "High-powered rifle"
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Time from Start to End: Unknown
- How Guns Were Acquired: Unknown
- Number Killed: 8
- Number Wounded: 0

- *Washington Times*: Three are Arrested in Drive-by Shooting," April 1, 2010
- Date: March 30, 2010

- Shooters: 3
- Number of Guns Used: 3
- Types of Guns Used: AK-47 "assault rifle," 9mm semiautomatic pistol, .45 caliber semiautomatic pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Time from Start to End: Unknown
- How Guns Were Acquired: Unknown
- Number Killed: 4
- Number Wounded: 5


- *The Associated Press* "Police Report: No Racism Before Conn. Shootings," May 12, 2011, *The Hartford Courant* "Shooter had a Plan, Police: Mass Murderer hinted at His Intentions to Kill Co-Workers," May 13, 2011, *The Associated Press* "Cops: Conn. Gunman May Have Targeted Some Victims," August 4, 2010
- Date: August 3, 2010
- Shooters: 1
- Number of Guns Used: 2 (Shooter also had an unused shotgun in his car)
- Type of Gun Used: 2x Ruger 9mm semi-automatic handguns
- Number of Magazines: 3-4 (Uncle stated that he saw 4 17 round magazines the night before the shooting but some reports say there was only 1 extra magazine)
- Capacity of Magazines: 17 rounds
- Number of Shots Fired: 19
- Did Offender Reload: Unknown (Reports seem to indicate that he only used one of the guns. If so, he reloaded)
- Time from Start to End: 3 minutes
- How Guns were Acquired: Legally registered
- Number Killed: 8 (9 including shooter)
- Number Wounded: 2
- Notes: Eyewitness accounts state that he used one gun while carrying his lunchbox which held the other gun, magazines and extra ammo.


- The *Buffalo News* "Two more sought in shootings," August 20, 2010
- Buffalo, NY
- Date: August 14, 2010
- Shooters: 1
- Number of Guns used: Unknown
- Type of Guns Used: Unknown
- Number of magazines: Unknown
- Capacity of Magazines: Unknown

- Number of Shots Fired: Unknown
- Did Offender Reload? Unknown
- Time from Start to End: Unknown
- How Guns Were Acquired: Unknown
- Number Killed: 4
- Number Wounded: 4

- *Miami Herald* "Massacre in Hialeah Captured by Cameras," June 9, 2010.
- Date: June 6, 2010
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: .45 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 4
- Number Wounded: 3

# Mass Shootings in 2011

- *NBC News* "Tucson Shooting with High-Capacity Magazines Reignites Gun Debate," January 9, 2011, *Reuters* "TIMELINE: Tucson Shooting Rampage as it Unfolded," January 14, 2011
- Date: January 8, 2011
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Glock 19 9mm semi-automatic handgun
- Number of Magazines: 4
- Capacity of Magazines: 2x 33, 2x 15
- Number of Shots Fired: Unknown
- Did Offender Reload: Not successfully. Witness reports conflict as to exactly what happened.
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased
- Number Killed: 6
- Number Wounded: 13

- *Mlive* "Felon Linked to Stolen Gun in Rodrick Dantzler's Killing Spree Pleads to Firearms Charge," June 11, 2013, *The Grand Rapids Press* "Wife's Intent to Leave May have Set Off Killer, Police Say Gun was Stolen from a Kent County Home, but Motivation Remains Elusive," July 10, 2011, *Wood TV Channel 8* "Man to Plead to Selling Dantzler a Gun," June 27, 2013
- Date: July 7, 2011
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Glock 9mm semi-automatic handgun
- Number of Magazines: 2+
- Capacity of Magazines: 1x 12 round (One report indicates that police had reason to believe he had an "extended" magazine)
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 8 hours (4 hour standoff with police and hostages before committing suicide)
- How Guns were Acquired: Stolen
- Number Killed: 7 (8 including shooter)
- Number Wounded: 2
  - Notes: No clear motive and not much evidence regarding the magazines or their capacity.


- *CNN* "Gunman Kills 3, Wounds Other at Nevada IHOP," September 7, 2011
- September 6, 2011, *RGJ* "IHOP Shooting One Year Later: 85 Seconds that Changed Carson City," September 12, 2012
- Date: September 6, 2011
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Norinco MAK 90 (Illegally modified to be fully automatic)
- Number of Magazines: 3
- Capacity of Magazines: 2x 30, 1x Unknown (likely 30)
- Number of Shots Fired: 60+
- Did Offender Reload: Yes
- Time from Start to End: 1 minute 25 seconds
- How Guns were Acquired: Unknown
- Number Killed: 4 (5 including shooter)
- Number Wounded: 14
  - Notes: Shooter had been diagnosed with paranoid schizophrenia at age 18 and had used medication. The toxicology reports show no medication in his system.

- *The Los Angeles Times* "Prosecutors Seek Death Penalty in Salon Shooting Case," October 15, 2011, *The Press Telegram* "DA to Seek Death Penalty for Alleged Seal Beach Shooter," October 14, 2011
- Date: October 14, 2011
- Shooters: 1
- Number of Guns Used: 2-3
- Types of Guns Used: Springfield 9mm semi-automatic handgun, Heckler and Koch .45 caliber handgun, Smith and Wesson .44 Magnum
- Number of Magazines: 5+ (Reports say he had "extra magazines")
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 2 minutes
- How Guns were Acquired: Legally purchased and registered
- Number Killed: 8
- Number Wounded: 1
  - Notes: Upset over a custody battle, the father executed his ex-wife and several employees at a salon. It is unclear how many magazines he had at the time or their capacities. It is also unclear how many shots were fired.

## Mass Shootings in 2012

- *Reuters* "Accused Gunman in Oakland Shooting Unfit for Trial: Judge," January 7, 2013, *The San Jose Mercury News* "California's Tough Gun Laws Could Not Prevent East Oakland Tragedy," April 5, 2012
- Date: April 2, 2012
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Unknown .45 caliber handgun
- Number of Magazines: 4
- Capacity of Magazines: Unknown (News sources described them as "fully loaded")
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Minutes (Shooter was apprehended 2 hours later)
- How Guns were Acquired: Legally purchased (Police are still confirming the gun they found that has a matching serial number to the one purchased by the shooter was used in the murders)
- Numbers Killed: 7
- Number Wounded: 3
  - Notes: The *San Jose Mercury News* states that the magazines were 8 round magazines. California law prohibits magazines larger than 10 rounds. The shooter has been diagnosed as paranoid schizophrenic and is currently unfit to stand trial.

- *The Denver Post* "12 Shot Dead, 58 Wounded in Aurora Movie Theater During Batman Premier," July 21, 2012, *ABC Channel 7 News* "Aurora, Colo Theater Shooting Timeline, Facts," July 26, 2012
- Date: July 20, 2012
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Remington tactical shotgun, Smith and Wesson M&P semi-automatic rifle, Glock .40 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: 1x 100 round drum, which jammed. Others unclear
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Purchased legally
- Numbers Killed: 12
- Number Wounded: 58
  - Notes: Some information has not been released or determined yet. While the shooter had purchased 6,295 rounds (2,600 for the Glocks, 375 for the Remington, and 3,370 for the Smith and Wesson) it is unknown how many were with the shooter at the time, how many magazines were with him, and how many shots were fired.


- *The Los Angeles Times* "Sikh Temple Shooting: Gun Shop Owner Says Wade Page Seemed Normal," August 8, 2012
- Date: August 5, 2012
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: Springfield Armory XDM 9mm semi-automatic handgun
- Number of Magazines: 3
- Capacity of Magazines: 19
- Number of Shots Fired: 19+
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased legally
- Numbers Killed: 6 (7 including shooter)
- Number Wounded: 3
  - Notes: The final FBI report has not been released yet. Several news outlets describe "several empty clips" but there is no evidence suggesting how many, how large or how many rounds were fired.


- *Associated Press, Minnesota state wire 9-29-12*
- Date:  9-27-12

- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Glock 9 mm semiautomatic pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of shots fired: At least 46
- Did Offender Reload: Yes
- Time from Start to End:
- How gun was acquired: Legally purchased at gun store a year earlier
- Number killed: 6
- Number wounded: 2


- *The New York Times* "Children were All Shot Multiple Times with a Semiautomatic, Officials Say," December 15, 2012, *CNN* "Newton Shooting Details Revealed in Newly Released Documents," March 29, 2013
- Date: December 14, 2012
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Bushmaster .223 caliber semi-automatic rifle, 10mm Glock semi-automatic handgun, Sig Sauer 9mm handgun
- Number of Magazines: 12+
- Capacity of Magazines: 10x 30 round, Unknown
- Number of Shots Fired: 154+
- Did Offender Reload: Yes
- Time from Start to End: ~5 Minutes
- How Guns were Acquired: Stolen from mother
- Numbers Killed: 26 (27 including shooter's mother, 28 including shooter)
- Number Wounded: 2
  ◦ Notes: The investigation from this shooting has not been completed yet. However, the above information is accurate given what has been released. The shooter seemed to have used mostly the Bushmaster and 154 casings for it were found. That is the minimum number of shots fired. (Considering he shot himself with the Glock, 155 would be the minimum). Of the 30 round magazines, 3 were found completely full, three were completely empty, and the others had 10, 11 or 13 rounds left in them.


**Mass Shootings in 2013 (January 1 through July 31)**

- *The Los Angeles Times* "Santa Monica Shooting Suspect, Possible Motive Identified, Officials Say," June 8, 2013, *U.S. News* "Five Dead, Including Gunman, in Shooting Rampage Near Los Angeles," June 8, 2013; Wikipedia entry for John Zaahri, the shooter.
- Date: June 7, 2013

- Shooters: 1
- Number of Guns Used: 1-2 (possessed at least 3)
- Types of Guns Used: AR-15 style rifle, Remington revolver, other handgun(s)
- Number of Magazines: 2+ (Shooter had 1,300 rounds of ammunition)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 70+
- Did Offender Reload: Unknown
- Time from Start to End: ~20 minutes
- How Guns were Acquired: Unknown
- Numbers Killed: 5 (6 including shooter)
- Number Wounded: 4
    ◦ Notes: Young male murdered his father and brother, set their home on fire, then hijacked a car to a local community college. Along the way he fired randomly out the window and continued shooting on campus. He was eventually killed by police. The motive had something to do with a family dispute. Since this event was so recent, there isn't anything listed about the other gun (although Wikipedia lists a Remington .44 revolver with an expired link), or the magazines. Shooting occurred in 3 different locations, so it arguably does not qualify as having more than 6 victims in a single incident.

**GSW - Mortality by Year**

**Universe: NONE  Population: TRAUMREG ONLY  Repeat Set: NONE**

**GSW MORTALITY BY YR**

|       | GSW | Died | Died in ED | Gross Mortality | Mort. Excl ED Deaths | |
|-------|-----|------|------------|-----------------|----------------------|--|
| 2013* | 83  | 22   | 11         | 26.51%          | 13.25%               | *2013 data through August |
| 2012  | 130 | 36   | 21         | 27.69%          | 11.54%               | |
| 2011  | 124 | 33   | 18         | 26.61%          | 12.10%               | |
| 2010  | 91  | 17   | 14         | 18.68%          | 3.30%                | |
| 2009  | 106 | 29   | 17         | 27.36%          | 11.32%               | |
| 2008  | 89  | 27   | 12         | 30.34%          | 16.85%               | |
| 2007  | 109 | 28   | 16         | 25.69%          | 11.01%               | |
| 2006  | 135 | 33   | 21         | 24.44%          | 8.89%                | |
| 2005  | 141 | 40   | 22         | 28.37%          | 12.77%               | |
| 2004  | 145 | 38   | 26         | 26.21%          | 8.28%                | |
| 2003  | 141 | 35   | 18         | 24.82%          | 12.06%               | |
| 2002  | 128 | 24   | 11         | 18.75%          | 10.16%               | |
| 2001  | 126 | 28   | 17         | 22.22%          | 8.73%                | |
| 2000  | 124 | 25   | 12         | 20.16%          | 10.48%               | |
| 1999  | 125 | 27   | 15         | 21.60%          | 9.60%                | |
| 1998  | 116 | 27   | 20         | 23.28%          | 6.03%                | |
| 1997  | 124 | 24   | 17         | 19.35%          | 5.65%                | |
| 1996  | 137 | 25   |            | 18.25%          |                      | No ED Disposition, or death locatio |

DEPOSITION &E
EXHIBIT
5
HANSEN & COMPANY
11-6-13  E. moore

5354

Exhibit 49

Audio File





# Share of crime guns in Missouri with short sale-to-crime intervals by year

■ Up to 3 months   ■ 3-12 months   ■ 1 to 2 years

Guns sold post repeal

Guns sold post repeal

Appellate Case: 14-1290    Document: 010197371769    Date Filed: 01/16/2015    Page: 95

GOV - 006128



# Sources of traced crime guns over time

→ Share of traced crime guns first sold in MO

■ Share of traced crime guns first sold outside MO

Purchase permit law
repealed August 28, 2007

Appellate Case: 14-1290    Document: 010193771769    Date Filed: 01/16/2015    Page: 96

5357

GOV - 006129

# Percentage change in the number of Illinois' traced guns originating from Missouri sales before (2006-2007) vs. after (2011-2012) repeal



Appellate Case: 14-1290     Document: 01019371769     Date Filed: 01/16/2015     Page: 97

GOV - 006130

# Murder rates per 100,000 population in Missouri vs. U.S., 1999-2012



GOV - 006131

# Change in age-adjusted gun homicide rates 2008-2010 vs. 1999-2007 in Missouri and its border states



GOV - 006132



Percentage change in age-adjusted firearm homicide rates, 2008-2010 vs. 1999-2007

- ■ U.S.
- ■ border states
- ■ Missouri

Appellate Case: 14-1290    Document: 01019371769    Date Filed: 01/16/2015    Page: 100

# Percentage change in firearm homicide rates Missouri counties, 2008-2010 vs. 1999-2007



■ St. Louis
■ St. Louis Co.
■ Jackson Co.
■ 9 metro fringe co.

Appellate Case: 14-1290   Document: 01019371769   Date Filed: 01/16/2015   Page: 101

5362

GOV - 006134

**Table 1**

Home invasions in Plaintiff Counties

| Year | Number of home invasions | Population in Plaintiff Counties | Home invasions per million population |
|---|---|---|---|
| Unknown | 100 | NA | NA |
| 2004 | 18 | 3,475,131 | 5.18 |
| 2005 | 17 | 3,525,964 | 4.82 |
| 2006 | 17 | 3,596,635 | 4.73 |
| 2007 | 34 | 3,656,036 | 9.30 |
| 2008 | 25 | 3,717,491 | 6.72 |
| 2009 | 33 | 3,773,283 | 8.75 |
| 2010 | 22 | 3,830,982 | 5.74 |
| 2011 | 17 | 3,876,945 | 4.38 |
| 2012 | 24 | NA | NA |
| 2013 | 20 | NA | NA |

5363

GOV-006136

**Table 2**

Traffic fatalities in Colorado

| Year | Total traffic fatalities | Colorado Population | Total traffic fatalities per million population |
|---|---|---|---|
| 2004 | 667 | 4,608,811 | 144.72 |
| 2005 | 606 | 4,662,534 | 129.97 |
| 2006 | 535 | 4,745,660 | 112.73 |
| 2007 | 554 | 4,821,784 | 114.90 |
| 2008 | 548 | 4,901,938 | 111.79 |
| 2009 | 465 | 4,976,853 | 93.43 |
| 2010 | 448 | 5,049,717 | 88.72 |
| 2011 | 447 | 5,118,526 | 87.33 |

GOV-006137

**Table 3**

Traffic fatalities with driver BAC at .08 or above in Colorado

| Year | Traffic fatalities, driver BAC .08 or above | Colorado Population | Traffic fatalities, driver BAC .08 or above, per million population |
|------|---------------------------------------------|---------------------|--------------------------------------------------------------------|
| 2004 | 200 | 4,608,811 | 43.40 |
| 2005 | 206 | 4,662,534 | 44.18 |
| 2006 | 179 | 4,745,660 | 37.72 |
| 2007 | 167 | 4,821,784 | 34.63 |
| 2008 | 176 | 4,901,938 | 35.90 |
| 2009 | 158 | 4,976,853 | 31.75 |
| 2010 | 127 | 5,049,717 | 25.15 |
| 2011 | 161 | 5,118,526 | 31.45 |

**Table 4**

Home invasions in Plaintiff Counties in which perpetrators displayed firearms

| Year | Number of home invasions | Number of home invasions in Plaintiff counties in which perpetrator possessed firearms | Population in Plaintiff Counties | Home invasions in which perpetrator possessed firearms per million population |
|---|---|---|---|---|
| Unknown | 100 | 9 | NA | NA |
| 2004 | 18 | 13 | 3,475,131 | 3.74 |
| 2005 | 17 | 12 | 3,525,964 | 3.40 |
| 2006 | 17 | 15 | 3,596,635 | 4.17 |
| 2007 | 34 | 26 | 3,656,036 | 7.11 |
| 2008 | 25 | 16 | 3,717,491 | 4.30 |
| 2009 | 33 | 22 | 3,773,283 | 5.83 |
| 2010 | 22 | 16 | 3,830,982 | 4.18 |
| 2011 | 17 | 10 | 3,876,945 | 2.58 |
| 2012 | 24 | 17 | NA | NA |
| 2013 | 20 | 14 | NA | NA |

GOV-006139

**Table 5**

Home invasions in Plaintiff Counties in which perpetrators discharged firearms

| Year | Number of home invasions | Number of home invasions in Plaintiff counties in which perpetrator discharged firearms | Population in Plaintiff Counties | Home invasions in which perpetrator discharged firearms per million population |
|---|---|---|---|---|
| Unknown | 100 | 2 | NA | NA |
| 2004 | 18 | 2 | 3,475,131 | 0.58 |
| 2005 | 17 | 4 | 3,525,964 | 1.13 |
| 2006 | 17 | 2 | 3,596,635 | 0.56 |
| 2007 | 34 | 10 | 3,656,036 | 2.74 |
| 2008 | 25 | 1 | 3,717,491 | 0.27 |
| 2009 | 33 | 2 | 3,773,283 | 0.53 |
| 2010 | 22 | 8 | 3,830,982 | 2.09 |
| 2011 | 17 | 5 | 3,876,945 | 1.29 |
| 2012 | 24 | 7 | NA | NA |
| 2013 | 20 | 3 | NA | NA |

GOV-006140

**Table 7**

Home invasions in Plaintiff Counties in which victims displayed firearms

| Year | Number of home invasions | Number of home invasions in Plaintiff counties in which victim possessed firearms | Population in Plaintiff Counties | Home invasions in which victim possessed firearms per million population |
|---|---|---|---|---|
| Unknown | 100 | 5 | NA | NA |
| 2004 | 18 | 6 | 3,475,131 | 1.73 |
| 2005 | 17 | 8 | 3,525,964 | 2.27 |
| 2006 | 17 | 6 | 3,596,635 | 1.67 |
| 2007 | 34 | 12 | 3,656,036 | 3.28 |
| 2008 | 25 | 12 | 3,717,491 | 3.23 |
| 2009 | 33 | 12 | 3,773,283 | 3.18 |
| 2010 | 22 | 11 | 3,830,982 | 2.87 |
| 2011 | 17 | 7 | 3,876,945 | 1.81 |
| 2012 | 24 | 15 | NA | NA |
| 2013 | 20 | 12 | NA | NA |

GOV-006142

# Large-capacity magazines in the Virginia Firearms Clearinghouse data



Percentage of confiscated firearms that are equipped with Large Capacity Magazines

5369

GOV-006143

Regression equation estimating contributions of trend and
Federal ban to percentage of firearms confiscated in Virginia
equipped with magazines with capacity greater than 10 rounds

| Explanatory variables | Estimated coefficient | t-statistic | Significance level |
|---|---|---|---|
| Trend | $-0.8272$ | 2.39 | 5% |
| Trend squared | 0.0651 | 3.43 | 1% |
| Ban | 3.1938 | 2.17 | 10% |
| Trend during ban | 0.9745 | 1.62 | 15% |
| Trend during ban, squared | $-0.1753$ | 3.43 | 1% |
| Constant | 14.9307 | 14.42 | 0.01% |

| | | |
|---|---|---|
| $R^2$ | 0.9020 | |
| Adjusted $R^2$ | 0.8612 | |
| F-statistic | 22.0900 | 0.01% |

Note: Sample consists of 18 annual observations representing the years 1993 through 2010.

5370

GOV-006144

# Large-capacity magazines in the Virginia Firearms Clearinghouse data

### Percentage of confiscated firearms that are equipped with Large Capacity Magazines



5371

GOV-006145

# Large-capacity magazines in the Virginia Firearms Clearinghouse data



Percentage of confiscated firearms that are equipped with Large Capacity Magazines

Baseline Percentage — Contribution of Trend — Contribution of Ban — Estimated Percentage

5372

GOV-006146

# Large-capacity magazines in the Virginia Firearms Clearinghouse data



Percentage of confiscated firearms that are equipped with Large Capacity Magazines

5373

GOV-006147

**Table 2**

PREVALENCE AND INCIDENCE OF CIVILIAN DEFENSIVE GUN USE, U.S., 1988-1993[a]

| Recall Period: | | Past Year | | | | Past Five Years | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Base: | | Person | | Household | | Person | | Household | |
| Gun Types: | | All Guns | Handguns | All Guns | Handguns | All Guns | Handguns | All Guns | Handguns |
| Weighted | A:[c] | 66 | 49 | 79 | 55 | 165 | 132 | 194 | 148 |
| Sample Cases | B:[c] | 56 | 40 | 68 | 46 | 148 | 115 | 172 | 129 |
| % Used[b] | A: | 1.326 | 0.985 | 1.587 | 1.105 | 3.315 | 2.652 | 3.898 | 2.974 |
| | B: | 1.125 | 0.804 | 1.366 | 0.924 | 2.974 | 2.311 | 3.456 | 2.592 |
| Persons/ | A: | 2,549,862 | 1,893,079 | 1,540,405 | 1,072,434 | 6,374,655 | 5,099,724 | 3,782,767 | 2,885,822 |
| Households | B: | 2,163,519 | 1,545,371 | 1,325,918 | 896,945 | 5,717,872 | 4,442,941 | 3,353,794 | 2,515,345 |
| Annual Uses | A: | 2,549,862 | 1,893,079 | 1,540,405 | 1,072,434 | 1,884,348 | 1,442,941 | 1,158,283 | 515,345 |
| | B: | 2,163,519 | 1,545,371 | 1,325,918 | 896,945 | 1,683,542 | 888,588 | 1,029,615 | 505,069 |

*Population Bases:* Estimated resident population, age eighteen and over, U.S., April, 1993: 190,538,000; estimated households (assuming the 1992-1993 percentage increase was the same as the 1991-1992 increase): 97,045,525 (U.S. Bureau of the Census 1993, at 17, 55).

