The Department of the Treasury issued the "April 1998 Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles." The report decided that the Department of the Treasury would deny importation of "large capacity military magazine rifles (LCMM rifles)" into the United States (Report, p.2) because the report "did not find any evidence that the ability to accept a detachable large capacity military magazine serves any sporting purpose." (Report, p.3). The report defined LCMM rifles as those with "the ability to accept a detachable large capacity magazine that was originally designed and produced for the military assault rifles from which they were derived." (Report, pp. 1-2). The study rifles were "semiautomatic rifles based on AK47, FN-FAL, HK91 and 93, Uzi, and SIG SG55 military assault rifles" and which "shared another important feature: the ability to accept a detachable large capacity magazine (e.g., more than 10 rounds)". (Report, pp. 2, 16).


PENGAD 800-631-6989
EXHIBIT
140
5530

## Summarized History for Bill Number HB13-1224

**(The date the bill passed to the committee of the whole reflects the date the bill passed out of committee.)**

02/07/2013 Introduced In House - Assigned to Judiciary
02/12/2013 House Committee on Judiciary Refer Amended to House Committee of the Whole
02/15/2013 House Second Reading Passed with Amendments
02/18/2013 House Third Reading Passed
02/27/2013 Introduced In Senate - Assigned to Judiciary
03/04/2013 Senate Committee on Judiciary Refer Amended to Senate Committee of the Whole
03/08/2013 Senate Second Reading Passed with Amendments
03/11/2013 Senate Third Reading Passed
03/13/2013 House Considered Senate Amendments - Result was to Concur - Repass
03/15/2013:00 PM 04:20 Signed by the Speaker of the House
03/15/2013 Sent to the Governor
03/15/2013:10 PM 04:10 Signed by the President of the Senate
03/20/2013 Governor Action - Signed

This information is prepared as an informational service only and should not be relied
upon as an official record of action taken by the Colorado General Assembly.



**EXHIBIT**

tabbies

141

5531

## Summarized History for Bill Number HB13-1229

(The date the bill passed to the committee of the whole reflects the date the bill passed out of committee.)

02/07/2013 Introduced In House - Assigned to Judiciary
02/12/2013 House Committee on Judiciary Refer Unamended to Appropriations
02/14/2013 House Committee on Appropriations Refer Amended to House Committee of the Whole
02/15/2013 House Second Reading Passed with Amendments
02/18/2013 House Third Reading Passed
02/27/2013 Introduced In Senate - Assigned to State, Veterans, & Military Affairs
03/04/2013 Senate Committee on State, Veterans, & Military Affairs Refer Amended to Appropriations
03/06/2013 Senate Committee on Appropriations Refer Amended to Senate Committee of the Whole
03/08/2013 Senate Second Reading Passed with Amendments
03/11/2013 Senate Third Reading Passed with Amendments
03/13/2013 House Considered Senate Amendments - Result was to Laid Over Daily
03/13/2013 House Considered Senate Amendments - Result was to Not Concur - Request Conference Committee
03/14/2013 First Conference Committee Result was to Adopt Rerevised w/ Amendments
03/15/2013 House Consideration of First Conference Committee Report result was to Adopt Committee Report - Repass
03/15/2013 Senate Consideration of First Conference Committee Report result was to Adopt Committee Report - Repass
03/18/2013:24 PM 04:20 Signed by the Speaker of the House
03/19/2013 Sent to the Governor
03/19/2013:50 AM 04:10 Signed by the President of the Senate
03/20/2013 Governor Action - Signed

This information is prepared as an informational service only and should not be relied
upon as an official record of action taken by the Colorado General Assembly.

5532

Page 348        Senate Journal-50th Day-February 27, 2013

Judiciary       After consideration on the merits, the Committee recommends that **SB13-184** be referred
                to the Committee of the Whole with favorable recommendation and with a
                recommendation that it be placed on the Consent Calendar.

Judiciary       After consideration on the merits, the Committee recommends that **HB13-1062** be
                amended as follows, and as so amended, be referred to the Committee of the Whole with
                favorable recommendation and with a recommendation that it be placed on the Consent
                Calendar.

                    Amend reengrossed bill, page 4, line 2, after "PROPERTY" insert "OR
                    ALLIED LINES".

                    Page 4, line 9, strike "PROPERTY;" and substitute "PROPERTY OR ALLIED
                    LINES;".

                    Page 4, line 13, after "PROPERTY" insert "OR ALLIED LINES".

                    Page 8, line 27, strike "COMPLETE".

                    Page 10, line 19, strike "OR CRITICAL".

Judiciary       After consideration on the merits, the Committee recommends that **HB13-1053** be
                referred to the Committee of the Whole with favorable recommendation and with a
                recommendation that it be placed on the Consent Calendar.

---

## SENATE SERVICES REPORT

**Correctly Engrossed:** SB13-050, 077, 079, 083,129, 146, 167 and 169.
**Correctly Reengrossed:** SB13-163.
**Correctly Revised:** HB13-1026, 1035, 1055, 1063,1087 and 1113.
**Correctly Rerevised:** HB13-1008, 1010, 1041, 1051, 1072 and 1137.
**Correctly Enrolled:** SB 13-114, 115 and 133.

---

## INTRODUCTION OF BILLS -- FIRST READING

The following bills were read by title and referred to the committees indicated:

**SB13-194**   by Senator(s) Steadman; also Representative(s) Gerou--Concerning a repeal of a telephone
                assistance program for low-income individuals.
                    Business, Labor, & Technology

**SB13-195**   by Senator(s) Tochtrop; also Representative(s) May--Concerning requiring certain
                applicants for concealed handgun permits to complete a handgun training class on the
                physical grounds where the certified instructor of the course offers the course.
                    Judiciary

**SB13-196**   by Senator(s) Morse; also Representative(s) Fields--Concerning the "Assault Weapon
                Responsibility Act".
                    Judiciary

**HB13-1224**  by Representative(s) Fields; also Senator(s) Hodge--Concerning prohibiting large-capacity
                ammunition magazines.
                    Judiciary

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55
56
57
58
59
60
61
62
63
64
65
66
67
68
69

**HB13-1226**  by Representative(s) Levy, Fields, Fischer, Hullinghorst, McCann, Schafer; also Senator(s) Heath--Concerning eliminating the authority of a concealed handgun permit holder to possess a concealed handgun on the campus of an institution of higher education.
     State, Veterans, & Military Affairs

**HB13-1228**  by Representative(s) Court, Duran, Ferrandino, Fields, Fischer, Foote, Hullinghorst, Levy, McCann, Melton, Moreno, Pabon, Peniston, Rosenthal, Ryden, Salazar, Schafer, Williams; also Senator(s) Heath--Concerning requiring the Colorado bureau of investigation to recoup the cost of performing an instant criminal background check prior to the transfer of a firearm, and, in connection therewith, making and reducing an appropriation.
     State, Veterans, & Military Affairs

**HB13-1229**  by Representative(s) Fields and McCann; also Senator(s) Carroll--Concerning criminal background checks performed pursuant to the transfer of a firearm, and, in connection therewith, making an appropriation.
     State, Veterans, & Military Affairs

_____

Call of the Senate.            Call raised.

_____

## THIRD READING OF BILLS -- FINAL PASSAGE -- CONSENT CALENDAR

On third reading, the titles of the following bills were publicly read, the reading at length having been dispensed with by unanimous consent:

**HB13-1063**  by Representative(s) Garcia; also Senator(s) Giron--Concerning the issuance of a critical care endorsement to emergency medical service providers.

The question being "Shall the bill pass?", the roll call was taken with the following result:

| YES | 34 | NO | 0 | EXCUSED | 1 | ABSENT | 0 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | Y | Scheffel | Y |
| Baumgardner | E | Heath | Y | King | Y | Schwartz | Y |
| Brophy | Y | Hill | Y | Lambert | Y | Steadman | Y |
| Cadman | Y | Hodge | Y | Lundberg | Y | Tochtrop | Y |
| Carroll | Y | Hudak | Y | Marble | Y | Todd | Y |
| Crowder | Y | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | Y | Jones | Y | Renfroe | Y | | |

A majority of all members elected to the Senate having voted in the affirmative, the bill was **passed**.

Co-sponsor(s) added: Kefalas, Morse, Newell and Todd.

**HB13-1026**  by Representative(s) Fischer, Szabo, Vigil; also Senator(s) Schwartz, Giron, Renfroe--Concerning the accounting of the equipment and renovation fee assessed as a part of the western interstate commission for higher education compact.

The question being "Shall the bill pass?", the roll call was taken with the following result:

Appro-
priations

After consideration on the merits, the Committee recommends that HB13-1229 be amended as follows, and as so amended, be referred to the Committee of the Whole with favorable recommendation.

Amend reengrossed bill, page 3, after line 5, strike "EXCEPT" and substitute "ON AND AFTER JULY 1, 2013, EXCEPT".

Page 14, strike lines 5 through 27.

Page 15, strike line 1 and substitute:

1
2
3
4
5
6
7
8
9
10
11

**SECTION 10. Appropriation.** (1) In addition to any other appropriation, there is hereby appropriated, out of any moneys in the general fund not otherwise appropriated, to the department of public safety, for the fiscal year beginning July 1, 2013, the sum of $1,415,932 and 24.7 FTE, or so much thereof as may be necessary, to be allocated for the implementation of this act as follows:

(a) $324,806 for the executive director's office;

(b) $80,000 for the Colorado crime information center; and

(c) $1,011,126 and 24.7 FTE for the state point of contact-national instant criminal background check program.

**SECTION 11. Appropriation.** (1) In addition to any other appropriation, there is hereby appropriated, out of any moneys in the instant criminal background check cash fund created in section 24-33.5-424 (3.5) (b), Colorado Revised Statutes, not otherwise appropriated, to the department of public safety, for the fiscal year beginning July 1, 2013, the sum of $1,415,932 and 24.7 FTE, or so much thereof as may be necessary, to be allocated for the implementation of this act as follows:

(a) $324,806 for the executive director's office;

(b) $80,000 for the Colorado crime information center; and

(c) $1,011,126 and 24.7 FTE for the state point of contact-national instant criminal background check program.

**SECTION 12. Effective Date.** This act takes effect upon passage; except that section 10 of this act takes effect only if House Bill 13-1228 does not become law, and section 11 of this act takes effect only if House Bill 13-1228 becomes law.".

Renumber succeeding section accordingly.

| Appro-priations | After consideration on the merits, the Committee recommends that HB13-1228 be referred to the Committee of the Whole with favorable recommendation. |

Judiciary

After consideration on the merits, the Committee recommends that HB13-1224 be amended as follows, and as so amended, be referred to the Committee of the Whole with favorable recommendation.

Amend reengrossed bill, page 2, strike lines 10 through 14 and substitute:

"(2) (a) "LARGE-CAPACITY MAGAZINE MEANS:

(I) A FIXED OR DETACHABLE MAGAZINE, BOX, DRUM, FEED STRIP, OR SIMILAR DEVICE CAPABLE OF ACCEPTING, OR THAT IS DESIGNED TO BE READILY CONVERTED TO ACCEPT, MORE THAN FIFTEEN ROUNDS OF AMMUNITION;

(II) A FIXED MAGAZINE OR SIMILAR DEVICE THAT IS CAPABLE OF ACCEPTING MORE THAN EIGHT SHOTGUN SHELLS; OR

(III) A DETACHABLE MAGAZINE, TUBE, BOX, DRUM, FEED STRIP, OR SIMILAR DEVICE THAT IS CAPABLE OF ACCEPTING MORE THAN EIGHT SHOTGUN SHELLS WHEN COMBINED WITH A FIXED MAGAZINE.".

Page 4, line 7, strike "TO:" and substitute "TO, OR ANY LICENSED GUN DEALER, AS DEFINED IN SECTION 12-26.1-106 (6), C.R.S., OR ANY EMPLOYEE THEREOF ENGAGED IN HIS OR HER OFFICIAL EMPLOYMENT DUTIES, THAT SELLS LARGE-CAPACITY MAGAZINES EXCLUSIVELY TO:".

Page 4, strike line 27 and substitute "ON BEHALF OF A MANUFACTURER OF LARGE-CAPACITY MAGAZINES WITHIN COLORADO.".

Page 5, strike lines 4 through 6 and substitute "SECTION MUST INCLUDE A PERMANENT STAMP OR MARKING INDICATING THAT THE LARGE-CAPACITY MAGAZINE WAS MANUFACTURED OR ASSEMBLED AFTER THE EFFECTIVE DATE OF THIS SECTION. THE STAMP OR MARKING MUST BE LEGIBLY AND CONSPICUOUSLY".

Judiciary

After consideration on the merits, the Committee recommends that SB13-196 be referred to the Committee of the Whole with favorable recommendation.

Page 4, line 16, strike "STATE," and substitute "STATE AND".

Page 4, strike line 17 and substitute "SAME STATE.".

Page 7, line 14, before "COSTS" insert "TRAVEL".

Page 9, strike lines 20 through 27 and substitute "2017.
    SECTION 7. In Colorado Revised Statutes, 24-34-104, **add**
(48.5) (d) as follows:
    **24-34-104. General assembly review of regulatory agencies
and functions for termination, continuation, or reestablishment.**
(48.5)    The following agencies, functions, or both, terminate on
September 1, 2017:
        (d) THE MOST PROGRAM CREATED BY PART 5 OF ARTICLE 5 OF".

———————

### SENATE SERVICES REPORT

**Correctly Engrossed:** SB13-014, 023, 060, 149, 150, 151, 179, 187 and 190.
**Correctly Reengrossed:** SB13-183 and 184.
**Correctly Revised:** HB13-1015, 1038, 1052, 1065, 1084, 1088 and 1109.
**Correctly Rerevised:** HB13-1024, 1043, 1053, 1062, 1144, 1146 and 1203.

