IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, | ) ) ) | |
| Appellants, | ) ) | Nos. 14-1290 |
| v. | ) ) ) | |
| JOHN W. HICKENLOOPER, | ) ) | |
| Appellee. | ) ) ) | |

On Appeal from the United States District Court for the District of Colorado
The Honorable Chief Judge Marcia S. Krieger
Case No. 13-CV-1300-MSK

**EXHIBIT 4**



**Colorado Bureau of Investigation**
Ronald C. Sloan, Director
690 Kipling St., Suite 3000, Denver, Co 80215
Ph: (303) 239-4201  cbi.state.co.us

## CBI InstaCheck Unit: Private Firearm Transaction Data as Reported by Colorado FFLs:

### July 2012 through December 2013

| Month | Jul 2012 | Aug 2012 | Sep 2012 | Oct 2012 | Nov 2012 | Dec 2012 | Jan 2013 | Feb 2013 | Mar 2013 | Apr 2013 | May 2013 | Jun 2013 | Jul 2013 | Aug 2013 | Sep 2013 | Oct 2013 | Nov 2013 | Dec 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Gun Show | 506 | 554 | 570 | 680 | 788 | 756 | 806 | 829 | 805 | 644 | 476 | 373 | 342 | 584 | 553 | 651 | 946 | 762 |
| Gun Show | 291 | 560 | 612 | 650 | 975 | 1184 | 562 | 1130 | 827 | 963 | 615 | 930 | 219 | 430 | 262 | 405 | 401 | 644 |

\*\*This statistical report is unique, as the calculation of this data is not assembled on an ongoing basis\*\*