| Month  | Dealer Sale | Private Gun Show | Private Individual |
|--------|-------------|------------------|--------------------|
| Jul-12 | 21749       | 291              | 506                |
| Aug-12 | 26487       | 560              | 554                |
| Sep-12 | 24754       | 612              | 570                |
| Oct-12 | 26672       | 650              | 680                |
| Nov-12 | 37018       | 975              | 788                |
| Dec-12 | 55938       | 1184             | 756                |
| Jan-13 | 54794       | 562              | 806                |
| Feb-13 | 45197       | 1130             | 829                |
| Mar-13 | 41729       | 827              | 805                |
| Apr-13 | 32239       | 963              | 644                |
| May-13 | 25978       | 615              | 476                |
| Jun-13 | 26642       | 930              | 373                |
| Jul-13 | 19035       | 219              | 342                |
| Aug-13 | 25702       | 430              | 584                |
| Sep-13 | 23043       | 262              | 553                |
| Oct-13 | 24575       | 405              | 651                |
| Nov-13 | 28634       | 399              | 946                |
| Dec-13 | 33958       | 644              | 762                |
| Jan-14 | 22867       | 478              | 685                |
| Feb-14 | 26883       | 449              | 842                |
| Mar-14 | 28117       | 471              | 922                |
| Apr-14 | 23487       | 372              | 848                |
| May-14 | 21924       | 386              | 941                |
| Jun-14 | 19493       | 111              | 919                |
| Jul-14 | 20743       | 306              | 903                |
| Aug-14 | 23884       | 267              | 866                |
| Sep-14 | 22551       | 174              | 983                |
| Oct-14 | 26489       | 286              | 1023               |
| Nov-14 | 28259       | 264              | 992                |
| Dec-14 | 35879       | 347              | 1099               |