# APPENDIX

*Data examined*

Mass shooting incidents from 1984-2013 are compiled from Professor Gary Kleck's expert report covering 1994-2013 and from his cross-examination, which introduced reports of additional incidents. JA.25:5325-53; 26:5408-57. This supplemented Professor Kleck's previous data collection on such crimes for 1984-1993. JA.12:2473-74, 23:5096.[1]

*Results*

When magazines with a capacity of 15 or fewer rounds were used, the mean (average) number of fatalities was 6.781. When magazines with a capacity greater than 15 rounds were used, the mean number of fatalities were 7.176. The "P value" was 0.778.

The "P value" is an expression of the statistical strength of a relationship. The P value can be between 0 and 1. If the P value is less than 0.05, then the relationship is said to be statistically significant: There is less than a 5% chance that the association between the two variables is due to random variation.

The P value of 0.778 is far from 0.05. This indicates that it is overwhelmingly unlikely that the use of magazines with a capacity greater than 15 rounds affects the number of fatalities in mass shootings.

---

[1] The previous data collection was published in GARY KLECK, TARGETING GUNS 144, tbl. 4.2 (1997).

*Data Table*

Below are the data used. The selection criteria are shootings in which more than six people were wounded or killed.

| Location | Date | Killed | Guns Used | Mag. over 15? |
|---|---|---|---|---|
| Santa Monica, CA | 6/7/2013 | 5 | AR-15 style rifle, Remington revolver, other handgun(s) | Y |
| Newtown, CT | 12/14/2013 | 26 | Bushmaster semi-automatic rifle, 10mm Glock semi-automatic handgun, Sig Sauer 9mm handgun. 30 round mags. | Y |
| Brookfield, WI | 10/21/2012 | 3 | Unknown | ? |
| Minneapolis, MN | 9/27/2012 | 6 | Glock 9mm semi-automatic pistol | ? |
| Sikh Temple, WI | 8/5/2012 | 6 | Springfield Armory XD 9mm. 3x19 round mags. | Y |
| Lauderdale Lakes, FL | 3/30/2012 | 2 | Unknown | ? |
| Miami, FL | 3/30/2012 | 2 | Unknown | ? |
| Jacksonville, FL | 8/29/2011 | 1 fetus | Unknown | ? |
| Copley, OH | 8/7/2011 | 7 | Unknown | ? |
| Grand Prairie, TX | 7/23/2011 | 5 | Handgun | ? |
| Aurora, CO | 7/20/2012 | 12 | Remington tactical shotgun, Smith and Wesson M&P semi-automatic rifle, Glock .40 caliber semi-automatic handgun. 100 round drum on the rifle. | Mix |
| Tuscaloosa, AL | 7/17/2012 | 0 | "assault rifle" | Y |
| Oakland, CA | 4/2/2012 | 7 | .45 caliber handgun, 8 round mags. | N |
| Jackson, TN | 2/2012 | 1 | Unknown | ? |
| Englewood, IL | 12/30/2011 | 2 | Unknown | ? |
| Seal Beach, CA | 10/14/2011 | 8 | Springfield 9mm semi-automatic handgun, Heckler and Koch .45 caliber handgun, Smith and Wesson .44 Magnum | ? |
| Dallas, TX | 10/9/2011 | 0 | One handgun, other gun unknown | ? |

