**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 22, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

COLORADO OUTFITTERS ASSOCIATION,
et al.,

     Plaintiffs - Appellants,

v.

                  No. 14-1290

JOHN W. HICKENLOOPER, Governor of the
State of Colorado,

     Defendant - Appellee.

--------------------------------------

CONGRESS OF RACIAL EQUALITY, et al.,

      Amici Curiae.

_____

JIM BEICKER, Sheriff of Fremont County, et al.,

     Plaintiffs - Appellants,

v.

                  No. 14-1292

JOHN W. HICKENLOOPER, Governor of the
State of Colorado,

     Defendant - Appellee.

--------------------------------------

CONGRESS OF RACIAL EQUALITY,
et al.,

      Amici Curiae.

---

## ORDER

---

The joint motion to enlarge argument time is granted. Each side is granted an additional fifteen minutes for argument. These appeals will be heard as one consolidated argument and each side will have up to 30 minutes for oral argument on September 28, 2015.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk