# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

July 22, 2015

Chris Wolpert  
Chief Deputy Clerk

Mr. Douglas Abbott
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

Mr. Jonathan Michael Anderson
Hale Westfall
1600 Stout Street, Suite 500
Denver, CO 80202

Mr. Marc F. Colin
Bruno, Colin & Lowe
1999 Broadway, Suite 3100
Denver, CO 80202

Mr. Anthony Fabian
Anthony J. Fabian Law Offices
510 Wilcox Street, Suite C
Suite C
Castle Rock, CO 80104

Mr. Joseph Gary Samuel Greenlee
400 North Park Avenue, Suite 10-B
Breckenridge, CO 80424

Mr. David Kopel
Independence Institute
727 East 16th Avenue
Denver, CO 80203

Mr. Peter Krumholz
Hale Westfall
1600 Stout Street, Suite 500
Denver, CO 80202

Mr. Richard A. Westfall
Hale Westfall
1600 Stout Street, Suite 500
Denver, CO 80202

**RE:**     **14-1290, 14-1292, Colorado Outfitters, et al v. Hickenlooper**
           Dist/Ag docket: 1:13-CV-01300-MSK-MJW

Dear Counsel:

Enclosed please find an order issued today by the court. Please contact this office if you have questions.

                           Sincerely,

                           Elisabeth A. Shumaker
                           Clerk of the Court


cc:      Anna M. Barvir
          Jonathan K. Baum
          Peter Canfield
          Gregory Andrew Castanias
          Mark Thomas Ciani
          Charles J. Cooper
          Anisha Dasgupta
          Parker Douglas
          Jonathan Patrick Fero
          Matthew D. Grove
          Brian S. Koukoutchos
          John T. Lee
          Peter Kenneth Michael
          Carl D. Michel
          Molly Allen Moats
          Clinton B. Monfort
          LeeAnn Morrill
          Dan M. Peterson
          Edward Thain Ramey
          Stephanie Lindquist Scoville
          Sparkle Sooknanan
          Kathleen Spalding


EAS/sks