**FILED**
United States Court of Appeals
Tenth Circuit

**March 31, 2016**

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

―――――――――――――――――――――

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ――――――――――――――――― | |
| JIM BEICKER, Sheriff of Fremont County, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1292 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |

―――――――――――――――――――――

# ORDER

―――――――――――――――――――――

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.

―――――――――――――――――――――

This matter is before the court on Appellants' unopposed motion for extension of time to file a petition for rehearing in this appeal. The motion is granted. The petition for

rehearing, if any, shall be filed on or before April 22, 2016.

                                            Entered for the Court

                                            ELISABETH A. SHUMAKER, Clerk