*Notes:*

a. Defensive uses of guns against humans by civilians (i.e. excluding uses by police officers, security guards or military personnel). All figures are based on weighted data (see text).

b. Percent of persons (households) with at least one defensive gun use during the five years (one year) preceding the interview.

c. *A* estimates are based on all reported defensive gun uses reported in the survey. *B* estimates are based on only cases with no indications that the case might not be a genuine defensive gun use.

GOV-006150

# The legal status of reported DGUs, Kleck and Gertz (1995)



GOV-006155



**Dill Dill Carr Stonbraker & Hutchings, pc**
ATTORNEYS AT LAW

455 Sherman St , Suite 300
Denver, Colorado 80203
303-777-3737
303-777-3823 FAX
www.dillanddill.com

Direct Dial: (303) 282-4115
E-Mail: tdunn@dillanddill.com



RECEIVED
NOV 1 4 2013
OFFICE OF THE
ATTORNEY GENERAL

Christopher W. Carr*
Daniel W. Carr
Fay Chu Fong
John J. Coates
Kevin M. Coates
H. Alan Dill
Robert A. Dill
Thomas M. Dunn
John A. Hutchings
Stephen M. Lee
Fay M. Matsukage**
Dudley W Morton
Adam P. Slapen
Jon Stonbraker
Craig A. Stoner
Frank W. Suyat
Patrick D. Tooley
Arthur H. Bosworth, II,
of counsel
*Also licensed in Washington
** Also Licensed in Nevada

November 11, 2013

Matthew Grove, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO   80203

RE:   *Bass Pro Shops*

Dear Matt:

In response to your subpoena, I have enclosed documents listing firearm and magazines sales for Bass Pro Outdoor World, L.L.C. in Colorado since 7/1/2013.

I have also enclosed the Declaration of a records custodian for Bass Pro, L.L.C., the parent organization which owns Bass Pro Outdoor World, L.L.C., the store in the State of Colorado.

With this production, as you have indicated, no one will appear on November 12, 2013 at 3:00 p.m. for the deposition noted in the subpoena.

Please contact me if you have any questions or concerns.

Very truly yours,

Thomas M. Dunn
TMD:ve
Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.*

     Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

     Defendant.

---

## DECLARATION OF BASS PRO, LLC RECORDS CUSTODIAN

---

The undersigned declares as follows:

1.    I am a paralegal for Bass Pro LLC, located at 2500 East Kearney Street, Springfield, Missouri 65898. I am qualified and have the authority to certify the business records of Bass Pro, LLC

2.    This certification is provided in response to a Subpoena to Produce ("subpoena") served by the Colorado Attorney General for the production of business records and other information concerning the above-referenced matter.

3.    The enclosed copies of business records are true and accurate copies of the records that are in Bass Pro, LLC's care, custody and control, which could be located based on the description and/or request for records set forth in the subpoena, and which are kept in the regular course of business.

4.    Reasonable inquiry demonstrates that the records produced herewith were prepared and/or maintained by personnel of Bass Pro, LLC with knowledge of the matters set forth therein in the ordinary course of business at or near the time of the act, condition, event or transaction recorded therein.

AFFIANT: Robert Stephens, Jr.

COUNTY OF GREENE        )
                         ) ss.
STATE OF MISSOURI        )

SUBSCRIBED and sworn to before me this 8th day of November, 2013. Witness my hand and official seal.

My commission expires: 9/18/16

Notary Public

CINDY A. SULLINS
Notary Public -- Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Sept. 18, 2016
Commission #12396125

GOV-04896

Firearms Sales List
Jul 1, 2013

1

11:52:28 AM

| LOC | VENDOR | SKU # | SKU NAME | SKU MODEL | SKU DESCRIPTOR #1 | SKU DESCRIPTOR #2 |
|---|---|---|---|---|---|---|
| 034 | BROWNING, GUNS & ACC* | 125281 | BL-22 GRII | 024101103 | WLNT/BLUE LEVER | 22LR/20"/15RND |
| 034 | BROWNING, GUNS & ACC* | 125283 | AUTO 22 GR I | 021001102 | WLNT/BLUE SEMI | 22LR/19.25/11RD |
| 034 | REMINGTON ARMS GUNS | 126313 | 870 EXP SHOTGUN | 25588 | HRDWD/BLUE PUMP | 12GA/3"/28" |
| 034 | REMINGTON ARMS GUNS | 126589 | 39A LEVER ACTION MARLIN | 70600 | WLNT/BLUE | 22S,L,LR/24"/ |
| 034 | REMINGTON ARMS GUNS | 126603 | MODEL 60 RIFLE | 70620 | BIRCH/BLUE SEMI | 22LR/19"/14RDS |
| 034 | SPORTS SOUTH LLC-DSD | 126908 | RUG 10/22 RIFLE | 1103 | WOOD/BLUE | 22LR/18.5"/10R |
| 034 | SPORTS SOUTH LLC-DSD | 126909 | RUG 10/22 DELUXE | 1102 | WLNT/BLUE SEMI | 22LR18.5"10R |
| 034 | WILLIAMS SHOOTERS | 127064 | RUGER SINGLE SIX KNR6 SS AS | 0626 | SS/CA-SS AS | 22LR 6.5" 6RND |
| 034 | WILLIAMS SHOOTERS | 127075 | RUGER SUPER BLACKHAW | 0811 | SS/SS AS | 44REM 5.5"6RD |
| 034 | REMINGTON ARMS GUNS | 189529 | 870 EXP SHOTGUN | 25583 | HRDWD/BLUE PUMP | 20GA/3"/28" |
| 034 | REMINGTON ARMS GUNS | 189630 | 870 YOUTH SH | 25561 | HRDWD/BLUE PUMP | 20GA/3"/21" |
| 034 | REMINGTON ARMS GUNS | 191271 | 870 EXP SHOTGUN | 25582 | HRDWD/BLUE PUMP | 20GA/3"/26" |
| 034 | REMINGTON ARMS GUNS | 284767 | 870 EXP SHOTGUN | 25569 | HRDWD/BLUE PUMP | 12GA/3"/26" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 342660 | 500 FIELD ALL PURP | 50104 | WLNT/BLUE PUMP | 410/24"/3" |
| 034 | REMINGTON ARMS GUNS | 354140 | 870 EXP SHOTGUN | 25587 | COMP/BLUE PUMP | 12GA/3"/28" |
| 034 | REMINGTON ARMS GUNS | 354141 | 870 EXP SHOTGUN | 25589 | COMP/BLUE PUMP | 12GA/3"/26" |
| 034 | REMINGTON ARMS GUNS | 530069 | 870 EXP COMBO SH | 25597 | HRDWD/BL | 20/3"/26RC/20FR |
| 034 | REMINGTON ARMS GUNS | 530097 | 597 RIFLE | 26550 | BLK/BLUE | 22LR/20"/10RND |
| 034 | OF MOSSBERG & SONS* INC *EDI | 530271 | 500 AP WOOD | 50120 | WLNT/BLUE PUMP | 12GA/3"/28" |
| 034 | REMINGTON ARMS GUNS | 530353 | 795 MARLIN | 70680 | BLK/BLUED | 22LR/18"/10RDS |
| 034 | SPORTS SOUTH LLC-DSD | 590026 | TAU 608 PORTED REVOLVER | 2608069 | SS REVOLVER AS | 357/38 6.5" 8 |
| 034 | SPORTS SOUTH LLC-DSD | 590039 | TAU 44 PORTED REVOLVER | 2440069 | CA-SS MATTE REV | 44MG 6.5"6RD |
| 034 | REMINGTON ARMS GUNS | 594353 | 870 SUPER MAG EXPRES | 25100 | WOOD/BLUE PUMP | 12GA/3.5"/28" |
| 034 | REMINGTON ARMS GUNS | 594360 | 870 SUPER MAG EXPRES | 25102 | COMP/BLUE PUMP | 12GA/3.5"/28" |
| 034 | SAVAGE ARMS, INC.* | 594477 | 93 SERIES W/ACCU | 91800 | SYN/BL/HB | 22WMR/21" |
| 034 | SAVAGE ARMS, INC.* | 594479 | 64F 22LR NOACU SYN | 40001 | COMP/BLUE SEMI | 22LR/20.5"/9RDS |
| 034 | OF MOSSBERG & SONS* INC *EDI | 594832 | 835 ULTI-MAG WF PORTED | 66720 | COMP/BLUE | 12GA/28"/3.5/VR |
| 034 | OF MOSSBERG & SONS* INC *EDI | 594835 | 500 ALL PUR FIELD PTD | 56420 | COMP/BLUE PUMP | 12GA/3"/28" |
| 034 | BROWNING, GUNS & ACC* | 800898 | BPS HUNTER | 012211304 | WLNT/BLUE | 12GA/3"/28" |
| 034 | BROWNING, GUNS & ACC* | 800927 | BPS STALKER | 012212305 | COMP/BLUE | 12GA/3"/26" |
| 034 | SPORTS SOUTH LLC-DSD | 809440 | RUG KSP-321X REVOLVER | 5718 | SS FS | 357MG 2.25" 5RD |
| 034 | WILLIAMS SHOOTERS | 811315 | COLT DEFENDER PISTOL | O7000D | SS SEMI FS 3" | 45ACP 3" 6RND |
| 034 | HENRY REPEATING ARMS | 629830 | LEVER ACTION 22 RIFLE | H001 | WLNT/BLUE | 22S,L,LR/18.25" |
| 034 | HENRY REPEATING ARMS | 629831 | LEVER ACTION YOUTH 22 | H001Y | WLNT/BLUE | 22S,L,LR/16.1" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 658857 | MARINER SHOTGUN | 50299 | COMP/NKL | 12GA/3/20"/9SHT |
| 034 | REMINGTON ARMS GUNS | 661992 | 870 MARINE MAGNUM | 25012 | COMP/NKL PUMP | 12GA/3"/18"/6RD |
| 034 | BENELLI, USA | 664417 | NOVA | 20003 | COMP/BL PUMP | 12GA/26"/3.5" |
| 034 | STOEGER INDUSTRIES | 683485 | STOEGER COACH GUN | 31400 | WOOD/BLUE SXS | 12GA/3"/20" |
| 034 | HENRY REPEATING ARMS | 844864 | LEVER ACTION 22 MAGNUM | H001M | WLNT/BLUE | 22WMR/18.25"/ |
| 034 | SPORTS SOUTH LLC-DSD | 865912 | TAU 66 SS REVOLVER | 2660069 | CA-SS MATTE REV | 357/38 6"7RD |

5379

GOV-04897

| 034 | SPORTS SOUTH INC | 865926 | RAGING BULL PORTED REVOLVER | 2-444061 | BL REVOLVER AS | 44REMMAG6.5"6 |
|-----|------------------|--------|------------------------------|----------|----------------|---------------|
| 034 | HENRY REPEATING ARMS | 881065 | GOLDEN BOY 22 | H004 | WLNT/BRASS | 22S,L,LR/20" |
| 034 | HENRY REPEATING ARMS | 891883 | US SURVIVAL AR-7 BLACK | H002B | BLK/ABS | 22LR/16.5"/8RDS |
| 034 | SAVAGE ARMS, INC.* | 892684 | CLIP PKG DBM NO ACCU | 16326/111FCXP3 | SYN/BLU | 30-06/22" |
| 034 | REMINGTON ARMS GUNS | 893402 | H&R ULTRA SLUG DLX | 72190 | LAM/BLUE HVYBBL | 12GA/3"/24" |
| 034 | BERETTA USA CORP.* | 929894 | SILVER PIGEON FIELD | J686S10 | WALNUT/BLUE | 12/26 |
| 034 | SAVAGE ARMS, INC.* | 941038 | 93 SERIES HVY BAR W/ACCU | 96700 | SYN/BLK/HB | 17HMR/21"/4RDS |
| 034 | BERETTA USA CORP.* | 948284 | NEOS 22 | JU2S60B | BLACK | 22LR/6"/10RDS |
| 034 | BERETTA USA CORP.* | 969608 | NEOS 22 | JU2S45B | BLACK | 22LR/4.5"/10RDS |
| 034 | HENRY REPEATING ARMS | 969649 | HENRY MINI BOLT YOUTH | H005 | SYN/SS - YTH | 22S,L,LR/16.25" |
| 034 | HENRY REPEATING ARMS | 969957 | LEVER ACTION VARMINT EXPRESS | H001V | WLNT/BLUE | 17HMR/20"/12RDS |
| 034 | HENRY REPEATING ARMS | 969959 | BIG BOY | H006 | WLNT/BRASS/OCTA | 44MAG/20"/10RDS |
| 034 | SAVAGE ARMS, INC.* | 971118 | 93R17GV WOOD HVY BAR W/ACCU | 96701 | WD/BL/BOLT | 17HMR/21"/4RDS |
| 034 | SAVAGE ARMS, INC.* | 971124 | VARMINT 12 W/ACCU | 01282/12FV | SYN/BLK | 223/26"/4RDS |
| 034 | HENRY REPEATING ARMS | 972004 | US SURVIVAL AR-7 CAMO | H002C | BREAKUP/ABS | 22LR/16.5"/8RDS |
| 034 | BROWNING, GUNS & ACC* | 972589 | BPS MICRO | 012225607 | WLNT/BL | 20GA/3"/22" |
| 034 | REMINGTON ARMS GUNS | 973051 | 1100 SPORTING | 25315 | WALNUT/HI GLOSS | 12GA/3"/28" |
| 034 | HENRY REPEATING ARMS | 973606 | GOLDEN BOY-MAG | H004M | WLNT/BRASS/BLUE | 22WMR/20.5"/12 |
| 034 | BERETTA USA CORP.* | 974293 | TIKKA T3 LITE | JRTE316 | SYN BLUE | 308/22 7/16"/3 |
| 034 | STOEGER INDUSTRIES | 975975 | STOEGER MODEL 2000 | 31525 | SYN/BLUE | 12/28 |
| 034 | STOEGER INDUSTRIES | 975979 | UPLANDER SXS 12/26 | 31140 | WOOD/BLUE SXS | 12/3"/26" |
| 034 | STOEGER INDUSTRIES | 975980 | UPLANDER SXS 20/26 | 31150 | WOOD/BLUE SXS | 20/3"/25" |
| 034 | STOEGER INDUSTRIES | 976015 | UBRTI 1873 CATTLEMAN NEW MODEL | 344510 | BRASS/CSE HRDN | 45LC/5.5"/6RDS |
| 034 | SPORTS SOUTH LLC-DSD | 982182 | S&W 686 PLUS | 164194 | CA-SATIN/SS | 357MAG 4" 7RD |
| 034 | SPORTS SOUTH LLC-DSD | 996692 | TAU MILL PRO 45ACP | 1145031P | CA-BLUE | 45ACP 3.25 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 997815 | GLK 19 9MM 4 FXS 10RD | PI1950201 | CA-BLUE | 9 MM  4" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 997818 | GLK 26 9MM 3.47 FXS 10RD | PI2650201 | CA-BLUE | 9MM 3.47" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 997819 | GLK 27 40S&W 3.5 FXS 9RD | PI2750201 | CA-BLUE/POLY | 40SW 3.5" 9RD |
| 034 | SPORTS SOUTH LLC-DSD | 997820 | GLK 30 45 3.78 FXS | PI3050201 | CA-BLUE/POLY | 45ACP 3.78" 10R |
| 034 | SPORTS SOUTH INC | 998295 | HANDI RIFLE | SB2-306 | BIRCH/BLUE | 30-06 22BL |
| 034 | KIMBER MFG | 1000156 | PRO CARRY II | 3200051 | BLUE | 45 ACP |
| 034 | SAVAGE ARMS, INC.* | 1024617 | MARK II FV | 28700 | BLK/COMP | 22LR/21"/4RDS |
| 034 | SAVAGE ARMS, INC.* | 1024633 | CLIP PKG DBM NO ACCU | 16328/111FCXP3 | SYN/BLU | 300 WM/24" |
| 034 | SAVAGE ARMS, INC.* | 1024658 | SYN SCOPE PKG W/ACCU | 17543/11FXP3 | SYN/BL | 270 WSM/24" |
| 034 | SAVAGE ARMS, INC.* | 1024660 | SYN SCOPE PKG W/ACCU | 17670/111FXP3 | SYN/BL | 270/22" |
| 034 | SAVAGE ARMS, INC.* | 1024677 | WD SCOPE W/ACCU | 17457/10GXP3 | WD/BL | 270 WSM/24" |
| 034 | REMINGTON ARMS GUNS | 1026716 | 700 CDL | 27011 | WALNUT/BLUE | 270/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1026717 | 700 CDL | 27017 | WALNUT/BLUE | 30-06/24"/4RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1027112 | WINGMASTER 870 | 6927 | WALNUT/BLUE | 12GA 26" |
| 034 | BENELLI, USA | 1027601 | SBE II RH | 10016 | MATTE/SYN | 12GA/28"/3.5" |
| 034 | BENELLI, USA | 1027615 | SBE II RH | 10021 | MATTE/SYN | 12GA/26"/3.5" |
| 034 | BENELLI, USA | 1027617 | SBE II RH | 10101 | MAX-4 | 12GA/28"/3.5" |
| 034 | BENELLI, USA | 1027625 | SBE II RH | 10107 | MAX-4 | 12GA/26"/3.5" |
| 034 | BENELLI, USA | 1027630 | SBE II LH | 10076 | MATTE/SYN | 12GA/28"/3.5" |

GOV-04898

| 034 | BENELLI, USA | 1027634 | SBE II  LH | 10116 | MAX-4 | 12GA/28"/3.5" |
|---|---|---|---|---|---|---|
| 034 | BENELLI, USA | 1027656 | SUPERSPORT | 10635 | CARBON FIBER | 12GA/30"/3" |
| 034 | BENELLI, USA | 1027668 | M2 SLUG | 11061 | MATTE/SYN | 12/24 |
| 034 | BENELLI, USA | 1027669 | NOVA | 20071 | MAX-4 | 12GA/28"/3.5" |
| 034 | BENELLI, USA | 1027670 | NOVA YOUTH | 20036 | SYN/BLK | 20GA/24"/3" |
| 034 | HENRY REPEATING ARMS | 1028630 | GOLDEN-BOY | H004L | WAL/BLUE | 22CAL LG LVR |
| 034 | SPORTS SOUTH INC | 1028967 | WBY MARK V SPTR | SPM300WR60 | WOOD/MATTE | 300WBY 26" |
| 034 | SAVAGE ARMS, INC.* | 1031383 | 93 SERIES WOOD GLV LH W/ACCU | 96717/93R17GLV | WD/BL/LH | 17HMR/21"/4RDS |
| 034 | BERETTA USA CORP.* | 1043330 | TIKKA T3 HUNTER | JRTA316 | WOOD/BLUE | 308/22 7/16" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1046926 | 835 ULTI-MAG WF PORTED | 62144 | ADV MAX-4 | 12GA/28"/3.5/VR |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1046930 | 500 WATERFOWL | 52256 | MAX-4/VR/PRTED | 12GA/28"/3" |
| 034 | BENELLI, USA | 1060797 | NOVA | 20076 | MAX 4 | 12GA/26"/3.5" |
| 034 | BERETTA USA CORP.* | 1108995 | TIKKA T3 LITE SS | JRTB318 | SYN/SS | 270/22 7/16" |
| 034 | BERETTA USA CORP.* | 1109003 | TIKKA T3 LITE SS | JRTB320 | SYN/SS | 30-06/22 7/16" |
| 034 | BERETTA USA CORP.* | 1109012 | TIKKA T3 LITE SS | JRTB331 | SYN/SS | 300WM/24 3/8" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1136345 | 500 BANTAM | 54140 | RT HDG | 20GA/22"/3" |
| 034 | STOEGER INDUSTRIES | 1137061 | CONDOR COMBO | 31041 | WLNT/BLUE | 12/20GA-28"/26" |
| 034 | HENRY REPEATING ARMS | 1139749 | BIG BOY | H006C | WLNT/BRASS/OCTA | 45LC/20"/10RDS |
| 034 | REMINGTON ARMS GUNS | 1143035 | REM 870 EXPRESS HD SYNTHETIC | 25077 | BLACK SYNTH | 12/3"/18"/6RDS |
| 034 | REMINGTON ARMS GUNS | 1143147 | 700SPS | 27351 | COMP/BLUE | 223/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1143149 | 700SPS | 27359 | COMP/BLUE | 308/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1143150 | 700SPS | 27361 | COMP/BLUE | 270/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1143151 | 700SPS | 27363 | COMP/BLUE | 30-06/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1143152 | 700SPS | 27331 | COMP/BLUE | 270WSM/24"/3RDS |
| 034 | REMINGTON ARMS GUNS | 1143153 | 700SPS | 27333 | COMP/BLUE | 300WSM/24"/3RDS |
| 034 | REMINGTON ARMS GUNS | 1143154 | 700SPS | 27367 | COMP/BLUE | 300WM/26"/3RDS |
| 034 | REMINGTON ARMS GUNS | 1143156 | 700SPS YOUTH | 27475 | COMP/BLUE | 243YTH/20"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1143175 | 700SPSS SS | 27267 | COMP/SS | 270/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1143176 | 700SPSS SS | 27269 | COMP/SS | 30-06/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1143177 | 700SPSS SS | 27271 | COMP/SS | 7MMMAG/26"/3RDS |
| 034 | REMINGTON ARMS GUNS | 1143178 | 700SPSS SS | 27273 | COMP/SS | 300WM/26"/3RDS |
| 034 | REMINGTON ARMS GUNS | 1143264 | 1187 SPORTS | 29879 | COMP/BLUE | 12GA/3"/28" |
| 034 | REMINGTON ARMS GUNS | 1143265 | 1187 SPORTS | 29881 | COMP/BLUE | 12GA/3"/26" |
| 034 | REMINGTON ARMS GUNS | 1143267 | 1187 SPORTS | 29827 | COMP/BLUE | 20GA/3"/28" |
| 034 | SPORTS SOUTH INC | 1143276 | 700 XCR | 7179 | COMP/STL | 7MM ULTRA MG |
| 034 | STOEGER INDUSTRIES | 1143328 | P-350 3.5 PUMP | 31583 | BLACK | 12GA/3.5"/28" |
| 034 | STOEGER INDUSTRIES | 1143330 | P-350 3.5 PUMP | 31588 | MAX 4 | 12GA/3.5"/28" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1148906 | SILVER RESERVE O/U | 75410 | WALNUT/BLUE | 12GA/28"/3" |
| 034 | BENELLI, USA | 1163029 | NOVA PUMP | 20030 | SYN/BLUE | 20GA/26"/3" |
| 034 | SPORTS SOUTH LLC-DSD | 1170600 | S&W M642 | 163810 | BLK/SS | 38 SPL 2" 5RD |
| 034 | HENRY REPEATING ARMS | 1170668 | GOLDEN BOY 17HMR | H004V | WLNT/BRASS/BLUE | 17HMR/20"/12RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1176640 | TAU 45 MILLPRO SS | 1145039P | SS | 45ACP 3.25" 10R |
| 034 | SPORTS SOUTH INC | 1179568 | RUG SUPER BLACKHAWK KS47NHB | 0862 | SS/BISLEY | 44 REM 7.5" |
| 034 | SAVAGE ARMS, INC.* | 1185464 | STEVENS CF RIFLE 30-06 | 17751 | GRAY | 30-06 |