———————

### INTRODUCTION OF BILLS -- FIRST READING

The following bills were read by title and referred to the committees indicated:

**SB13-201**  by Senator(s) Kerr, Balmer, Guzman, Tochtrop; also Representative(s) Pettersen, Conti,
Court, Hullinghorst, Kraft-Tharp, Rankin, Tyler--Concerning the designation of dogs and
cats that are adopted from Colorado animal shelters and rescues as the state pets.
        Education

**HB13-1036**  by Representative(s) Singer; also Senator(s) Heath and Nicholson--Concerning the authority
of a local improvement district.
        Local Government

**HB13-1046**  by Representative(s) Williams; also Senator(s) Ulibarri--Concerning employer access to
personal information through electronic communication devices, and, in connection
therewith, making an appropriation.
        Business, Labor, & Technology

**HB13-1060**  by Representative(s) McLachlan; also Senator(s) Newell--Concerning raising the maximum
fine that may be assessed by a municipal court.
        Local Government

**HB13-1077**  by Representative(s) Salazar; also Senator(s) Ulibarri--Concerning a driver's right to
challenge the lawfulness of a law enforcement officer's initial contact in an administrative
proceeding for a revocation of a driver's license, and, in connection therewith, making an
appropriation.
        Finance

**HB13-1124**  by Representative(s) Pabon and Stephens, Williams, Melton; also Senator(s) Jahn,
Tochtrop--Concerning the reduction of improper unemployment insurance benefit payments
through compliance with the federal "Trade Adjustment Assistance Extension Act of 2011",
and, in connection therewith, making an appropriation.
        Business, Labor, & Technology

PARAGRAPH (b) OF THIS SUBSECTION (8) SHALL NOT BE HELD CRIMINALLY    1
OR CIVILLY LIABLE FOR SUCH ELECTION NOT TO ACT.    2
    (II) A LAW ENFORCEMENT AGENCY THAT RETURNS POSSESSION OF    3
A FIREARM OR AMMUNITION TO A DEFENDANT IN GOOD FAITH AS    4
PERMITTED BY PARAGRAPH (f) OF THIS SUBSECTION (8) SHALL NOT BE    5
HELD CRIMINALLY OR CIVILLY LIABLE FOR SUCH ACTION.".    6
    7
    8
Amendment No. 5(L.012), by Senator Hudak.    9
    10
    Amend the Hudak floor amendment (SB197_L.010), page 1, line 19,    11
    strike "c)," and substitute "(c),".    12
    13
    Page 6 of the floor amendment, strike line 23.    14
    15
    Page 14 of the floor amendment, strike line 34 and substitute:    16
    17
    "Page 23 of the printed bill, line 14, strike "RESPONDENT" and substitute    18
    "DEFENDANT".".    19
    20
    Page 15 of the floor amendment, strike line 2 and substitute:    21
    22
    "Page 23 of the bill, line 17, strike "RESPONDENT," and substitute    23
    "DEFENDANT,".".    24
    25
    Page 15 of the floor amendment, after line 17 insert:    26
    27
    "Page 24 of the bill, line 10, strike "PERSON" and substitute    28
    "DEFENDANT".".    29
    30
    Page 15 of the floor amendment, strike line 19.    31
    32
    33
As amended, ordered engrossed and placed on the calendar for third reading and final    34
passage.    35
    36
    37
**SB13-195**    by Senator(s) Tochtrop; also Representative(s) May--Concerning requiring certain    38
    applicants for concealed handgun permits to complete a handgun training class on the    39
    physical grounds where the certified instructor of the course offers the course.    40
    41
Amendment No. 1(L.002), by Senator Tochtrop.    42
    43
    Amend printed bill, page 2, line 16, strike "ANY PORTION OF THE" and    44
    substitute "THE ENTIRE".    45
    46
    47
As amended, ordered engrossed and placed on the calendar for third reading and final    48
passage.    49
    50
    51
**HB13-1229**    by Representative(s) Fields and McCann; also Senator(s) Carroll--Concerning criminal    52
    background checks performed pursuant to the transfer of a firearm, and, in connection    53
    therewith, making an appropriation.    54
    55
    Amendment No. 1, State, Veterans & Military Affairs Committee Amendment.    56
    (Printed in Senate Journal, March 5, page(s) 381-384 and placed in members' bill files.)    57
    58
    Amendment No. 2, Appropriations Committee Amendment.    59
    (Printed in Senate Journal, March 6, page(s) 398-402 and placed in members' bill files.)    60
    61
    Amendment No. 3(L.030), by Senator Carroll.    62
    63
    Amend the Senate State, Veterans, & Military Affairs Committee Report,    64
    dated March 4, 2013, page 2, after line 4 insert:    65
    66
    "Page 5, line 18, strike "THE TRANSFER IS A" and substitute "A".".    67
    68
    Page 2 of the committee report, line 7, strike "OR".    69

Amendment No. 4(L.033), by Senator Carroll.

Amend the Appropriations Committee Report, dated March 6, 2013, page 3, line 14, after "Department" insert "of Personnel Capitol Complex leased space rent proceeds, $47,125 shall be from the Judicial Department, $32,358 shall be from the Legislative Department, $16,130 shall be from the Department of Law, and $552,955 shall be from various sources.".

Amendment No. 5(L.034), by Senator Carroll.

Amend the State, Veterans, and Military Affairs Committee Report, dated March 4, 2013, page 2, line 13, after "SUBSEQUENT" insert "UNLAWFUL".

Amendment No. 6(L.035), by Senator Balmer.

Amend the State, Veterans, and Military Affairs Committee Report, dated March 4, 2013, page 2, line 9, strike "OR".

Page 2, line 14, strike "FIREARM." and substitute "FIREARM; OR".

Page 2, after line 14 insert:

"(i) A TRANSFER OF A FIREARM FROM A PERSON SERVING IN THE ARMED FORCES OF THE UNITED STATES WHO WILL BE DEPLOYED OUTSIDE OF THE UNITED STATES WITHIN THE NEXT THIRTY DAYS TO ANY FAMILY MEMBER OR FRIEND OF THE PERSON.".

As amended, ordered revised and placed on the calendar for third reading and final passage.

(For further action, see amendments to the report of the Committee of the Whole.)

**HB13-1228** by Representative(s) Court, Duran, Ferrandino, Fields, Fischer, Foote, Hullinghorst, Levy, McCann, Melton, Moreno, Pabon, Peniston, Rosenthal, Ryden, Salazar, Schafer, Williams; also Senator(s) Heath--Concerning requiring the Colorado bureau of investigation to recoup the cost of performing an instant criminal background check prior to the transfer of a firearm, and, in connection therewith, making and reducing an appropriation.

Ordered revised and placed on the calendar for third reading and final passage.

**HB13-1226** by Representative(s) Levy, Fields, Fischer, Hullinghorst, McCann, Schafer; also Senator(s) Heath--Concerning eliminating the authority of a concealed handgun permit holder to possess a concealed handgun on the campus of an institution of higher education.

Laid over until Friday, May 10, retaining its place on the calendar.

**HB13-1224** by Representative(s) Fields; also Senator(s) Hodge--Concerning prohibiting large-capacity ammunition magazines.

Amendment No. 1, Judiciary Committee Amendment.
(Printed in Senate Journal, March 6, page(s) 402 and placed in members' bill files.)

Amendment No. 2(L.026), by Senator Hodge.

Amend the Judiciary Committee Report, dated March 4, 2013, page 1, strike lines 7 and 8 and substitute:

"(II) A FIXED, TUBULAR SHOTGUN MAGAZINE THAT HOLDS MORE THAN TWENTY-EIGHT INCHES OF SHOTGUN SHELLS, INCLUDING ANY EXTENSION DEVICE THAT IS ATTACHED TO THE MAGAZINE AND HOLDS

Page 460     Senate Journal-59th Day-March 8, 2013

ADDITIONAL SHOTGUN SHELLS; OR".

Page 1, line 9, strike "A DETACHABLE MAGAZINE, TUBE," and substitute
"A NONTUBULAR, DETACHABLE MAGAZINE,".

As amended, ordered revised and placed on the calendar for third reading and final
passage.

(For further action, see amendments to the report of the Committee of the Whole.)

**SB13-196**   by Senator(s) Morse; also Representative(s) Fields--Concerning the "Assault Weapon
Responsibility Act".

Laid over until Friday, May 10, retaining its place on the calendar.

**HB13-1097**   by Representative(s) Gardner; also Senator(s) Nicholson--Concerning the duties of
coroners.

Laid over until Monday, March 11, retaining its place on the calendar.

**HB13-1083**   by Representative(s) Ginal; also Senator(s) Tochtrop--Concerning the motorcycle operator
safety training program.

Laid over until Monday, March 11, retaining its place on the calendar.

---

## AMENDMENTS TO THE REPORT OF THE COMMITTEE OF THE WHOLE

**HB13-1229**   by Representative(s) Fields and McCann; also Senator(s) Carroll--Concerning criminal
background checks performed pursuant to the transfer of a firearm, and, in connection
therewith, making an appropriation.

Senator Carroll moved to amend the Report of the Committee of the Whole to show that the
following amendment to HB13-1229 did pass.

Amend the Balmer floor amendment (HB1229_L.035), page 1, line 7,
strike "FAMILY" and substitute "IMMEDIATE FAMILY MEMBER, WHICH IS
LIMITED TO A SPOUSE, PARENT, CHILD, SIBLING, GRANDPARENT,
GRANDCHILD, NIECE, NEPHEW, FIRST COUSIN, AUNT, AND UNCLE,".

Page 1, line 8, strike "MEMBER OR FRIEND".

A majority of all members elected to the Senate having voted in the affirmative, the
amendment to the report of the Committee of the Whole **passed** on the following roll call
vote:

| YES | 35 | NO | 0 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | | Guzman | Y | Kefalas | Y | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | Y | Scheffel | Y |
| Baumgardner | Y | Heath | Y | King | Y | Schwartz | Y |
| Brophy | Y | Hill | Y | Lambert | Y | Steadman | Y |
| Cadman | Y | Hodge | Y | Lundberg | Y | Tochtrop | Y |
| Carroll | Y | Hudak | Y | Marble | Y | Todd | Y |
| Crowder | Y | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | Y | Jones | Y | Renfroe | Y | | |

Senate Journal-59th Day-March 8, 2013                                    Page 461

Senator Crowder moved to amend the Report of the Committee of the Whole to show that the following amendment to HB13-1229 did pass.

Amend reengrossed bill, page 6, after line 25 insert:

"(8) THE OPERATION OF THIS SECTION SHALL BE STATEWIDE UNLESS A MUNICIPALITY, COUNTY, CITY, OR CITY AND COUNTY, BY EITHER A MAJORITY OF THE REGISTERED ELECTORS OF THE MUNICIPALITY, COUNTY, CITY, OR CITY AND COUNTY VOTING AT A REGULAR ELECTION OR SPECIAL ELECTION CALLED IN ACCORDANCE WITH THE "COLORADO MUNICIPAL ELECTION CODE OF 1965", ARTICLE 10 OF TITLE 31, C.R.S., OR THE "UNIFORM ELECTION CODE OF 1992", ARTICLES 1 TO 13 OF TITLE 1, C.R.S., AS APPLICABLE, OR A MAJORITY OF THE MEMBERS OF THE GOVERNING BOARD FOR THE MUNICIPALITY, COUNTY, CITY, OR CITY AND COUNTY, VOTE TO EXCLUDE ITS CITIZENS FROM THE REQUIREMENTS OF THIS SECTION.".

Less than a majority of all members elected to the Senate having voted in the affirmative, the amendment to the report of the Committee of the Whole **lost** on the following roll call vote:

| YES | 16 | NO | 19 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | N | Guzman | N | Kefalas | N | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | Y | Scheffel | Y |
| Baumgardner | Y | Heath | N | King | N | Schwartz | N |
| Brophy | Y | Hill | Y | Lambert | Y | Steadman | N |
| Cadman | Y | Hodge | N | Lundberg | Y | Tochtrop | N |
| Carroll | N | Hudak | N | Marble | Y | Todd | N |
| Crowder | Y | Jahn | N | Newell | N | Ulibarri | N |
| Giron | N | Johnston | Y | Nicholson | Y | President | N |
| Grantham | Y | Jones | N | Renfroe | Y | | |

**HB13-1224** by Representative(s) Fields; also Senator(s) Hodge--Concerning prohibiting large-capacity ammunition magazines.

Senators Lambert, Harvey, and Balmer moved to amend the Report of the Committee of the Whole to show that the following Lambert floor amendment, (L.032) to HB 13-1224, did pass.

Amend reengrossed bill, page 4, strike line 16 and substitute:

"(V) AN ACTIVE DUTY, RESERVE, NATIONAL GUARD, OR COAST GUARD MEMBER; OR HONORABLY DISCHARGED VETERAN OF THE UNITED STATES ARMED FORCES, RESERVES, NATIONAL GUARD, OR COAST GUARD; OR MEMBERS OF THEIR FAMILIES; OR".

Renumber succeeding subparagraph accordingly.

Less than a majority of all members elected to the Senate having voted in the affirmative, the amendment to the report of the Committee of the Whole **lost** on the following roll call vote:

| YES | 16 | NO | 19 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | N | Guzman | N | Kefalas | N | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | Y | Scheffel | Y |
| Baumgardner | Y | Heath | N | King | N | Schwartz | N |
| Brophy | Y | Hill | Y | Lambert | Y | Steadman | N |
| Cadman | Y | Hodge | N | Lundberg | Y | Tochtrop | Y |
| Carroll | N | Hudak | N | Marble | Y | Todd | N |
| Crowder | Y | Jahn | N | Newell | N | Ulibarri | N |
| Giron | N | Johnston | Y | Nicholson | Y | President | N |
| Grantham | Y | Jones | N | Renfroe | Y | | |

Senator Lundberg moved to amend the Report of the Committee of the Whole to show that HB 13-1224, as amended, did not pass.