A-2

| Cupertino, CA | 10/5/2011 | 3 | Unknown. | ? |
|---|---|---|---|---|
| | | | | |
| Miami, FL | 9/18/2011 | 1 | Unknown | ? |
| Palmetto, FL | 9/10/2011 | 2 | Unknown | ? |
| Carson City, NV | 9/6/2011 | 4 | Norinco MAK 90, illegally modified to full automatic. 30 rounds mags. | Y |
| Grand Rapids, MI | 7/7/2011 | 7 | Glock 9mm w/ 12 round mag. | N |
| Tucson, AZ | 1/8/2011 | 6 | Glock 19 9mm semi-automatic handgun w/ 2x15, 2x33 round mags. | Y |
| Buffalo, NY | 8/14/2010 | 4 | Unknown | ? |
| Manchester, CT | 8/3/2010 | 8 | 2 Ruger 9mm semi-automatic handguns w/ 17 round mags. | Y |
| Hialeah, FL | 6/6/2010 | 4 | .45 caliber semi-automatic handgun | N |
| Tuscaloosa, AL | 5/19/2010 | 1 | 9mm handgun | ? |
| Washington, D.C. | 3/30/2010 | 4 | AK-47, 9mm semi-automatic pistol, .45 semi-automatic pistol. | Y |
| Appomattox, VA | 1/19/2010 | 8 | "High-powered rifle" | ? |
| St. Louis, MO | 1/8/2010 | 3 | "one assault rifle, one shotgun and two handguns" | Y |
| Ft. Hood, TX | 11/5/2009 | 13 | FN Herstal 5.7 tactical pistol. 15 magazines of 20 to 30 rounds | Y |
| Reading, PA | 11/2009 | 1 | Unknown | ? |
| Collier, PA | 8/4/2009 | 3 | Unknown | ? |
| Overtown, FL | 7/6/2009 | 2 | Unknown | ? |
| Philadelphia, PA | 6/21/2009 | 1 | Unknown | ? |
| Jacksonville, FL | 4/27/2009 | 1 | Unknown | ? |
| Binghamton, NY | 4/3/2009 | 13 | Beretta .45 caliber semi-automatic pistol, Beretta 9mm semi-automatic pistol w/ 2 30 round mags. | Y |
| Santa Clara, CA | 3/29/2009 | 5 | .45 caliber semi-automatic pistols | N |
| Carthage, NC | 3/29/2009 | 8 | Shotgun, at least one other gun | ? |

| Samson, AL | 3/11/2009 | 10 | Bushmaster AR-15, SKS rifle, shotgun, and .38 caliber pistol | Y |
|---|---|---|---|---|
| Largo, MD | 3/1/2009 | 1 | Unknown | ? |
| Portland, OR | 1/27/2009 | 2 | 9mm handgun | ? |
| Seattle, WA | 9/2/2008 | 6 | Rifle, handgun | N |
| Knoxville, TN | 7/2008 | 2 | Sawed-off double-barreled shotgun | N |
| DeKalb, IL | 2/14/2008 | 5 | Sig Sauer P232 9mm semi-automatic pistol, HiPoint CF380 .380 caliber semi-automatic pistol, Glock 19 9mm pistol, Remington Sportsman 48 12 gauge shotgun. Shooter had 2x15, and 2x33 magazines for the Glock. He may have used only the shotgun and the Glock. | Y |
| Kirkwood, CA | 2/7/2008 | 6 | .44 caliber revolver, Smith and Wesson .40 caliber semi-automatic pistol | N |
| Denver, Colo. Springs, CO | 12/9/2007 | 4 | Bushmaster XM15 rifle, Springfield Armory 9mm semi-automatic handgun. (Unused: AK-47 style rifle, Beretta .40 caliber semi-automatic handgun.) | Y |
| Omaha, NE | 12/5/2007 | 8 | AK-47 style semi-automatic rifle. 30 round mags. | Y |
| LoDo, Denver, CO | 11/2007 | 1 | Unknown | ? |
| Crandon, WI | 10/7/2007 | 6 | Automatic rifle, 30 rounds fired | Y |
| Virginia Tech, VA | 4/16/2007 | 32 | Glock 19 9mm semi-automatic pistol, Walther P22 .22 caliber Pistol (10 and 15 round mags) | N |
| Salt Lake City, UT | 2/12/2007 | 5 | Maverick Arms Model 88 12 gauge shotgun, Smith and Wesson .38 caliber pistol | N |
| Lancaster, PA | 10/2/2006 | 5 | Springfield 9mm semi-automatic pistol, capacity of magazines unknown; 12 gauge shotgun; Ruger bolt-action rifle | ? |
| Indianapolis, IN | 6/3/2006 | 7 | Unknown | ? |
| Seattle, WA | 3/25/2006 | 7 | Winchester Defender pump-action 12 gauge shotgun, Ruger P-94 .40 | N |