GOV-04899

| 034 | BROWNING, GUNS & ACC* | 1187014 | BUCKMARK STD W/ULTRAGRIP | 051407490 | CA-BLK/MATTE | 22LR/5.5"/10RDS |
|-----|----------------------|---------|--------------------------|-----------|--------------|-----------------|
| 034 | BROWNING, GUNS & ACC* | 1187015 | BUCKMARK STD W/ULTRAGRIP | 051409490 | CA-BLK/SS | 22LR/5.5"/10RDS |
| 034 | BROWNING, GUNS & ACC* | 1187017 | SILVER HUNTER | 011350304 | WAL/SILVER/BLUE | 12GA/3"/28" |
| 034 | STOEGER INDUSTRIES | 1189608 | STOEGER 2000 | 31535 | SYN/BLUED | 12GA/3"/26" |
| 034 | REMINGTON ARMS GUNS | 1192558 | 700SPS | 27357 | COMP/BL | 7MM-08/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1192559 | 700 SPS | 27385 | COMP/BLUE | 7MM MAGNUM |
| 034 | REMINGTON ARMS GUNS | 1192595 | 336W | 70520 | LAM/BL | 30-30/20"/6RDS |
| 034 | SAVAGE ARMS, INC.* | 1192828 | WTHR WAR DBM W/ACCU | 17800/115 FCSS | ACCU ST/SS | 30-06SPFD/22" |
| 034 | SPORTS SOUTH INC | 1192899 | SAV 111FL 270 LH | 17641 | GENERIC COLOR | 270 |
| 034 | SPORTS SOUTH LLC-DSD | 1193492 | RUG MINI 14/5 | 5801 | BLUE | 223 |
| 034 | BERETTA USA CORP.* | 1193580 | TIKKA T3 LITE SS | JRT8316 | STAINLESS | 308/22 7/16"/3 |
| 034 | SPORTS SOUTH INC | 1193597 | CZ CZ527 VARMINT 204 RUG | 03045 | | 204 RUGER |
| 034 | REMINGTON ARMS GUNS | 1193655 | PARDNER PUMP SYN-12 | 72260 | BLK/SYN | 12GA/3"/28" |
| 034 | HENRY REPEATING ARMS | 1194086 | FRONTIER OCTAGON | H001T | WLNT/BLUE/OCTAG | 22S,L,LR/20" |
| 034 | SPORTS SOUTH INC | 1194097 | CRICKETT 22LR MNT/CASE BLK S | 240 | BLK | 22LR |
| 034 | SPORTS SOUTH LLC-DSD | 1194120 | RUG MODEL 10/22 | 1151 | BLK/SYN | 22LR/18.5" |
| 034 | WILLIAMS SHOOTERS | 1194121 | 10/22 | 1159 | WOOD/BLUE | 22LR/20" |
| 034 | OF MOSSBERG & SONS' INC *EDI | 1194155 | MOSS 702 PLINKSTER 22LR SYN | 37001 | SYN/BLUE | 22LR/18"/10RDS |
| 034 | SPORTS SOUTH INC | 1194170 | CLT GLD CUP TRPHY 45 5IN SS | O5070X | STAINLESS | 45ACP |
| 034 | SPORTS SOUTH LLC-DSD | 1194215 | S&W 460SW | 163460 | CA-STAINLESS | 460SW 8.37" 5RD |
| 034 | SPORTS SOUTH LLC-DSD | 1194235 | S&W 22A 5.5 AS BLK/GRY | 107412 | CA-BLK/GRAY | 22LR 5.5" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1194355 | TAU 1911 45ACP 8RD SS | 1191109 | STAINLESS | 45ACP |
| 034 | SPORTS SOUTH INC | 1194365 | TAU 454CAS 8IN AS RGBULL SS | 2454089M | SS/AS | 454CAS 8" |
| 034 | SPORTS SOUTH INC | 1194369 | TAU M66 357 4IN AS BL | 2660041 | BLUE | 357 |
| 034 | SPORTS SOUTH INC | 1194370 | TAU 357 4IN AS SS | 2660049 | STAINLESS | 357 |
| 034 | SPORTS SOUTH INC | 1194384 | TAU 4 AS PT SS | 2440049 | STAINLESS | 44MAG 4" 6RD |
| 034 | SPORTS SOUTH LLC-DSD | 1194904 | RUG KNV44 VAQ 4 5/8 SS | 5105 | CA-STAINLESS | 45LC 4 5/8" |
| 034 | SPORTS SOUTH LLC-DSD | 1194905 | RUG KNV455 VAQ 5.5 SS | 5104 | CA-STAINLESS | 45LC |
| 034 | SPORTS SOUTH LLC-DSD | 1194989 | H&K USP45 CMP 8RD | 704531A5 | CA-BLACK | 45ACP 3.8" 8RD |
| 034 | BERETTA USA CORP.* | 1203478 | TIKKA T3 HUNTER | JRTA315 | WOOD/BLUE | 243/22 7/16"/3 |
| 034 | BENELLI, USA | 1205936 | SUPERSPORT | 10630 | CARBON FIBER | 12GA/28"/3" |
| 034 | BERETTA USA CORP.* | 1210134 | NEOS 22 FC | JU2S45BFC | BLK-FIRED CASE | 22LR/R/4.5"/10RDS |
| 034 | BERETTA USA CORP.* | 1210135 | NEOS 22 FC | JU2S60BFC | BLK-FIRED CASE | 22LR/6"/10RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1233581 | SPG XD PKG | XD9102HCSP06 | BLACK | 40 S&W 4" 12RD |
| 034 | BENELLI, USA | 1240227 | M2 FIELD | 11016 | BLK COMFORTECH | 12/26 |
| 034 | SAVAGE ARMS, INC.* | 1245825 | 93 SERIES 93R17FXP | 96209 | SYN/BL/SCOPE | 17HMR/21"/4RDS |
| 034 | BENELLI, USA | 1250032 | SUPER NOVA | 20100 | MATTE/BLACK | 12GA/28"/3.5" |
| 034 | BENELLI, USA | 1250033 | SUPER NOVA | 20115 | MAX-4    PUMP | 12GA/28"/3.5" |
| 034 | SPORTS SOUTH LLC-DSD | 1255033 | RUG KP95PR | 13014 | SS | 9MM 4" 15-RD |
| 034 | SPORTS SOUTH LLC-DSD | 1261985 | SPG XD PKG | XD9611HCSP06 | BLACK | 45 ACP 4" 13RD |
| 034 | STOEGER INDUSTRIES | 1262580 | COACH GUN/FIXED CHOKES | 31405 | WOOD/BLUE | 20GA/3"/20" |
| 034 | STOEGER INDUSTRIES | 1262581 | COACH GUN SUPREME SCREW IN CHK | 31482 | NICKEL/WALNUT | 12GA/3"/20" |
| 034 | STOEGER INDUSTRIES | 1262564 | STOEGER 2000 SEMI-AUTO | 31545 | MAX-4 | 12/28 |
| 034 | STOEGER INDUSTRIES | 1262587 | CONDOR O/U SHOTGUN W/CHKS | 31030 | BLUE | 12/3"/28" |

GOV-04900

| 034 | STOEGER INDUSTRIES | 1262588 | CONDOR O/U SHOTGUN W/CHKS | 31040 | BLUE | 20/3"/28" |
|---|---|---|---|---|---|---|
| 034 | STOEGER INDUSTRIES | 1262589 | CONDOR O/U COMPACT | 31036 | BLUE | 20/3"/22" |
| 034 | BENELLI, USA | 1262607 | M2 SEMI AUTO | 11095 | MATTE | 20/26 |
| 034 | BENELLI, USA | 1262614 | MONTEFELTRO SILVER EDITION | 10850 | BLUE | 12GA/28"/3" |
| 034 | BERETTA USA CORP.* | 1270560 | PX4 STORM FULL SIZE | JXF4F21 | BLACK | 40S&W/4"/14RD |
| 034 | SPORTS SOUTH LLC-DSD | 1270566 | FNH FIVE-SEVEN USG | 3868929120 | BLACK | 5.7X28MM- 20RND |
| 034 | REMINGTON ARMS GUNS | 1275120 | 700SPSS SS | 27136 | COMP/SS | 308/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1275128 | 1187 SPORTS DEER | 29877 | BLK/SYN-CANTLVR | 20GA/3"/21"-FR |
| 034 | REMINGTON ARMS GUNS | 1276196 | SEVENCDL | 26423 | WOOD/BLUE | 308 WIN |
| 034 | SPORTS SOUTH INC | 1278274 | SAV MKIIFVT | 28900 | SYN/BLUE | .22LR AT |
| 034 | SIG SAUER | 1291697 | SIG P226 | E26R-9-BSS | BLACK NITRON | 9MM/4.4"/15RDS |
| 034 | REMINGTON ARMS GUNS | 1294722 | H&R HANDI RIFLE | 72582 | SYN/BLUE | 45-70GOVT/22" |
| 034 | SPORTS SOUTH LLC-DSD | 1295850 | GLK 19 15RD FS | PI1950203 | BLACK | 9MM 4" 15RD |
| 034 | SPORTS SOUTH LLC-DSD | 1296893 | GLK 23 40S&W FS 13RD | PI2350203 | BLUE | 40 S&W 4" 13RD |
| 034 | HENRY REPEATING ARMS | 1298536 | HENRY PUMP OCTAGON | H003T | WLNT/BLUE/OCTAG | 22S,L,LR/19.75" |
| 034 | REMINGTON ARMS GUNS | 1301442 | 336XLR | 70530 | LAM/SS | 30-30/20"/5RDS |
| 034 | REMINGTON ARMS GUNS | 1301451 | 700 SPS SS | 27140 | - | 300 Rem Ultra-M |
| 034 | BERETTA USA CORP.* | 1301572 | TIKKA T3 LITE | JRTE315 | SYN/BLUE | 243/22 7/16"/3 |
| 034 | REMINGTON ARMS GUNS | 1301787 | PARDNER PUMP SYN-20 COMPACT | 72282 | BLK/SYN | 20/3"/21" |
| 034 | BERETTA USA CORP.* | 1301886 | BERETTA 92FS M9A1 | JS92M9A1 | CA-BLK | 9MM/4.9"/10RD |
| 034 | BROWNING, GUNS & ACC* | 1301895 | BUCKMARK CAMPER | 051379490 | CA-BLACK | 22LR/5.5"/10RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1303007 | GLK 21 45ACP FXS 13RD | PI2150203 | BLUE | 45ACP 4.6" 13RD |
| 034 | STOEGER INDUSTRIES | 1303668 | 1875 CATTLEMAN HOMBRE | 343990 | MATTE | 45LC/4.75"/6RDS |
| 034 | STOEGER INDUSTRIES | 1308513 | STOEGER CONDOR | 31035 | WOOD/BLUE | 20GA/3"/26" |
| 034 | BENELLI, USA | 1314077 | ULTRLIT 12/24 SEMI-AUTO S/GUN | 10801 | BLUED | 12GA/24" |
| 034 | SPORTS SOUTH LLC-DSD | 1314152 | S&W MODEL 351PD | 160228 | MA/BLUED | .22 WMR |
| 034 | KIMBER MFG | 1322994 | CUSTOM TLE II | 3200068 | BLACK | .45ACP |
| 034 | SPORTS SOUTH LLC-DSD | 1327546 | CRICKETT PINK/SYN/BLUE | 18893 | BLUE/PINK SYN | 22LR/SNGL SHOT |
| 034 | BENELLI, USA | 1334355 | NOVA PUMP TACTICAL | 20050 | SYN/BLUE | 12GA 18.5" |
| 034 | SIG SAUER | 1341672 | MOSQUITO | MOS-22-RT | CA - REV 2-TONE | 22LR/3.9"/10RD |
| 034 | REMINGTON ARMS GUNS | 1345035 | 700SPS SYN VARMIT | 84216 | BLACK | 22-250/26"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1345036 | 700SPS SYN VARMIT | 84215 | BLACK | 223/26"/4RDS |
| 034 | BERETTA USA CORP.* | 1354736 | PX4 STORM FULL SIZE | JXF4F20 | CA-BLACK | 40S&W/4"/10RD |
| 034 | STOEGER INDUSTRIES | 1359206 | 1875 ARMY OUTLAW | 341515 | NICKEL/WOOD | 45LC 7.5" |
| 034 | REMINGTON ARMS GUNS | 1361204 | 1895 RIFLE | 70460 | WLNT/BL | 45-70/22"/4RDS |
| 034 | BENELLI, USA | 1365761 | M2 LH | 11071 | MATTE/ SYN | 12 GA 3" |
| 034 | BERETTA USA CORP.* | 1366495 | URIKA 2 XTRA GRAIN | J39TA16 | WOOD BLUE | 12/26 |
| 034 | STOEGER INDUSTRIES | 1373822 | COUGAR 9MM | 31700 | BLK/DA | 9MM/3.6"/15RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1375929 | ROSSI MP 243/20 COMBO YTH | S20243YBS | BLUE/SYN | 243/20GA |
| 034 | BERETTA USA CORP.* | 1375894 | PX4 STORM FULL SIZE | JXF5F25 | BLACK | 45ACP/4"/10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1379005 | PUM LEAVERRND BARREL W/K&C | PUM57008K | BL /CASE COLOR | 16" 45 COLT |
| 034 | SPORTS SOUTH LLC-DSD | 1379963 | S&W M&P40C 40S 3.5 MS 10RD | 109203 | CA/NY/MA/ BLK | 40SW 3.5" 10RD |
| 034 | BERETTA USA CORP.* | 1383398 | TIKKA T3 LITE | JRTE314 | SYN/BLUE | 22-250/22 7/16" |
| 034 | BERETTA USA CORP.* | 1383399 | TIKKA T3 LITE | JRTE318 | SYN/BLUE | 270/22 7/16"/3 |

GOV-04901

| 034 | BERETTA USA CORP.* | 1383400 | TIKKA T3 LITE | JRTE320 | SYN/BLUE | 30-06/22 7/16" |
|-----|-------------------|---------|---------------|---------|----------|----------------|
| 034 | BERETTA USA CORP.* | 1383401 | TIKKA T3 LITE | JRTE331 | SYN/BLUE | 300WM/24/3/8"/3 |
| 034 | REMINGTON ARMS GUNS | 1385805 | 700SPS SYN VARMINT | 84218 | BLACK | 308/26"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1387170 | 700CDL SS FLUTED | 84015 | WLNT/SS/FLUTED | 30-06/24"/4RDS |
| 034 | BROWNING, GUNS & ACC* | 1390044 | BUCKMARK CAMPER SS-URX | 051442490 | CA-SS/BLUE | 22LR/5.5"/10RDS |
| 034 | REMINGTON ARMS GUNS | 1393046 | 1187 SPORTS SYNTHETIC | 29895 | M.O.NEW BRK UP | 12GA/3"/28" |
| 034 | SAVAGE ARMS, INC.* | 1393549 | GOLD WING O/U 512-12 | 18308 | WLNT/BLUE | 12GA/3"/28" |
| 034 | SAVAGE ARMS, INC.* | 1393550 | GOLD WING O/U 512-20 | 18309 | WLNT/BLUE | 20GA/3"/26" |
| 034 | SAVAGE ARMS, INC.* | 1393552 | GOLD WING O/U 512-410 | 18311 | WLNT/BLUE | 410GA/3"/26" |
| 034 | SAVAGE ARMS, INC.* | 1393566 | 93 CAMO PKG W/SCOPE | 95718/93R17XP | CAMO/BL EXCLUS | 17HMR/21"/4RDS |
| 034 | BENELLI, USA | 1398478 | SBE II 12GA/26" 3.5" SHOTGUN | 10108 | REALTREE APG | 12/26" |
| 034 | SPORTS SOUTH LLC-DSD | 1399020 | S&W M&P45 45ACP 4.5" | 109306 | BLK/NO INT LK | 45ACP 4.5" 10RD |
| 034 | BERETTA USA CORP.* | 1400391 | 92FS FULL SIZE | JS92F300M | BLACK | 9MM/4.9"/15RDS |
| 034 | REMINGTON ARMS GUNS | 1401597 | WTAIL PRO 770 PKG BPEX | 85646 | AP HD/BLUE/SCP | 270/22"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1401598 | WTAIL PRO 770 PKG BPEX | 85647 | AP HD/BLUE/SCP | 30-06/22"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1401599 | WTAIL PRO 770 PKG BPEX | 85648 | AP HD/BLUE/SCP | 300WM/24"/3RDS |
| 034 | REMINGTON ARMS GUNS | 1401600 | WTAIL PRO 770 PKG BPEX | 85649 | AP HD/BLUE/SCP | 243YTH/20"/4RDS |
| 034 | BENELLI, USA | 1405309 | SUPER NOVA | 20120 | MAX-4 HD | 12GA/28"/3.5" |
| 034 | SPORTS SOUTH LLC-DSD | 1409613 | S&W M&P9C 9MM 3.5 MS 10 RD | 109254 | MA-BLUE | 9MM 3.5  10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1409614 | S&W M&P9C 9MM 3.5 BLK 12 RD | 209304 | BLUE | 9MM/3.5"/12RD |
| 034 | SPORTS SOUTH LLC-DSD | 1409615 | S&W M&P40C 40S 3.5 10 RD | 109303 | BLUE | 40SW 3.5" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1409685 | S&W M&P40 40S 4.25 MS 10 RD | 109200 | CA/BLUE | 40SW 4.25 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1409686 | S&W M&P 9MM 4.25 10RD | 109301 | NY-BLUE | 9MM/4.25" 10RD |
| 034 | BERETTA USA CORP.* | 1414162 | BLACKWING C/U | J686175 | BLACK | 12GA 28" |
| 034 | SPORTS SOUTH LLC-DSD | 1430519 | S&W M&P 9MM 4.25 10RD | 109351 | MA-BLACK | 9MM/4.25"/10RDS |
| 034 | BERETTA USA CORP.* | 1430618 | PX4 STORM FULL SIZE | JXF9F20 | CA-BLK | 9MM/4"/10RD |
| 034 | BERETTA USA CORP.* | 1433677 | TIKKA T3 HUNTER | JRTA320 | WOOD/BLK | 30-06/22 7/16" |
| 034 | SPORTS SOUTH INC | 1436524 | SAV 90700 93G 22WMR AT WOOD | 90700 | WOOD/BLUE | 22WMR |
| 034 | BENELLI, USA | 1449482 | ULTRALIGHT 26" | 10802 | WOOD/BLUE | 12GA/26"/3" |
| 034 | REMINGTON ARMS GUNS | 1452328 | TVP 597 HVY BAR PIS GR | 80852 | CA-SS/LAMINATE | 22LR/20"/10RDS |
| 034 | SIG SAUER | 1455855 | MOSQUITO | MOS-22-B-SPORT | BLK/MD,NY | 22LR/4.9" |
| 034 | SIG SAUER | 1471492 | MOSQUITO | MCSM-22-B | MA,MD,NY-BLK | 22LR/4"/10RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1472517 | WAL PPK BLUE | VAH38006 | BLUE | 380ACP 3.35" 6R |
| 034 | STOEGER INDUSTRIES | 1474993 | P-350 STEADYGRIP PUMP | 31594 | HD-TIMBER | 12/3.5"/24" |
| 034 | SPORTS SOUTH LLC-DSD | 1476687 | TAU 605 357/38 | 2605029 | STAINLESS | 357MAG/38 2"5RD |
| 034 | BROWNING, GUNS & ACC* | 1493546 | BLR LT WEIGHT PG TD | 034012146 | WALNT/BLUE | 300WSM/22" |
| 034 | REMINGTON ARMS GUNS | 1493563 | 336W W/SCOPE SPEC PUR | 70521 | HDWD/BLU/3-9X32 | 30-30/20"/6RDS |
| 034 | BROWNING, GUNS & ACC* | 1493571 | X-BOLT HUNTER | 035208226 | WALNT/BLUE | 30-06SPFLD/22" |
| 034 | BROWNING, GUNS & ACC* | 1493579 | X-BOLT COMPOSITE STALKER | 035201226 | BLK COMP/BLUE | 30-06SPFLD/22" |
| 034 | BROWNING, GUNS & ACC* | 1493583 | X-BOLT MEDALLION | 035200277 | WALNT/BLUE | 325WSM/23" |
| 034 | BROWNING, GUNS & ACC* | 1493585 | X-BOLT MEDALLION | 035200224 | WALNT/BLUE | 270WIN/22" |
| 034 | BROWNING, GUNS & ACC* | 1493594 | X-BOLT STAINLESS STALKER | 035202226 | BLK COMP/SS | 30-06SPFLD/22" |
| 034 | BROWNING, GUNS & ACC* | 1493595 | X-BOLT STAINLESS STALKER | 035202227 | BLK COMP/SS | 7MM MAG/26" |
| 034 | BROWNING/WINCHESTER | 1493620 | SXP DEFENDER | 512252395 | BLK COMP/MATTE | 12GA/18" |