Less than a majority of all members elected to the Senate having voted in the affirmative, the amendment to the report of the Committee of the Whole **lost** on the following roll call vote:

| YES | 17 | NO | 18 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | N | Guzman | N | Kefalas | N | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | N | Scheffel | Y |
| Baumgardner | Y | Heath | N | King | Y | Schwartz | N |
| Brophy | Y | Hill | Y | Lambert | Y | Steadman | N |
| Cadman | Y | Hodge | N | Lundberg | Y | Tochtrop | Y |
| Carroll | N | Hudak | N | Marble | Y | Todd | N |
| Crowder | Y | Jahn | Y | Newell | N | Ulibarri | N |
| Giron | N | Johnston | N | Nicholson | N | President | N |
| Grantham | Y | Jones | N | Renfroe | Y | | |

Senator Hill moved to amend the Report of the Committee of the Whole to show that the following Hill floor amendment, (L.031) to HB 13-1224, did pass.

Amend reengrossed bill, page 4, strike lines 19 through 24.

Reletter succeeding paragraph accordingly.

Less than a majority of all members elected to the Senate having voted in the affirmative, the amendment to the report of the Committee of the Whole **lost** on the following roll call vote:

| YES | 15 | NO | 20 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | N | Guzman | N | Kefalas | N | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | N | Scheffel | Y |
| Baumgardner | Y | Heath | N | King | Y | Schwartz | N |
| Brophy | Y | Hill | Y | Lambert | Y | Steadman | N |
| Cadman | Y | Hodge | N | Lundberg | Y | Tochtrop | N |
| Carroll | N | Hudak | N | Marble | Y | Todd | N |
| Crowder | Y | Jahn | N | Newell | N | Ulibarri | N |
| Giron | N | Johnston | N | Nicholson | N | President | N |
| Grantham | Y | Jones | N | Renfroe | Y | | |

## ADOPTION OF THE REPORT OF THE COMMITTEE OF THE WHOLE

On motion of Senator Ulibarri, the report of the Committee of the Whole was **adopted** on the following roll call vote:

| YES | 20 | NO | 15 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | N |
| Balmer | N | Harvey | N | Kerr | N | Scheffel | N |
| Baumgardner | N | Heath | Y | King | Y | Schwartz | N |
| Brophy | N | Hill | N | Lambert | N | Steadman | Y |
| Cadman | N | Hodge | Y | Lundberg | N | Tochtrop | Y |
| Carroll | Y | Hudak | Y | Marble | N | Todd | Y |
| Crowder | N | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | N | Jones | Y | Renfroe | N | | |

Senate Journal-59th Day-March 8, 2013                              Page 463

The Committee of the Whole took the following action:

Passed on second reading: SB13-197 as amended, SB13-195 as amended, HB13-1229 as amended, HB13-1228, HB13-1224 as amended.
Laid over until Monday, March 11:  HB13-1097, HB13-1083.
Laid over until Friday, May 10:  SB13-196, HB13-1226.

On motion of Majority Leader Carroll, and with a majority of those elected to the Senate having voted in the affirmative, the balance of the calendar of Friday, March 8 was laid over until Monday, March 11, retaining its place on the calendar.

    Consideration of Governor's Appointments:
        Member of the Public Employees' Retirement Benefit Plans.

## COMMITTEE OF REFERENCE REPORTS

Agriculture, Natural Resources, & Energy

After consideration on the merits, the Committee recommends that **HB13-1168** be referred to the Committee of the Whole with favorable recommendation and with a recommendation that it be placed on the Consent Calendar.

Agriculture, Natural Resources, & Energy

The Committee on Agriculture, Natural Resources, & Energy has had under consideration and has had a hearing on the following appointments and recommends that the appointments be confirmed:

MEMBERS OF THE
ENERGY IMPACT ASSISTANCE
ADVISORY COMMITTEE

effective August 24, 2012, for terms expiring August 24, 2016:

Maryjo Downey of Stratton, Colorado, appointed

Honorable Kenneth C. Parsons of Rangely, Colorado, reappointed

Agriculture, Natural Resources, & Energy

After consideration on the merits, the Committee recommends that **SB13-019** be amended as follows, and as so amended, be referred to the Committee on Appropriations with favorable recommendation.

    Amend printed bill, strike everything below the enacting clause and substitute:

        "**SECTION 1.    Legislative declaration.** (1)   The general assembly hereby:
            (a) Finds that some water appropriators may wish to reduce their water consumption, in part to ameliorate the effects of drought on low stream flows, but there is a disincentive in current law that penalizes appropriators who decrease their consumptive use of water;
            (b) Determines that, at a time when Colorado can expect drought conditions to increase in frequency and severity, the general assembly should give appropriators a safe harbor when they decrease their consumptive use of water by participating in a variety of government-sponsored water conservation programs; and
            (c) Declares that this act promotes the maximum utilization of Colorado's water resources, can help alleviate the effects of drought on river flows, and is in the public interest.
        **SECTION 2.** In Colorado Revised Statutes, 37-92-305, **add** (3)

## THIRD READING OF BILLS -- FINAL PASSAGE

On third reading, the titles of the following bills were publicly read, the reading at length having been dispensed with by unanimous consent:

**SB13-197** by Senator(s) Hudak, Newell; also Representative(s) McCann and Fields--Concerning preventing persons who have committed domestic violence from possessing firearms, and, in connection therewith, making an appropriation.

The question being "Shall the bill pass?", the roll call was taken with the following result:

| YES | 20 | NO | 15 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | N |
| Balmer | N | Harvey | N | Kerr | Y | Scheffel | N |
| Baumgardner | N | Heath | Y | King | N | Schwartz | Y |
| Brophy | N | Hill | N | Lambert | N | Steadman | Y |
| Cadman | N | Hodge | Y | Lundberg | N | Tochtrop | Y |
| Carroll | Y | Hudak | Y | Marble | N | Todd | Y |
| Crowder | N | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | N | Jones | Y | Renfroe | N | | |

A majority of all members elected to the Senate having voted in the affirmative, the bill was passed.

Co-sponsor(s) added: Aguilar, Carroll, Giron, Guzman, Heath, Jahn, Johnston, Kerr, Morse, Nicholson, Schwartz, Tochtrop, Todd and Ulibarri.

**SB13-195** by Senator(s) Tochtrop; also Representative(s) May--Concerning requiring certain applicants for concealed handgun permits to complete a handgun training class on the physical grounds where the certified instructor of the course offers the course.

The question being "Shall the bill pass?", the roll call was taken with the following result:

| YES | 22 | NO | 13 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | Y |
| Balmer | N | Harvey | N | Kerr | N | Scheffel | N |
| Baumgardner | N | Heath | Y | King | Y | Schwartz | Y |
| Brophy | N | Hill | N | Lambert | N | Steadman | Y |
| Cadman | N | Hodge | Y | Lundberg | Y | Tochtrop | Y |
| Carroll | Y | Hudak | Y | Marble | Y | Todd | N |
| Crowder | N | Jahn | N | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | N | Jones | Y | Renfroe | N | | |

A majority of all members elected to the Senate having voted in the affirmative, the bill was passed.

Co-sponsor(s) added: Carroll, Giron, Guzman, Heath, Hudak, Johnston, Jones, Kerr, Morse, Newell, Nicholson, Schwartz, Steadman, Todd and Ulibarri.

**HB13-1229** by Representative(s) Fields and McCann; also Senator(s) Carroll--Concerning criminal background checks performed pursuant to the transfer of a firearm, and, in connection therewith, making an appropriation.

A majority of those elected to the Senate having voted in the affirmative, Senator Carroll was given permission to offer a third reading amendment.

Third Reading Amendment No. 1(L.039), by Senator Carroll.

Amend revised bill, page 7, after line 6 insert:

"(7) FOR PURPOSES OF PARAGRAPH (f) OF SUBSECTION (6) OF THIS SECTION:

(a)  AN OWNER, MANAGER, OR EMPLOYEE OF A BUSINESS THAT REPAIRS OR MAINTAINS FIREARMS MAY RELY UPON A TRANSFEROR'S STATEMENT THAT HE OR SHE MAY LEGALLY POSSESS A FIREARM UNLESS THE OWNER, MANAGER, OR EMPLOYEE HAS ACTUAL KNOWLEDGE TO THE CONTRARY AND MAY RETURN POSSESSION OF THE FIREARM TO THE TRANSFEROR UPON COMPLETION OF THE REPAIRS OR MAINTENANCE WITHOUT A BACKGROUND CHECK;

(b)  UNLESS A TRANSFEROR OF A FIREARM HAS ACTUAL KNOWLEDGE TO THE CONTRARY, THE TRANSFEROR MAY RELY UPON THE STATEMENT OF AN OWNER, MANAGER, OR EMPLOYEE OF A BUSINESS THAT REPAIRS OR MAINTAINS FIREARMS THAT NO OWNER, MANAGER, OR EMPLOYEE OF THE BUSINESS IS PROHIBITED FROM POSSESSING A FIREARM.".

Renumber succeeding subsections accordingly.

The amendment was passed on the following roll call vote:

| YES | 35 | NO | 0 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | Y | Scheffel | Y |
| Baumgardner | Y | Heath | Y | King | Y | Schwartz | Y |
| Brophy | Y | Hill | Y | Lambert | Y | Steadman | Y |
| Cadman | Y | Hodge | Y | Lundberg | Y | Tochtrop | Y |
| Carroll | Y | Hudak | Y | Marble | Y | Todd | Y |
| Crowder | Y | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | Y | Jones | Y | Renfroe | Y | | |

The question being "Shall the bill, as amended, pass?", the roll call was taken with the following result:

| YES | 19 | NO | 16 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | N |
| Balmer | N | Harvey | N | Kerr | Y | Scheffel | N |
| Baumgardner | N | Heath | Y | King | N | Schwartz | Y |
| Brophy | N | Hill | N | Lambert | N | Steadman | Y |
| Cadman | N | Hodge | Y | Lundberg | N | Tochtrop | N |
| Carroll | Y | Hudak | Y | Marble | N | Todd | Y |
| Crowder | N | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | N | Jones | Y | Renfroe | N | | |

A majority of all members elected to the Senate having voted in the affirmative, the bill, as amended, was passed.

Co-sponsor(s) added: Aguilar, Giron, Guzman, Heath, Hodge, Hudak, Johnston, Jones, Kerr, Morse, Newell, Nicholson, Steadman, Todd and Ulibarri.

---

Senate in recess.    Senate reconvened.

---

On motion of Majority Leader Carroll, and with a majority of those elected to the Senate having voted in the affirmative, the Senate proceeded out of order for an expression of personal privilege.

———————

Call of the Senate.          Call raised.

———————

**HB13-1228** by Representative(s) Court, Duran, Ferrandino, Fields, Fischer, Foote, Hullinghorst, Levy, McCann, Melton, Moreno, Pabon, Peniston, Rosenthal, Ryden, Salazar, Schafer, Williams; also Senator(s) Heath--Concerning requiring the Colorado bureau of investigation to recoup the cost of performing an instant criminal background check prior to the transfer of a firearm, and, in connection therewith, making and reducing an appropriation.

The question being "Shall the bill pass?", the roll call was taken with the following result:

| YES | 19 | NO | 16 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | N |
| Balmer | N | Harvey | N | Kerr | N | Scheffel | N |
| Baumgardner | N | Heath | Y | King | N | Schwartz | Y |
| Brophy | N | Hill | N | Lambert | N | Steadman | Y |
| Cadman | N | Hodge | Y | Lundberg | N | Tochtrop | Y |
| Carroll | Y | Hudak | Y | Marble | N | Todd | Y |
| Crowder | N | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | N | Jones | Y | Renfroe | N | | |

A majority of all members elected to the Senate having voted in the affirmative, the bill was passed.

Co-sponsor(s) added: Aguilar, Carroll, Giron, Guzman, Hodge, Hudak, Jones, Morse, Newell, Nicholson, Steadman, Todd and Ulibarri.

**HB13-1224** by Representative(s) Fields; also Senator(s) Hodge--Concerning prohibiting large-capacity ammunition magazines.

A majority of those elected to the Senate having voted in the affirmative, Senator King was given permission to offer a third reading amendment.

Third Reading Amendment No. 1(L.035), by Senator King.

Amend revised bill, page 2, strike lines 2 through 16.

Strike pages 3 through 5 and substitute:

"**SECTION 1.** In Colorado Revised Statutes, **add** 18-12-112 as follows:

**18-12-112. Large-capacity ammunition magazines - directive to Colorado commission on criminal and juvenile justice - repeal.** (1) THE COLORADO COMMISSION ON CRIMINAL AND JUVENILE JUSTICE CREATED AND EXISTING PURSUANT TO SECTION 16-11.3-102, C.R.S., SHALL CONSIDER THE IMPLEMENTATION OF A PROHIBITION ON LARGE-CAPACITY AMMUNITION MAGAZINES. THE COMMISSION SHALL COMPLETE A REPORT OF ITS FINDINGS AND SUBMIT THE REPORT TO THE JUDICIARY COMMITTEES OF THE HOUSE OF REPRESENTATIVES AND SENATE, OR ANY SUCCESSOR COMMITTEES, ON OR BEFORE JANUARY 1, 2014.