| | | | caliber handgun. (Unused AR-15 in car). | |
|---|---|---|---|---|
| Red Lake, WI | 3/12/2005 | 7 | Ruger .22 caliber semi-automatic handgun, Glock .40 caliber semi-automatic handgun, Remington 12 gauge shotgun. Magazine capacity unknown. | ? |
| Birchwood, WI | 11/21/2004 | 5 | SKS 7.62mm, 10 round mag. (reloaded at least twice). | N |
| Meridian, MS | 7/8/2003 | 6 | Winchester 12 gauge pump-action shotgun. (Other unfired guns in car.) | N |
| Goshen, IN | 12/6/2001 | 1 | 12 gauge shotgun | N |
| Elgin, IL | 4/14/2001 | 2 | Shotgun, silver handgun, speed-loading device, several magazines | ? |
| Santee, CA | 3/5/2001 | 2 | .22 caliber revolver (reloaded three times) | N |
| Chicago, IL | 2/5/2001 | 4 | SKS semi-automatic rifle, Remington shotgun, .30 caliber hunting rifle, .38 caliber revolver | Y |
| Wakefield, MA | 12/26/2000 | 7 | AK-47 style rifle (60 round mag.), Winchester 12 gauge pump-action shotgun, .32 caliber semi-automatic pistol | Y |
| Roanoke, VA | 9/22/2000 | 1 | 9mm Ruger handgun. Mag capacity unknown, but more than 9 | ? |
| Queens, NY | 5/24/2000 | 5 | Bryco-Jennings .380 caliber semi-automatic pistol | N |
| Washington DC | 4/24/2000 | 0 | 9mm shells found. Gun never recovered. | ? |
| Florida | 12/30/1999 | 5 | 9mm semi-automatic handgun, .38 caliber handgun | ? |
| Honolulu, HI | 11/2/1999 | 7 | 9mm Glock pistol. 10 rounds fired. | ? |
| Ft. Worth, TX | 9/15/1999 | 7 | 9mm semi-automatic handgun (Ruger) and a .380 caliber handgun | ? |
| Atlanta, GA | 7/30/1999 | 9 | Glock 9mm handgun, Colt .45 handgun, H&R .22 caliber revolver, Raven .24 caliber pistol. Capacity of magazines unknown | ? |

| Conyers, GA | 5/20/1999 | 0 | .22 caliber rifle, .357 magnum handgun | N |
| Littleton, CO | 4/20/1999 | 13 | Intratec TEC-DC-9 9mm semi-automatic handgun, Hi-Point 995 9mm carbine rifle, Savage-Springfield 67H 12 gauge pump action shotgun, Stevens 311D double barreled shotgun. | Mix |
| Salt Lake City, UT | 4/15/1999 | 2 | .22 caliber semi-automatic handgun | N |
| Springfield, OR | 5/21/1998 | 4 | ".22 caliber semi-automatic Ruger rifle, his father's 9mm Glock pistol and a .22 caliber Ruger semi-automatic pistol." 50 round magazine | Y |
| Jonesboro, AR | 3/24/1998 | 5 | At least four guns used. Including 30 round magazine. | Y |
| Orange, CA | 12/18/1997 | 4 | AK-47, shotgun, handgun | Y |
| Paducah, KY | 12/1/1997 | 3 | .22 caliber handgun (shooter also had two rifles and two shotguns) | N |
| Pearl, MS | 10/1/1997 | 2 | Rifle | ? |
| Aiken, GA | 9/15/1997 | 4 | semi-automatic pistol (8 round mags.) | N |
| North Hollywood, CA | 2/28/1997 | 0 | Fully automatic AIM AK-47, Norinco Type 56 S-1, semi-automatic HK-91, and a Bushmaster XM15 E2S | Y |
| NYC, NY | 2/23/1997 | 1 | .380 caliber Beretta handgun | N |
| Washington DC | 12/31/1994 | 2 | .22 caliber rifle, handgun | ? |
| Spokane, WA | 6/20/1994 | 4 | AK style rifle. 70 round mag. "unspecified 'single shot' weapon" (unused) | Y |
| Washington, DC | 3/31/1994 | 1 | Tec-9 semi-automatic (found but not confirmed as used in the shooting) | Y |
| Long Island R.R., NY | 12/7/1993 | 5 | Ruger P-85 9mm semi-automatic pistol | N |
| San Francisco, CA | 7/1/1993 | 8 | Two Intratec DC9 9mm semi-automatic pistols; 1 Colt .45 caliber semi-automatic pistol | Y |
| Killeen, TX | 10/16/1991 | 22 | Two Glock 17 9mm semi-automatic pistols | Y |