5384

GOV-04902

| 034 | BROWNING, GUNS & ACC* | 1493728 | SILVER HUNTER SHOTGUN | 011350605 | WAL/SILVER/BLUE | 20GA/3"/26" |
|---|---|---|---|---|---|---|
| 034 | BERETTA USA CORP.* | 1499100 | TIKKA LH T3 LITE SS | JRTB431 | SS/SYN - LH | 300WM/24 3/8" |
| 034 | SPORTS SOUTH LLC-DSD | 1502351 | TAU JUDGE | 2441049T | MATTE/SS | 410/45C/4" |
| 034 | BILL HICKS & CO LTD | 1504257 | RUGER 10/22 PINK/BLUE | 1200 | PINK/BLUE | 22LR/18.5" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1504280 | 464 LEVER ACTION | 41010 | WOOD/BLUE | 30-30WIN/20" |
| 034 | SPORTS SOUTH LLC-DSD | 1504304 | HOW AXIOM COMBO | HWK94101P+ | BLUE/BLACK | 204 RUG/24" |
| 034 | SPORTS SOUTH LLC-DSD | 1504705 | SPG XD SUBCOMPACT | XD9802HCSP06 | BLK | 40 SW 3" 9/12RD |
| 034 | SPORTS SOUTH LLC-DSD | 1508437 | BER THUNDER | THUN380DT | DUO-TONE | 380ACP/7RD/3.5" |
| 034 | SPORTS SOUTH LLC-DSD | 1511189 | TAU JUDGE | 2441041T | BLUE | 410/45/4" |
| 034 | SPORTS SOUTH LLC-DSD | 1511191 | TAU JUDGE | 2441039TPSS | POLISHED SS | 410/45/3" 5RD |
| 034 | BILL HICKS & CO LTD | 1514863 | SW M&P R8 357MAG 5" 8RD MATTE | 170292 | MATTE | 357MAG 5" |
| 034 | SPORTS SOUTH LLC-DSD | 1515670 | GLK 30SF | PF3050201 | CA-BLK | 45ACP/3.78"/10R |
| 034 | REMINGTON ARMS GUNS | 1518001 | 870 SUPER MAG WATERFOWL BPS EX | 25133 | MAX-4 FULL CAMO | 12/3.5"/28" |
| 034 | REMINGTON ARMS GUNS | 1518018 | 1187 SUP MAG WATERFOWL BPS EX | 83608 | MAX-4/BLUED | 12/3.5"/28" |
| 034 | SPORTS SOUTH LLC-DSD | 1518250 | S&W M&P40 | 209300 | BLUE | 40S&W/4.2"/15RD |
| 034 | BENELLI, USA | 1520539 | ULTRALIGHT | 10803 | WLNT/BL/BL | 20GA/24"/3" |
| 034 | SPORTS SOUTH LLC-DSD | 1527705 | RUG LCP | 3701 | BLUE | 380/2.75" 6RD |
| 034 | SPORTS SOUTH LLC-DSD | 1530018 | TAU M410/45LC 3 MAG | 2441039MAG | MATTE/SS | 410/45LC/3" 5RD |
| 034 | STOEGER INDUSTRIES | 1532067 | 1875 FRONTIER | 341660 | C/H FRM STL B/S | 45LC 5.5" |
| 034 | BERETTA USA CORP.* | 1532758 | PX4 STORM SUBCOMPACT TYPE F | JXS9F21 | BLACK | 9MM/3"/13RD |
| 034 | REMINGTON ARMS GUNS | 1534625 | 700 SPS TACTICAL | 84207 | SYN/BLUE | 308WIN 20" |
| 034 | HENRY REPEATING ARMS | 1536555 | LEVER ACTIO 30-30 BRASS OCTAGO | IH009B | WLNT/BRASS/OCTA | 30-30/20"/5RDS |
| 034 | REMINGTON ARMS GUNS | 1538943 | MODEL 60 SYN | 70650 | BLK/SYN | 22LR/19"/14RDS |
| 034 | BROWNING, GUNS & ACC* | 1548387 | X-BOLT HUNTER | 035208227 | WOOD/BLUE | 7MM REM MAG |
| 034 | SPORTING PRODUCTS LLC | 1553121 | HK USP DA/SA V1 | M704001-A5 | BLK/ | 40S&W/2-13RD MG |
| 034 | BENELLI, USA | 1562324 | SUPERNOVA TACTICAL | 20150 | SYN/BLUE TC RS | 12GA 18.5" PG |
| 034 | BROWNING, GUNS & ACC* | 1572792 | BUCKMARK PRACTICAL URX | 051448490 | BLK | 22LR/5.5"/10 RD |
| 034 | BILL HICKS & CO LTD | 1575040 | RUG MINI-14 223REM 18.5" SS | 5817 | BLK/SYN | .223REM 18.5" |
| 034 | BILL HICKS & CO LTD | 1576304 | REM 870 EXP 12GA 3.5 28" MODB | 81111 | MODB | 12GA 28" 3.5" |
| 034 | BERETTA USA CORP.* | 1576504 | TIKKA T3 HUNTER | JRTA316 | WOOD/BLUE | 270WIN/22 7/16" |
| 034 | BERETTA USA CORP.* | 1577768 | PX4 STORM SUBCOMPACT TYPE F | JXS4F20 | BLACK | 40S&W/3"/10RD |
| 034 | KIMBER MFG | 1585269 | PRO CRIMSON CARRY II | 3200190 | BLK/SILVER | 45ACP/4" 7RD |
| 034 | BILL HICKS & CO LTD | 1585783 | REM 700 SPS VARMINT LH 22-250 | 84226 | SYN/BLUE | 22-250 LH 26" |
| 034 | KIMBER MFG | 1586793 | ULTRA CRIMSON CARRY II | 3200191 | BLK/SILVER | 45ACP/3" 7RD |
| 034 | REMINGTON ARMS GUNS | 1586796 | 1187 COMPACT | 83626 | BLK/SYN | 20GA/3"/21" |
| 034 | REMINGTON ARMS GUNS | 1586938 | 597 FLX/CAMO | 80864 | FLX CAMO/BLK | 22LR/20"/10RDS |
| 034 | REMINGTON ARMS GUNS | 1587009 | 870 EXP COMPACT | 81148 | BLK/SYN | 20GA/21"/2.75" |
| 034 | REMINGTON ARMS GUNS | 1587010 | 870 EXP JR COMPACT | 81151 | BLK/SYN | 20GA/18.75/3" |
| 034 | REMINGTON ARMS GUNS | 1587015 | 887 NITRO MAG SPS | 82500 | BLK/SYN | 12GA/3.5"/28" |
| 034 | HENRY REPEATING ARMS | 1593683 | GOLDEN BOY YTH | H004Y | WLNT/BRASS/BLUE | 22S,L,LR/20" |
| 034 | KIMBER MFG | 1599151 | ULTRA CDP .45 | 3200057 | SILVER/BLK | 45ACP/3" 7RD |
| 034 | KIMBER MFG | 1599155 | CUSTOM II .45 | 3200001 | BLK | 45ACP/5" 7RD |
| 034 | REMINGTON ARMS GUNS | 1600657 | WTAIL PRO 770 PKG BPEX | 85566 | AP HD/BLUE/SCP | 308/22"/4RDS |
| 034 | BROWNING, GUNS & ACC* | 1600659 | MAXUS STALKER | 011600204 | BLK | 12GA/3.5"/28" |

5385

GOV-04903

| 034 | BROWNING/WINCHESTER | 1601085 | M70 FEATHERWEIGHT DELUXE | 535109226 | WALNUT/BLUE | 270WIN/22" |
|---|---|---|---|---|---|---|
| 034 | BROWNING/WINCHESTER | 1601086 | M70 FEATHERWEIGHT DELUXE | 535109228 | WALNUT/BLUE | 30-06/22" |
| 034 | BROWNING/WINCHESTER | 1605722 | M70 FEATHERWEIGHT | 535109220 | WALNUT/BLUE | 308WIN/22" |
| 034 | SPORTS SOUTH LLC-DSD | 1606777 | TAU M709 COMPACT | 1709039 | SS | 9MM/3"/8RD |
| 034 | SPORTS SOUTH LLC-DSD | 1606852 | RUG LCR | 5401 | MATTE BLK | 38SPL/2"/5RD |
| 034 | BERETTA USA CORP.* | 1610389 | TIKKA T3 LITE SS | JRTB470 | SS/SYN- LH | 7MMMAG/24 3/8" |
| 034 | SMITH & WESSON/DBA THOMPSON/CENTEF | 1610962 | VENTURE LONG ACTION RIFLE | 5566 | BLUE COMPOSITE | 30-06 SPFD/24" |
| 034 | SMITH & WESSON/DBA THOMPSON/CENTEF | 1610963 | VENTURE LONG ACTION RIFLE | 5567 | BLUE COMPOSITE | 300 WIN MG/24" |
| 034 | SIG SAUER | 1614391 | SIG P238 | 238-380-TSS | MD/NY 2-TONE | 380ACP/2.7"/6RD |
| 034 | BILL HICKS & CO LTD | 1615404 | S&W M325 NTGRD 45 2.5 BLK | 163421 | BLK | 45ACP 2.5" |
| 034 | BERETTA USA CORP.* | 1630590 | 92FS FULL SIZE | JS92F300 | CA/BLK | 9MM/4.9"/10RD |
| 034 | STOEGER INDUSTRIES | 1631456 | P-350 HD P/G SHOTGUN | 31579 | MATTE BLACK | 12GA/3.5"/18.5" |
| 034 | WILLIAMS SHOOTERS | 1631621 | ROSSI TRIFECTA | S2022243YBS | SYN/BL | 20/22/243 |
| 034 | WEATHERBY INC | 1632066 | UPLAND | PA08U1228PGM | WOOD/BL | 12GA/3"/28" |
| 034 | WEATHERBY INC | 1632100 | SSA-08 SEMI AUTO | SA08S1228PGM | SYN/BL | 12GA/3"/28" |
| 034 | WEATHERBY INC | 1632101 | SSA-08 SEMI AUTO | SA08S2028PGM | SYN/BL | 20GA/3"/28" |
| 034 | WEATHERBY INC | 1632102 | SSA-08 YTH SEMI AUTO | SA08SY2024PGM | SYN/BL | 20GA/3"/24" |
| 034 | SIG SAUER | 1633604 | SIG P238 | 238-380-BSS | MD,NY - BLK | 380ACP/2.7"/6RD |
| 034 | SPORTS SOUTH LLC-DSD | 1634792 | TAU JUDGE M410/45C 3" MG PSS | 2441039MAGPSS | POLISH SS/5RD | 410/45 3"CHB 3" |
| 034 | SPORTS SOUTH LLC-DSD | 1636249 | TAU M410/45C 3 FO BL | 2441031T | BLUE | 45LC/410GA 3"5R |
| 034 | BROWNING, GUNS & ACC* | 1636400 | BAR LONGTRAC | 031536226 | WLNT/BLUE | 30-06/22"/5 |
| 034 | BILL HICKS & CO LTD | 1636527 | SW 360 38SPL 1 7/8" 5RD SCAN | 160360 | BL/SCANDIUM FRM | 38SPL 1 7/8" 5R |
| 034 | SPORTS SOUTH LLC-DSD | 1646356 | TAU JUDGE PUBLIC DEFENDER | 2441039TC | MATTE SS/ 5RD | 45LC/410GA 2" |
| 034 | BROWNING, GUNS & ACC* | 1653184 | X-BOLT COMPOSITE STALKER | 035201218 | COMP/BLUE | .308WIN/22" |
| 034 | SPORTS SOUTH INC | 1654997 | REM 870 EXP 20 CMP 21 RC | 81150 | BLK/PINK CAMO | 20GA/21" |
| 034 | SAVAGE ARMS, INC.* | 1656476 | CLIP PKG 11FCXP3 DET BOX MAG | 18938 | SYN/BLK BPS EX | 22-250/22" |
| 034 | REMINGTON ARMS GUNS | 1657015 | 887 NITRO MAG SPS WTRFWL | 82502 | MAX-4 | 12GA/3.5"/28" |
| 034 | REMINGTON ARMS GUNS | 1657563 | 870 EXP TURKEY CAMO | 81115 | NEW MOBU/BL | 12GA/3"/21" |
| 034 | REMINGTON ARMS GUNS | 1657595 | 870 EXP SMAG FULL CAMO | 81125 | MO BOTTOM LAND | 12GA/3.5"/26" |
| 034 | REMINGTON ARMS GUNS | 1657595 | 870 SPS SHRSHT TURKEY/PREDATOR | 81062 | MOOB W/RED DOT | 12GA/3.5"/20" |
| 034 | WILLIAMS SHOOTERS | 1659803 | S&W 1911 9MM | 178017 | MT SILVER WDGPS | 9MM 5"5BL |
| 034 | STOEGER INDUSTRIES | 1665918 | P-350 ULTIMATE TRKY/FLD COMBO | 31568 | HD-TIMBER | 12/3.5"/22"&28" |
| 034 | SPORTS SOUTH LLC-DSD | 1682098 | TAU M45/410 4 MAG MSS | 2441049MAG | MTT SS/5"CMBR | 410GG/45LC 4"5R |
| 034 | BERETTA USA CORP.* | 1686104 | A400 XPLOR UNICO | J40UY18 | WLNT/GRNANDZ/KO | 12GA/3.5/28" |
| 034 | BERETTA USA CORP.* | 1690236 | A400 XPLOR UNICO | J40UA18 | WLNT/GRN ANODIZ | 12GA/3.5"/28" |
| 034 | SPORTS SOUTH LLC-DSD | 1693636 | TAU TCP 738 | 1738031 | BL/2 MAGS/CS | 380 2.84" 6RD |
| 034 | BROWNING, GUNS & ACC* | 1695962 | MAXUS HUNTER | 011608304 | WLNT/SLVR/BL | 12GA/3"/28" |
| 034 | BROWNING, GUNS & ACC* | 1695964 | MAXUS SPORTING CARBON FIBER | 011609304 | MATTE/CRBN FIBR | 12GA/3"/28" |
| 034 | SPORTS SOUTH LLC-DSD | 1696366 | FNH FNX-40 DA/SA MS BLK/BLK | 66852 | BLK/BLK | 40SW 15RD |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1696594 | ATR SUP BAN SCOPED COMBO | 27260 | BLK/SYN | 243/20"/3-9X40 |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1696595 | ATR SUP BAN SCOPED COMBO | 27265 | BLK/SYN | 308/22"/3-9X40 |
| 034 | WEATHERBY INC | 1696791 | SYNTHETIC PUMP SHOTGUN | PA08S1228PGM | BLK/MATTE | 12GA/3"/28" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1699904 | ATR FLUTED L/A W/SCOPE | 27330 | BLUE/SYN | 270/22" W/SCOPE |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1699905 | ATR FLUTED L/A W/SCOPE | 27350 | BLUE/SYN | 30-06/22"W/SCP |

GOV-04904

| 034 | OF MOSSBERG & SONS* INC *EDI | 1699912 | 510 MINI ADJ LOP 10.5-11.5* | 50485 | BLK/SYN | 20GA/3*/18.5* |
|---|---|---|---|---|---|---|
| 034 | OF MOSSBERG & SONS* INC *EDI | 1699913 | 510 MINI ADJ LOP 10.5-11.5* | 50358 | BLK/SYN | 410/3*/18.5* |
| 034 | SPORTS SOUTH LLC-DSD | 1700635 | KEL P3AT 380ACP 2.7* BLUE BKGP | P3AT | BLK | 380ACP 2.7* 6RD |
| 034 | REMINGTON ARMS GUNS | 1704125 | R25 MOD RPT 308 20 FL MOTS | 60032 | MO TREESTAND | 308/20*/4RDS |
| 034 | BENELLI, USA | 1706175 | SUPERNOVA PISTOL GRIP | 20160 | BLK/GH RINGS | 12GA 18.5* |
| 034 | KIMBER MFG | 1708605 | STAINLESS ULTRA CARRY .45 | 3200062 | SILVER | 45ACP/3* 7RD |
| 034 | KIMBER MFG | 1708606 | SUPER CARRY PRO | 3000247 | BLK/SILVER | 45ACP/4* 8RD |
| 034 | SPORTS SOUTH LLC-DSD | 1714032 | GLK 22 G4 40S 15RD FS | PG2250203 | BLK/FS | 40SW 4.49* 15RD |
| 034 | REMINGTON ARMS GUNS | 1714234 | PARDNER PROTECTOR PUMP SHOTGUN | 72312 | BLK/SYN | 12GA/3*/18.5* |
| 034 | SPORTS SOUTH LLC-DSD | 1714511 | TAU 738 TCP 380 3.3 SS/BLK | 1738039BSS | *BLK/SS | 380ACP 3.3* 6RD |
| 034 | SPORTS SOUTH LLC-DSD | 1721194 | S&W BODYGUARD 38SP 1.9* LSR BK | 103038 | BLK/LASER | 38SP 1.9 5RD |
| 034 | SPORTS SOUTH LLC-DSD | 1721195 | S&W BODYGUARD 380 2.75 LASR BL | 109380 | BLK/LASER | 380ACP 2.75* 6R |
| 034 | SPORTS SOUTH LLC-DSD | 1721664 | TAU 738 TCP 380CAL SS PINK | 1738039P | *SS/PK | 380ACP 3.3* 6RD |
| 034 | SPORTS SOUTH LLC-DSD | 1722244 | TAU M94 22LR 4IN AS 9RD PSS | 2940049PSS | POLISHED SS | 22LR 4* 9RD |
| 034 | BROWNING/WINCHESTER | 1723360 | SXP BLACK SHADOW | 512251392 | BLACK COMP | 12GA/28* 3* |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1728933 | 500 SLUGSTER W/LPA ADJ TRIGGER | 55244 | BLUE/WOOD | 12GA/24*/3* |
| 034 | SPORTS SOUTH LLC-DSD | 1729168 | TAU 45/410 3* CHMB 3* FOS BL | 2441031MAG | *BLUE/FOS | 410/45 3* 3* |
| 034 | SPORTS SOUTH LLC-DSD | 1731144 | TAU M45/410 2 PDFND BLUE | 2441031TC | BLUE/5RD | 45LC/410GA 2* |
| 034 | REMINGTON ARMS GUNS | 1732196 | VERSAMAX BLACK | 81042 | BLK/GRY/TRINYTE | 12/3.5*/28* |
| 034 | REMINGTON ARMS GUNS | 1732222 | VERSAMAX WATERFOWL | 81048 | MO DUCK/GRY GRP | 12/3.5*/28* |
| 034 | BENELLI, USA | 1739490 | M4 TACTICAL | 11707 | BLACK SYN | 12GA 18.5* |
| 034 | REMINGTON ARMS GUNS | 1742475 | 1911 R1 | 96323 | BLK/WLNT GRIPS | 45ACP/5*/7RDS |
| 034 | REMINGTON ARMS GUNS | 1742981 | R25 MOD RPT 243 20 FL MOTS | 60030 | MOTS/FX STK | 243/20*/5RD |
| 034 | SPORTS SOUTH INC | 1743996 | SAV 93R17BSEV | 96771 | LAM/SS | 17HMR/21* |
| 034 | REMINGTON ARMS GUNS | 1750210 | MARLIN MODEL 1895GBL | 70456 | LAM/BLUE | 45-70GVT/18.5* |
| 034 | SPORTS SOUTH LLC-DSD | 1750219 | SPG XDM45 BLK | XDM945458HC | BLK | 45ACP 4.5* 13RD |
| 034 | SPORTS SOUTH LLC-DSD | 1751291 | ROSSI RIO GRANDE 30-30 BLUE | RG3030B | WOOD/BLUE | 30-30 20* |
| 034 | BILL HICKS & CO LTD | 1753837 | SW M&P40 40SW 4.25* 15RD NS | 178036 | BLK/NS | 40SW 4.25* 15RD |
| 034 | SPORTS SOUTH LLC-DSD | 1760730 | TAU 740 40S SLIM 3.2 6RD SS | 1740039 | SS | 40SW/3.2*/6RD |
| 034 | WEATHERBY INC | 1761051 | TURKEY SEMI-AUTO SHOTGUN | SA459T2022PGM | CAMO/BLK | 20GA/3*/21* |
| 034 | WILLIAMS SHOOTERS | 1761259 | ROSSI RANCH HAND W/LG LOOP | RH9250121 | BLUE | 44/12* |
| 034 | WILLIAMS SHOOTERS | 1761260 | ROSSI RANCH HAND W/LG LOOP | RH9251121 | BLUE | 357/12* |
| 034 | WILLIAMS SHOOTERS | 1761612 | ROSSI CIRCUIT JUDGE 45LC/410 | SCJ4510 | WOOD/BLUE | 45LC/410 18.5* |
| 034 | REMINGTON ARMS GUNS | 1763506 | MARLIN XT-17V HVY BAR | 70712 | HRDWD/BL | 17HMR/22*/4&7RD |
| 034 | REMINGTON ARMS GUNS | 1763507 | MARLIN XT-22YR COMPACT | 70591 | SYN/BL | 22S,L,LR/16/7RD |
| 034 | BENELLI, USA | 1763874 | LEGACY SPORT | 10545 | WOOD/BLUE | 12GA 30* |
| 034 | MT SPORTS/BIG ROCK SPORTS | 1767292 | RUGER 10/22 MO INFINITY | 1259 | BL/INFINITY CAMO | 22LR/18.5*/10RD |
| 034 | MT SPORTS/BIG ROCK SPORTS | 1767293 | RUGER 10/22 MO INFINITY | 1260 | SS/INFNITY CAMO | 22LR/18.5*/10RD |
| 034 | SIG SAUER | 1772901 | SIGPRO 2022 | E2022-40-B | BLK | 40S&W/3.9*/12RD |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1773261 | 500 *TURKEY THUG SERIES* | 55216 | BLACK | 12GA/24*/3* |
| 034 | REMINGTON ARMS GUNS | 1775392 | 1187 SMAG TURKEY | 83616 | RLTR AP HD | 12/3.5*/23* |
| 034 | SPORTS SOUTH LLC-DSD | 1777475 | RUG K10/22RBPBTC 22LR SS/SYN | 1256 | SS/BLK | 22LR 18.5* 10RD |
| 034 | REMINGTON ARMS GUNS | 1777740 | 887 TURKEY BPS EX | 82575 | MO NEW BU INF | 12GA/3.5*/22* |
| 034 | BERETTA USA CORP.* | 1777849 | SAKO 85,BAVARIAN,300 WSM | JRSBV41 | BLUE/WOOD | 300WSM 24 3/8* |