(2) THIS SECTION IS REPEALED, EFFECTIVE JANUARY 2, 2014.".

Page 6, strike lines 1 through 3.

The amendment was lost on the following roll call vote:

| YES | 17 | NO | 18 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | N | Guzman | N | Kefalas | N | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | N | Scheffel | Y |
| Baumgardner | Y | Heath | Y | King | N | Schwartz | N |
| Brophy | Y | Hill | Y | Lambert | Y | Steadman | N |
| Cadman | Y | Hodge | N | Lundberg | N | Tochtrop | Y |
| Carroll | N | Hudak | N | Marble | Y | Todd | N |
| Crowder | Y | Jahn | Y | Newell | N | Ulibarri | N |
| Giron | N | Johnston | N | Nicholson | N | President | N |
| Grantham | Y | Jones | N | Renfroe | Y | | |

The question being "Shall the bill pass?", the roll call was taken with the following result:

| YES | 18 | NO | 17 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | N |
| Balmer | N | Harvey | N | Kerr | Y | Scheffel | N |
| Baumgardner | N | Heath | Y | King | N | Schwartz | Y |
| Brophy | N | Hill | N | Lambert | N | Steadman | Y |
| Cadman | N | Hodge | Y | Lundberg | Y | Tochtrop | N |
| Carroll | Y | Hudak | Y | Marble | N | Todd | Y |
| Crowder | N | Jahn | N | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | N | Jones | Y | Renfroe | N | | |

A majority of all members elected to the Senate having voted in the affirmative, the bill was passed.

Co-sponsor(s) added: Aguilar, Guzman, Heath, Morse, Nicholson and Ulibarri.

------

On motion of Majority Leader Carroll, and with a majority of those elected to the Senate having voted in the affirmative, the General Orders -- Second Reading of Bills -- Consent Calendar (HB13-1126, HB13-1199, HB13-1184) of Monday, March 11 was laid over until Tuesday, March 12, retaining its place on the calendar.

------

On motion of Majority Leader Carroll, and with a majority of those elected to the Senate having voted in the affirmative, the General Orders -- Second Reading of Bills Calendar (HB13-1097, HB13-1083, HB13-1027, HB13-1166, HB13-1209, SB13-171) of Monday, March 11 was laid over until Tuesday, March 12, retaining its place on the calendar.

------

## CONSIDERATION OF HOUSE AMENDMENTS TO SENATE BILLS

**SB13-012**  by Senator(s) Heath; also Representative(s) Singer--Concerning reporting of suspected child abuse and neglect by youth sports organizations.

Senator Heath moved that the Senate concur in House amendments to **SB13-012**, as printed in House journal, March 6, page(s) 486-487. The motion was **adopted** by the following roll call vote:

## SENATE SERVICES REPORT

**Correctly Printed:** SB13-211 and 212; SM13-001.
**Correctly Enrolled:** SB13-091 and 153; SJR13-005 and 017.

---

## MESSAGE FROM THE HOUSE

March 14, 2013

Mr. President:

The House has postponed indefinitely SB13-049. The bill is returned herewith.

---

On motion of Majority Leader Carroll, and with a majority of those elected to the Senate having voted in the affirmative, the Senate proceeded out of order for expressions of personal privilege.

---

On motion of Majority Leader Carroll, and with a majority of those elected to the Senate having voted in the affirmative, the Senate proceeded out of order for Consideration of Conference Committee Reports.

---

## CONSIDERATION OF CONFERENCE COMMITTEE REPORTS

**HB13-1229** by Representative(s) Fields and McCann; also Senator(s) Carroll--Concerning criminal background checks performed pursuant to the transfer of a firearm, and, in connection therewith, making an appropriation.

Majority Leader Carroll moved for the adoption of the first majority report of the first conference committee on HB13-1229, as printed in Senate journal, March 14, page(s) 516.

On a substitute motion, Senator Brophy moved for the adoption of the first minority report of the first conference committee on HB13-1229, as printed in the Senate journal, March 14, page(s) 517-518.

Pursuant to Joint Rule 4 (d), President Morse ruled that the first minority report of the first conference committee on HB13-1229 was out of order.

On a substitute motion, Senator Harvey moved to dissolve the first conference committee on HB13-1229, that a second conference committee be formed, and that the conference committee be granted permission to go beyond the scope of the differences between the two houses. The motion lost by the following roll call vote:

| YES | 13 | NO | 20 | EXCUSED | 2 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Aguilar | N | Guzman | N | Kefalas | N | Roberts | Y |
| Balmer | Y | Harvey | Y | Kerr | N | Scheffel | Y |
| Baumgardner | Y | Heath | N | King | E | Schwartz | N |
| Brophy | Y | Hill | E | Lambert | Y | Steadman | N |
| Cadman | Y | Hodge | N | Lundberg | Y | Tochtrop | N |
| Carroll | N | Hudak | N | Marble | Y | Todd | N |
| Crowder | Y | Jahn | N | Newell | N | Ulibarri | N |
| Giron | N | Johnston | N | Nicholson | N | President | N |
| Grantham | Y | Jones | N | Renfroe | Y | | |

Page 524    Senate Journal-66th Day-March 15, 2013

The first majority report of the first conference committee on HB13-1229 was **adopted** by the following roll call vote:

| YES 28 | | NO 5 | | EXCUSED 2 | | ABSENT 0 | |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | Y |
| Balmer | N | Harvey | Y | Kerr | Y | Scheffel | Y |
| Baumgardner | Y | Heath | Y | King | E | Schwartz | Y |
| Brophy | Y | Hill | E | Lambert | Y | Steadman | Y |
| Cadman | Y | Hodge | Y | Lundberg | N | Tochtrop | Y |
| Carroll | Y | Hudak | Y | Marble | N | Todd | Y |
| Crowder | N | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | Y | Jones | Y | Renfroe | N | | |

The question being "Shall the bill, as amended, pass?", the roll call was taken with the following result:

| YES 19 | | NO 14 | | EXCUSED 2 | | ABSENT 0 | |
|---|---|---|---|---|---|---|---|
| Aguilar | Y | Guzman | Y | Kefalas | Y | Roberts | N |
| Balmer | N | Harvey | N | Kerr | Y | Scheffel | Y |
| Baumgardner | N | Heath | Y | King | E | Schwartz | Y |
| Brophy | N | Hill | E | Lambert | N | Steadman | Y |
| Cadman | N | Hodge | Y | Lundberg | N | Tochtrop | N |
| Carroll | Y | Hudak | Y | Marble | Y | Todd | N |
| Crowder | N | Jahn | Y | Newell | Y | Ulibarri | Y |
| Giron | Y | Johnston | Y | Nicholson | Y | President | Y |
| Grantham | N | Jones | Y | Renfroe | N | | |

A majority of all members elected to the Senate having voted in the affirmative, the bill, as amended, was **repassed**.

---

On motion of Majority Leader Carroll, and with a majority of those elected to the Senate having voted in the affirmative, the Senate proceeded out of order for consideration of General Orders -- Second Reading of Bills.

---

Committee of the Whole   On motion of Senator Jones, the Senate resolved itself into the Committee of the Whole for consideration of General Orders--Second Reading of Bills, and Senator Jones was called to the chair to act as Chairman.

### GENERAL ORDERS -- SECOND READING OF BILLS

The Committee of the Whole having risen, the Chairman reported that the following bill, reading at length having been dispensed with by unanimous consent, had been considered and action taken thereon as follows:

HB13-1081   by Representative(s) Duran, Buckner, Fields, Hamner, Kagan, McCann, Moreno; also Senator(s) Todd--Concerning human sexuality education.

Amendment No. 1, Health & Human Services Committee Amendment.
(Printed in Senate Journal, March 8, page(s) 464-465 and placed in members' bill files.)

---

Majority Leader Carroll moved that the Committee of the Whole rise, report progress, and beg leave to sit again at 1:30 p.m. A majority of those elected to the Senate having voted in the affirmative, the motion was adopted.

Senate Journal-66th Day-March 15, 2013                                    Page 525

———

1
2
3
Committee of the Whole in recess.                                             4
5
6
———                                                                            7
8
**SIGNING OF BILLS -- RESOLUTIONS -- MEMORIALS**                              9
10
The President has signed: SJR13-005 and 017.                                  11
12
13
———                                                                           14
15
Senate in recess.        Senate reconvened.                                   16
17
18
———                                                                           19
20
On motion of Majority Leader Carroll, and with a majority of those elected to the Senate   21
having voted in the affirmative, the Joint Select Committee on the Implementation of the   22
Amendment 64 Task Force Recommendations was given leave to meet during a session of   23
the Senate pursuant to Senate Rule 21 (c).                                    24
25
26
27
28
On motion of Majority Leader Carroll, and with a majority of those elected to the Senate   29
having voted in the affirmative, the Joint Budget Committee was given leave to meet   30
during a session of the Senate pursuant to Senate Rule 21 (c).               31
32
33
———                                                                           34
35
Committee of the Whole reconvened.                                            36
37
38
———                                                                           39
40
Committee     On motion of Senator Jones, the Senate resolved itself into the Committee of the   41
of the Whole  Whole for consideration of General Orders--Second Reading of Bills, and Senator Jones   42
was called to the chair to act as Chairman.                                   43
44
**GENERAL ORDERS -- SECOND READING OF BILLS - cont'd**                       45
46
The Committee of the Whole having risen, the Chairman reported that the following bill,   47
reading at length having been dispensed with by unanimous consent, had been considered   48
and action taken thereon as follows:                                          49
50
51
**HB13-1081** by Representative(s) Duran, Buckner, Fields, Hamner, Kagan, McCann, Moreno; also   52
Senator(s) Todd--Concerning human sexuality education.                        53
54
Amendment No. 2(L.070), by Senator Hudak.                                     55
56
Amend reengrossed bill, page 3, after line 12 insert:                         57
58
"(V) BECAUSE ABSTINENCE IS ONE HUNDRED PERCENT EFFECTIVE   59
IN PREVENTING PREGNANCY AND THE SPREAD OF SEXUALLY   60
TRANSMITTED INFECTIONS, AND BECAUSE ALTHOUGH MANY BIRTH   61
CONTROL METHODS CAN HAVE HIGH RATES OF SUCCESS IF USED   62
PROPERLY, THEY CAN ALSO OCCASIONALLY FAIL TO PREVENT PREGNANCY   63
OR THE SPREAD OF SEXUALLY TRANSMITTED INFECTIONS, ALL   64
COMPREHENSIVE HUMAN SEXUALITY EDUCATION MUST STRESS THE   65
IMPORTANCE OF ABSTINENCE;".                                                  66
67
Renumber succeeding subparagraphs accordingly.                                68
69

**SB13-075:** CONCERNING SAFEGUARDS TO PREVENT THE MODIFICATION OF A FINAL DESIGNATED GROUND WATER PERMIT BASED ON REDUCTIONS IN THE USE OF DESIGNATED GROUND WATER.

Approved March 15, 2013 at 1:31 p.m.

Sincerely,
(signed)
John W. Hickenlooper
Governor

---

## SIGNING OF BILLS -- RESOLUTIONS -- MEMORIALS

The President has signed: SB13-011 and 187; HB13-1009, 1181, and 1229.

---

## DELIVERY TO THE GOVERNOR

To the Governor for signature on Monday, March 18, 2013, at 1:31 p.m.:
SB13-002, 010, 012, 015, 028, 038, 044, 046, 078, 080, 091, 112, 118, 143, 153 and 160.

---

On motion of Majority Leader Carroll, the Senate adjourned until 9:00 a.m., Wednesday, March 20, 2013.

Approved:


John P. Morse
President of the Senate

Attest:


Cindi L. Markwell
Secretary of the Senate

## Summarized History for Bill Number HB13-1224
**(The date the bill passed to the committee of the whole reflects the date the bill passed out of committee.)**

02/07/2013 Introduced In House - Assigned to Judiciary
02/12/2013 House Committee on Judiciary Refer Amended to House Committee of the Whole
02/15/2013 House Second Reading Passed with Amendments
02/18/2013 House Third Reading Passed
02/27/2013 Introduced In Senate - Assigned to Judiciary
03/04/2013 Senate Committee on Judiciary Refer Amended to Senate Committee of the Whole
03/08/2013 Senate Second Reading Passed with Amendments
03/11/2013 Senate Third Reading Passed
03/13/2013 House Considered Senate Amendments - Result was to Concur - Repass
03/15/2013:00 PM 04:20 Signed by the Speaker of the House
03/15/2013 Sent to the Governor
03/15/2013:10 PM 04:10 Signed by the President of the Senate
03/20/2013 Governor Action - Signed

This information is prepared as an informational service only and should not be relied
upon as an official record of action taken by the Colorado General Assembly.



EXHIBIT
tabbies
142

## Summarized History for Bill Number HB13-1229

**(The date the bill passed to the committee of the whole reflects the date the bill passed out of committee.)**

02/07/2013 Introduced In House - Assigned to Judiciary
02/12/2013 House Committee on Judiciary Refer Unamended to Appropriations
02/14/2013 House Committee on Appropriations Refer Amended to House Committee of the Whole
02/15/2013 House Second Reading Passed with Amendments
02/18/2013 House Third Reading Passed
02/27/2013 Introduced In Senate - Assigned to State, Veterans, & Military Affairs
03/04/2013 Senate Committee on State, Veterans, & Military Affairs Refer Amended to Appropriations
03/06/2013 Senate Committee on Appropriations Refer Amended to Senate Committee of the Whole
03/08/2013 Senate Second Reading Passed with Amendments
03/11/2013 Senate Third Reading Passed with Amendments
03/13/2013 House Considered Senate Amendments - Result was to Laid Over Daily
03/13/2013 House Considered Senate Amendments - Result was to Not Concur - Request Conference Committee
03/14/2013 First Conference Committee Result was to Adopt Rerevised w/ Amendments
03/15/2013 House Consideration of First Conference Committee Report result was to Adopt Committee Report - Repass
03/15/2013 Senate Consideration of First Conference Committee Report result was to Adopt Committee Report - Repass
03/18/2013:24 PM 04:20 Signed by the Speaker of the House
03/19/2013 Sent to the Governor
03/19/2013:50 AM 04:10 Signed by the President of the Senate
03/20/2013 Governor Action - Signed

This information is prepared as an informational service only and should not be relied
upon as an official record of action taken by the Colorado General Assembly.