| | | | | |
|---|---|---|---|---|
| Phoenix, AZ | 8/10/1991 | 9 | .22-caliber rifle; 20-gauge shotgun | N |
| Chimayo, NM | 2/26/1991 | 7 | 7mm rifle, .38 cal. revolver, .357 magnum revolver | N |
| Jacksonville, FL | 6/18/1989 | 8 | .30-caliber semi-automatic carbine; also armed with .38 caliber revolver | N |
| Louisville, KY | 9/14/1989 | 7 | AK-47 semi-automatic rifle; 2 MAC-11 semi-automatic pistols; Sig-Sauer 9mm semi-automatic pistol; Smith and Wesson .38 caliber handgun | Y |
| Stockton, CA | 1/17/1989 | 5 | Model 56S (copy of AKM-47); also armed with 9mm pistol | Y |
| Sunnyvale, CA | 2/17/1988 | 7 | 12-gauge shotgun used in all killings; also armed with .30-06 rifle, 9mm Browning semi-automatic pistol; .380 caliber semi-automatic pistol | N |
| Russellville, AK | 12/18/1987 | 16 | Two .22-caliber pistols | N |
| Eckland, MO | 9/25/1987 | 7 | .22-caliber revolver | N |
| Palm Bay, FL | 4/23/1987 | 6 | .223 caliber rifle; revolver | Y |
| Edmond, OK | 8/19/1986 | 14 | Two .45 caliber semi-automatic pistols, borrowed from Oklahoma National Guard; personally owned .22 caliber handgun | N |
| San Ysidro, CA | 7/18/1984 | 21 | 12-gauge pump shotgun; 9mm Uzi semi-automatic carbine | Mix |
| Brooklyn, NY | 4/15/1984 | 10 | "Two different guns" [.22 pistol and .38 revolver] | N |

*How magazine size was determined*

If magazine size was not specified, the following assumptions were made: When the term "assault rifle" was listed in the information, or when the weapon type listed was a rifle whose standard magazine capacity is greater than 15 rounds, the magazine size was presumed to exceed 15, despite the availability of smaller magazines for such rifles. (*See*

A-7

Def.br.61.) We assumed that handguns in .40 or .45 caliber did not have a magazine with a capacity over 15, because almost all of them come standard with a smaller magazine. (*Id.*) Because 9mm handguns come in many sizes, (JA6:1504), we left as "unknown" incidents which specified only that a 9mm handgun was used. When a model name was provided for any firearm, we assumed that the gun had the largest standard magazine for that model. For example, the Glock 17 has a standard 17 round magazine, and the Glock 19 has a standard 15 round magazine. We assumed that revolvers and .22 caliber handguns had an ammunition capacity of 15 rounds or fewer, and also rifles in calibers for which standard magazines of more than 15 rounds are not typical. Likewise, shotguns almost always have integral tubular magazines whose capacity is well under 15 rounds. Or they have no magazine, as in a double-barreled shotgun.

In several crimes, the criminal(s) used magazine(s) of both sizes (16 or more; 15 or less). These were classified as follows: At San Ysidro, California, "at least half" of the 21 fatalities were inflicted with the shotgun. Christopher S. Koper & Jeffrey Roth, *The Impact of the 1994 Assault Weapons Ban on Gun Violence Outcomes*, 17 J. QUANTITATIVE CRIMINOL. 33, 42 (2001), discussed in JA.23:5096; cited in BradyBr.25 n.25. In this case, 11 deaths were attributed to the shotgun, and 10 to the carbine (which had a magazine over 15 rounds).

At the Aurora Theater, there were 3 fatalities from the shotgun, and 9 from the rifle with its 100-round drum.[2]

---

[2] Order Re: Preliminary/Proof Evident Hearing, *People v. Holmes*, no. 12CR1522, at 15, (D. Arapahoe, Colo. Jan. 10, 2013),

A-8

At Columbine, both murderers carried sawed-off shotguns. One killer carried a rifle with a magazine under 15 rounds; the other killer carried a handgun with a magazine over 15. There were 5 fatalities from shotgun wounds. For the other 8, we presumed that half were from the rifle, and half from the handgun.[3]

The following additional cases appear to be mixed, but we classified them as if all the fatalities were from magazines over 15 rounds: St. Louis, MO, 1/8/2010; DeKalb, IL, 2/14/2008; Red Lake, WI, 3/12/2005; Wakefield, MA, 12/16/2000; Jonesboro, AR, 3/24/1998.