5387

GOV-04905

| 034 | BERETTA USA CORP.* | 1778067 | PX4 STORM COMPACT | JXC9F21 | BLACK | 9MM/3.2"/15RD |
|---|---|---|---|---|---|---|
| 034 | REMINGTON ARMS GUNS | 1779600 | MARLIN XT-22MR MAG | 70791 | HRDWD/BL | 22WMR/22"/4&7RD |
| 034 | BROWNING, GUNS & ACC* | 1781673 | CITORI WHT LTNG GRI | 013462304 | WLNT/SLVR NT/BL | 12GA/3"/28" |
| 034 | BROWNING, GUNS & ACC* | 1789011 | 1911-22 A1 | 051802490 | BRN COMP/BLK | 22LR/4.25"/10RD |
| 034 | BROWNING, GUNS & ACC* | 1789012 | 1911-22 COMPACT | 051803490 | BRN COMP/BLK | 22LR/3-5/8"/10 |
| 034 | BERETTA USA CORP.* | 1789304 | BER 96A1 | J9A4F10 | BLUE | 40 S&W/3-12RD |
| 034 | SPORTS SOUTH LLC-DSD | 1789324 | GLK 17 GEN 4 9MM 4.5" FS | PG1750203 | BLK/FS | 9MM 4.5" 17RD |
| 034 | SPORTS SOUTH INC | 1790716 | S&W M&P40 40S 4.25 AMSFT 15RD | 206300 | BLK | 40SW 4.25" 15RD |
| 034 | BROWNING/WINCHESTER | 1791277 | WIN SX3 SPORTING | 511115392 | WALNUT/PERMA CT | 12GA/28" |
| 034 | REMINGTON ARMS GUNS | 1791627 | 336 YOUTH | 70524 | WLNT/BLUED | 30-30/16.25/5RD |
| 034 | BROWNING, GUNS & ACC* | 1792184 | MAXUS SPORTING | 011616304 | WOOD/SLV/BLUE | 12GA/3"/28" |
| 034 | SPORTS SOUTH LLC-DSD | 1792305 | S&W MP1SSPORT 5.56 16 FXMAG 10 | 811038 | BLK | 5.56 16" 10RD |
| 034 | REMINGTON ARMS GUNS | 1794860 | 514 YOUTH | 80808 | BLK/SYN | 22LR/16.25" |
| 034 | SPORTS SOUTH LLC-DSD | 1795044 | RUG LC9 | 3200 | BLK | 9MM 3.12 7RD |
| 034 | SPORTS SOUTH INC | 1797439 | SIG MOS22PNK MOSQUITO 22LR PNK | MOS22PNK | PINK/ADJ | 22LR 3.9" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1798213 | GLK 19 G4 15RD | PG1950203 | MATTE BLK | 9MM/4" 15RD |
| 034 | STOEGER INDUSTRIES | 1798450 | M3500 SEMI-AUTO SHOTGUN | 31800 | MAX-4 | 12GA/3.5"/28" |
| 034 | STOEGER INDUSTRIES | 1798451 | M3500 SEMI-AUTO SHOTGUN | 31801 | MAX-4 | 12GA/3.5"/26" |
| 034 | STOEGER INDUSTRIES | 1798469 | M3500 SEMI-AUTO SHOTGUN | 31810 | MATTE BLACK | 12GA/3.5"/28" |
| 034 | STOEGER INDUSTRIES | 1798470 | M3500 SEMI-AUTO SHOTGUN | 31811 | MATTE BLACK | 12GA/3.5"/26" |
| 034 | SPORTS SOUTH LLC-DSD | 1799311 | TAU 24/7 40SW G2 | 1247409G215 | SS | 40SW 4.2" 15RD |
| 034 | BROWNING, GUNS & ACC* | 1799752 | MAXUS SPORTING 30" | 011616303 | WOOD/BLUE | 12GA/3"/30" |
| 034 | KIMBER MFG | 1800316 | SOLO CARRY STAINLESS | 3900002 | SS SLD/SS FRM | 9MM/2.7"/6RD |
| 034 | BENELLI, USA | 1801841 | SUPER VINCI SEMI-AUTO SHOTGUN | 10555 | MATTE BLK | 12GA/28"/3.5" |
| 034 | BENELLI, USA | 1801842 | SUPER VINCI SEMI-AUTO SHOTGUN | 10570 | MAX-4 | 12GA/28"/3.5" |
| 034 | SAVAGE ARMS, INC.* | 1802410 | LONG RANGE HUNTER RIFLE | 18899 | BLACK/FLUTED | 300WM/26"/2RDS |
| 034 | REMINGTON ARMS GUNS | 1804375 | 597 SCOPE COMBO | 26513 | BLK/SYN | 22LR/20"/10RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1805483 | S&W M&P 15-22 | 811031 | BLK/FXSTK/CA/NY | 22LR/16"/10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1805507 | ROS TUFFY | S41118BTUFCF | BLUE/CARBON FBR | 410GA 18.5" |
| 034 | WEATHERBY INC | 1806065 | VANGUARD S2 SUB MOA | VGT243NR4O | BLUE/BLK SYN | 243/24"/5RDS |
| 034 | WEATHERBY INC | 1806067 | VANGUARD S2 SUB MOA | VGT270NR4O | BLUE/BLK SYN | 270/24"/5RDS |
| 034 | WEATHERBY INC | 1806068 | VANGUARD S2 SUB MOA | VGT300NR4O | BLUE/BLK SYN | 300WM/24"/5RDS |
| 034 | WEATHERBY INC | 1806070 | VANGUARD S2 SUB MOA | VGT3065R4O | BLUE/BLK SYN | 30-06/24"/5RDS |
| 034 | WEATHERBY INC | 1806071 | VANGUARD S2 SUB MOA | VGT308NR4O | BLUE/BLK SYN | 308/24"/5RDS |
| 034 | WEATHERBY INC | 1806185 | VANGUARD S2 SUB MOA | VGT7MMRR4O | BLUE/BLK SYN | 7MMMAG/24"/5RDS |
| 034 | BERETTA USA CORP.* | 1807041 | 686 SLV PGN I 12/28/OBF HP | J686J3J8 | WOOD/BLUE | 12GA 28" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1809554 | MSR .22 10RD ADJ STK | 37202 | BLK/ADJ STOCK | 22LR/18"/10RD |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1809556 | MSR .22 10RD FIXED STK | 37200 | BLK/FIXED STOCK | 22LR/18"/10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1811115 | GLK 23 G4 40S 13RD FS | PG2350203 | BLK | 40SW 4" 13RD |
| 034 | SPORTS SOUTH LLC-DSD | 1815497 | GLK 26 GEN 4 9MM | PG2650201 | BLK | 9MM 3.46" 10RD |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1817916 | MSR BPS .22 10RD ADJ STK | 37214 | BRUSHCAMO ADJSK | 22LR/18"/10RD |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1817918 | MSR BPS .22 10RD FIXED STK | 37213 | BRUSHCAMO FIXSK | 22LR/18"/10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1819872 | RUG BSR40 | 3471 | BLK | 40SW 4.1" 15RD |

GOV-04906

| 034 | REMINGTON ARMS GUNS | 1821553 | MARLIN XT-22 | 70759 | HRDWD/BL | 22LR/22"/7RDS |
|---|---|---|---|---|---|---|
| 034 | SPORTS SOUTH LLC-DSD | 1823045 | S&W M&P150R* 5.56 16 FXMAG 10 | 151009 | BLK | 5.56 16" 10RD |
| 034 | STOEGER INDUSTRIES | 1823636 | LONGFOWLER O/U SINGLE-TRIGGER | 31061 | BL/WLNT | 12GA/3"/30" |
| 034 | STOEGER INDUSTRIES | 1823637 | LONGFOWLER SXS SINGLE-TRIGGER | 31062 | BLK/WLNT | 12GA/3"/30" |
| 034 | STOEGER INDUSTRIES | 1823738 | 1873 STALLION SINGLE ACTION | 343090 | BL/BRASS/CLR CS | 22LR/5.5"/6RDS |
| 034 | KIMBER MFG | 1823845 | SOLO CDP(LG) | 3900003 | SS SLD/BLK FRM | 9MM/2.87"/6RD |
| 034 | SPORTS SOUTH LLC-DSD | 1824089 | GLOCK G27 G4 40S 9RD FS | PGZ750201 | BLK | 40SW 3.46" 9RD |
| 034 | SPORTS SOUTH LLC-DSD | 1824122 | WAL P22 22 | QAP22003 | BLK | 22LR 3.4" 10RD |
| 034 | BROWNING/WINCHESTER | 1825030 | SX3 ALL PURPOSE FIELD SP | 511117292 | MO INFINITY | 12GA/28" |
| 034 | BROWNING/WINCHESTER | 1825031 | SX3 ALL PURPOSE FIELD SP | 511117291 | MO INFINITY | 12GA/26" |
| 034 | SPORTS SOUTH LLC-DSD | 1826494 | RUG SR1911 45 SIN NOV SS/WD | 6700 | SS/WD NOV | 45ACP 5" 8RD |
| 034 | REMINGTON ARMS GUNS | 1826559 | 700 SPS TACTICAL | 84206 | BLK/BLUE | 223 20" 5RD |
| 034 | BERETTA USA CORP.* | 1828382 | TIKKA T3 LITE | JRTE312 | SYN/BLUE | 223/22 7/16"/4 |
| 034 | REMINGTON ARMS GUNS | 1829052 | MARLIN XTR22R | 70779 | SYN/BLUE | 22LR/22"/7RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1829215 | HOW YTH/FULL W/SCP BL COMBO | HGR26227+ | SYN/BL | 243WIN 20" 5RD |
| 034 | WILLIAMS SHOOTERS | 1829217 | 738 CARBON FIBER SS | 1738039CF | CARBONFIBER | 380ACP/3.3"/6RD |
| 034 | SPORTS SOUTH LLC-DSD | 1829222 | HOW HOGUE COMBO BLK | HGK62607+ | BLACK | 270WIN 22" 5RD |
| 034 | SPORTS SOUTH INC | 1829241 | SAV 93BSEV 22MAG 21" SPIRAL | 92750 | LAM/SS | 22WMR 21" |
| 034 | SIG SAUER | 1832112 | SIG 1911 22LR | 1911-22-B | BLK/WD GRIPS | 22LR/5"/10RD |
| 034 | SAVAGE ARMS, INC.* | 1832128 | AXIS XP-W/SCOPE  DBM | 19230 | BLK/SYN 3-9X40 | 243/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1832130 | AXIS XP-W/SCOPE - DBM | 19233 | BLK/3-9X40 | 270/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1832132 | AXIS XP-W/SCOPE - DBM | 19234 | BLK/3-9X40 | 30-06/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1832134 | AXIS XP YOUTH W/SCOPE - DBM | 19235 | BLK/3-9X40 | 243/20"/DBM/YTH |
| 034 | SPORTS SOUTH LLC-DSD | 1832508 | MAG DE1911G 1911 45ACP 5IN BLK | DE1911G | BLK/FS/WD GRPS | 45ACP 5" 8RD |
| 034 | SPORTS SOUTH INC | 1833423 | WGUN  M70 SHADOW | 535114230 | SYN/BL | 7MM REM 26" |
| 034 | BROWNING, GUNS & ACC* | 1834507 | BAR LONGTRAC | 031536224 | WLNT/BLUE | 270WIN/22"/5 |
| 034 | BERETTA USA CORP.* | 1836698 | PX4 STORM INOX FULL SIZE | JXF4F51 | SS/BLK | 40SW/4"/14RD |
| 034 | SIG SAUER | 1837637 | SIG 1911 22OD | 1911-22-OD | OLIVE DRAB/RSWD | 22LR/5"/10RD |
| 034 | BROWNING/WINCHESTER | 1841599 | WIN M70 ULT SHADOW | 535114236 | SYN/BLUE | 338WIN/26" |
| 034 | SPORTS SOUTH INC | 1842866 | RUG KSR40C SR40C | 3476 | SS SLIDE/BLK FM | 40SW 3.5" 15RD |
| 034 | BROWNING, GUNS & ACC* | 1849169 | CYNERGY FIELD | 013297305 | WLNT/SLVR/BL | 12GA/3"/26" |
| 034 | BROWNING, GUNS & ACC* | 1849170 | CYNERGY FIELD | 013297605 | WLNT/SLVR/BL | 20GA/3"/26" |
| 034 | REMINGTON ARMS GUNS | 1850159 | MAR XT22MR 22M BA 4&7 | 70783 | SYN/BLUE | 22WMR 22" |
| 034 | BERETTA USA CORP.* | 1851770 | NANO BASIC | JMN9S15 | BLK | 9MM/3.07"/6RD |
| 034 | BENELLI, USA | 1851880 | I-12 SEMI-AUTO | 40704 | MAX-4 | 12GA/26"/3" |
| 034 | SPORTS SOUTH INC | 1856030 | CRICKETT 151 22LR BL PINK BLZ | 151 | MO PK BLZ/BLUE | 22LR 22" |
| 034 | MT SPORTS/BIG ROCK SPORTS | 1857017 | SPR XDM9 COMP 9MM BITONE | XDM9S259SHC | BI TONE | 9MM 5.25" 19RD |
| 034 | BERETTA USA CORP.* | 1860442 | A400 XTREME SYN KO | J40XD18 | BLK/GRN ANODIZE | 12GA/3.5"/28" |
| 034 | BERETTA USA CORP.* | 1860443 | A400 XTREME MAX4 KO | J40XF18 | MAX-4 | 12GA/3.5"/28" |
| 034 | SPORTS SOUTH LLC-DSD | 1861898 | RUG LCR-P PINK | 5409 | PINK GRIP/BLK | 38SP 1.875" |
| 034 | SPORTS SOUTH LLC-DSD | 1862056 | RUG 10/22RBIBBZ 22LR BLKLAM | 1133 | LAM/BLUE | 22LR 18.5" |
| 034 | WEATHERBY INC | 1863323 | VANGUARD S2 SUB MOA | VGT256RR40 | BLUE/BLK SYN | 25-06/24"/5RDS |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1867921 | MVP VARMINT SCOPED COMBO | 27710 | LAM/BL | 223/5.56/24"/10 |
| 034 | BROWNING, GUNS & ACC* | 1871989 | A5 STALKER | 0118013004 | BLACK | 12GA/3"/28" |

5389

GOV-04907

| 034 | BROWNING, GUNS & ACC* | 1871994 | A5 HUNTER | 0118003004 | WLNT/BLUE | 12GA/3"/28" |
|---|---|---|---|---|---|---|
| 034 | BROWNING, GUNS & ACC* | 1872114 | CITORI 725 FIELD | 0135303004 | WLNT/SLVR/BL | 12GA/3"/28" |
| 034 | BROWNING, GUNS & ACC* | 1872115 | CITORI 725 FIELD | 0135303005 | WLNT/SLVR/BL | 12GA/3"/26" |
| 034 | BROWNING, GUNS & ACC* | 1872230 | CITORI 725 SPORTING | 0135313009 | WLNT/SLVR/BL | 12GA/3"/32" |
| 034 | BROWNING, GUNS & ACC* | 1872231 | CITORI 725 SPORTING | 0135313010 | WLNT/SLVR/BL | 12GA/3"/30" |
| 034 | BROWNING, GUNS & ACC* | 1872232 | CITORI 725 SPORTING | 0135313011 | WLNT/SLVR/BL | 12GA/3"/28" |
| 034 | BERETTA USA CORP.* | 1873253 | TIKKA T3 HUNTER BOLT RIFLE | JRTA331 | WOOD/BLUE | 300WIN 24" |
| 034 | WEATHERBY INC | 1880526 | WBY. CAMO PUMP SHOTGUN | PA08T1222PGM | MOTHWING CAMO | 12GA/3"/22" |
| 034 | WEATHERBY INC | 1880527 | WBY. HOME DEF. TR 12 GA. SKUL | PA459S1219PGM | PG/SKULL CAMO | 12GA/3"/18.5" |
| 034 | WEATHERBY INC | 1880528 | WBY. 12 GA HOME DEF. SKULL | PA08STR1219PGM | SKULL CAMO | 12GA/3"/18.5" |
| 034 | WEATHERBY INC | 1880727 | VANGUARD S2 SUB MOA | VGT7M8RR4O | BLUE/BLK SYN | 7MM-08/24"/5RDS |
| 034 | HENRY REPEATING ARMS | 1880829 | GOLDEN BOY LAW ENFRCMT TRIBUTE | H004LE | WLNT/NKL/ENG/OC | 22S,L,LR/20" |
| 034 | SPORTS SOUTH LLC-DSD | 1880855 | RUG LC9LM 9MM | 3206 | BLACK | 9MM/3"/7RD |
| 034 | SPORTS SOUTH LLC-DSD | 1880856 | RUG LCPLM 380 | 3718 | BLACK | 380/2.75"/6RD |
| 034 | BERETTA USA CORP.* | 1886341 | 686 SLV PGN I, 20/28/MCF | J6863K8 | WOOD/BLUE | 20GA 28" |
| 034 | SPORTS SOUTH LLC-DSD | 1889091 | RUG BSR40C SR40C 40S 3.5 15R B | 3477 | BLK/ALLY | 40SW 3.5" 15RD |
| 034 | BROWNING/WINCHESTER | 1889914 | SX3 FIELD | 511144392 | WALNUT/BLACK | 12GA/28" |
| 034 | SPORTS SOUTH LLC-DSD | 1890228 | RUG LCR22 | 5410 | BLK | 22LR 1.875" 8RD |
| 034 | SPORTS SOUTH LLC-DSD | 1890244 | RUG SR22P8 PISTOL | 3600 | BLK | 22LR 3.5" 10RD |
| 034 | BROWNING, GUNS & ACC* | 1891135 | X-BOLT MICRO MIDAS | 035248211 | WALNT/BLUE | .243WIN/20" |
| 034 | BROWNING, GUNS & ACC* | 1891150 | X-BOLT COMPOSITE STALKER | 035201227 | COMP/BLUE | 7MM REM MAG/26" |
| 034 | BROWNING, GUNS & ACC* | 1891151 | X-BOLT COMPOSITE STALKER | 035201229 | COMP/BLUE | .300WMAG/26" |
| 034 | BROWNING, GUNS & ACC* | 1891235 | CITORI WHT LTNG GRI | 013462605 | WLNT/SLVRNT/BL | 20GA/3"/26" |
| 034 | BROWNING/WINCHESTER | 1891329 | N70 FEATHERWEIGHT | 535109218 | WALNUT/BLUE | 7MM-08/22" |
| 034 | BROWNING/WINCHESTER | 1891353 | SX3 FIELD | 511144691 | WALTNUT/BLACK | 20GA/26" |
| 034 | SPORTS SOUTH INC | 1891646 | RUG KSP2428 22LR 4.2 AS SS | 5765 | SS/AS | 22LR 4.2" 8RD |
| 034 | SPORTS SOUTH LLC-DSD | 1891647 | TAU M941 22MG 2IN AS 8RD BL | 2941021 | BLUE/AS | 22WMR 2" 8RD |
| 034 | SPORTS SOUTH LLC-DSD | 1894430 | GLK 21 G4 AUTO PISTOL | PG2150203 | BLK | 45ACP 4.6" 13RD |
| 034 | SPORTS SOUTH LLC-DSD | 1895315 | S&W M&P 15 300 WHISPER | 811300 | CAMO | 300WH/16"/10RD |
| 034 | REMINGTON ARMS GUNS | 1895325 | 700 SPS DM BPS EX | 85618 | SYN/4X12/FREECS | 243/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1895326 | 700 SPS DM BPS EX | 85619 | SYN/4X12/FREECS | 270/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1895327 | 700 SPS DM BPS EX | 85620 | SYN/4X12/FREECS | 30-06/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1895328 | 700 SPS DM BPS EX | 85621 | SYN/4X12/FREECS | 308/24"/4RDS |
| 034 | REMINGTON ARMS GUNS | 1895329 | 700 SPS DM BPS EX | 85622 | SYN/4X12/FREECS | 7MMMAG/26"/3RDS |
| 034 | SAVAGE ARMS, INC.* | 1895389 | AXIS XP W/SCOPE - DBM | 19228 | BLK/SYN 3-9X40 | 223/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895390 | AXIS XP W/SCOPE - DBM | 19229 | BLK/SYN 3-9X40 | 22-250/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895401 | 10 FCP HS PRECISION | 19481 | BLK/BLUE | 338LAPUA/26/5RD |
| 034 | SAVAGE ARMS, INC.* | 1895432 | 25 WALK VRMNTR W/ACCU DBM | 19155 | BLK | 223/22"/3RDS |
| 034 | SAVAGE ARMS, INC.* | 1895469 | 11 HUNTER XP | 19668 | BLK/SYN/BUSH | 223/22"/4RD DBM |
| 034 | SAVAGE ARMS, INC.* | 1895471 | 11 HUNTER XP | 19670 | BLK/SYN/BUSH | 243/22"/3RD DBM |
| 034 | SAVAGE ARMS, INC.* | 1895472 | 11 HUNTER XP | 19671 | BLK/SYN/BUSH | 308/22"/3RNDDBM |
| 034 | SAVAGE ARMS, INC.* | 1895473 | 11 HUNTER XP | 19672 | BLK/SYN/BUSH | 270/22"/3RNDDBM |
| 034 | SAVAGE ARMS, INC.* | 1895474 | 11 HUNTER XP | 19673 | BLK/SYN/BUSH | 30-06/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895475 | 11 HUNTER XP | 19674 | BLK/SYN/BUSH | 7MMMAG/24"/DBM |