5553

**TRANSPORTATION & ENERGY**
After consideration on the merits, the Committee recommends the following:

**HB13-1030**   be postponed indefinitely.

**HB13-1132**   be referred to the Committee of the Whole with favorable recommendation.

---

### PRINTING REPORT

The Chief Clerk reports the following bill has been correctly printed: **HB13-1221**.

---

### INTRODUCTION OF BILLS
### First Reading

The following bills were read by title and referred to the committees indicated:

**HB13-1222**   by Representative(s) Peniston, Court, Fischer, Ginal, Hamner, Hullinghorst, Labuda, Lebsock, Melton, Rosenthal, Salazar, Singer, Tyler, Young; also Senator(s) Ulibarri, Aguilar, Carroll, Giron, Hudak, Kefalas, Todd-- Concerning the expansion of the group of family members for whom Colorado employees are entitled to take leave from work under the federal "Family and Medical Leave Act of 1993".
Committee on Health, Insurance & Environment

**HB13-1223**   by Representative(s) Primavera--Concerning the authority of the commissioner of insurance to promulgate rules regarding an insurance carrier's requirement to submit cost information to the commissioner.
Committee on Health, Insurance & Environment

**HB13-1224**   by Representative(s) Fields; also Senator(s) Hodge-- Concerning prohibiting large-capacity ammunition magazines.
Committee on Judiciary

**HB13-1225**   by Representative(s) Levy, Fischer; also Senator(s) Kefalas and Nicholson--Concerning additional protections for homeowner's insurance policyholders in Colorado, and, in connection therewith, enacting the "Homeowner's Insurance Reform Act of 2013".
Committee on Business, Labor, Economic, & Workforce Development

**HB13-1226**   by Representative(s) Levy, Fields, Fischer, Hullinghorst, McCann, Schafer; also Senator(s) Heath--Concerning eliminating the authority of a concealed handgun permit

1   holder to possess a concealed handgun on the campus of
2   an institution of higher education.
3   Committee on Education
4
5   **HB13-1227**  by Representative(s) Singer; also Senator(s) Ulibarri--
6   Concerning actions related to wages.
7   Committee on Business, Labor, Economic, & Workforce Development
8   Committee on Appropriations
9
10
11  **HB13-1228**  by Representative(s) Court, Duran, Ferrandino, Fields,
12  Fischer, Foote, Hullinghorst, Levy, McCann, Melton,
13  Moreno, Pabon, Peniston, Rosenthal, Ryden, Salazar,
14  Schafer, Williams; also Senator(s) Heath--Concerning
15  requiring the Colorado bureau of investigation to recoup
16  the cost of performing an instant criminal background
17  check prior to the transfer of a firearm.
18  Committee on Finance
19
20  **HB13-1229**  by Representative(s) Fields and McCann; also Senator(s)
21  Carroll--Concerning criminal background checks
22  performed pursuant to the transfer of a firearm.
23  Committee on Judiciary
24  _____
25
26
27  **LAY OVER OF CALENDAR ITEM**
28
29  On motion of Representative Hullinghorst, the following item on the
30  Calendar was laid over until February 8, retaining place on Calendar:
31
32  Consideration of General Orders--**HB13-1009**.
33  _____
34
35
36  On motion of Representative Hullinghorst, the House adjourned until
37  9:00 a.m., February 8, 2013.
38
39                              Approved:
40                              MARK FERRANDINO,
41                              Speaker
42  Attest:
43  MARILYN EDDINS,
44  Chief Clerk

1  Page 1, line 103, strike "**FIREARM.**" and substitute "**FIREARM, AND, IN**
2  **CONNECTION THEREWITH, MAKING AND REDUCING AN**
3  **APPROPRIATION.**".
4
5
6
7  **HB13-1229**   be amended as follows, and as so amended, be referred to
8                  the Committee of the Whole with favorable
9                  recommendation:
10
11  Amend printed bill, page 13, after line 24 insert:
12
13       "**SECTION 9. Appropriation.** (1) In addition to any other
14  appropriation, there is hereby appropriated, out of any moneys in the
15  general fund not otherwise appropriated, to the department of public
16  safety, for the fiscal year beginning July 1, 2013, the sum of $1,612,006
17  and 27.4 FTE, or so much thereof as may be necessary, to be allocated for
18  the implementation of this act as follows:
19       (a) $360,288 for the executive director's office; and
20       (b) $1,251,718 and 27.4 FTE for the state point of contact-national
21  instant criminal background check program.
22       **SECTION 10. Appropriation.** (1) In addition to any other
23  appropriation, there is hereby appropriated, out of any moneys in the
24  instant criminal background check cash fund created in section 24-33.5-
25  424 (3.5) (b), Colorado Revised Statutes, not otherwise appropriated, to
26  the department of public safety, for the fiscal year beginning July 1, 2013,
27  the sum of $1,612,006 and 27.4 FTE, or so much thereof as may be
28  necessary, to be allocated for the implementation of this act as follows:
29       (a) $360,288 for the executive director's office; and
30       (b) $1,251,718 and 27.4 FTE for the state point of contact-national
31  instant criminal background check program.".
32
33  Page 13, strike line 25 and substitute:
34
35       "**SECTION 11. Effective Date.** This act takes effect July 1, 2013;
36  except that section 9 of this act takes effect only if House Bill 13-1228
37  does not become law, and section 10 of this act takes effect only if House
38  Bill 13-1228 becomes law.".
39
40  Renumber succeeding section accordingly.
41
42  Page 1, line 102, strike "**FIREARM.**" and substitute "**FIREARM, AND, IN**
43  **CONNECTION THEREWITH, MAKING AN APPROPRIATION.**".
44
45
46
47
48  **FINANCE**
49  After consideration on the merits, the Committee recommends the
50  following:
51
52  **HB13-1157**   be referred to the Committee of the Whole with favorable
53                  recommendation.
54
55  **HB13-1179**   be referred favorably to the Committee on Appropriations.
56

# HOUSE JOURNAL

## SIXTY-NINTH GENERAL ASSEMBLY

## STATE OF COLORADO

### First Regular Session

Thirty-eighth  Legislative Day                    Friday, February 15, 2013

1   Prayer by Rabbi Yaakof Meyer, Aish, Greenwood Village.
2
3   The Speaker called the House to order at 9:00 a.m.
4
5   Pledge of Allegiance led by Owen and Silas Smith, Edison Elementary
6   School, Denver.
7
8   The roll was called with the following result:
9
10          Present--64.
11          Excused--Representative(s) Stephens--1.
12          Present after roll call--Representative(s) Stephens.
13
14   The Speaker declared a quorum present.
15
16   ─────────────
17   On motion of Representative Foote, the reading of the journal of February
18   14, 2013, was declared dispensed with and approved as corrected by the
19   Chief Clerk.
20
21   ─────────────
22
23   On motion of Representative Kagan, the House resolved itself into
24   Committee of the Whole for consideration of General Orders, and he was
25   called to the Chair to act as Chairman.
26
27   ─────────────
28          **GENERAL ORDERS--SECOND READING OF BILLS**
29
30   The Committee of the Whole having risen, the Chairman reported the
31   titles of the following bills had been read (reading at length had been
32   dispensed with by unanimous consent), the bills considered and action
33   taken thereon as follows:
34
35   (Amendments to the committee amendment are to the printed committee
36   report which was printed and placed in the members' bill file.)
37
38   **HB13-1224**    by Representative(s) Fields; also Senator(s) Hodge--
39                    Concerning prohibiting large-capacity ammunition
40                    magazines.
41
42   Amendment No. 1, Judiciary Report, dated February 13, 2013, and placed
43   in member's bill file; Report also printed in House Journal, February 14,
44   2013, page 276.

Page 300                     House Journal--38th Day--February 15, 2013

1  Amendment No. 2, by Representative(s) Salazar.
2
3  Amend the House Judiciary Committee Report, dated February 12, 2013,
4  page 1, strike line 10 and substitute:
5      "Page 4, strike lines 2 through 13 and substitute "SHALL NOT APPLY
6  TO:
7          (a)  AN ENTITY, OR ANY EMPLOYEE THEREOF ENGAGED IN HIS OR
8  HER EMPLOYMENT DUTIES, THAT MANUFACTURES LARGE-CAPACITY
9  MAGAZINES WITHIN COLORADO EXCLUSIVELY FOR TRANSFER TO:
10         (I)  A BRANCH OF THE ARMED FORCES OF THE UNITED STATES;
11         (II)  A DEPARTMENT, AGENCY, OR POLITICAL SUBDIVISION OF THE
12  STATE OF COLORADO, OR OF ANY OTHER STATE, OR OF THE UNITED
13  STATES GOVERNMENT;
14         (III)  A FIREARMS RETAILER FOR THE PURPOSE OF FIREARMS SALES
15  CONDUCTED OUTSIDE THE STATE;
16         (IV)  A FOREIGN NATIONAL GOVERNMENT THAT HAS BEEN
17  APPROVED FOR SUCH TRANSFERS BY THE UNITED STATES GOVERNMENT;
18  OR
19         (V)  AN OUT-OF-STATE TRANSFEREE WHO MAY LEGALLY POSSESS
20  A LARGE-CAPACITY MAGAZINE; OR
21         (b)  AN EMPLOYEE OF ANY OF THE FOLLOWING AGENCIES WHO
22  BEARS A FIREARM IN THE COURSE OF HIS OR HER OFFICIAL DUTIES:
23         (I)  A BRANCH OF THE ARMED FORCES OF THE UNITED STATES; OR
24         (II)  A DEPARTMENT, AGENCY, OR POLITICAL SUBDIVISION OF THE
25  STATE OF COLORADO, OR OF ANY OTHER STATE, OR OF THE UNITED
26  STATES GOVERNMENT; OR
27         (c)  A PERSON WHO POSSESSES THE MAGAZINE FOR THE SOLE
28  PURPOSE OF TRANSPORTING THE MAGAZINE TO AN OUT-OF-STATE ENTITY
29  ON BEHALF OF AN ENTITY DESCRIBED BY THIS SUBSECTION (3).".".
30
31  As amended, ordered engrossed and placed on the Calendar for Third
32  Reading and Final Passage.
33
34                     _____
35
36           Committee in recess.   Committee reconvened.
37                     _____
38
39
40                 **SECOND READING OF BILLS**
41                        (Continued)
42
43  **HB13-1229**   by Representative(s) Fields and McCann; also Senator(s)
44             Carroll--Concerning criminal background checks
45             performed pursuant to the transfer of a firearm.
46
47  Amendment No. 1, Appropriations Report, dated February 14, 2013, and
48  placed in member's bill file; Report also printed in House Journal,
49  February 14, 2013, page 287.
50
51  Amendment No. 2, by Representative(s) McCann.
52
53  Amend printed bill, page 5, line 27, after "FISHING," insert "TARGET
54  SHOOTING,".
55
56  Page 6, line 1, after "FISHING," insert "TARGET SHOOTING,".

1  Page 6, line 4, after "FISHING," insert "TARGET SHOOTING,".
2
3  Amendment No.3, by Representative(s) Fields.
4
5  Amend printed bill, page 5, line 17, strike "OR".
6
7  Page 6, line 4, strike "TRAPPING." and substitute "TRAPPING; OR
8      (f) A TRANSFER OF A FIREARM THAT IS MADE TO FACILITATE THE
9  REPAIR OR MAINTENANCE OF THE FIREARM; EXCEPT THAT THIS PARAGRAPH
10 (f) DOES NOT APPLY UNLESS ALL PARTIES WHO POSSESS THE FIREARM AS
11 A RESULT OF THE TRANSFER MAY LEGALLY POSSESS A FIREARM.".
12
13 As amended, ordered engrossed and placed on the Calendar for Third
14 Reading and Final Passage.
15
16 **HB13-1228**    by Representative(s) Court, Duran, Ferrandino, Fields,
17                Fischer, Foote, Hullinghorst, Levy, McCann, Melton,
18                Moreno, Pabon, Peniston, Rosenthal, Ryden, Salazar,
19                Schafer, Williams; also Senator(s) Heath--Concerning
20                requiring the Colorado bureau of investigation to recoup
21                the cost of performing an instant criminal background
22                check prior to the transfer of a firearm.
23
24 Amendment No. 1, Appropriations Report, dated February 14, 2013, and
25 placed in member's bill file; Report also printed in House Journal,
26 February 14, 2013, pages 286-287.
27
28 Amendment No. 2, by Representative(s) Court.
29
30 Amend proposed Appropriations committee report, dated February 14,
31 2013, page 1, line 5, strike "DIRECT AND" and substitute "ACTUAL".
32
33 Page 1, line 6, strike "INDIRECT".
34
35 Page 1 of the committee report, after line 7 insert:
36      "(f)  ON JANUARY 15, 2014, AND ON JANUARY 15 OF EACH
37 CALENDAR YEAR THEREAFTER, THE BUREAU SHALL REPORT TO THE JOINT
38 BUDGET COMMITTEE CONCERNING:
39      (I) THE NUMBER OF FULL-TIME EMPLOYEES USED BY THE BUREAU
40 IN THE PRECEDING YEAR FOR THE PURPOSE OF PERFORMING BACKGROUND
41 CHECKS PURSUANT TO THIS SECTION; AND
42      (II) THE CALCULATIONS USED BY THE BUREAU TO DETERMINE THE
43 AMOUNT OF THE FEE IMPOSED PURSUANT TO THIS SUBSECTION (3.5).".
44
45 Page 1, line 8, strike ""(f)" and substitute "(g)".
46
47 Amendment No. 3, by Representative(s) Gardner.
48
49 Amend Amendment No. 2, by Representative Court, as printed in House
50 Journal, page 301, strike line 31 and substitute:
51
52 "2013, page 1, line 5, strike "AND".".
53
54 As amended, ordered engrossed and placed on the Calendar for Third
55 Reading and Final Passage.
56