In mixed incidents (both sizes of magazine used), the fatalities are separately analyzed. For example San Ysidro (21 total fatalities) is calculated as one incident for the shotgun (11 fatalities) and a separate incident for the carbine (10 fatalities; magazine capacity over 15).

The various studies cited by Defendant and amici do not account for mixed cases. In situations where the criminal killed family members before traveling somewhere else to initiate a mass attack, we did not count the family fatalities, because they are not relevant to the question of magazine type in mass attacks. Nor did we count the death of the perpetrator himself. The consultant study based on *Mother Jones* (Part III.A) did include these fatalities.

---

https://www.courts.state.co.us/userfiles/file/Court_Probation/18th_Judicial_District/18th_Courts/12CR1522/001/1102013%20Order%20C19.pdf. One fatality was listed as arising from both. *Id.* at 19.

[3]   *Columbine   High   Shooting   Victims   Official   Autopsy   Reports*, http://www.acolumbinesite.com/autopsies.html.

For the oldest case (Brooklyn, N.Y., 1984), the table in Kleck's book reported "two handguns." These were a .38 caliber revolver, and a .22 caliber pistol.[4]

*Statistical tests*

At the end of this Appendix is a Glossary which explains some of the statistical terms used in the analysis.

The data was subjected to multiple statistical analyses, outlined below. None of the tests showed a statistically significant difference between the number of people killed during mass shootings, based on whether a magazine was over 15 rounds. Statistical significance is defined with the standard metric of a P value of $<0.05$. In none of the tests did a P value approach this standard of statistical significance. The analyses were carried out using SigmaPlot 13 analytic software from SysStat Software Inc. and Stata Version 12.

**Descriptive Statistics:**

In those cases where the shooter used magazines with a capacity of 15 rounds or less, the average number of people killed in each incident is 6.78. In those cases where the shooter used large capacity magazines ($>15$), the average number of people killed is 7.18.

| Variable | Obs | Mean | Std. Dev. | Min | Max |
|---|---|---|---|---|---|
| killed | 32 | 6.78125 | 5.835013 | 0 | 32 |
| killed | 34 | 7.176471 | 5.507409 | 0 | 26 |

---

[4] *See* John M. Doyle, *Man Convicted of Manslaughter In Slayings of 10 Women and Children*, AP Online, July 19, 1985.

The difference between the two means is only .395. Nevertheless, because it is conceivable that such a small difference could be statistically significant, we performed a standard t-test, the usual method of testing whether or not the manipulation of an independent variable (in this case, magazine size) leads to a different outcome (in this case, the number of persons killed). The results, presented below, showed no statistically significant relationship between the groups. The P value of 0.778 was far from the usual significance level of $P < 0.05$. A lower value indicates a higher degree of certainty that the two variables are related.

```
Two-sample t test with equal variances
------------------------------------------------------------------------
  Group |    Obs        Mean    Std. Err.    Std. Dev.   [95% Conf. Interval]
---------+--------------------------------------------------------------
      0 |     32     6.78125    1.031494     5.835013     4.677503    8.884997
      1 |     34    7.176471    .9445128     5.507409     5.254845    9.098096
---------+--------------------------------------------------------------
combined |     66    6.984848    .6927841     5.628205     5.601263    8.368434
---------+--------------------------------------------------------------
   diff |           -.3952206    1.396119                 -3.184289    2.393847
------------------------------------------------------------------------
   diff = mean(0) - mean(1)                                  t =  -0.2831
Ho: diff = 0                                 degrees of freedom =       64

   Ha: diff < 0              Ha: diff != 0                  Ha: diff > 0
 Pr(T < t) = 0.3890    Pr(|T| > |t|) = 0.7780          Pr(T > t) = 0.6110
```