GOV-04908

| 034 | SAVAGE ARMS, INC.* | 1895476 | 11 HUNTER XP | 19675 | BLK/SYN/BUSH | 300WM/24"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895546 | 11/111 TROPHY HNTR XP/ACC TRIG | 19676 | BLK/SYN/NIKON | 223/22"/3RNDDBM |
| 034 | SAVAGE ARMS, INC.* | 1895547 | 11/111 TROPHY HNTR XP/ACC TRIG | 19678 | BLK/SYN/NIKON | 22-250/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895548 | 11/111 TROPHY HNTR XP/ACC TRIG | 19679 | BLK/SYN/NIKON | 243/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895549 | 11/111 TROPHY HNTR XP/ACC TRIG | 19684 | BLK/SYN/NIKON | 308/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895550 | 11/111 TROPHY HNTR XP/ACC TRIG | 19687 | BLK/SYN/NIKON | 25-06/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895551 | 11/111 TROPHY HNTR XP/ACC TRIG | 19689 | BLK/SYN/NIKON | 270/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895552 | 11/111 TROPHY HNTR XP/ACC TRIG | 19690 | BLK/SYN/NIKON | 30-06/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895553 | 11/111 TROPHY HNTR XP/ACC TRIG | 19691 | BLK/SYN/NIKON | 7MMMAG/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895554 | 11/111 TROPHY HNTR XP/ACC TRIG | 19692 | BLK/SYN/NIKON | 300WM/24"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895555 | 11/111 TRPHY HNTR XP YTH | 19706 | BLK/SYN/NIKON | 243/22"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1895556 | 11/111 TROPHY HNTR XP/ACC TRIG | 19709 | BLK/SYN/NIKON | 7MM-08/22"/DBM |
| 034 | BERETTA USA CORP.* | 1896079 | 686 SLV PGN I 12/30/OBF HP | J6863J0 | WOOD/BLUE | 12GA 30" |
| 034 | BENELLI, USA | 1896521 | FRANCHI AFFINITY | 40680 | BLK/SYN | 20GA/26" |
| 034 | BENELLI, USA | 1897531 | FRANCHI AFFINITY | 40685 | RLT MAX 4 | 20GA 26" 3" |
| 034 | SPORTS SOUTH LLC-DSD | 1898069 | TAU TCP 738  NO CASE | 1738031FS | BLUE/1MAG/NO CS | 380ACP 2.84" 6R |
| 034 | SPORTS SOUTH LLC-DSD | 1898627 | TAU M709 SLIM 1MG, NO CASE | 1709031FS | BLUE | 9MM/3"/8RD |
| 034 | SPORTS SOUTH LLC-DSD | 1898630 | TAU M85 38SP 2" POLY BL | 2850021PFS | BLUE | 38SP 2" 5RD |
| 034 | REMINGTON ARMS GUNS | 1899561 | 1911 R1-ENHANCED | 96328 | BLK/BLK GRIPS | 45ACP/5"/7RDS |
| 034 | REMINGTON ARMS GUNS | 1899562 | 1911 R1-STAINLESS | 96324 | SS/WLNT GRIPS | 45ACP/5"/7RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1900174 | TAU PUBLIC DEFENDER 45LC 410GA | 2441021PFS | BLK | 45LC/410GA 2"5R |
| 034 | BROWNING, GUNS & ACC* | 1901222 | MAXUS MAX-4 SPEC BUY | 011633204 | REALTREE MAX-4 | 12GA/3.5"/28" |
| 034 | BROWNING, GUNS & ACC* | 1901226 | X-BOLT SS STALKER SPEC BUY | 035240226 | CRBN FBER/SS/FL | 30-06/22" |
| 034 | BROWNING, GUNS & ACC* | 1901247 | A-BOLT II COMP STALKER SPL BUY | 035012216 | MATTE BLK/BL | 7MM-08/22"/5 |
| 034 | BROWNING/WINCHESTER | 1901373 | SXP WATERFOWL | S12260292 | MAX-4 | 12GA/28" |
| 034 | BILL HICKS & CO LTD | 1901607 | SW TALO M&P15-22 22LR PINK | 811052 | PINK PLATINUM | 22LR 16" 10RD |
| 034 | BROWNING/WINCHESTER | 1901715 | SX3 WATERFOWL SP | 511151292 | MAX 4 | 12GA/28"/3.5" |
| 034 | BENELLI, USA | 1901726 | INSTINCT L O/U SHOTGUN | 40800 | WALNUT/CC/BLUE | 12GA 28" 3" |
| 034 | BENELLI, USA | 1901727 | INSTINCT L O/U SHOTGUN | 40810 | WALNUT/CC/BLUE | 20GA 28" 3" |
| 034 | BENELLI, USA | 1901728 | INSTINCT SL O/U SHOTGUN | 40815 | WALNUT/SLV/BLUE | 12GA 28" 3" |
| 034 | BENELLI, USA | 1901783 | AFFINITY SEMI AUTO SHOTGUN | 40850 | MAX-4 | 12GA 28" 3" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1901788 | FLEX 500 ALL PURPOSE | 50121 | BLUE/SYN LPA TG | 12GA/3"/28" |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1901789 | FLEX 590 TACTICAL | 51672 | BLU/ADJ STK RL | 12GA/3"/20"/7RD |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1901790 | FLEX 500 TACTICAL | 51674 | TAN/ADJ STK RL | 12GA/3"/20" |
| 034 | SPORTS SOUTH LLC-DSD | 1901794 | RUG AMERICAN | 6901 | BLACK | 30-06 22" 4RD |
| 034 | SPORTS SOUTH LLC-DSD | 1901795 | RUG AMERICAN | 6902 | BLACK | 270WIN 22" 4RD |
| 034 | SPORTS SOUTH LLC-DSD | 1901796 | RUG AMERICAN | 6903 | BLACK | 308WIN 22" 4RD |
| 034 | SPORTS SOUTH LLC-DSD | 1901797 | RUG AMERICAN | 6904 | BLACK | 243WIN 22" 4RD |
| 034 | SPORTS SOUTH LLC-DSD | 1901800 | RUG K10/22RPCANG | 1286 | SS/NATGEAR CAMO | 22LR 18.5" 10RD |
| 034 | WILLIAMS SHOOTERS | 1902327 | TAU M856 38SP FS 2IN 6R SS | 2855029 | SS/FS | 38SP 2" 6RD |
| 034 | SPORTS SOUTH LLC-DSD | 1902822 | SPG XDS BLUE | XDS93345B | BLK | 45ACP 3.3" 5RD |
| 034 | SPORTS SOUTH LLC-DSD | 1903271 | S&W M&P 22 12RD | 222000 | BLK | 22LR/4.1"/12RD |
| 034 | SPORTS SOUTH LLC-DSD | 1904408 | SPG XDM 45 | XDM93845CBHC | BLK | 45ACP 3.8" 13RD |
| 034 | COLTS MANUFACTURING CO LLC | 1904997 | CARBINE 5.56 MDGPUL STOCK | LE6920MP-B | BLACK | 5.56/16"/30RD |

GOV-04909

| 034 | COLTS MANUFACTURING CO LLC | 1905019 | CARBINE 5.56 | LE6920CA | BLACK/CA | 5.56/16"/10RDS |
|---|---|---|---|---|---|---|
| 034 | STOEGER INDUSTRIES | 1906550 | 1873 CATTLEMAN HOMBRE | 343900 | BLUE/WD GRP | 357MAG 4.75" |
| 034 | DPMS | 1909163 | PANTHER 5.56 ORACLE | RFA3-OC | BLACK | 5.56/16"/30RD |
| 034 | DPMS | 1909167 | PANTHER LO PRO | RFAS-LPC | BLACK | 5.56/16" |
| 034 | DPMS | 1909169 | PANTHER LITE 16 A3 | RFA3-L16 | BLACK | 5.56/16"/30RD |
| 034 | HENRY REPEATING ARMS | 1911617 | LEVER ACTION 45-70 | H010 | WLNT/BLUE | 45-70GVT/18.43" |
| 034 | SPORTS SOUTH LLC-DSD | 1915177 | TAU M22 22LR DAO | 1220039PLY | POLY/SS | 22LR 2.75" 8RD |
| 034 | WILLIAMS SHOOTERS | 1915624 | RUGER 10/22 RPBP 20"LR SYN | 1293 | BLUE/FO | 22LR 20" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1916304 | RUG 10/22 TAPCO FLSP TB25R | 1283 | BLK/TAPCO | 22LR 18.5 25RD |
| 034 | BERETTA USA CORP.* | 1918760 | A300 OUTLANDER | J30TT18 | SYN/BLUE | 12GA/3"/28" |
| 034 | BERETTA USA CORP.* | 1918788 | A300 OUTLANDER | J30TC18 | MAX-4 | 12GA/3"/28" |
| 034 | SPORTS SOUTH LLC-DSD | 1919219 | TAU 2380121UL 380 380 1.75 IB | 2380121UL | BLUE | 380ACP 1.75" 5R |
| 034 | SPORTS SOUTH LLC-DSD | 1919253 | TAU 605 357 2IN POLY SS | 2605029PLY | SS/POLY | 357MAG 2" 5RD |
| 034 | SPORTS SOUTH LLC-DSD | 1919262 | TAU M992 | 2992041 | BLUE | 22LR/22MAG 4" |
| 034 | BILL HICKS & CO LTD | 1919310 | SW 640 357MAG 2 1/8" 5RD SS | 178044 | SS | 357MAG 2.125" |
| 034 | SPORTS SOUTH LLC-DSD | 1921028 | S&W M&P SHIELD | 180021 | BLACK | 9MM/3.1/7RD |
| 034 | SPORTS SOUTH LLC-DSD | 1921029 | S&W M&P SHIELD | 180020 | BLACK | 40S&W/3.1/6RD |
| 034 | SIG SAUER | 1923253 | SIG MK25 9MM RL PHOS 15R BLK | MK25 | BLK | 9MM 4.4" 15RD |
| 034 | BERETTA USA CORP.* | 1925258 | PX4 STORM COMPACT | JXC4F21 | BLACK | 40S&W/3.2"/12RD |
| 034 | STOEGER INDUSTRIES | 1931917 | M3000 SEMI-AUTO SHOTGUN | 31830 | MATTE BLACK | 12GA/3"/28" |
| 034 | STOEGER INDUSTRIES | 1931929 | M3000 SEMI-AUTO SHOTGUN | 31838 | MAX-4 | 12GA/3"/28" |
| 034 | BILL HICKS & CO LTD | 1933188 | BRO XBOLT HUNTER LH 300WIN NS | 035255229 | WOOD/BLUE | 300WIN 26" LH |
| 034 | WILLIAMS SHOOTERS | 1934011 | BRN XBOLT SS STK 375H&H 26" | 035202132 | SYN/STK | 375H&H 26" |
| 034 | SPORTS SOUTH INC | 1936246 | ROSSI CIR JUDGE 22 LR/MG BL | SCJ22LR22 | BLUE | 22LR/22MG 18.5" |
| 034 | WILLIAMS SHOOTERS | 1937137 | MAR XT17VR 17 BA HB 4&7 | 70721 | SYN BLUE | 17HMR 22" 4&7 |
| 034 | SPORTS SOUTH LLC-DSD | 1937835 | S&W SD9VE 9MM | 223900 | BLK/SS | 9MM/4"/16RD |
| 034 | SPORTS SOUTH LLC-DSD | 1937836 | S&W SD9VE 9MM | 123900 | BLK/SS/NY | 9MM/4"/10RD |
| 034 | SPORTS SOUTH LLC-DSD | 1937837 | S&W SD40VE 40S | 223400 | BLK/SS | 40SW/4"/14RD |
| 034 | SPORTS SOUTH LLC-DSD | 1937838 | S&W SD40VE 40S | 123400 | BLK/SS/NY | 40SW/4"/10RD |
| 034 | SAVAGE ARMS, INC.* | 1940671 | AXIS XP W/SCOPE | 19231 | BLK/3-9X40 | 308/22"/3RDS |
| 034 | WILLIAMS SHOOTERS | 1944564 | ROSSI M92 38/357 20" RND BLUE | R9256001 | WOOD/BLUE | 357MAG 20" |
| 034 | DANIEL DEFENSE ARMAMENT INC | 1947338 | AM MAGPUL MOE BLK | AF-06131 | 1BLK | 5.56MM/18"/5RD |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1948712 | SILVER RESERVE II FIELD O/U | 75412 | WLNT/SLVR/BLU | 12GA/28" 3"CHAM |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1948713 | SILVER RESERVE II FIELD O/U | 75414 | WLNT/SLVR/BLU | 20GA/26" 3"CHAM |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1949714 | SILVER RESERVE II FIELD O/U | 75419 | WLNT/SLVR/BLU | 28GA/26" 3"CHAM |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1949715 | SILVER RESERVE II BANTAM O/U | 75457 | WLNT/SLVR/BLU | 20GA/26" 3"CHAM |
| 034 | SPORTS SOUTH LLC-DSD | 1950707 | TAU 45/410 2 PDULPLYSS | 2441029TCPLY | BLK/SS/FO | 45LC/410GA 2" |
| 034 | SPORTS SOUTH INC | 1953183 | RUG SR22RSC 22LR 16IN BLACK | 1236 | BLK/FX STK | 22LR 16" 10RD |
| 034 | SAVAGE ARMS, INC.* | 1954074 | 11/11 TROPHY HNTR XP/ACC TRIG | 19886 | BLK/SYN/NIKON | 300WSM/24"/DBM |
| 034 | SAVAGE ARMS, INC.* | 1958892 | AXIS XP-YOUTH W/SCOPE | 19198 | BLK/SYN W3-9X40 | 7MM-08/20"/3RDS |
| 034 | SIG SAUER | 1959344 | SIGPRO 2022 | SP2022-40-BCA | CA - BLK | 40S&W/3.9"/10R |
| 034 | SPORTS SOUTH INC | 1961931 | TAU 1220035R 22 22LR FS NKL RS | 1220035R | SS/ROSEWOOD GRP | 22LR 2.74" 8RD |
| 034 | SAVAGE ARMS, INC.* | 1961947 | 110 TROPHY HUNTER XP/ACCU | 19793 | WLNT/BLU/NIKON | 7MMMAG/24"/3RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1966557 | RUG KLCR357LG | 5451 | MATTE BLK/LASER | 357MAG 1.87"5RD |

GOV-04910

| | | | | | | |
|---|---|---|---|---|---|---|
| 034 | SPORTS SOUTH INC | 1969331 | DPMS PTHR SPTCAL 223 | RFLPWCP | BLK/COLL | 223REM 16" 30RD |
| 034 | BROWNING, GUNS & ACC* | 1970556 | A-BOLT II SS STALKER .308 | 035008218 | BLK/SS | 308 WIN/22" |
| 034 | BROWNING, GUNS & ACC* | 1970557 | A-BOLT II SS STALKER .270 | 035008224 | BLK/SS | 270 WIN/22" |
| 034 | BROWNING, GUNS & ACC* | 1970558 | A-BOLT II SS STALKER .30-06 | 035008226 | BLK/SS | 30-06 SPFLD/22" |
| 034 | BROWNING, GUNS & ACC* | 1970559 | A-BOLT II SS STALKER .300 | 035008229 | BLK/SS | 300 WIN/26" |
| 034 | HENRY'S/BIG ROCK | 1971777 | FNH FNAR | 3108929250 | 20" | .308 WINCHESTER |
| 034 | OF MOSSBERG & SONS* INC *EDI | 1973129 | FLEX 500 TURKEY COMBO SPECIAL | 55113 | OD GREEN/MO INF | 12GA/24"& 18.5" |
| 034 | SAVAGE ARMS, INC.* | 1973131 | MODEL 93FXP PACKAGE/SYNTHETIC | 91810 | BLK | .22MAG/21" |
| 034 | SAVAGE ARMS, INC.* | 1973948 | 64 BTV | 45150 | WOOD/LAMINATE | .22LR/21"/10RDS |
| 034 | SPORTS SOUTH LLC-DSD | 1974488 | FNH FNX-45 DA/SA BLK/BLK 15RD | 66960 | BLK/BLK | 45ACP 4" 15RD |
| 034 | SPORTS SOUTH LLC-DSD | 1974489 | FNH FNX-45 DA/SA BLK/SS 15RD | 66962 | BLK/SS | 45ACP 4" 15RD |
| 034 | SPORTS SOUTH INC | 1983428 | SWL M&P1522 811062 22LR 16 TB | 811062 | BLK | 22LR 16" 10RD |
| 034 | SPORTS SOUTH INC | 1995028 | S&W M642 103810 38 17/8 NL SS | 103810 | SS/INT HAMMER | 38SPL 1 7/8" |
| 034 | SPORTS SOUTH LLC-DSD | 1995033 | TAU PT24/7 G2 45ACP 4.2" SS | 1247459G212 | SS | 45ACP 4.2" 12RD |
| 034 | BILL HICKS & CO LTD | 1995896 | RUG MKIII 22LR 5.5" BULL | 10159 | BLK/SYN | 22LR 5.5" |
| 034 | REMINGTON ARMS GUNS | 1995958 | 783 270 WIN | 85834 | 22" | .270 WINCHESTER |
| 034 | REMINGTON ARMS GUNS | 1995959 | 783 30-06 | 85836 | 22" | .30-06 SPRINGFI |
| 034 | REMINGTON ARMS GUNS | 1995972 | VERSAMAX SPORT MODB | 81049 | 28" MODB | 12 GAUGE |
| 034 | REMINGTON ARMS GUNS | 1996283 | VERSAMAX SPORT BLK | 81045 | SYN/BLK | 12GA 28" 3" |
| 034 | REMINGTON ARMS GUNS | 1996322 | MODEL 700 SPS TECH WOOD | 84195 | 24" | .30-06 SPRINGFI |
| 034 | BROWNING, GUNS & ACC* | 1996750 | BUCKMARK CAMPER UFX | 051482490 | BLK | 22LR 5.5" 10RD |
| 034 | BROWNING, GUNS & ACC* | 1996751 | BUCKMARK CAMPER SS UFX | 051483490 | SS | .22LR 5.5" 10R |
| 034 | PARA USA LLC | 1997785 | PARA 1911 EXPERT | 96746 | BLK - 2 MAGS | 45ACP/5"/8RDS |
| 034 | PARA USA LLC | 1997786 | PARA 14-45 EXPERT | 96765 | BLACK/FC FRT SI | 45ACP/5"/14RDS |
| 034 | PARA USA LLC | 1997787 | PARA BLACK OPS 1911-14-45 | 96694 | BLACK/NT SIGHT | 45ACP/5"/14RDS |
| 034 | PARA USA LLC | 1997815 | PARA EXPERT COMMANDER | 96748 | BLK | 45ACP 5" 8RD |
| 034 | SPORTS SOUTH LLC-DSD | 1997867 | FNH FNS40 BLK | 66940 | BLK | 40SW/4"/14RD |
| 034 | BROWNING/WINCHESTER | 2001540 | M70 SPORTER RMEF | 535152233 | 26" 7.75 LBS. | .300 WINCHESTER |
| 034 | BROWNING, GUNS & ACC* | 2001541 | A5 MOSGB | 0118183004 | MOSGB | 12GA/3"/28" |
| 034 | BROWNING, GUNS & ACC* | 2001542 | MAXUS MOSGB | 011645204 | MOSGB | 12GA/28" 3.5" |
| 034 | BROWNING, GUNS & ACC* | 2002404 | X-BOLT HUNTER | 035208229 | WALNT/BLUE | .300WIN/26" |
| 034 | BROWNING/WINCHESTER | 2002538 | SXP FIELD | 512266392 | WOOD/BLUE | 12GA 28" |
| 034 | BROWNING/WINCHESTER | 2002546 | SXP BLACK SHADOW | 512251292 | BLACK COMP | 12GA/28" 3.5" |
| 034 | BROWNING/WINCHESTER | 2002547 | SXP MARINE DEFENDER | 512266395 | SYN/CHROME | 12GA 18" 3" 4RD |
| 034 | BROWNING/WINCHESTER | 2002548 | SXP MOSGB | 512270292 | MOSGB | 12GA/3.5"/28" |
| 034 | BROWNING, GUNS & ACC* | 2002584 | A5 RT MAX-4 3.5 SPEC | 0118192004 | MAX-4 | 12GA 28" 3.5" |
| 034 | BROWNING, GUNS & ACC* | 2002586 | A5 COMP STALK 3.5 SPEC | 0118012004 | 28" 7.7 LBS. | 12 GAUGE |
| 034 | BROWNING, GUNS & ACC* | 2002700 | X-BOLT COMP 3D | 035286226 | 22" 6.9 LBS. | .30-06 SPRINGFI |
| 034 | SPORTS SOUTH LLC-DSD | 2003353 | RUG P45MK3ALRPFL 22L 4.4 | 3903 | BLK | 22LR 4.4" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 2003354 | RUG 3219 LC380 380 3.12 BL | 3219 | BLK | 380ACP 3" 7RD |
| 034 | SPORTS SOUTH LLC-DSD | 2003355 | RUG BSR45 45 4.5 ALLOY | 3800 | BLK | 45ACP 4.5" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 2003357 | RUG KSR45 45 4.5 SS | 3801 | SS/BLK | 45ACP 4.5" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 2003380 | RUG LCR22MAG 22WMRF 1.8 | 5414 | BLK | 22WMR 1.8" 6RD |
| 034 | SPORTS SOUTH LLC-DSD | 2003548 | TAU 740 40SW SLM 3.2 PLYBL | 1740031FS | BLUE | 40SW/3.2/6RD |