Page 302                        House Journal--38th Day--February 15, 2013

1   **HB13-1226**      by Representative(s) Levy, Fields, Fischer, Hullinghorst,
2                          McCann, Schafer; also Senator(s) Heath--Concerning
3                          eliminating the authority of a concealed handgun permit
4                          holder to possess a concealed handgun on the campus of
5                          an institution of higher education.
6
7   Amendment No. 1, Appropriations Report, dated February 14, 2013, and
8   placed in member's bill file; Report also printed in House Journal,
9   February 14, 2013, pages 285-286.
10
11  As amended, ordered engrossed and placed on the Calendar for Third
12  Reading and Final Passage.
13
14
15  **HB13-1157**      by Representative(s) McNulty, Priola, Gardner, Levy--
16                         Concerning adoption of the 2012 "Uniform Commercial
17                         Code" article 4.5 amendments.
18
19  Ordered engrossed and placed on the Calendar for Third Reading and
20  Final Passage.
21
22
23  **HB13-1203**      by Representative(s) Rankin, Dore, Joshi, Sonnenberg--
24                         Concerning the elimination of the requirement that a
25                         political subdivision provide certain reports on an annual
26                         basis.
27
28  Amendment No. 1, Local Government Report, dated February 14, 2013,
29  and placed in member's bill file; Report also printed in House Journal,
30  February 14, 2013, page 292.
31
32  As amended, ordered engrossed and placed on the Calendar for Third
33  Reading and Final Passage.
34
35
36  **HB13-1126**      by Representative(s) Wright; also Senator(s) Aquilar--
37                         Concerning statutorily established time intervals.
38
39  Amendment No. 1, Judiciary Report, dated February 13, 2013, and placed
40  in member's bill file; Report also printed in House Journal, February 14,
41  2013, pages 275-276.
42
43  As amended, ordered engrossed and placed on the Calendar for Third
44  Reading and Final Passage.
45
46                           _____
47
48              **ADOPTION OF COMMITTEE OF THE WHOLE REPORT**
49
50  Passed Second Reading: **HB13-1224 amended, 1229 amended, 1228**
51  **amended, 1226 amended, 1157, 1203 amended, 1126 amended**.
52
53  The Chairman moved the adoption of the Committee of the Whole
54  Report. As shown by the following roll call vote, a majority of those
55  elected to the House voted in the affirmative, and the Report was
56  **adopted**.

House Journal--38th Day--February 15, 2013          Page 303

| | YES | 55 | NO | 10 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|---|
| Buck | Y | Ginal | Y | McLachlan | Y | Saine | N |
| Buckner | Y | Hamner | Y | McNulty | Y | Salazar | Y |
| Conti | N | Holbert | Y | Melton | Y | Schafer | Y |
| Coram | Y | Hullinghorst | Y | Mitsch Bush | Y | Scott | N |
| Court | Y | Humphrey | Y | Moreno | Y | Singer | Y |
| DelGrosso | N | Joshi | Y | Murray | Y | Sonnenberg | N |
| Dore | Y | Kagan | Y | Navarro | Y | Stephens | N |
| Duran | Y | Kraft-Tharp | Y | Nordberg | N | Swalm | Y |
| Everett | Y | Labuda | Y | Pabon | Y | Szabo | Y |
| Exum | Y | Landgraf | N | Peniston | Y | Tyler | Y |
| Fields | Y | Lawrence | Y | Pettersen | Y | Vigil | Y |
| Fischer | Y | Lebsock | Y | Primavera | Y | Waller | Y |
| Foote | Y | Lee | Y | Priola | N | Williams | Y |
| Garcia | Y | Levy | Y | Rankin | Y | Wilson | N |
| Gardner | Y | May | Y | Rosenthal | Y | Wright | Y |
| Gerou | Y | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | | Speaker | Y |

-------------------

## LAY OVER OF CALENDAR ITEM(S)

On motion of Representative Hullinghorst, the following item(s) on the Calendar were laid over until February 18, retaining place on Calendar:

Consideration of General Orders--**HB13-1025, 1121, 1185, 1199, 1097, 1103, 1118, 1081**.
Consideration of Resolution(s)--**SJR13-005**.

-------------------

On motion of Representative Hullinghorst, the House adjourned until 10:00 a.m., February 18, 2013.

Approved:
MARK FERRANDINO,
Speaker

Attest:
MARILYN EDDINS,
Chief Clerk

Page 304                          House Journal--38th Day--February 15, 2013

1

# HOUSE JOURNAL

## SIXTY-NINTH GENERAL ASSEMBLY

## STATE OF COLORADO

### First Regular Session

Forty-first  Legislative Day                    Monday, February 18, 2013

1    Prayer by the Reverend Brad Meuli, Denver Rescue Mission.
2
3    The Speaker called the House to order at 10:00 a.m.
4
5    Pledge of Allegiance led by Farid Jalil, Liberty University.
6
7    The roll was called with the following result:
8
9        Present--65.
10
11   The Speaker declared a quorum present.
12
13
14   On motion of Representative Garcia, the reading of the journal of
15   February 15, 2013, was declared dispensed with and approved as
16   corrected by the Chief Clerk.
17
18
19        **THIRD READING OF BILL(S)--FINAL PASSAGE**
20
21   The following bill(s) were considered on Third Reading.  The title(s)
22   were publicly read.  Reading of the bill at length was dispensed with by
23   unanimous consent.
24
25   **HB13-1224**    by Representative(s) Fields; also Senator(s) Hodge--
26                   Concerning  prohibiting  large-capacity  ammunition
27                   magazines.
28
29   The question being "Shall the bill pass?".
30   A roll call vote was taken.  As shown by the following recorded vote, a
31   majority of those elected to the House voted in the affirmative and the bill
32   was declared **passed**.
33

| YES | 34 | NO | 31 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | N | Ginal | Y | McLachlan | Y | Saine | N |
| Buckner | Y | Hamner | Y | McNulty | N | Salazar | Y |
| Conti | N | Holbert | N | Melton | Y | Schafer | Y |
| Coram | N | Hullinghorst | Y | Mitsch Bush | Y | Scott | N |
| Court | Y | Humphrey | N | Moreno | Y | Singer | Y |
| DelGrosso | N | Joshi | N | Murray | N | Sonnenberg | N |
| Dore | N | Kagan | Y | Navarro | N | Stephens | N |
| Duran | Y | Kraft-Tharp | Y | Nordberg | N | Swalm | N |
| Everett | N | Labuda | Y | Pabon | Y | Szabo | N |
| Exum | Y | Landgraf | N | Peniston | Y | Tyler | Y |

| Name | | Name | | Name | | Name | |
|---|---|---|---|---|---|---|---|
| Fields | Y | Lawrence | N | Pettersen | Y | Vigil | N |
| Fischer | Y | Lebsock | N | Primavera | N | Waller | N |
| Foote | Y | Lee | Y | Priola | N | Williams | Y |
| Garcia | N | Levy | Y | Rankin | N | Wilson | N |
| Gardner | N | May | Y | Rosenthal | Y | Wright | N |
| Gerou | N | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | Speaker | Y |

Co-sponsors added: Representative(s) Court, Fischer, Hullinghorst, Labuda, Levy, Melton, Pabon, Rosenthal, Schafer, Williams, Young.

**HB13-1229**   by Representative(s) Fields and McCann; also Senator(s) Carroll--Concerning criminal background checks performed pursuant to the transfer of a firearm, and, in connection therewith, making an appropriation.

The question being "Shall the bill pass?".

A roll call vote was taken. As shown by the following recorded vote, a majority of those elected to the House voted in the affirmative and the bill was declared **passed**.

| YES | 36 | NO | 29 | EXCUSED | 0 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | N | Ginal | Y | McLachlan | N | Saine | N |
| Buckner | Y | Hamner | Y | McNulty | N | Salazar | Y |
| Conti | N | Holbert | N | Melton | Y | Schafer | Y |
| Coram | N | Hullinghorst | Y | Mitsch Bush | Y | Scott | N |
| Court | Y | Humphrey | N | Moreno | Y | Singer | Y |
| DelGrosso | N | Joshi | Y | Murray | N | Sonnenberg | N |
| Dore | N | Kagan | Y | Navarro | N | Stephens | N |
| Duran | Y | Kraft-Tharp | Y | Nordberg | N | Swalm | N |
| Everett | N | Labuda | Y | Pabon | Y | Szabo | N |
| Exum | Y | Landgraf | N | Peniston | Y | Tyler | Y |
| Fields | Y | Lawrence | N | Pettersen | Y | Vigil | N |
| Fischer | Y | Lebsock | Y | Primavera | Y | Waller | N |
| Foote | Y | Lee | Y | Priola | N | Williams | Y |
| Garcia | Y | Levy | Y | Rankin | N | Wilson | N |
| Gardner | N | May | Y | Rosenthal | Y | Wright | N |
| Gerou | N | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | Speaker | Y |

Co-sponsors added: Representative(s) Buckner, Court, Duran, Exum, Fischer, Foote, Ginal, Hamner, Hullinghorst, Kagan, Labuda, Lee, Levy, McLachlan, Melton, Mitsch Bush, Moreno, Pabon, Pettersen, Rosenthal, Schafer, Williams, Young, Speaker.

**HB13-1228**   by Representative(s) Court, Duran, Ferrandino, Fields, Fischer, Foote, Hullinghorst, Levy, McCann, Melton, Moreno, Pabon, Peniston, Rosenthal, Ryden, Salazar, Schafer, Williams; also Senator(s) Heath--Concerning requiring the Colorado bureau of investigation to recoup the cost of performing an instant criminal background check prior to the transfer of a firearm, and, in connection therewith, making and reducing an appropriation.

The question being "Shall the bill pass?".

A roll call vote was taken. As shown by the following recorded vote, a majority of those elected to the House voted in the affirmative and the bill was declared **passed**.

1  OPERATIONS ASSOCIATED WITH THE SCHOOL'S OR SCHOOL DISTRICT'S FOOD
2  SERVICE PROGRAM.".
3
4  As amended, ordered engrossed and placed on the Calendar for Third
5  Reading and Final Passage.
6
7
8
9  **ADOPTION OF COMMITTEE OF THE WHOLE REPORT**
10
11  Passed Second Reading: **HB13-1119 amended, 1006 amended**.
12
13  Laid over until date indicated retaining place on Calendar:
14  **HB13-1123 amended--March 14, 2013**
15  **HB13-1222, 1110--March 15, 2013**.
16
17  The Chairman moved the adoption of the Committee of the Whole
18  Report. As shown by the following roll call vote, a majority of those
19  elected to the House voted in the affirmative, and the Report was
20  **adopted**.
21

| YES | 64 | NO | 0 | EXCUSED | 1 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | Y | Ginal | Y | McLachlan | Y | Saine | Y |
| Buckner | Y | Hamner | Y | McNulty | Y | Salazar | Y |
| Conti | Y | Holbert | Y | Melton | Y | Schafer | Y |
| Coram | Y | Hullinghorst | Y | Mitsch Bush | Y | Scott | Y |
| Court | Y | Humphrey | Y | Moreno | Y | Singer | Y |
| DelGrosso | Y | Joshi | Y | Murray | Y | Sonnenberg | Y |
| Dore | Y | Kagan | Y | Navarro | Y | Stephens | E |
| Duran | Y | Kraft-Tharp | Y | Nordberg | Y | Swalm | Y |
| Everett | Y | Labuda | Y | Pabon | Y | Szabo | Y |
| Exum | Y | Landgraf | Y | Peniston | Y | Tyler | Y |
| Fields | Y | Lawrence | Y | Pettersen | Y | Vigil | Y |
| Fischer | Y | Lebsock | Y | Primavera | Y | Waller | Y |
| Foote | Y | Lee | Y | Priola | Y | Williams | Y |
| Garcia | Y | Levy | Y | Rankin | Y | Wilson | Y |
| Gardner | Y | May | Y | Rosenthal | Y | Wright | Y |
| Gerou | Y | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | Speaker | Y |