The standard t-test has two weaknesses. The first is that it assumes that the variances of the two groups are equal. However, there is a modified version of the test that does not assume equal variances. The result of that test, presented below, was virtually identical to that of the first.

```
Two-sample t test with unequal variances
------------------------------------------------------------------------------
  Group |   Obs        Mean    Std. Err.   Std. Dev.   [95% Conf. Interval]
--------+---------------------------------------------------------------------
      0 |    32     6.78125    1.031494    5.835013    4.677503    8.884997
      1 |    34    7.176471    .9445128    5.507409    5.254845    9.098096
--------+---------------------------------------------------------------------
combined |   66    6.984848    .6927841    5.628205    5.601263    8.368434
--------+---------------------------------------------------------------------
   diff |          -.3952206   1.398601               -3.190012    2.399571
------------------------------------------------------------------------------
   diff = mean(0) - mean(1)                                    t =  -0.2826
Ho: diff = 0                      Satterthwaite's degrees of freedom =  63.1037

   Ha: diff < 0                 Ha: diff != 0                    Ha: diff > 0
Pr(T < t) = 0.3892    Pr(|T| > |t|) = 0.7784          Pr(T > t) = 0.6108
```

The results are the same even under the assumption of unequal variances ($P = 0.7784$).

For completeness we report the standard test for the equality of two variances.

```
                        Analysis of Variance
    Source              SS         df       MS              F      Prob > F
------------------------------------------------------------------------------
Between groups      2.57492201      1    2.57492201        0.08      0.7780
 Within groups      2056.40993     64    32.1314051
------------------------------------------------------------------------------
    Total           2058.98485     65    31.67669
```

Bartlett's test for equal variances: chi2(1) =  0.1052  Prob>chi2 = 0.746

We cannot reject the null hypothesis of equal variances ($P = 0.746$).

Another potential weakness of the standard t-test is that it assumes that the data are distributed normally. This is clearly not true of these data since the distribution is skewed toward small numbers as the following diagram shows.

A-12



An alternative approach to the standard t-test is to use a regression model with a dummy (binary) variable. The dummy variable (called "lcm16" below) indicates whether the shooter used magazines capable of holding more than 15 rounds. The dummy is equal to 1 if the shooter used magazines capable of holding more than 15 rounds, zero if he used smaller magazines.

```
      Source |       SS           df       MS            Number of obs =       66
-------------+------------------------------            F(1, 64)      =     0.08
       Model |  2.57492201         1   2.57492201        Prob > F      =   0.7780
    R-esidual |  2056.40993        64  32.1314051        R-squared     =   0.0013
-------------+------------------------------            Adj R-squared =  -0.0144
       Total |  2058.98485        65   31.67669          Root MSE      =   5.6685

------------------------------------------------------------------------------
      killed |      Coef.   Std. Err.      t    P>|t|     [95% Conf. Interval]
-------------+----------------------------------------------------------------
       lcm16 |  .3952206   1.396119     0.28   0.778    -2.393847    3.184289
       _cons |   6.78125   1.002051     6.77   0.000     4.779423    8.783077
------------------------------------------------------------------------------
```

A-13

The coefficient on the dummy variable is identical to the difference between the two means (0.3952206) and the P value is also identical (0.778).

To test the sensitivity of the analysis to the assumption of normality the same test is done assuming a Poisson distribution, which was developed to describe just such data as those described in the figure above.

```
Poisson regression                          Number of obs   =        66
                                            LR chi2(1)      =      0.37
                                            Prob > chi2     =    0.5436
Log likelihood = -239.22669                 Pseudo R2       =    0.0008

------------------------------------------------------------------
      killed |  Coef.   Std. Err.     z    P>|z|    [95% Conf. Interval]
-------------+----------------------------------------------------
       lcm16 |.0566462   .0933095   0.61   0.544    -.1262369    .2395294
       _cons |1.914161   .0678844  28.20   0.000     1.78111    2.047212-
------------------------------------------------------------------
```

The results are the same. There is no significant difference between the two means. The P value corresponding to the null hypothesis that the means are the same is 0.544. We cannot reject the null hypothesis that the means are the same.

Finally, a widely used alternative to the Poisson is the so-called negative binomial model which makes somewhat less restrictive assumptions than the Poisson.

```
Negative binomial regression                    Number of obs   =         66
                                                LR chi2(1)      =       0.10
Dispersion      = mean                          Prob > chi2     =     0.7524
Log likelihood = -190.82731                     Pseudo R2       =     0.0003

------------------------------------------------------------------------------
      killed |    Coef.    Std. Err.     z     P>|z|    [95% Conf. Interval]
-------------+----------------------------------------------------------------
       lcm16 | .0566462    .179486    0.32    0.752   -.2951398    .4084323
       _cons | 1.914161    .1293011  14.80    0.000    1.660736    2.167587
-------------+----------------------------------------------------------------
     /lnalpha | -.9479487   .2416106                  -1.421497   -.4744006
-------------+----------------------------------------------------------------
       alpha | .3875352    .0936326                    .2413525    .6222579
------------------------------------------------------------------------------
Likelihood-ratio test of alpha=0: chibar2(01) =96.80
Prob>=chibar2 = 0.000
```

The results are again unchanged. The null hypothesis of no difference between the means cannot be rejected at any reasonable level of significance (P = 0.752). The results are the same when we drop the assumption that the data are distributed normally. Therefore the results do not depend on the normality assumption.