5393

GOV-04911

| 034 | BILL HICKS & CO LTD | 2003567 | SW M&P10 308WIN 18" 10RD CT | 811310 | BLK | 308WIN 18" 10RD |
|---|---|---|---|---|---|---|
| 034 | BILL HICKS & CO LTD | 2003669 | RUG TALO 10/22 22LR ATI BTTLSP | 11113 | ATI/BATTLESHIP | 22LR 18.5" 10RD |
| 034 | SPORTS SOUTH LLC-DSD | 2003762 | FNH FNS 40 SS | 66941 | TWO TONE | 40SW/4"/14RD |
| 034 | SPORTS SOUTH LLC-DSD | 2004153 | WAL PPQ M2 9MM 4" BLACK 15RD | 2796066 | BLK | 9MM 4" 15RD |
| 034 | BERETTA USA CORP.* | 2004232 | NANO FLAT DK EARTH | SPEC0556A | DARK EARTH | 9MM 3" 6RD |
| 034 | BERETTA USA CORP.* | 2004233 | NANO BLK/GREEN | SPEC0555A | GRN/BLK | 9MM 3" 6RD |
| 034 | BILL HICKS & CO LTD | 2004393 | RUG SR-22PS 22LR 3.5" SILVER | 3607 | SILVER | 22LR 3.5" 8RD |
| 034 | BILL HICKS & CO LTD | 2004394 | SIG P238 380ACP ENGRAVED PINK | 238380BSSESP | PINK PRL | 380ACP 2.7" 6RD |
| 034 | BERETTA USA CORP.* | 2005131 | A400 XPLOR ACTION KO | J40AY28 | BLK | 20GA/28" |
| 034 | SPORTS SOUTH INC | 2007338 | ROSSI RG4570B RIOGRANDE 45/70 | RG4570B | WOOD/BLUE | 45-70GVT 20" |
| 034 | SAVAGE ARMS, INC.* | 2008282 | MOD B 17WSM MAG | 96901 | 22" 5 LBS. | 17WSM/22" |
| 034 | SAVAGE ARMS, INC.* | 2008585 | 16 TROPHY HUNTER XP/NIKON | 19723 | 22" | .243 WINCHESTER |
| 034 | SAVAGE ARMS, INC.* | 2008586 | 16 TROPHY HUNTER XP/NIKON | 19725 | 22" | 7MM-08 REMINGTO |
| 034 | SAVAGE ARMS, INC.* | 2008587 | 16 TROPHY HUNTER XP/NIKON | 19727 | 22" | .308 WINCHESTER |
| 034 | SAVAGE ARMS, INC.* | 2008589 | 116 TROPHY HUNTER XP/NIKON | 19733 | 22" 8.2 LBS. | .30-06 SPRINGFI |
| 034 | SAVAGE ARMS, INC.* | 2008590 | 116 TROPHY HUNTER XP/NIKON | 19734 | 24" | 7MM REMINGTON M |
| 034 | SAVAGE ARMS, INC.* | 2008591 | 116 TROPHY HUNTER XP/NIKON | 19735 | 24" | .300 WINCHESTER |
| 034 | WILLIAMS SHOOTERS | 2008601 | HERITAGE WE STAND COMBO | SRR22MBS6UWS | 6.5" STEEL/LAM | 22LR/22WM WD 5X |
| 034 | WILLIAMS SHOOTERS | 2008604 | HERITAGE WE THE PEOPLE COMBO | SRR22MBS6WTP | 6.5" STEEL LAM | 22LR/22WM WD 8X |
| 034 | REMINGTON ARMS GUNS | 2008918 | 700 ADL CAMO SCOPE BPS EX | 85463 | 24" | .270 WINCHESTER |
| 034 | REMINGTON ARMS GUNS | 2008919 | 700 ADL CAMO SCOPE BPS EX | 85464 | 24" | .30-06 SPRINGFI |
| 034 | REMINGTON ARMS GUNS | 2008921 | 700 ADL CAMO SCOPE BPS EX | 85466 | 26" | .300 WINCHESTER |
| 034 | REMINGTON ARMS GUNS | 2008922 | 700 ADL CAMO SCOPE BPS EX | 85467 | 26" | 7MM REMINGTON M |
| 034 | SPORTS SOUTH LLC-DSD | 2009732 | RUGER 10/22 CARBINE | 11129 | W/LASERMAX LASR | 22LR/18.5"/10RD |
| 034 | SPORTS SOUTH LLC-DSD | 2010179 | TAU 111 9MM MILLPRO G2 | 1111091G212 | BLUE | 9MM 4" 12RD |
| 034 | SPORTS SOUTH LLC-DSD | 2010187 | TAU PT1911 45 | 1191101FS | BLUE | 45ACP 5" 8RD |
| 034 | BILL HICKS & CO LTD | 2011244 | RUG SR22PBT | 3604 | BLK | 22LR 3.5" 10RD |
| 034 | MT SPORTS/BIG ROCK SPORTS | 2013824 | BUSH BCWVMS20-45 HUNTING | 90431 | BLK | 450BUSH 20" 5RD |
| 034 | SPORTS SOUTH LLC-DSD | 2014652 | WAL PPK 380ACP SS | 2246001 | SS | 380ACP 3.3" 6RD |
| 034 | BILL HICKS & CO LTD | 2015497 | DPMS PANTHER CLASSIC 223REM | RFA316 | BLK/FIXED | 223REM 16" A3 |
| 034 | BILL HICKS & CO LTD | 2019224 | RUG TALO 10/22 22LR 18.5 SS | 1264 | WAL/MNNLCHR/SS | 22LR 18.5" 10RD |
| 034 | BERETTA USA CORP.* | 2019394 | A400 XPLOR ACTION | J40NA18 | WOOD/BRNZ/BLUE | 12GA/28" |
| 034 | DANIEL DEFENSE ARMAMENT INC | 2020699 | 300 BLACKOUT MOSSYOAK PINK | 02-110-20019 | MOSSYOAK PINK | 300BLACKOUT/16" |
| 034 | BILL HICKS & CO LTD | 2020804 | CLT DELTA ELITE 10MM 5" SS | O2020 | SS | 10MM 5"6RD |
| 034 | BENELLI, USA | 2021658 | M2 20GA LH | 11195 | SYN/BLUE | 20GA 26" 3" LH |
| 034 | BROWNING/WINCHESTER | 2021665 | SXS COMPACT 12 28 | 511146392 | WOOD/BLUE | 12GA 28" 3" |
| 034 | BILL HICKS & CO LTD | 2022537 | SIG P228 40SW (2) 12RD | W22640SP | BLK | 40SW 4.4" 12RD |
| 034 | BILL HICKS & CO LTD | 2025513 | SIG 1911 ULTRA COMPACT 45ACP | 1911U45BSS | BLK | 45ACP 3.3" 7RD |
| 034 | BILL HICKS & CO LTD | 2025520 | WAL CLT 1911 22LR BLACK W/12RD | 5170304 | BLK | 22LR 5" 12RD |
| 034 | BILL HICKS & CO LTD | 2025521 | WAL CLT 1911 22LR GOLD CUP | 5170306 | BLK/GLD CUP | 22LR 5" 12RD |
| 034 | BILL HICKS & CO LTD | 2025913 | SIG P220 45ACP CARRY SAS NS | 220R345SAS2BSAO | BLK | 45ACP 3.9" 8RD |
| 034 | BILL HICKS & CO LTD | 2026971 | ARMA AR-10A4 308WIN 20" NM | AR10A4 | BLK/FLATOP | 308WIN 20" |
| 034 | BILL HICKS & CO LTD | 2026989 | MR BFR 444MAR | BFR444M | BLK | 444MAR 10" |
| 034 | BILL HICKS & CO LTD | 2027025 | WAL COLT 1911 22LR RAIL W/12RD | 5170308 | BLK | 22LR 5" 12RD |

GOV-04912

| 034 | BILL HICKS & CO LTD | 2027138 | SIG P226R 9MM DAO NS DUO TONE | E26R9TSSDAK | DUE TONE/NS | 9MM 4.4" 15RD |
| 034 | BILL HICKS & CO LTD | 2027144 | SIG P229 40SW NS 12RD HIGH CAP | E2940BSS | BLK | 40SW 3.9" 12RD |
| 034 | BILL HICKS & CO LTD | 2029246 | ARMA AR-30A1 300WIN STD TOP | 30A1B300 | BLK/TOP RAIL | 300WIN 24" 5RD |
| 034 | BILL HICKS & CO LTD | 2029271 | RUG SR-22 22LR BLACK W/ RAPID | 11134 | BLK/RAPID DEPOY | 22LR 16.12" 10R |
| 034 | BILL HICKS & CO LTD | 2029936 | WAL P22 22LR 3.42" BLK | 5120300 | BLK | 22LR 3.4" 10RD |
| 034 | BILL HICKS & CO LTD | 2030684 | WAL P22 22LR 3.42" LASER SET | 5120329 | BLK/LASER | 22LR 3.42" 10RD |
| 034 | BENELLI, USA | 2032191 | SBE2 12/28" MOBL | 10151 | MO BOTTOMLAND | 12GA 28" 3.5" |
| 034 | BILL HICKS & CO LTD | 2032995 | SW TALO 629 DLX 44MAG 3" AS SS | 150715 | SS/AS | 44MAG 3" 5RD |
| 034 | WILLIAMS SHOOTERS | 2034064 | TAURUS 445UL 44SPL 2" SS | 2445029UL | 2" 21 OZ. | .44 SPECIAL |
| 034 | SPORTS SOUTH LLC-DSD | 2034510 | SPR XDS9 BLUE | XDS9339B | BLUE | 9MM 3.3" 5RD |
| 034 | BILL HICKS & CO LTD | 2034767 | WAL P22 TGT 22LR 5" BLK | 5120302 | BLK/TARGET | 22LR 5" 10RD |
| 034 | BASS PRO SHOPS | 2035670 | R25 COMBO | 60032 COMBO | 108342/8495/600 | GUN/SCOPE/CASE |
| 034 | BILL HICKS & CO LTD | 2037105 | RUG TALO SR22 22LR 3.5" CT | 3603 | BLK/CRIMSON TR | 22LR 3.5" 10RD |
| 034 | BILL HICKS & CO LTD | 2038018 | RUG SR-556CLA 223REM 16" TELE | 5913 | BLK/TELE/PT QUD | 223REM 16" 30RD |
| 034 | BILL HICKS & CO LTD | 2038019 | WAL P22 MILITARY 22LR   3.42" | 5120315 | MILITARY FN | 22LR 3.42" 10RD |
| 034 | BILL HICKS & CO LTD | 2038040 | WAL PK380 380ACP NKL 8RD | 5050309 | BLK/NKL | 380ACP 3.66" 8R |
| 034 | SPORTS SOUTH LLC-DSD | 2039354 | WAL PK380 380ACP BLK 8RD | 5050308 | BLK | 380ACP 3.66" 8R |
| 034 | SPORTS SOUTH LLC-DSD | 2040543 | FNH FIVE-SEVEN 5.7X28MM 10RD | 3868929302 | CA BLK/10R | 5.7X28/4.75/10R |
| 034 | SPORTS SOUTH LLC-DSD | 2042731 | HOWA RFL SS COMBO 30-06 | HGK63217+ | SS | 30-06/22"/5RD |
| 034 | SPORTS SOUTH LLC-DSD | 2042733 | HOWA RFL SS COMBO 7MM | HGK63717+ | SS | 7MM/22"/5RD |
| 034 | BILL HICKS & CO LTD | 2043172 | GLOCK 19 9MM FS 4.02" 2  15RD | UI195203 | BLK | 9MM 4.02" 15RD |
| 034 | BILL HICKS & CO LTD | 2043174 | GLOCK 22 40SW 4.49" FS  2 | UI2250203 | BLK | 40SW 4.49" 15RD |
| 034 | MT SPORTS/BIG ROCK SPORTS | 2044463 | BAR LONGTRAC MOINF DT 300 24 | 031023229 | MOINF | 300WIN 24" |
| 034 | SPORTS SOUTH LLC-DSD | 2044464 | WAL PPK 380ACP BLUE 6RD | 2246002 | BLUE | 380ACP 3.35 6RD |
| 034 | BILL HICKS & CO LTD | 2048220 | RUG MINI-14 223REM 16" TAC | 5848 | SYN/BLUE | 223REM 16" TAC |
| 034 | BILL HICKS & CO LTD | 2048221 | RUG MINI-14 223REM 20" SS BLK | 5819 | SYN/SS | 223REM 20" 20RD |
| 034 | SPORTS SOUTH INC | 2049901 | SAV 19643 AXIS 22-250 LH | 19643 | SYN/BLUE | 22-250 22" LH |
| 034 | BENELLI, USA | 2061954 | M4 TACTICAL GH TACT STOCKS | 11703 | BLK/GH TACT STK | 12GA 18.5" |

Nov 6, 2013                                                                                     1                                                                   11:52:28 AM

GOV-04913

Magazines Sales List

Jul 1, 2013                                                        1                                          12:00:43 PM

| VENDOR | SKU # | SKU NAME | SKU MODEL | SKU DESCRIPTOR #1 | SKU DESCRIPTOR #2 |
|---|---|---|---|---|---|
| REMINGTON ARMS CO | 132529 | REMINGTON MAGAZINE | 19655 | BLUE/10RD | 581-S/541 .22LR |
| REMINGTON ARMS CO | 133688 | MARLIN MAGAZINE | 71920 | BLUE 25M-917 | .17HMR/22WMR 7RD |
| REMINGTON ARMS CO | 133698 | MARLIN MAGAZINE | 71900 | BLUE 795-980- | .22LR 7RND |
| WILLIAMS SHOOTERS | 202260 | 10/22 MAGAZINE | 90005 | BLACK | 10RD .22LR |
| WILLIAMS SHOOTERS | 202264 | MODEL 77 OR 96 MAGAZINE | 90057/JX-1 | BLACK/10RD | .22LR/.17HM2 |
| WILLIAMS SHOOTERS | 202266 | 10/22/MODEL 77 OR 96 MAG | 90076/JMX-1 | BLUE/9RD | .22WMR/.17HMR |
| WILLIAMS SHOOTERS | 202301 | MINI-14 MAGAZINE | 90009 | BLUE/5RD | .223 |
| BUSHNELL OUTDOOR PRODUCTS/ACCESSORY | 229226 | LOADER FOR HOT LIPS MAG | 24211 | SMOKE | RUG 10/22 |
| REMINGTON ARMS CO | 346681 | REMINGTON MAGAZINE | 19642 | 74/740/742/7400 | 3006,270,280 4R |
| REMINGTON ARMS CO | 346682 | REMINGTON MAGAZINE | 19636 | 6/76/760/7600 | 308,6MM,243 4RD |
| REMINGTON ARMS CO | 346684 | REMINGTON MAGAZINE | 19637 | 6/76/760/7600 | 3006,270,280 4R |
| REMINGTON ARMS CO | 386652 | MARLIN MAGAZINE | 71922 | NKL 25MN-917 | 32WMR/17HMR 7RD |
| REMINGTON ARMS CO | 594611 | MARLIN MAGAZINE | 71902 | NKL 70-795-980 | .22LR 10RD |
| REMINGTON ARMS CO | 875200 | REMINGTON MODEL 710 MAGAZINE | 19635 | BLUE/4RD | .270/.30-06 |
| REMINGTON ARMS CO | 914081 | REMINGTON MAGAZINE | 19654 | BLACK/SIL 10RD | MODEL 597 .22LR |
| REMINGTON ARMS CO | 969684 | REMINGTON MAGAZINE | 19653 | MODEL 597 8RD | 17 HMR/.22MAG |
| BERETTA USA CORP.* | 997029 | U22 NEOS MAGAZINE | JMU22 | BLACK | .22LR/10RD |
| BROWNING ACCS | 1169821 | BUCKMARK MAGAZINE | 112055190 | BLACK | 10 ROUND |
| SAVAGE ARMS, INC.* | 1170781 | SAVAGE MAGAZINE | 20005 | MARK II 10RD BL | .22LR/.17HM2 |
| SAVAGE ARMS, INC.* | 1170782 | SAVAGE MAGAZINE | 90008 | MARK II 10RD SS | .22LR/.17HM2 |
| SAVAGE ARMS, INC.* | 1170783 | SAVAGE MAGAZINE BLUED | 90001 | MODEL 90/93 5RD | .22WMR/.17HMR |
| SAVAGE ARMS, INC.* | 1170784 | SAVAGE MAGAZINE STAINLESS | 90009 | MODEL 90/93 5RD | .22WMR/.17HMR |
| BERETTA USA CORP.* | 1200003 | 92F MAGAZINE | JM92HCB | BLACK | 9MM/15RD |
| MT SPORTS/BIG ROCK SPORTS | 1210702 | GLOCK MAGAZINE | MF30010/73222 | BLACK/10RD | GLOCK 30 45ACP |
| WILLIAMS SHOOTERS | 1211005 | MARK III MAGAZINE | 90231 | BLUED | 10RD .22LR |
| WILLIAMS SHOOTERS | 1379099 | HKS MAGAZINE SPEEDLOADER | 940 | BRN,RUG,SIG | TAU,CZ,S&W |
| WILLIAMS SHOOTERS | 1379102 | HKS MAGAZINE SPEEDLOADER | 941 | BER,RUG,MRI,TAU | S&W9MM,SFD WALT |
| PRO MAG | 1395697 | GOV/KIMBER/S&W | COL C3 | .45ACP BLUE | 8 RD MAGAZINE |
| PRO MAG | 1395698 | GOV/KIMBER/S&W | COL 03N | .45ACP NICKEL | 8 RD MAGAZINE |
| PRO MAG | 1395736 | SIG P230 & P232 | SIG 06 | .380 BLUE | 7 RD MAGAZINE |
| PRO MAG | 1395742 | SIG P229 | SIG-A2 | .40S&W & .357SIG | 12 RD MAGAZINE |
| PRO MAG | 1395756 | S&W 5900 SERIES | SMI A1 | 9MM BLUE | 15 RD MAGAZINE |
| PRO MAG | 1395765 | SPRINGFIELD XD-9 | SPR-A1 | 9MM BLUE | 15 RD MAGAZINE |
| PRO MAG | 1395768 | SPRINGFIELD XD-40 | SPR-A2 | .40 S&W BLUE | 11 RD MAGAZINE |
| PRO MAG | 1395772 | RUGER P90 | RUG 03 | 8 RD MAGAZINE | .45ACP BLUE |
| PRO MAG | 1395774 | TAURUS PT-99 & PT-92 | TAU 01 | 10 RD MAGAZINE | 9MM BLUE |
| PRO MAG | 1395775 | TAURUS PT-99 & PT-92 | TAU-A1 | 15 RD MAGAZINE | 9MM BLUE |
| PRO MAG | 1395787 | RUGER MAGAZINE | RUG 09 | BLUE/10RD | MINI-14 .223 |

5396

GOV-04914

| | | | | | |
|---|---|---|---|---|---|
| PRO MAG | 1395801 | PISTOL MAGAZINE LOADER | LDR 01 | SINGLE/DOUBLE | 9MM/.40 CAL |
| SPORTS SOUTH INC | 1451000 | HKS SPEED LOADER | 587A | S&W,TAUR | 38/357 |
| PRO MAG | 1489700 | PISTOL MAGAZINE LOADER | LDR 04 | GLOCK | 9MM &.40 S&W |
| PRO MAG | 1489701 | PISTOL MAGAZINE LOADER | LDR 03 | SINGLE STACK | 1911/.45 ACP |
| REMINGTON ARMS CO | 1491255 | REMINGTON MAGAZINE | 19668 | BLACK/30RD | MODEL 597 .22LR |
| WILLIAMS SHOOTERS | 1506100 | 22/45 MARK III MAGAZINE | 90229 | BLUED | 10RD .22LR |
| BUSHNELL OUTDOOR PRODUCTS/ACCESSORY | 1627634 | STEEL HOT LIPS BANANA MAGAZINE | M0112563 | SMOKE | 25 RND |
| BUSHNELL OUTDOOR PRODUCTS/ACCESSORY | 1699101 | UP LULA LOADER | 24222 | BLACK/PISTOL | 10MM,357,40&45 |
| BUSHNELL OUTDOOR PRODUCTS/ACCESSORY | 1699102 | BABY UPLULA LOADER | 24223 | BLACK/PISTOL | .22/.25/.32/380 |
| WILLIAMS SHOOTERS | 1736070 | LCP EXTENDED MAG | 90333 | BLUE | 380ACP/6RD |
| REMINGTON ARMS CO | 1813188 | 1911 MAGAZINE | 19624 | 8 ROUND | 45 AUTO |
| PRO MAG | 1815567 | MINI-14 MAGAZINE | RUG-A3 | BLUE/STEEL | .223/30RD |
| PRO MAG | 1815574 | AR-15 MAGAZINE CLAMP | PM016B | BLK/POLYMER | 4 PACK |
| PRO MAG | 1815575 | MAGAZINE LOADER | PM017 | BLK | AR-15/M16/5RD |
| PRO MAG | 1815624 | RUGER LCP MAGAZINE | RUG 13 | BLUE | .380ACP/6RD |
| PRO MAG | 1815629 | RUGER 10/22 MAGAZINE | RUG 15 | SMOKE | .22LR/10RD |
| PRO MAG | 1815646 | RUGER 10/22 MAGAZINE | RUG-A9 | SMOKE | .22LR/32RD |
| OF MOSSBERG & SONS" INC *EDI | 1816060 | TACTICAL .22 MAGAZINE | 95712 | BLACK | .22LR/25RD |
| REMINGTON ARMS CO LLC/dba TAPCO | 1818979 | MAG DUST COVER-.223 | MAG0901 | - | .223/10PK |
| BIG ROCK SPORTS/ALLSPORTS | 1822478 | MAGAZINE PULL | MAG001-BLK | BLK/3 PK/5.56 | 4654-0010 |
| BIG ROCK SPORTS/ALLSPORTS | 1822479 | MAGAZINE PULL | MAG001-FDE | EARTH/3PK/5.56 | 4654-0011 |
| PRO MAG | 1842873 | AR-15 MAGAZINE | COL-19 | BLUE/STEEL | .223/5RD |
| BROWNING ACCS | 1892901 | 1911-22 PISTOL MAGAZINE | 112055191 | BLK | 22LR 10RD |
| REMINGTON ARMS CO LLC/dba TAPCO | 1903008 | 30RD MINI 14 MAGAZINE | MAG4830 BLACK | BLACK/30 RD | .223  GEN II |
| REMINGTON ARMS CO LLC/dba TAPCO | 1903009 | 30RD AK MAGAZINE | MAG0630 BLACK | BLACK/30RD | 7.62X39 |
| REMINGTON ARMS CO LLC/dba TAPCO | 1903010 | 20RD AK MAGAZINE | MAG0620 BLACK | BLACK/20RD | 7.62X39 |
| REMINGTON ARMS CO LLC/dba TAPCO | 1903011 | 20RD SKS MAGAZINE | MAG6620 BLACK | BLACK/20RD | 7.62X39 |
| WILLIAMS SHOOTERS | 1915473 | SR-22 MAGAZINE | R90382 | BLUE/10RD | 22CAL |
| BIG ROCK SPORTS/ALLSPORTS | 1916401 | PMAG RANGER PLATE | MAG212-BLK | BLK/3PK | 4654-0008 |
| BIG ROCK SPORTS/ALLSPORTS | 1916402 | USGI RANGER PLATE | MAG020-BLK | BLK/3PK | 4654-0016 |
| BIG ROCK SPORTS/ALLSPORTS | 1916404 | PMAG 5-ROUND LIMITER | MAG280-BLK | BLK/3PK | 4654-0140 |
| BIG ROCK SPORTS/ALLSPORTS | 1916408 | SPEED PLATE FOR GLOCK MAGS | MAG230-BLK | BLK/3PK | 4654-0023 |
| BUSHNELL OUTDOOR PRODUCTS/ACCESSORY | 1918736 | M16/AR15 STRIP LULA BLACK STRI | 24200 | | |
| BUSHNELL OUTDOOR PRODUCTS/ACCESSORY | 1918737 | M16/AR15 LULA LOADER BLACK , C | 24215 | AR-15 | |
| BERETTA USA CORP." | 1923145 | NANO MAGAZINE | JM6NANO8 | BLACK | 9MM/6RD |
| WILLIAMS SHOOTERS | 1937309 | LC9 EXTENDED MAGAZINE | R90363 | BLUE | 9MM/7RD |
| DPMS | 1962587 | 10RD POLYMER AR-15 MAGAZINE | MA-PP | SMOKE | 10RD |
| DPMS | 1962588 | 5RD AR-15 MAGAZINE | MA-5R | GREY | 5RD |
| DPMS | 1962589 | 10RD ALUMINIUM AR-15 MAGAZINE | MA-10 | BLK | 10RD |
| DPMS | 1962590 | 4RD LR-308 MAGAZINE | MA-3084 | BLK | 4RD |
| DPMS | 1962591 | 10RD LR-308 MAGAZINE | MA-3081 | BLK | 10RD |