40
41
42
43  **CONSIDERATION OF SENATE AMENDMENTS TO HOUSE BILLS**
44
45  **HB13-1224**  by Representative(s) Fields; also Senator(s) Hodge--
46                 Concerning prohibiting large-capacity ammunition
47                 magazines.
48
49  (Amended as printed in Senate Journal, March 8, 2013, pages 459-462.)
50
51  Representative Fields moved that the House **concur** in Senate
52  amendments. A substitute motion by Representative Joshi that the House
53  **not concur** in Senate amendments and that a Conference Committee be
54  appointed was declared **lost** by the following roll call vote:
55
56

| YES | 28 | NO | 36 | EXCUSED | 1 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | Y | Ginal | N | McLachlan | N | Saine | Y |
| Buckner | N | Hamner | N | McNulty | N | Salazar | N |
| Conti | Y | Holbert | Y | Melton | N | Schafer | N |
| Coram | Y | Hullinghorst | N | Mitsch Bush | N | Scott | Y |
| Court | N | Humphrey | Y | Moreno | N | Singer | N |
| DelGrosso | Y | Joshi | Y | Murray | Y | Sonnenberg | Y |
| Dore | Y | Kagan | N | Navarro | Y | Stephens | E |
| Duran | N | Kraft-Tharp | N | Nordberg | Y | Swalm | Y |
| Everett | Y | Labuda | N | Pabon | N | Szabo | Y |
| Exum | N | Landgraf | Y | Peniston | N | Tyler | N |
| Fields | N | Lawrence | Y | Pettersen | N | Vigil | Y |
| Fischer | N | Lebsock | N | Primavera | N | Waller | Y |
| Foote | N | Lee | N | Priola | Y | Williams | N |
| Garcia | N | Levy | N | Rankin | Y | Wilson | Y |
| Gardner | Y | May | N | Rosenthal | N | Wright | Y |
| Gerou | Y | McCann | N | Ryden | N | Young | N |
| | | | | | | Speaker | N |

Representative Fields' motion that the House **concur** in Senate amendments was declared **passed** by the following roll call vote:

| YES | 64 | NO | 0 | EXCUSED | 1 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | Y | Ginal | Y | McLachlan | Y | Saine | Y |
| Buckner | Y | Hamner | Y | McNulty | Y | Salazar | Y |
| Conti | Y | Holbert | Y | Melton | Y | Schafer | Y |
| Coram | Y | Hullinghorst | Y | Mitsch Bush | Y | Scott | Y |
| Court | Y | Humphrey | Y | Moreno | Y | Singer | Y |
| DelGrosso | Y | Joshi | Y | Murray | Y | Sonnenberg | Y |
| Dore | Y | Kagan | Y | Navarro | Y | Stephens | E |
| Duran | Y | Kraft-Tharp | Y | Nordberg | Y | Swalm | Y |
| Everett | Y | Labuda | Y | Pabon | Y | Szabo | Y |
| Exum | Y | Landgraf | Y | Peniston | Y | Tyler | Y |
| Fields | Y | Lawrence | Y | Pettersen | Y | Vigil | Y |
| Fischer | Y | Lebsock | Y | Primavera | Y | Waller | Y |
| Foote | Y | Lee | Y | Priola | Y | Williams | Y |
| Garcia | Y | Levy | Y | Rankin | Y | Wilson | Y |
| Gardner | Y | May | Y | Rosenthal | Y | Wright | Y |
| Gerou | Y | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | Speaker | Y |

The question being, "Shall the bill, as amended, pass?".
A roll call vote was taken. As shown by the following recorded vote, a majority of those elected to the House voted in the affirmative, and the bill, as amended, was declared **repassed**.

| YES | 34 | NO | 30 | EXCUSED | 1 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | N | Ginal | Y | McLachlan | Y | Saine | N |
| Buckner | Y | Hamner | Y | McNulty | N | Salazar | Y |
| Conti | N | Holbert | N | Melton | Y | Schafer | Y |
| Coram | N | Hullinghorst | Y | Mitsch Bush | Y | Scott | N |
| Court | Y | Humphrey | N | Moreno | Y | Singer | Y |
| DelGrosso | N | Joshi | N | Murray | N | Sonnenberg | N |
| Dore | N | Kagan | Y | Navarro | N | Stephens | E |
| Duran | Y | Kraft-Tharp | Y | Nordberg | N | Swalm | N |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Everett | N | Labuda | Y | Pabon | Y | Szabo | N |
| Exum | Y | Landgraf | N | Peniston | Y | Tyler | Y |
| Fields | Y | Lawrence | N | Pettersen | Y | Vigil | N |
| Fischer | Y | Lebsock | N | Primavera | Y | Waller | N |
| Foote | Y | Lee | Y | Priola | N | Williams | Y |
| Garcia | N | Levy | Y | Rankin | N | Wilson | N |
| Gardner | N | May | Y | Rosenthal | Y | Wright | N |
| Gerou | N | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | Speaker | Y |

Co-sponsor(s) added: Representative(s) Buckner, Speaker.

**HB13-1229** by Representative(s) Fields and McCann; also Senator(s) Carroll--Concerning criminal background checks performed pursuant to the transfer of a firearm, and, in connection therewith, making an appropriation.

(Amended as printed in Senate Journal, March 8, 2013, pages 459-460 and amended on Third Reading as printed in Senate Journal, March 11.)

Representative Fields moved that the House **not concur** in Senate amendments and that a Conference Committee be appointed. The motion was declared **passed** by the following roll call vote:

| YES | 64 | NO | 0 | EXCUSED | 1 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | Y | Ginal | Y | McLachlan | Y | Saine | Y |
| Buckner | Y | Hamner | Y | McNulty | Y | Salazar | Y |
| Conti | Y | Holbert | Y | Melton | Y | Schafer | Y |
| Coram | Y | Hullinghorst | Y | Mitsch Bush | Y | Scott | Y |
| Court | Y | Humphrey | Y | Moreno | Y | Singer | Y |
| DelGrosso | Y | Joshi | Y | Murray | Y | Sonnenberg | Y |
| Dore | Y | Kagan | Y | Navarro | Y | Stephens | E |
| Duran | Y | Kraft-Tharp | Y | Nordberg | Y | Swalm | Y |
| Everett | Y | Labuda | Y | Pabon | Y | Szabo | Y |
| Exum | Y | Landgraf | Y | Peniston | Y | Tyler | Y |
| Fields | Y | Lawrence | Y | Pettersen | Y | Vigil | Y |
| Fischer | Y | Lebsock | Y | Primavera | Y | Waller | Y |
| Foote | Y | Lee | Y | Priola | Y | Williams | Y |
| Garcia | Y | Levy | Y | Rankin | Y | Wilson | Y |
| Gardner | Y | May | Y | Rosenthal | Y | Wright | Y |
| Gerou | Y | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | Speaker | Y |

The Speaker appointed Representatives Fields, Chairman, McCann and Sonnenberg as House Conferees to the bill.

House in recess.  House reconvened.

1  Page 3, line 14, strike "gas OR" and substitute "gas, PLUG-IN HYBRID
2  ELECTRIC VEHICLES, OR VEHICLES THAT OPERATE ON".
3
4  Page 4, after line 9 insert:
5
6      "(III)  For purposes of this paragraph (c):
7      (D)  "LIFE-CYCLE COST" MEANS THE PURCHASE COST OF A VEHICLE
8  MINUS THE RESALE VALUE AT THE END OF THE VEHICLE'S EXPECTED
9  USEFUL LIFE, IN ADDITION TO THE FUEL, OPERATING, AND MAINTENANCE
10 COSTS INCURRED DURING THE VEHICLE'S EXPECTED USEFUL LIFE. FUEL
11 COSTS PER MILE TRAVELED SHALL BE CALCULATED BASED ON THE
12 REFERENCE CASE PROJECTIONS PUBLISHED BY THE UNITED STATES
13 ENERGY INFORMATION ADMINISTRATION FOR THE EXPECTED USEFUL LIFE
14 OF THE VEHICLE. THE EXPECTED USEFUL LIFE OF A VEHICLE SHALL BE THE
15 STANDARD THAT IS SET BY THE STATE FLEET MANAGEMENT PROGRAM FOR
16 ANALYSIS AND LIFE-CYCLE COSTING PURPOSES.".
17
18                          _____
19
20
21              **FIRST MAJORITY REPORT OF**
22              **FIRST CONFERENCE COMMITTEE**
23                   **on HB13-1229**
24
25          This Report Amends the Rerevised Bill
26
27 To the President of the Senate and the
28 Speaker of the House of Representatives:
29
30      Your first conference committee appointed on HB13-1229,
31 concerning criminal background checks performed pursuant to the
32 transfer of a firearm, and, in connection therewith, making an
33 appropriation, has met and a majority thereof reports that it has agreed
34 upon the following:
35
36 Amend rerevised bill, page 3, line 9, strike "FIREARM," and substitute
37 "FIREARM TO A TRANSFEREE,".
38
39 Page 3, strike lines 19 through 24 and substitute:
40
41 "NATURAL PERSON, THEN EACH NATURAL PERSON WHO IS AUTHORIZED BY
42 THE TRANSFEREE TO POSSESS THE FIREARM AFTER THE TRANSFER SHALL
43 UNDERGO A BACKGROUND CHECK, AS DESCRIBED IN PARAGRAPH (a) OF
44 THIS SUBSECTION (1), BEFORE TAKING POSSESSION OF THE FIREARM.".
45
46 Page 5, line 13, after "GIFT" insert "OR LOAN".
47
48 Respectfully submitted, (signed)
49 House Committee:           Senate Committee:
50 Rhonda Fields             Morgan Carroll
51 Elizabeth McCann          Jessie Ulibarri
52
53                          _____
54
55
56

## FIRST MINORITY REPORT OF
## FIRST CONFERENCE COMMITTEE
### on HB13-1229
This Report Amends the Rerevised Bill

To the President of the Senate and the
Speaker of the House of Representatives:

Your first conference committee appointed on HB13-1229, concerning criminal background checks performed pursuant to the transfer of a firearm, and, in connection therewith, making an appropriation, has met and a minority thereof reports that it has agreed upon the following:

That the House accede to the Senate amendments made to the bill, as the amendments appear in the rerevised bill, with the following changes:

Amend rerevised bill, page 3, line 9, strike "FIREARM," and substitute "FIREARM TO A TRANSFEREE,".

Page 3, strike lines 17 through 24 and substitute:
"OTHERWISE:
(I) "TRANSFEREE" MEANS A PERSON WHO DESIRES TO RECEIVE OR ACQUIRE POSSESSION OF A FIREARM FROM A TRANSFEROR. IF A TRANSFEREE IS NOT A NATURAL PERSON BUT A CORPORATION, ASSOCIATION, PARTNERSHIP, OR LIMITED LIABILITY COMPANY OR TRUST, THEN ONLY THE PERSON WHO RECEIVES POSSESSION ON BEHALF OF THE TRANSFEREE IS REQUIRED TO UNDERGO THE BACKGROUND CHECK DESCRIBED IN PARAGRAPH (a) OF THIS SUBSECTION (1). ANY SUBSEQUENT TRANSFER OF POSSESSION OF THE FIREARM BY THE PERSON TO ANOTHER PERSON SHALL BE SUBJECT TO THE REQUIREMENT DESCRIBED IN SAID PARAGRAPH (a), REGARDLESS OF WHETHER THE TRANSFEREE OF THE TRANSFER IS A MEMBER OF THE CORPORATION, ASSOCIATION, PARTNERSHIP, OR LIMITED LIABILITY COMPANY OR TRUST.
(II) "TRANSFEREE" DOES NOT INCLUDE A MEMBER OF A YOUTH ORGANIZATION THAT PARTICIPATES IN SHOOTING SPORTS IF THE MEMBER TAKES TEMPORARY POSSESSION OF A FIREARM FOR THE PURPOSE OF SUCH PARTICIPATION.".

Page 5, line 13, after "GIFT" insert "OR LOAN".

Page 7, after line 6, insert:
"(7) FOR PURPOSES OF PARAGRAPH (b) OF SUBSECTION (6) OF THIS SECTION, "IMMEDIATE FAMILY MEMBERS" MEANS:
(a) SPOUSES, PARENTS, CHILDREN, SIBLINGS, GRANDPARENTS, GRANDCHILDREN, NIECES, NEPHEWS, FIRST COUSINS, AUNTS, AND UNCLES;
(b) STEP-RELATIONS;
(c) PARTNERS OF CIVIL UNIONS OR DOMESTIC PARTNERSHIPS; AND
(d) IN-LAWS.".

Renumber succeeding subsections accordingly.

Respectfully submitted, (signed)
House Committee:          Senate Committee:
Jerry Sonnenberg          Greg Brophy

House Journal--66th Day--March 15, 2013    Page 605

| # | Name | | Name | | Name | | Name | |
|---|------|---|------|---|------|---|------|---|
| 1 | Coram | E | Hullinghorst | Y | Mitsch Bush | Y | Scott | Y |
| 2 | Court | Y | Humphrey | Y | Moreno | Y | Singer | Y |
| 3 | DelGrosso | Y | Joshi | Y | Murray | Y | Sonnenberg | Y |
| 4 | Dore | Y | Kagan | Y | Navarro | Y | Stephens | Y |
| 5 | Duran | E | Kraft-Tharp | Y | Nordberg | Y | Swalm | Y |
| 6 | Everett | Y | Labuda | Y | Pabon | Y | Szabo | Y |
| 7 | Exum | Y | Landgraf | Y | Peniston | Y | Tyler | Y |
| 8 | Fields | Y | Lawrence | Y | Pettersen | Y | Vigil | Y |
| 9 | Fischer | Y | Lebsock | Y | Primavera | Y | Waller | Y |
| 10 | Foote | Y | Lee | Y | Priola | Y | Williams | Y |
| 11 | Garcia | Y | Levy | E | Rankin | Y | Wilson | Y |
| 12 | Gardner | Y | May | Y | Rosenthal | Y | Wright | Y |
| 13 | Gerou | Y | McCann | Y | Ryden | Y | Young | Y |
| 14 | | | | | | | Speaker | Y |

## MESSAGE(S) FROM THE SENATE

The Senate has adopted the First Majority Report of First Conference Committee on HB13-1229, as printed in Senate Journal, March 15, 2013, and repassed the bill as amended. The bill is returned herewith.