As a result of these tests, we can conclude with considerable confidence that the use of magazines capable of holding more than 15 rounds in multiple-victim shootings has no relationship to the number of people killed in such events.

**Glossary**

*Alternative hypothesis (Ha).* The statement accepted as true if the null hypothesis is rejected (P<.05). For example if the null hypothesis is that two means are equal, the alternative hypothesis is that the two means are not equal.

*Bartlett's Test for Equal Variances.* The standard test for the equality of the variances of two groups.

A-15

Appellate Case: 14-1232    Document: 01019437390    Date Filed: 05/29/2015    Page: 7

*Coefficient (Coef.)* Number associated with a variable in a regression. For example, the coefficient on the dummy variable gives the change in the mean number of people killed if the dummy goes from zero (small magazine) to one (large magazine). If this coefficient is not significantly different from zero (P<.05) then the size of the magazine makes no difference in the mean number of people killed.

*Confidence Interval*. A numerical expression of the degree of uncertainty associated with a sample statistic such as a mean or coefficient.

*F Value*. The F-test is the standard small sample test for the equality of two variances.

*Hypothesis*. A statement that can be subjected to statistical analysis.

*Mean*. Mathematical term for average. Obtained by adding up all values and dividing by the number of values.

*Negative Binomial*. Statistical distribution for count data, such as the number of people killed. It is a more flexible version of the Poisson distribution.

*Null Hypothesis (H0)*. The statement being tested. For example that the number of people killed with large capacity magazines is the same as the number killed with smaller capacity magazines. If the null hypothesis is rejected (P value less than .05), the alternative hypothesis is accepted as true.

*Obs*. Observations. The number of incidents in the data set.

*P value*. A statistic used for testing statistical hypotheses. For every test a significance level is chosen, traditionally 5%. The null hypothesis in this case is that the mean number of people killed with magazines of capacity greater than 15 is equal to the mean number of people killed with smaller capacity magazines. If the P value is equal to

or smaller than the significance level, it suggests that the observed data are inconsistent with the null hypothesis (the observed difference between the two means is too large to be explained by chance alone). Therefore the null hypothesis must be rejected. If the P value is greater than the significance level the null hypothesis cannot be rejected (the observed difference is so small that it could be explained by chance alone).

*Poisson Distribution.* Statistical distribution derived to model the occurrence of relatively rare events, which are not modeled accurately by the normal distribution.

*Regression.* A statistical method of determining the relationship between two variables.

*Skewness.* The degree of asymmetry present in a data set.

*Standard Deviation*. A representation of the amount of variation or dispersion associated with a data set, equal to the square root of the average squared difference between each observation in set and the set's mean.

*Standard Error*. Same definition as standard deviation, applied to estimates such as mean or coefficients.

*Sum of Squares*. The sum of the squares of each value in a data set.

*T-value and Degrees of Freedom*. The t-value is the result of the t-test being applied to a set of data, with the degrees of freedom being a function of the sample size. The t-value is distributed according to the t-distribution, a modification of the normal distribution.

*Variance*. A measure of the dispersion of a set of data or a statistical distribution. The sample variance is the sum of the squares of the differences between each observation and the sample mean, divided by the degrees of freedom.

*Z Statistic.* Alternative to the t-statistic, appropriate for the Poisson and negative binomial distributions.

The above statistical analysis was performed by (1) Noah Rauscher, candidate to receive a degree of Bachelor of Science in Psychology at the University of Colorado at Denver in August 2015, and a Research Associate at the Independence Institute, and (2) Carlisle Moody, Professor of Economics at the College of William and Mary, Williamsburg, Virginia. Professor Moody's research was cited by the Supreme Court's opinion in *McDonald v. Chicago*. JA.17:1818.