GOV-04915

| BIG ROCK SPORTS/ALLSPORTS | 1988653 | MOE PMAG 30 WINDOW GEN2 | MAG570-BLK | BLK/ 30 RD | 4654-0333 |
| BIG ROCK SPORTS/ALLSPORTS | 1988658 | MAGPUL PMAG-30 M3 | MAG557-BLK | BLK/30RD | 4654-0332 |
| BIG ROCK SPORTS/ALLSPORTS | 1988660 | MAGPUL MAG559-BLK PMAG 10 M3 | MAG559-BLK | BLK/10RD | 4654-0348 |
| KIMBER MFG | 2004680 | KIMBER 1911 MAG | 1100721 | BLACK | 8RD/FULL SIZE |
| KIMBER MFG | 2004681 | KIMBER 1911 MAG | 1100813 | BLACK | 7RD/COMPACT |
| REMINGTON ARMS CO LLC/dba TAPCO | 2006171 | 5RD AK MAGAZINE | MAG0605 BLACK | BLK/5RD | 7.62X39 |
| REMINGTON ARMS CO LLC/dba TAPCO | 2006243 | AR 5.56 AGGRESSIVE MAG 5RD BK | MAG0905 BK | BLK/5RD | 5.56MM |
| WILLIAMS SHOOTERS | 2019316 | 10/22 MAGAZINE | R90041 | BLACK | 22LR/5RD |
| ME TECHNOLOGY INC/DBA COMMAND ARMS | 2026778 | POLYMER MAGAZINE 2-PACK | MAG2PK | BLACK/.223 | 30 ROUND |

Nov 6, 2013                                                                                                          1                                                                                          12:00:43 PM

**JENSEN ARMS INVENTORY OF MAGAZINES WITH CAPACITY OF 16+ ROUNDS**
**AS OF JULY 1, 2013**

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
| VENDOR: AcuSport | | | |
| 02/13/13 | Spg XDM 9 | 19 | 118 |
| | Spg XD/XDM | 45 | 100 |
| | Ruger SR556 | 30 | 20 |
| 08/21/13 | Ruger BX25X2 | | 25 |
| 08/19/13 | Ruger BX25 | | 30 |
| VENDOR: Am Char | | | |
| 11/05/12 | Kriss Mag Ext Kit | 30 | 9 |
| | Glock 9mm | 33 | 5 |
| | Tapco AK47 | 30 | 300 |
| | Tapco AR15 | 30 | 200 |
| | GSG STG-44 | 25 | 40 |
| 12/27/12 | Glock 9mm | 33 | 13 |
| 11/27/12 | Glock 17 Mag | 17 | 4 |
| | Kriss Mag Ext Kit | | 20 |
| 01/08/13 | Tapco SRS | 20 | 10 |
| 01/15/13 | Glock 17 | 17 | 1 |
| | Glock 17 | 17 | 55 |
| 01/28/13 | Glock 22 | 22 | 30 |
| | D&H | 30 | 50 |
| | Glock 17 | 17 | 20 |
| 02/10/13 | GSG AK | 24 | 20 |
| 02/02/13 | Glock 17 | 17 | 25 |
| 02/20/13 | D&H AR | 30 | 25 |
| | Kriss Mag Ext Kit | | 10 |
| | Kriss Mag 25+G21 | | 10 |
| 02/16/13 | Glock 17 | 17 | 20 |
| | Glock 20 | 15 | 33 |
| | Glock 9 | 33 | 30 |
| 03/07/13 | Glock 9 | 33 | 30 |
| | Colt AR | 20 | 5 |
| | Colt AR | 30 | 15 |
| | Tapco AR | 30 | 125 |
| | DDM SCAR | 20 | 165 |
| 03/26/13 | Glock 17 | 17 | 50 |
| | D&H AR | 30 | 20 |
| | Tapco AR | 30 | 25 |
| | Tapco AK | 30 | 150 |
| 05/03/13 | Glock 17 | 17 | 50 |
| 04/09/13 | GSG 5/522 | 110 | 10 |
| | Glock 17 | 17 | 25 |

1

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
| 04/10/13 | Troy BattleMag 3pk | 30 | 50 |
| | Glock 17 | 17 | 30 |
| 04/19/13 | Glock 17 | 17 | 25 |
| 05/07/13 | Glock 22 | 22 | 9 |
| 06/13/13 | Glock 22 | 22 | 15 |
| | Glock 9 | 33 | 15 |
| | Glock 17 | 17 | 5 |
| 07/30/13 | LE Glock 17 | 17 | 50 |
| VENDOR: Ammunition Storage Components | | | |
| 12/19/12 | AR 6.8 | 25 | 30 |
| 12/11/12 | AR 556 | 30 | 300 |
| 12/06/12 | AR 556 | 20 | 300 |
| 12/12/12 | AR 556 | 30 | 200 |
| 02/27/13 | AR 556 | 30 | 300 |
| 03/15/13 | AR 308 | 20 | 50 |
| 04/04/13 | AR 556 | 30 | 600 |
| 05/28/13 | AR 556 | 30 | 100 |
| 07/10/13 | SCAR 308 | 25 | 50 |
| VENDOR: Beretta USA | | | |
| 04/04/13 | 90 Series | 17 | 200 |
| 04/25/13 | 90 Series | 17 | 200 |
| 05/15/13 | ARX | 20 | 18 |
| 06/05/13 | CX4 | 30 | 100 |
| VENDOR: Big Rock Sports | | | |
| 02/21/13 | Glock 17 | 17 | 35 |
| 05/17/13 | S&W M&P15-22 | 25 | 20 |
| | FNH SCAR17 | 20 | 21 |
| | Glock 17 | 17 | 122 |
| 06/12/13 | S&W M&P15-22 | 25 | 50 |
| 05/14/13 | Ruger SR9 | 17 | 50 |
| VENDOR:  Bill Hicks & Co. Ltd. | | | |
| 01/09/13 | RWB FN FAL | 20 | 60 |
| 02/01/13 | FNH PS90 | 50 | 60 |
| VENDOR:  (Addendum) AmChar | | | |
| 07/23/13 | Glock 17 | 17 | 11 |
| | Glock 9mm | 33 | 54 |
| 08/22/13 | Kriss 45ACP | 25 | 100 |
| | Glock 17 | 17 | 30 |
| VENDOR:  Black Dog Machine, LLC | | | |
| 03/13/13 | 10-22 Drum | 50 | 20 |
| | Colt/DPMS | 32 | 30 |
| | AR 15-22 | 26 | 15 |
| | Black | 25 | 15 |

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
|  | S&W MP15-22 Drum | 50 | 30 |
| 03/14/13 | 10-22 Drum | 50 | 10 |
| 04/03/13 | 10-22 Drum | 50 | 8 |
| 04/11/13 | 10-22 Drum | 50 | 28 |
|  | Black | 25 | 30 |
|  | 10-22 Stick | 25 | 60 |
| 05/01/13 | 10-22 Drum | 50 | 24 |
|  | S&W M&P15-22 Drum | 50 | 60 |
| VENDOR: Bushnell |  |  |  |
| 03/26/13 | Steel Lips 10/22 | 25 | 256 |
| 05/09/13 | Steel Lips 10/22 | 25 | 32 |
| VENDOR: Checkmate |  |  |  |
| 12/10/12 | MIA/M14 | 20 | 100 |
|  | MIA/M14 | 20 | 1,500 |
| VENDOR: CZ USA |  |  |  |
| 11/08/12 | CZ75SP9 | 18 | 4 |
| 04/18/13 | CZP09-9 | 19 | 6 |
| 04/18/13 | CZP09-9 | 19 | 6 |
| VENDOR: Ellett Brothers |  |  |  |
| 01/22/13 | Ruger BX25X2 | 50 | 2 |
| 01/24/13 | Ruger SR556 | 30 | 1 |
| 03/04/13 | PMI Ruger 10-22 | 25 | 15 |
|  | PMI AK | 30 | 3 |
|  | PMI SKS | 30 | 6 |
| 03/07/13 | Spg XD9 | 16 | 2 |
|  | Ruger SR556 | 30 | 2 |
|  | DPMS 308 | 19 | 1 |
| 03/14/13 | Spg XD9 | 16 | 2 |
| VENDOR: Interstate Arms Corp. |  |  |  |
| 12/06/12 | FNH 57 Pistol | 20 | 12 |
|  | FNH PS90 | 50 | 11 |
|  | Glock .40 | 22 | 2 |
|  | Glock 9 | 33 | 18 |
| 12/22/12 | Beretta PX49 | 17 | 18 |
| 05/10/13 | Glock 17 | 17 | 10 |
|  | Glock .40 | 22 | 24 |
| 07/12/13 | Glock 9 | 33 | 18 |
| VENDOR: JSC Inc. |  |  |  |
| 11/09/12 | S&W M&P15-22 | 25 | 6 |
|  | S&W M&P 9 | 17 | 8 |
| 12/03/12 | FN 57 Pistol | 20 | 10 |
| 12/01/12 | S&W M&P15-22 | 25 | 12 |

3

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
|  | Ruger BX25 | 25 | 12 |
| 12/19/12 | Magpul | 30 | 50 |
| 12/21/12 | Magpul | 30 | 50 |
| 12/19/12 | Ruger BX25 | 25 | 20 |
| 01/14/13 | Troy Battle Mag | 30 | 10 |
| 01/25/13 | BRO AR Mag | 30 | 5 |
| 01/30/13 | Magpul | 30 | 20 |
| 02/11/13 | Magpul | 30 | 10 |
| 02/25/13 | Spg XDM9 | 19 | 10 |
|  | Glock 9 | 33 | 5 |
|  | Ruger BX25X2 | 50 | 105 |
|  | PMI AK47 | 30 | 5 |
|  | PMI AK47 | 73 | 5 |
| 03/08/13 | CZ 75 9 | 16 | 23 |
|  | DPMS 308 | 19 | 5 |
|  | Glock 19 | 15 | 10 |
|  | FNH SCAR16 | 30 | 1 |
|  | FNH PS90 | 30 | 47 |
| 03/22/13 | Ruger BX25X2 | 50 | 35 |
|  | Spg XD9 | 16 | 10 |
| 04/05/13 | FNH Scar 17 | 20 | 10 |
|  | FNH Scar 17 | 20 | 10 |
|  | FNH PS90 | 50 | 13 |
| 04/19/13 | FNH Scar 17S | 20 | 10 |
|  | S&W M&P15-22 | 25 | 40 |
| 05/18/13 | KelTec PMR30 | 30 | 36 |
|  | FNH Scar 17S FDE | 20 | 10 |
|  | H-K 416.22 | 20 | 10 |
| VENDOR: K-VAR Corp. |  |  |  |
| 02/18/13 | M47BA Bulgarian | 30 | 300 |
| VENDOR: Lipseys, LLC |  |  |  |
| 12/19/12 | Ruger BX25X2 | 50 | 6 |
| 04/04/13 | FNH FNS-9 | 17 | 15 |
|  | FNH Scar17FDE | 20 | 6 |
|  | Glock 9mm | 33 | 6 |
| 04/23/13 | S&W M&P15-22 | 25 | 6 |
|  | Colt M4-22 | 30 | 15 |
|  | Auto Ord 45 | 30 | 4 |
|  | Glock 9mm | 33 | 33 |
|  | GSG-22 | 110 | 12 |
|  | Glock 20 | 15 | 2 |
|  | Glock 17 | 17 | 10 |
|  | Glock 40 | 22 | 10 |
|  | FNH Scar 17S | 20 | 3 |

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
|  | HR MP5-22 | 25 | 10 |
| 04/29/13 | FNH Scar 17S | 20 | 5 |
| 05/06/13 | Glock 9mm | 33 | 41 |
|  | FNH Scar 17S FDE | 20 | 16 |
|  | Glock .40 | 22 | 31 |
|  | Glock 17 | 17 | 8 |
| 06/27/13 | Spg XDM40 | 16 | 18 |
| 08/08/13 | Glock .40 | 22 | 25 |
|  | Glock 9mm | 33 | 25 |
| VENDOR:  Magpul Industries |  |  |  |
| 12/03/12 | PMag Gen 3 | 30 | 300 |
|  | PMag Gen 2 MOE | 30 | 100 |
|  | PMag Gen2 Win | 30 | 200 |
|  | PMag B1K | 20 | 100 |
|  | PMag FDE | 20 | 100 |
|  | PMag FDE Gen 2 | 30 | 100 |
| 12/31/12 | PMag Gen 3 | 30 | 100 |
| 01/07/13 | PMag 20LR .308 | 20 | 100 |
| 12/24/12 | PMag Gen 2 Win | 30 | 20 |
| 12/21/12 | PMag Gen 2 | 30 | 100 |
| 12/30/12 | PMag Gen 3 | 30 | 400 |
|  | PMag Gen 2 | 30 | 300 |
| 11/29/12 | PMag Gen 2 | 20 | 100 |
| 11/07/12 | PMag Gen 3 | 30 | 100 |
| 11/09/12 | PMag Std | 30 | 100 |
|  | PMag Gen 2 Win | 30 | 100 |
| 02/04/13 | PMag Gen 3 Win | 30 | 500 |
|  | PMag Gen 2 Win | 30 | 500 |
|  | PMag Gen 2 | 30 | 500 |
|  | PMag 20 LR .308 | 20 | 500 |
| 02/04/13 | PMag Gen 3 | 30 | 300 |
|  | PMag Gen 2 Win | 30 | 400 |
|  | PMag Gen 2 Win FDE | 30 | 100 |
|  | PMag Gen 3 | 30 | 200 |
|  | PMag Gen 3 | 30 | 300 |
|  | PMag 20LR .308 | 20 | 200 |
| 03/05/13 | PMag Gen 2 Win | 30 | 500 |
|  | PMag Gen 2 MOE | 30 | 700 |
|  | PMag 20 LR .308 | 20 | 375 |
| 03/08/13 | PMag Gen 2 Win | 30 | 500 |
|  | PMag Gen 2 | 30 | 700 |
|  | PMag Gen 2 Win | 30 | 1000 |
|  | PMag Gen 2 | 30 | 1000 |

5

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
| 04/09/13 | PMag Gen 3 Win | 30 | 500 |
| | PMag 20 gen 3 | 20 | 500 |
| | PMag Gen 3 Win | 30 | 500 |
| | PMag Gen 3 | 30 | 700 |
| | PMag 20 Gen 3 | 20 | 200 |
| | PMag Gen 3 Win | 30 | 500 |
| | PMag Gen 3 | 30 | 700 |
| | PMag Gen 3 | 20 | 200 |
| 04/22/13 | PMag Gen 3 Win | 30 | 1000 |
| | PMag Gen 3 | 30 | 1000 |
| | PMag Gen 3 | 20 | 300 |
| 04/09/13 | PMag Gen 3 Win | 30 | 400 |
| | PMag Gen 3 Win | 30 | 300 |
| 05/31/13 | PMag 20 Gen 3 | 20 | 200 |
| 06/17/13 | PMag 20 LR .308 | 20 | 200 |
| 06/04/13 | PMag Gen 3 | 30 | 200 |
| | PMag Gen 2 Win | 30 | 300 |
| | PMag Gen 2 | 30 | 300 |
| 06/14/13 | PMag 20 LR .308 | 20 | 450 |
| VENDOR: Mec-Gar USA Inc. | | | |
| 02/28/13 | Sig P226-9 | 18 | 288 |
| 04/09/13 | Beretta 92 | 20 | 240 |
| 03/22/13 | Beretta 92 | 18 | 360 |
| | CZ 75 | 16 | 96 |
| 04/23/13 | Beretta 92 | 20 | 240 |
| 05/09/13 | Spg XD-9 | 18 | 96 |
| VENDOR: MGE Wholesale | | | |
| 03/04/13 | AK Mags | 30 | 2,000 |
| | AK Mags | 40 | 500 |
| VENDOR: Ronan Corporation | | | |
| 01/24/13 | AR Mags | 30 | 2000 |
| 02/14/13 | AR Mags | 30 | 3000 |
| VENDOR: RSR Group Inc. | | | |
| 02/13/13 | Polish AR | 30 | 33 |
| 02/08/13 | Magpul PMag Win | 30 | 50 |
| 02/13/13 | Tapco AK | 30 | 80 |
| 02/21/13 | Magpul PMag Win | 30 | 20 |
| 02/28/13 | Magpul PMag | 20 | 30 |
| | Tapco AK Mag | 30 | 80 |
| | Tapco AK Mag | 30 | 80 |
| 03/25/13 | FNH FNS9 | 17 | 9 |
| | FNH FNS9 | 17 | 7 |
| | FNH FNS9 | 17 | 7 |
| | Spg XD9 | 16 | 58 |

6

4

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
| | FNH FNS9 | 17 | 9 |
| | Spg XD9 | 16 | 2 |
| | Tapco AR | 30 | 4 |
| | FNH FNS9 | 17 | 4 |
| | Tapco AR | 30 | 1 |
| 04/03/13 | Arsenal AK 5.56 | 20 | 4 |
| | Steyr AUG | 30 | 50 |
| | Steyr AUG | 42 | 36 |
| | Arsenal AK 5.56 | 20 | 8 |
| | Steyr AUG | 42 | 14 |
| 04/04/13 | MecGar Sig 226-9 | 20 | 90 |
| | Magpul PMag Win | 30 | 45 |
| | MecGar Sig 226-9 | 20 | 6 |
| | Magpul PMag Win | 30 | 5 |
| 04/23/13 | DPMS .308 | 19 | 20 |
| | DSA FAL | 20 | 300 |
| | Magpul PMag | 20 | 20 |
| | ProMag Saiga | 20 | 30 |
| 04/30/13 | Saiga .308 | 25 | 8 |
| | Tapco MPA-9 | 32 | 18 |
| | Saiga .308 | 25 | 2 |
| 06/7/13 | DPMS .308 | 19 | 20 |
| VENDOR:  Sports South LLC | | | |
| 12/20/12 | Ruger BX25X2 | 50 | 10 |
| 01/09/13 | FN Scar 17S | 20 | 1 |
| 02/06/13 | FN PS90 | 30 | 34 |
| | Magpul Kit W | 30 | 20 |
| | Magpul Matrix | 30 | 28 |
| | ProMag AK74 | 40 | 6 |
| 03/07/13 | Magpul Furn. Kits W | 30 | 40 |
| | Magpul Matrix | 30 | 23 |
| | FN FNS9 | 17 | 3 |
| | Magpul Furn. Kits W | 30 | 101 |
| | Magpul Matrix | 30 | 29 |
| 02/26/13 | Armdite AR10 | 20 | 1 |
| | Armdite MAG223 | 30 | 5 |
| | FN Scar17 | 20 | 1 |
| | FN PS90 | 50 | 1 |
| | FN PS90 | 30 | 5 |
| | MAKO 556 | 30 | 2 |
| | Magpul Furn. Kit | 30 | 131 |
| | Magpul Matrix | 30 | 49 |

7

5405

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
| | Sig 551 | 20 | 1 |
| | Tapco AK 74 | 30 | 2 |
| 02/27/13 | Magpul Furn Kit W | 30 | 66 |
| | Magpul Matrix | 30 | 11 |
| 03/01/13 | Magpul Furn. Kit W | 30 | 23 |
| | Magpul Matrix | 30 | 35 |
| 03/04/13 | Sig P226-9 | 18 | 6 |
| | S&W 59 | 20 | 2 |
| | ProMag Mini 14 | 30 | 10 |
| | Sig P250-9 | 17 | 1 |
| | Tapco AK - 10 pk | 20 | 1 |
| | Tapco AK74 - 7pk | 30 | 1 |
| | Tapco AK – 6pk | 30 | 3 |
| | Tapco SKS -8pk | 20 | 2 |
| 03/13/13 | Magpul Furn. Kit W | 30 | 24 |
| | Magpul Matrix | 30 | 58 |
| 03/22/13 | CZ75-9 | 19 | 24 |
| | Magpul Matrix | 30 | 75 |
| | ProMag Saiga | 20 | 7 |
| | Tapco AK - 6pk | 30 | 22 |
| 03/29/13 | Magpul Matrix | 30 | 76 |
| | Sig 516 | 30 | 1 |
| | Thermold FAL | 20 | 10 |
| | UZI-22 | 20 | 1 |
| 03/18/13 | FN PS90 | 30 | 2 |
| | Magpul Matrix Furn. W | 30 | 174 |
| | Sig 522 | 25 | 4 |
| | Sig 551 | 20 | 4 |
| | Tapco AK - 6pk | 30 | 4 |
| | Thermold FAL | 20 | 2 |
| 03/27/13 | CZ 75-40 | 16 | 6 |
| | CZ 75-9 | 16 | 30 |
| | CZ 75-9TS | 19 | 3 |
| | CZ 75-40TS | 17 | 10 |
| | CZ 75-9TS | 20 | 5 |
| | CZ PO7-9 | 16 | 15 |
| | CZ PO9-9 | 19 | 30 |
| | Magpul Matrix | 30 | 80 |
| | Thermold FAL | 20 | 2 |
| | Thermold MIA | 20 | 2 |
| | HK 416 | 20 | 5 |

8

5406

| ACQU. DATE | MAKE/MODEL | CAP (Rds) | INVENTORY |
|---|---|---|---|
| | HK 416 | 30 | 5 |
| | HK MP5 | 20 | 5 |
| 04/02/13 | FN FN59 | 17 | 7 |
| | FN Scar 17S FDE | 20 | 3 |
| | FN Scar 17S BLK | 20 | 16 |
| | FN PS90 | 50 | 10 |
| | Magpul Matrix | 30 | 5 |
| | Mossberg Plinkster | 35 | 10 |
| 04/04/13 | C Products | 30 | 30 |
| | Magpul Matrix | 30 | 193 |
| 04/05/13 | Magpul Matrix | 30 | 200 |
| 05/10/13 | Pro Mag Mini 14 | 30 | 7 |
| | Pro Mag AK | 72 | 2 |
| 04/16/13 | Thermold Mini 1 | 30 | 5 |
| | Thermold FAL | 20 | 5 |
| | Thermold MIA | 20 | 10 |
| 06/06/13 | Ruger Mini 14 | 20 | 11 |
| 08/16/13 | Saiga 12 | 20 | 6 |
| VENDOR:  Surefire LLC | | | |
| 11/21/12 | MAG 5-60 | 60 | 4 |
| 12/12/12 | MAG 5-60 | 60 | 4 |
| 02/21/13 | MAG 5-60 | 60 | 52 |
| 03/08/13 | MAG 5-60 | 60 | 200 |
| VENDOR:  Troy Industries, Inc. | | | |
| 01/18/13 | Troy Battle Mag – 100 pk | 30 | 3 |
| 02/04/13 | Troy Battle Mag | 30 | 1000 |