## CONSIDERATION OF CONFERENCE COMMITTEE REPORT(S)

**HB13-1229**   by Representative(s) Fields and McCann; also Senator(s) Carroll--Concerning criminal background checks performed pursuant to the transfer of a firearm, and, in connection therewith, making an appropriation.

Majority Conference Committee report printed in House Journal, March 14, page 592. Minority Conference Committee report printed in House Journal, March 14, page 593.

Representative Fields moved that the House adopt the First Majority Report of First Conference Committee. A substitute motion by Representative Sonnenberg that the House reject the Conference Committee Report, discharge the First Conference Committee for **HB13-1229**, that a Second Conference Committee be appointed and that they be granted permission to go beyond the scope of the difference between the House and Senate was declared **lost** by the following roll call vote:

| # | YES | 27 | NO | 34 | EXCUSED | 4 | ABSENT | 0 |
|---|------|---|------|---|------|---|------|---|
| 46 | Buck | E | Ginal | N | McLachlan | N | Saine | Y |
| 47 | Buckner | N | Hamner | N | McNulty | Y | Salazar | N |
| 48 | Conti | Y | Holbert | Y | Melton | N | Schafer | N |
| 49 | Coram | E | Hullinghorst | N | Mitsch Bush | N | Scott | Y |
| 50 | Court | N | Humphrey | Y | Moreno | N | Singer | N |
| 51 | DelGrosso | Y | Joshi | Y | Murray | Y | Sonnenberg | Y |
| 52 | Dore | Y | Kagan | N | Navarro | Y | Stephens | Y |
| 53 | Duran | N | Kraft-Tharp | N | Nordberg | Y | Swalm | Y |
| 54 | Everett | Y | Labuda | N | Pabon | N | Szabo | Y |
| 55 | Exum | N | Landgraf | Y | Peniston | N | Tyler | N |
| 56 | Fields | N | Lawrence | Y | Pettersen | N | Vigil | Y |

Page 606 — House Journal--66th Day--March 15, 2013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fischer | N | Lebsock | E | Primavera | N | Waller | Y |
| Foote | N | Lee | Y | Priola | Y | Williams | N |
| Garcia | N | Levy | N | Rankin | N | Wilson | Y |
| Gardner | Y | May | N | Rosenthal | N | Wright | N |
| Gerou | E | McCann | N | Ryden | N | Young | N |
| | | | | | | Speaker | N |

Representative Fields' motion that the House adopt the First Majority Report of First Conference Committee was declared passed by the following roll call vote:

| YES | 55 | NO | 6 | EXCUSED | 4 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | E | Ginal | Y | McLachlan | Y | Saine | Y |
| Buckner | Y | Hamner | Y | McNulty | N | Salazar | Y |
| Conti | Y | Holbert | Y | Melton | Y | Schafer | Y |
| Coram | E | Hullinghorst | Y | Mitsch Bush | Y | Scott | N |
| Court | Y | Humphrey | Y | Moreno | Y | Singer | Y |
| DelGrosso | E | Joshi | Y | Murray | Y | Sonnenberg | Y |
| Dore | N | Kagan | Y | Navarro | Y | Stephens | N |
| Duran | Y | Kraft-Tharp | Y | Nordberg | Y | Swalm | Y |
| Everett | Y | Labuda | Y | Pabon | Y | Szabo | N |
| Exum | Y | Landgraf | Y | Peniston | Y | Tyler | Y |
| Fields | Y | Lawrence | Y | Pettersen | Y | Vigil | Y |
| Fischer | Y | Lebsock | Y | Primavera | Y | Waller | Y |
| Foote | Y | Lee | Y | Priola | Y | Williams | Y |
| Garcia | Y | Levy | Y | Rankin | Y | Wilson | Y |
| Gardner | Y | May | Y | Rosenthal | Y | Wright | N |
| Gerou | E | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | Speaker | Y |

The question being "Shall the bill, as amended, pass?".
A roll call vote was taken. As shown by the following recorded vote, a majority of those elected to the House voted in the affirmative and the bill, as amended, was declared **repassed**.

| YES | 36 | NO | 27 | EXCUSED | 2 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | E | Ginal | Y | McLachlan | Y | Saine | N |
| Buckner | Y | Hamner | Y | McNulty | N | Salazar | Y |
| Conti | N | Holbert | N | Melton | Y | Schafer | Y |
| Coram | E | Hullinghorst | Y | Mitsch Bush | Y | Scott | Y |
| Court | Y | Humphrey | N | Moreno | Y | Singer | Y |
| DelGrosso | N | Joshi | Y | Murray | N | Sonnenberg | N |
| Dore | N | Kagan | Y | Navarro | N | Stephens | N |
| Duran | Y | Kraft-Tharp | Y | Nordberg | N | Swalm | N |
| Everett | N | Labuda | Y | Pabon | Y | Szabo | N |
| Exum | Y | Landgraf | N | Peniston | Y | Tyler | N |
| Fields | Y | Lawrence | N | Pettersen | Y | Vigil | N |
| Fischer | Y | Lebsock | Y | Primavera | N | Waller | N |
| Foote | Y | Lee | Y | Priola | N | Williams | N |
| Garcia | Y | Levy | Y | Rankin | N | Wilson | N |
| Gardner | N | May | Y | Rosenthal | Y | Wright | N |
| Gerou | N | McCann | Y | Ryden | Y | Young | N |
| | | | | | | Speaker | Y |

Co-sponsor(s) added: Representative(s) Salazar, Tyler.

## PRINTING REPORT

The Chief Clerk reports the following bills have been correctly printed: **HB13-1261, 1262**.

---

## SIGNING OF BILLS - RESOLUTIONS - MEMORIALS

The Speaker has signed: **HB13-1126, 1166, 1224**.

---

The Speaker has signed: **HB13-1023, 1164, 1184, 1185, 1199**.

---

The Speaker has signed: **SB13-002, 010, 012, 015, 028, 038, 044, 046, 078, 080, 091, 112, 118, 143, 153 and 160.**

---

## DELIVERY OF BILLS TO GOVERNOR

The Chief Clerk of the House of Representatives reports the following bills have been delivered to the Office of the Governor: **HB13-1023, 1126, 1164, 1166, 1184, 1185, 1199, 1224** at 4:14 p.m. on March 15, 2013.

---

## INTRODUCTION OF BILLS
### First Reading

The following bills were read by title and referred to the committees indicated:

**HB13-1263**  by Representative(s) Primavera, Buckner, Court, Hamner, Peniston, Pettersen; also Senator(s) Heath--Concerning the regulation of private occupational schools by the private occupational school board, and, in connection therewith, making nonprofit private occupational schools subject to regulation by the private occupational school board.
Committee on Education

**HB13-1264**  by Representative(s) Levy and Melton, Priola; also Senator(s) Guzman and Carroll--Concerning the repeal of the death penalty by the general assembly.
Committee on Judiciary
Committee on Appropriations

**HB13-1265**  by Representative(s) Hullinghorst; also Senator(s) Heath--Concerning the income tax credit for business facility employees under the "Urban and Rural Enterprise Zone Act".
Committee on Finance

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court | N | Humphrey | Y | Moreno | N | Singer | N |
| DelGrosso | Y | Joshi | Y | Murray | Y | Sonnenberg | Y |
| Dore | Y | Kagan | N | Navarro | Y | Stephens | Y |
| Duran | N | Kraft-Tharp | N | Nordberg | Y | Swalm | Y |
| Everett | N | Labuda | N | Pabon | N | Szabo | Y |
| Exum | N | Landgraf | Y | Peniston | N | Tyler | N |
| Fields | N | Lawrence | Y | Pettersen | N | Vigil | N |
| Fischer | N | Lebsock | N | Primavera | N | Waller | Y |
| Foote | N | Lee | N | Priola | Y | Williams | N |
| Garcia | N | Levy | N | Rankin | N | Wilson | N |
| Gardner | Y | May | N | Rosenthal | N | Wright | Y |
| Gerou | Y | McCann | N | Ryden | N | Young | N |
| | | | | | | Speaker | N |

## ADOPTION OF COMMITTEE OF THE WHOLE REPORT

Passed Second Reading: **HB13-1123 amended, 1138 amended, 1208 amended**.

The Chairman moved the adoption of the Committee of the Whole Report. As shown by the following roll call vote, a majority of those elected to the House voted in the affirmative, and the Report was **adopted**.

| YES | 63 | NO | 0 | EXCUSED | 2 | ABSENT | 0 |
|---|---|---|---|---|---|---|---|
| Buck | E | Ginal | Y | McLachlan | Y | Saine | Y |
| Buckner | Y | Hamner | Y | McNulty | Y | Salazar | Y |
| Conti | Y | Holbert | Y | Melton | Y | Schafer | E |
| Coram | Y | Hullinghorst | Y | Mitsch Bush | Y | Scott | Y |
| Court | Y | Humphrey | Y | Moreno | Y | Singer | Y |
| DelGrosso | Y | Joshi | Y | Murray | Y | Sonnenberg | Y |
| Dore | Y | Kagan | Y | Navarro | Y | Stephens | Y |
| Duran | Y | Kraft-Tharp | Y | Nordberg | Y | Swalm | Y |
| Everett | Y | Labuda | Y | Pabon | Y | Szabo | Y |
| Exum | Y | Landgraf | Y | Peniston | Y | Tyler | Y |
| Fields | Y | Lawrence | Y | Pettersen | Y | Vigil | Y |
| Fischer | Y | Lebsock | Y | Primavera | Y | Waller | Y |
| Foote | Y | Lee | Y | Priola | Y | Williams | Y |
| Garcia | Y | Levy | Y | Rankin | Y | Wilson | Y |
| Gardner | Y | May | Y | Rosenthal | Y | Wright | Y |
| Gerou | Y | McCann | Y | Ryden | Y | Young | Y |
| | | | | | | Speaker | Y |

House in recess.   House reconvened.

## PRINTING REPORT

The Chief Clerk reports the following bills have been correctly printed: **HB13-1263, 1264, 1265**. _____

## SIGNING OF BILLS - RESOLUTIONS - MEMORIALS

The Speaker has signed: **HB13-1229**.

_____

HB1224_C.001

## HOUSE COMMITTEE OF REFERENCE REPORT

_____          February 12, 2013
Chairman of Committee                               Date

Committee on Judiciary.

After consideration on the merits, the Committee recommends the following:

HB13-1224    be amended as follows, and as so amended, be referred to the Committee of the Whole with favorable recommendation:

1    Amend printed bill, page 2, strike line 13 and substitute "ACCEPT, MORE
2    THAN FIFTEEN ROUNDS OF AMMUNITION OR MORE THAN EIGHT".

3    Page 3, line 1, strike "TEN" and substitute "FIFTEEN".

4    Page 3, strike line 3 and substitute:
5        "(II)  AN ATTACHED TUBULAR DEVICE DESIGNED TO ACCEPT, AND
6    CAPABLE OF OPERATING ONLY WITH, .22 CALIBER RIMFIRE AMMUNITION;
7    OR".

8    Page 3, line 10, strike "A" and substitute "ANY".

9    Page 3, line 13, strike "A" and substitute "ANY".

10    Page 4, line 12, after "FOR" insert "LAWFUL".

** *** ** *** **

*HB1224_C.001*



EXHIBIT
143
5574

HB1224_C.002

## SENATE COMMITTEE OF REFERENCE REPORT

_____
Chairman of Committee

March 4, 2013
Date

Committee on Judiciary.

After consideration on the merits, the Committee recommends the following:

HB13-1224   be amended as follows, and as so amended, be referred to the Committee of the Whole with favorable recommendation:

1   Amend reengrossed bill, page 2, strike lines 10 through 14 and substitute:
2   "(2) (a)  "LARGE-CAPACITY MAGAZINE MEANS:
3   (I)  A FIXED OR DETACHABLE MAGAZINE, BOX, DRUM, FEED STRIP,
4   OR SIMILAR DEVICE CAPABLE OF ACCEPTING, OR THAT IS DESIGNED TO BE
5   READILY CONVERTED TO ACCEPT, MORE THAN FIFTEEN ROUNDS OF
6   AMMUNITION;
7   (II)  A FIXED MAGAZINE OR SIMILAR DEVICE THAT IS CAPABLE OF
8   ACCEPTING MORE THAN EIGHT SHOTGUN SHELLS; OR
9   (III)  A DETACHABLE MAGAZINE, TUBE, BOX, DRUM, FEED STRIP, OR
10   SIMILAR DEVICE THAT IS CAPABLE OF ACCEPTING MORE THAN EIGHT
11   SHOTGUN SHELLS WHEN COMBINED WITH A FIXED MAGAZINE.".

12   Page 4, line 7, strike "TO:" and substitute "TO, OR ANY LICENSED GUN
13   DEALER, AS DEFINED IN SECTION 12-26.1-106 (6), C.R.S., OR ANY
14   EMPLOYEE THEREOF ENGAGED IN HIS OR HER OFFICIAL EMPLOYMENT
15   DUTIES, THAT SELLS LARGE-CAPACITY MAGAZINES EXCLUSIVELY TO:".

16   Page 4, strike line 27 and substitute "ON BEHALF OF A MANUFACTURER OF
17   LARGE-CAPACITY MAGAZINES WITHIN COLORADO.".

18   Page 5, strike lines 4 through 6 and substitute "SECTION MUST INCLUDE A
19   PERMANENT STAMP OR MARKING INDICATING THAT THE LARGE-CAPACITY
20   MAGAZINE WAS MANUFACTURED OR ASSEMBLED AFTER THE EFFECTIVE
21   DATE OF THIS SECTION. THE STAMP OR MARKING MUST BE LEGIBLY AND
22   CONSPICUOUSLY".

** *** ** *** **

*HB1224_C.002*